MacCONAGHY & BARNIER, PLC
JOHN H. MacCONAGHY, SBN 83684
JEAN BARNIER, SBN 231683
645 First St. West, Suite D
Sonoma, California 95476
Telephone: (707) 935-3205
Email: jbarnier@macbarlaw.com

Attorneys for Plaintiff,
JANINA M. HOSKINS

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>CARL ALEXANDER WESCOTT AND MONETTE ROSEMARIE STEPHENS,<br><br>Debtors. | Case No. 12-30143 DM<br><br>(Chapter 7)<br><br>A.P. No. 12-3148<br><br>**CERTIFICATE OF SERVICE** |
| JANINA M. HOSKINS, TRUSTEE IN BANKRUPTCY OF THE ESTATE OF CARL ALEXANDER WESCOTT and MONETTE ROSEMARIE STEPHENS,<br><br>Plaintiff,<br><br>v.<br><br>CARL ALEXANDER WESCOTT and MONETTE ROSEMARIE STEPHENS,<br><br>Defendants. | |

/

/

**DECLARATION OF SERVICE BY MAIL**

I am a citizen of the United States, over the age of 18 years and not a party to the within action. My business address is 645 First St. West, Suite D, Sonoma, California 95476.

I served true and correct copies of the **PLAINTIFF'S INITIAL DISCLOSURES**, by placing said copies in the United States Mail at Sonoma, California on December 14, 2012, in a sealed envelope with first-class postage prepaid, addressed as follows:

> Carl Alexander Wescott
> 853 Ashbury Street
> San Francisco, CA 94117

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed at Sonoma, California on December 17, 2012.

  /s/ Shanley Mansour
  Shanley Mansour