| | |
|---|---|
| 1 | Sheila Gropper Nelson, SBN 85031 |
| 2 | LAW OFFICE OF SHEILA GROPPER NELSON |
|   | 55 Francisco St., Suite 600 |
| 3 | San Francisco, CA 94133 |
| 4 | Telephone: (415) 362-2221 |
|   | Facsimile:  (415) 576-1422 |
| 5 | Email: SheDoesBKLaw@aol.com |
| 6 | Attorney for Debtor Monette Stephens |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

In re
CARL ALEXANDER WESCOTT &
MONETTE ROSEMARIE STEPHENS,
Debtors.
_____/

JANINA M. HOSKINS, TRUSTEE IN
BANKRUPTCY OF THE ESTATE OF
CARL ALEXANDER WESCOTT &
MONETTE ROSEMARIE STEPHENS,
Plaintiff,

v.

CARL ALEXANDER WESCOTT &
MONETTE ROSEMARIE STEPHENS,
Defendants.
_____/

Case Number   12-30143
APN                     12-03148

STATUS CONFERENCE STATEMENT
Date:          Dec. 28, 2012
Time:         1:30 p.m.
San Francisco 22nd Fl.
Judge Montali

Defendant Monette R. Stephens, debtor and defendant (hereafter "Ms. Stephens")

APN 12-03148/BK 12-30143
Stephens Status Conference Statement                                                        Page 1 of  2

named herein above individually hereby submits the following Status Conference Statement:

Procedural Status:

1. Ms. Stephens, and her husband and co-defendant filed a Chapter 7 petition on January 17, 2012.
2. Ms. Stephens was named by the Trustee as a co-defendant in an action filed on or about October 15, 2012.
3. Ms. Stephens answered the complaint on or about November 19, 2012 (document number 7).

Discovery Status:

1. Counsel for both the Trustee (plaintiff) and for Ms. Stephens (defendant) have met and conferred by telephone. No effort to meet with co-defendant Mr. Wescott, who is pro se, was undertaken by counsel for Ms. Stephens.
2. Initial disclosures were filed by both Ms. Stephens and the Trustee on or about Dec. 14, 2012.
3. Ms. Stephens will seek to depose those witnesses whom the Trustee is reliant upon in relationship to claims that Ms. Stephens has personally engaged in conduct as alleged. Ms. Stephens anticipates that this may include certain creditors as well as the Trustee's experts and professionals as well as unknown business associates of Carl Alexander Wescott.
4. Ms. Stephens anticipates either 2004 examinations and/or requests for production.
5. A trial date in either April or May 2012 should provide sufficient time to conduct discovery.

Dated  Dec. 24, 2012  By:  /s/ Sheila Gropper Nelson
Sheila Gropper Nelson
Attorney for Monette Stephens