# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–3 | User: nwhite | Date Created: 12/31/2012 |
| Case: 12–03148 | Form ID: pdfeoapc | Total: 3 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| dft | Carl Alexander Wescott | 853 Ashbury Street | San Francisco, CA 94117 | | |
| dft | Monette Rosemarie Stephens | 853 Ashbury Street | San Francisco, CA 94117 | | |
| | Howard L. Hibbard, Esq. | Law Office of Howard L. Hibbard | 251 Park Rd., Ste. 800 | Burlingame, CA 94010 | |

TOTAL: 3