MacCONAGHY & BARNIER, PLC
JOHN H. MacCONAGHY, State Bar No. 83684
JEAN BARNIER, State Bar No. 231683
GREGORY J. BABCOCK, State Bar No. 260437
645 First Street West, Suite D
Sonoma, CA 95476
Telephone: (707) 935-3205
Email: jbarnier@macbarlaw.com

Attorneys for Plaintiff,
Janina M. Hoskins, Trustee in Bankruptcy

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

CARL ALEXANDER WESCOTT and
MONETTE ROSEMARIE STEPHENS,

Debtors.

JANINA M. HOSKINS, Trustee in
Bankruptcy of the Estate of Carl Alexander
Wescott and Monette Rosemarie Stephens,

Plaintiff,

v.

CARL ALEXANDER WESCOTT and
MONETTE ROSEMARIE STEPHENS,

Defendants.

Case No.: 12-30143 DM
(Chapter 7)

AP No. 12-3148

**DECLARATION OF JEAN BARNIER IN SUPPORT OF TRUSTEE'S MOTION FOR DISCOVERY SANCTIONS AND ENTRY OF DEFAULT PURSUANT TO FRCP 37(d)**

Date: April 26, 2013
Time: 10:00 a.m.
San Francisco Courtroom 22 - Montali

I, Jean Barnier, state:

1. I am an attorney admitted to the bar of this court and am counsel of record for Janina Hoskins, Chapter 7 Trustee of this estate.

2. To perform important discovery for the Trustee, I attempted to take the deposition of the Debtor Carl Wescott.

3. On February 16, 2013, pursuant to Civil Local Rule 30-1, I emailed Howard L. Hibbard, Esq., counsel for the Debtor Carl Wescott, to coordinate available dates. My staff

1. followed up with Mr. Hibbard on February 28, 2013. Correct copies of those emails are attached and labeled Exhibit 1. There was no response. Accordingly on February 28, 2013, my office caused to be served a Notice of Taking Deposition, unilaterally scheduling the deposition for March 22, 2013. A correct copy is attached and labeled Exhibit 2.

4. On March 19, 2013, Mr. Hibbard emailed me, apologizing for a lack of client control, informing me that he would be withdrawing and further informing me that it was his understanding that Mr. Wescott was out of the country. A correct copy of that email is attached and labeled Exhibit 3.

5. As is documented in the Trustee's concurrently filed Motion for Summary Judgment, Mr. Wescott was not in fact out of the country on March 19, 2013. Instead, on that date, he showed up at City Storage in San Francisco in an attempt to frustrate the Trustee's retrieval of the Debtors' financial records.

6. Mr. Wescott failed to appear for his deposition on March 22, 2013. A correct copy of the transcript reflecting that fact is attached and labeled Exhibit 4.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct, that I have personal first hand knowledge thereto, and that this declaration is executed on March 29, 2013, at Newport, Rhode Island.

/s/ Jean Barnier
Jean Barnier

# EXHIBIT 1

# Jean Barnier

**From:** Jean Barnier
**Sent:** Saturday, February 16, 2013 4:15 PM
**To:** 'Howard Hibbard'
**Subject:** RE: wescott

Mr. Hibbard,

I would like to schedule the taking of your client's deposition. I am available March 21, 22 or 23. The deposition would be at my offices and begin at 9:30 a.m. Please let me know which date will work and I will notice the deposition.

Of course, if your client executes the stipulation, there will be no need for the taking of his deposition. Thank you for your continuing courtesy in this matter.

*Jean Barnier*
MacConaghy & Barnier, PLC
645 First St. West, Suite D
Sonoma, CA 95476
Telephone: (707) 935-3205
Facsimile: (707) 935-7051
jbarnier@macbarlaw.com
www.macbarlaw.com

This message and any attachments hereto contain confidential information and information which may be subject to the attorney-client privilege. It is intended for the individual or entity named above. If you are not the intended recipient, please do not read, copy, use, or disclose this communication to others; also please notify the sender by replying to this message, and then delete it from your system. Thank you.

**Shanley Mansour**

| | |
|---|---|
| From: | Shanley Mansour |
| Sent: | Thursday, February 28, 2013 11:20 AM |
| To: | 'howard@hlhibbardattorney.com' |
| Cc: | Jean Barnier (JBarnier@macbarlaw.com); gbabcock@macbarlaw.com |
| Subject: | Wescott/12-3148/Deposition |

Mr. Hibbard,
I am following up on Ms. Barnier's request to set the date for Mr. Wescott's deposition. Our offices have not heard back from you. Therefore, we will be setting the deposition for Friday, March 22, 2013 at 9:30 a.m. in our offices.
Notice will be served.

Shanley Mansour | Paralegal
**MacConaghy & Barnier, PLC**
645 First St. West, Suite D
Sonoma, CA 95476
Telephone: (707) 935-3205
smansour@macbarlaw.com
www.macbarlaw.com

This message and any attachments hereto contain confidential information which may be subject to attorney-client privilege. It is intended for the individual or entity named above. If you are not the intended recipient, please do not read, copy, use, or disclose this communication to others; also please notify the sender by replying to this message, and then delete it from your system. Thank you.

# EXHIBIT 2

Cal

```
MacCONAGHY & BARNIER, PLC
JOHN H. MacCONAGHY, SBN 83684
JEAN BARNIER, SBN 231683
GREGORY J. BABCOCK, SBN 260437
645 First St. West, Suite D
Sonoma, California 95476
Telephone: (707) 935-3205
Email:    gbabcock@macbarlaw.com


Attorneys for Plaintiff,
JANINA M. HOSKINS
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>CARL ALEXANDER WESCOTT AND<br>MONETTE ROSEMARIE STEPHENS,<br><br>Debtors.<br>_____<br>JANINA M. HOSKINS, TRUSTEE IN<br>BANKRUPTCY OF THE ESTATE OF<br>CARL ALEXANDER WESCOTT and<br>MONETTE ROSEMARIE STEPHENS,<br><br>Plaintiff,<br><br>v.<br><br>CARL ALEXANDER WESCOTT and<br>MONETTE ROSEMARIE STEPHENS,<br><br>Defendants. | Case No.: 12-30143 DM<br><br>(Chapter 7)<br><br>AP No. 12-03148<br><br>**NOTICE OF TAKING DEPOSITION OF CARL ALEXANDER WESCOTT** |

///

NOTICE IS HEREBY GIVEN pursuant to the provision of Federal Rules of Bankruptcy Procedure 9014 and 7030, that Janina M. Hoskins, Chapter 7 Trustee in Bankruptcy of the Estate of Carl Alexander Wescott and Monette Rosemarie Stephens, will take the deposition of the Defendant, Carl Alexander Wescott on March 22, 2013 at 9:30 a.m., at the offices of MacConaghy & Barnier, PLC, 645 First St. West, Suite D, Sonoma, CA 95476.

Said deposition will be continued, on a reasonable basis, to accommodate calendar conflicts of counsel and the Deponent.

Said deposition will be taken before a duly authorized notary public and will continue from day to day, weekends and holidays excepted, until completed.

You are invited to attend and examine the witness.

Dated: February 28, 2013

MacCONAGHY & BARNIER, PLC

By Gregory J. Babcock
Attorneys for Plaintiff Janina M. Hoskins,
Trustee in Bankruptcy

# DECLARATION OF SERVICE BY MAIL

I am a citizen of the United States, over the age of 18 years and not a party to the within action. My business address is 645 First St. West, Suite D, Sonoma, California 95476.

I served true and correct copies of the **NOTICE OF TAKING DEPOSITION OF CARL ALEXANDER WESCOTT**, by placing said copies in the United States Mail at Sonoma on the date shown below, in a sealed envelope(s) with first-class postage prepaid, addressed to the person(s) below.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at Sonoma, California on February 28, 2013.

Shanley Mansour

Carl Alexander Wescott
853 Ashbury Street
San Francisco, CA 94117

Sheila Gropper Nelson
Law Offices of Sheila Gropper Nelson
55 Francisco St. 6th Fl.
San Francisco, CA 94133

Howard L. Hibbard
Law Offices of Howard L. Hibbard
251 Park Rd. #800
Burlingame, CA 94010

# EXHIBIT 3

# Jean Barnier

**From:** Howard Hibbard [howard@hlhibbardattorney.com]
**Sent:** Tuesday, March 19, 2013 10:09 AM
**To:** Jean Barnier
**Subject:** RE: wescott

Mr. Wescott will be out of the country on the 22nd. I am preparing substitution of attorney to place him in Pro-Per as he is not listening or following my advice. I do apologize for any inconvenience, but I was led to believe he would perform as we had agreed.

**Howard L. Hibbard, Esq.**
Law Office of Howard L. Hibbard
251 Park Road, Suite 800
Burlingame, CA 94010
Tel: (650) 347-5010
Fax: (650) 347-5011

This message is for the named person or entity's use only. This message may contain confidential, proprietary or legally privileged information. No confidentiality or privilege is waived or lost by any mistransmission. If you receive this message in error, please immediately delete it and all copies from your system, destroy any hard copies, and notify the sender. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited.

---

**From:** Jean Barnier [mailto:JBarnier@macbarlaw.com]
**Sent:** Monday, March 18, 2013 11:32 AM
**To:** Howard Hibbard
**Subject:** wescott

Mr. Hibbard,

I have not heard back from you regarding Mr. Wescott's appearance at the deposition set for Friday, March 22. Is Mr. Wescott planning on appearing? Ms. Stephens testified that he is residing in Honduras. Also, can you please tell me when the stipulation regarding Mr. Wescott's discharge will be signed?

Thank you for your cooperation in this matter.

*Jean Barnier*
MacConaghy & Barnier, PLC
645 First St. West, Suite D
Sonoma, CA 95476
Telephone: (707) 935-3205
Facsimile: (707) 935-7051
jbarnier@macbarlaw.com
www.macbarlaw.com

This message and any attachments hereto contain confidential information and information which may be subject to the attorney-client privilege. It is intended for the individual or entity named above. If you are not the intended recipient, please do not read, copy, use, or disclose this communication to others; also please notify the sender by replying to this message, and then delete it from your system. Thank you.

# EXHIBIT 4

## CERTIFIED TRANSCRIPT OF:

Janina M. Hoskins vs. Carl Alexander Wescott

12-30143 DM CHAPTER 7

CARL ALEXANDER WESCOTT - STATEMENT ON RECORD
Volume 1

Job Date: 03/22/2013

Reported by: Angela Pourtabib



117 Paul Drive, Suite A
San Rafael, CA 94903-2010

Main Office: 415-472-2361  Fax: 415-472-2371
depos@westcoastreporters.com   www.westcoastreporters.com

## Page 1

```
 1    UNITED STATES BANKRUPTCY COURT
 2    NORTHERN DISTRICT OF CALIFORNIA
 3    SAN FRANCISCO DIVISION
 4  In re            Case No.: 12-30143 DM
 5  CARL ALEXANDER WESCOTT AND    (Chapter 7)
    MONETTE ROSEMARIE STEPHENS,
 6            AP No. 12-03148
    Debtors,
 7  _____/
 8
 9  JANINA M. HOSKINS, TRUSTEE IN
    BANKRUPTCY OF THE ESTATE OF
10  CARL ALEXANDER WESCOTT and
    MONETTE ROSEMARIE STEPHENS,
11
       Plaintiff,
12
    vs.
13
    CARL ALEXANDER WESCOTT and
14  MONETTE ROSEMARIE STEPHENS,
15     Defendants.
16  _____/
17    STATEMENT ON THE RECORD IN LIEU OF
18           DEPOSITION OF
19        CARL ALEXANDER WESCOTT
20  _____
21         Friday, March 22, 2013
22
    NOTICING ATTORNEY: JEAN BARNIER
23
    REPORTED BY: ANGELA POURTABIB, CSR NO. 13714
24       WEST COAST REPORTERS
         117 PAUL DRIVE, SUITE A
25       SAN RAFAEL, CALIFORNIA 94903
    1 (800) 979-2361 * 1 (415) 472-2361        1
```

## Page 2

```
 1           INDEX
 2
 3  STATEMENT BY MS. BARNIER              4
 4
 5
 6
 7
 8         EXHIBITS
 9  (No exhibits were marked for identification.)
```

## Page 3

```
 1       Pursuant to Notice of Deposition and on
 2  Friday, March 22, 2013, commencing at the hour of
 3  9:34 a.m. at the Law Offices of MacConaghy & Barnier, PLC,
 4  645 First Street West, Suite D, Sonoma, California, 95476,
 5  before me, ANGELA POURTABIB, a Certified Shorthand
 6  Reporter and Deposition Officer of the State of
 7  California, was to personally appear
 8       CARL ALEXANDER WESCOTT,
 9  called as a witness by the Plaintiff, who was to have been
10  duly sworn by me, and thereupon examined and testified as
11  hereinafter set forth.
12           -oOo-
13
14       JEAN BARNIER, Attorney at Law, MACCONAGHY &
15  BARNIER, PLC, 645 First Street West, Suite D, Sonoma,
16  California 95476, (707) 935-3205, appeared as counsel on
17  behalf of Plaintiff, Janina M. Hoskins.
18
19       SHEILA GROPPER-NELSON, Attorney at Law, SHEILA
20  GROPPER-NELSON, ATTORNEYS AT LAW, 55 Francisco Street,
21  Suite 600, San Francisco, California 94133, (415)
22  362-2221, appeared telephonically as counsel on behalf
23  of Defendant, Monette Stephens.
24           -oOo-
25
```

## Page 4

```
 1       STATEMENT BY MS. BARNIER
 2       MS. BARNIER: Jean Barnier appearing for the
 3  trustee.
 4       MS. NELSON: Good morning. Sheila
 5  Gropper-Nelson appearing for Monette Stephens.
 6       MS. BARNIER: Okay, Sheila. I'm gonna put you
 7  back on hold then while we wait.
 8       MS. NELSON: That's fine.
 9       (Recess taken from 9:34 a.m. - 9:45 a.m.)
10       MS. BARNIER: So we have been -- we convened at
11  9:34; is that correct?
12       THE COURT REPORTER: Yes.
13       MS. BARNIER: And it is now 9:45; is that
14  correct?
15       THE COURT REPORTER: Yes.
16       MS. BARNIER: Mr. Wescott has not appeared.
17  His attorney did advise me that Mr. Wescott was out of
18  the country; however, he did not ask for any other
19  dates, and the deposition was duly noticed and served.
20       So at this time, I am going to stop the
21  deposition and take whatever actions the trustee deems
22  fit.
23       Ms. Gropper-Nelson, do you want to add anything
24  else?
25       MS. NELSON: No, I believe that is the best
```

Page 5

1 representation of the record.
2     THE COURT REPORTER: I couldn't hear what she
3 said.
4     MS. BARNIER: What she said was, "I believe
5 that is the best representation of the record."
6     Did I say that correctly?
7     MS. NELSON: Yes, you did.
8     MS. BARNIER: All right. Thank you so much.
9     MS. NELSON: Thank you.
10    (Whereupon, at 9:46 a.m., the proceedings
11 were concluded.)

Page 6

1         CERTIFICATE OF REPORTER
2
3
4
5    I do hereby certify that the foregoing statement
6 was taken at the time and place therein stated, and was
7 reported by me, a certified shorthand reporter and a
8 disinterested person, and was under my supervision
9 thereafter transcribed into typewriting.
10
11
12
13 Executed March 26, 2013, at Novato, California.

*[signature: Angela Pourtabib]*

17    Angela Pourtabib, CSR No. 13714