EXHIBIT 1

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

CERTIFIED COPY

In Re:

CARL ALEXANDER WESCOTT and

MONETTE ROSEMARIE STEPHENS

Debtors.             No. 12-30143 DM

_____/

TRANSCRIPT OF AUDIO RECORDING OF 341 MEETING

June 20, 2012

TRANSCRIBED BY:   CHRISTINE GOODIN



Paul Drive, Suite A, San Rafael, CA 94903
415-472-2361 · 800-979-2361 · Fax 415-472-2371 · depos@westcoastreporters.com

```
 1   you do not have a copy of, I think we can dig it up and
 2   get it to you.
 3              MS. BARNIER:  Mr. Ison's letter was there is
 4   hundreds of boxes and the trustee is free to go through
 5   them if she wishes, I believe in essence that is what it
 6   says.  Is that true, Mr. Wescott?
 7              MR. WESCOTT:  I'd want to look at the letter.
 8   Do you have a copy of that?
 9              MR. WADE:  I have not seen a copy.
10              MR. WESCOTT:  Do you want a second copy?
11              MS. BARNIER:  It is an unnecessary letter.
12   Just what you want is --
13              MR. WADE:  Just approximately how many boxes
14   are we talking about?  Approximately, ball park.
15              MR. WESCOTT:  Collectively?
16              MR. WADE:  Yes.
17              MR. WESCOTT:  Probably about 150 bankers boxes.
18              MS. BARNIER:  They are all located in your
19   home?
20              MR. WESCOTT:  No, they are in different
21   locations.
22              MR. WADE:  Do those boxes include personal
23   financial records, like bank statements?
24              MR. WESCOTT:  It has all sorts of stuff.
25              MR. WADE:  Okay.  In one of our previous 341
```

Audio Recording of: 341 Meeting  - 6/20/2012
West Coast Reporters, Inc. * 415-472-2361

Case: 12-03148   Doc# 26-1   Filed: 03/29/13   Entered: 03/29/13 14:39:57   Page 3 of 3