EXHIBIT 2



front of open locker

Case: 12-03148    Doc# 26-2    Filed: 03/29/13    Entered: 03/29/13 14:39:57    Page 2 of 3



Computer Hardrives and monitors

Case: 12-03148    Doc# 26-2    Filed: 03/29/13    Entered: 03/29/13 14:39:57    Page 3 of 3