EXHIBIT 3

**City Storage Locker - Index of Boxes**

| Trustee Box #: | Descriptions written on box by Debtors': |
|---|---|
| 1. | Old tax returns / Home / current rcpts |
| 2. | Home / Mis & paper receipts from Carl's desk |
| 3. | Home / Central & South America prop |
| 4. | Home / Tax 2009 2010 |
| 5. | Office crap |
| 6. | Home / prop binders / box #1 |
| 7. | Home / prop binders / box #5 |
| 8. | Store / office crap |
| 9. | Comp binders |
| 10. | Home / Tax 2009 2010 |
| 11. | Potential Investments |
| 12. | Store / Surprise Development |
| 13. | Home / Tax Returns |
| 14. | Surprise Development |
| 15. | Store / Surprise Development |
| 16. | Storage / Investment correspondence |
| 17. | Store / 2008, 2009, 10 some tax / Reception Area 2008-2009 |
| 18. | Surprise / Property Binders |
| 19. | Home / Tax Binders 2003 - 2007 |
| 20. | Home / Storage / Prop files / Surprise |
| 21. | Property Binders |
| 22. | Wine Binder / Conference Info / Store |
| 23. | Giants / Fidelity CAP V |
| 24. | Store / Surprise Development |
| 25. | Storage / 2004 / Bills Invoices 2004 |

| | |
|---|---|
| 26. | Computer Binders |
| 27. | Home / Prop Binders / Gina desk, hanging files, lose docs |
| 28. | Home / Papers etc. from Carl's office floor |
| 29. | Storage / Notes & Trusts |
| 30. | Store / 2003 Tax Forms / Patents / MMA books & recs |
| 31. | Pre-2008 Taxes - 2007 / Property Binders |
| 32. | Store / Carl Cabinet / Bottom Drawer |
| 33. | Pre 2007 |
| 34. | Home / Property Binders / Tax receipt info - mostly 2008 some 2007 |
| 35. | Demory Office |
| 36. | 2008 →Earlier |
| 37. | Store / Reception Area / Property Info |
| 38. | Store / Carmen Reception |
| 39. | Store / Misc. Files / Steve receipts |
| 40. | Store / Home? / Reception Area / current files, receipts / 09-10 |
| 41. | Store / Home? / Reception Area / current files, receipts 09 |
| 42. | Store / Storage / Realtors & Investments |
| 43. | Storage / Notes Trusts 401(K) |
| 44. | Storage / Reception Area / Insurance & Prop Info |
| 45. | Storage / Misc. Old files |
| 46. | Store / Reception Area / Insurance & Prop Info |
| 47. | Store / Reception |
| 48. | Store / Reception Area / Current Files & Receipts |
| 49. | Store / Reception Area / Old Game Tickets & Receipts |
| 50. | Store / Carl Cabinet - Bottom Drawer |
| 51. | Store / Welton Street |
| 52. | Store / Old Taxes & Wells Fargo |
| 53. | Store / Old Wells Fargo |

| | |
|---|---|
| 54. | Desktop / Atwater / Strategic / Surprise / Oroville Industrial / Bradshaw / Delhi |
| 55. | Storage / Office Supplies |
| 56. | Box #10 / Hacienda San Joaq / Hacienda Palo Alto / 1083 Mississippi St. |
| 57. | RE Disclosures |
| 58. | Store / Property Files |
| 59. | Box #9 / Ayess Mini Storage / Oroville / Bradshaw Urban / Atwater / Strategic |
| 60. | Box # 8 / Property Binders / Hearst Road, LLC |
| 61. | Box #7 / Uruguay / Nicaragua / Vistas de Conception |
| 62. | Store / Property Files |
| 63. | Store / Property Files |
| 64. | Box #13 / Property Binders / Nicaragua - No docs of interest |
| 65. | Box #12 |
| 66. | Home / Property Binders |
| 67. | Box # 16 |
| 68. | Store / Property Files |
| 69. | Store / Property Files |
| 70. | Store / Property Files |
| 71. | Box # 3 / Urugua / Agua Dulce / Hacienda San Joaquin / Nicaragua |
| 72. | Store / Property Files |
| 73. | Store / Property Files |
| 74. | Box #2 / Property Binders |
| 75. | Box #14 / Pre-2008 |