EXHIBIT 4

Case: 12-03148    Doc# 26-4    Filed: 03/29/13    Entered: 03/29/13 14:39:57    Page 1 of 4

# Wire Transfer Services
# Outgoing Wire Transfer Request



A customer or team member, with the customer present, completes this form when requesting to send a wire. Outgoing wires can only be sent for Wells Fargo customers. Retain the original copy in the bank and provide a copy to the customer ensuring you give the customer the Agreement for Outgoing Wire Transfer Request (page 2 when form is accessed on-line & preprinted on the back of printed forms). Required information is noted with an asterisk. Note: Wells Fargo Wire Transfer Services will route wires based on correspondent banking relationships. See back (page 2) for explanations of the Mexican CLABE account, the SWIFT BIC, the International Routing Code (IRC) and the International Bank Account Number (IBAN).

*Today's Date: September 14th, 2010     *Send Date: 9/14/10

## 1. Originator's Information
*Customer's Name: Monette Alphens     *Phone Number: [illegible]
*Customer's Address, City, State, Zip Code: 853 Ashbury A.
*Transfer from Wells Fargo Bank Account No.: 7138765321     *U.S. Dollar Wire Amount: 4,674—

International Wire only: Funds to be sent in foreign currency [ ]Yes [ ]No

## 2. Beneficiary/Recipient Information
*Beneficiary/Recipient Name: FLORIDALVA ZAMBRANO
*Beneficiary Account Number / CLABE / IBAN: 7600737494
Beneficiary Address: Ave Paris y 7 de Octubre Portoviejo

## 3. Beneficiary Bank Information
*Beneficiary Bank RTN or SWIFT BIC: BIMAEEQ
*Beneficiary Bank Name: Banco Internacional Ecuador

## 4. Intermediary Bank Information
(blank)

## 5. Wire Fee & Customer Signature
*Fee Amount: $?
*Date: 9/14/2010
Signature: X [signed]

## 6. Bank Use Only – Bank Approval
*Wire Transaction/FAS Number: FW-65586-657-393217
*Name on ID used by customer: Monette Rosemarie Alphens
*1st ID type: DL C0578[illegible] CA 10/14
*Initiated by and AU#: 65586
*First Approval: X

## 7. Wires in Progress (WIP)
(blank)

## 8. Customer Not Present
(blank)

Case: 12-03148  Doc# 26-4  Filed: 03/29/13  Entered: 03/29/13 14:39:57  Page 2 of 4
SLD00208

# Wire Transfer Services
# Outgoing Wire Transfer Request



A customer or team member, with the customer present, completes this form when requesting to send a wire. Outgoing wires can only be sent for Wells Fargo customers. Retain the original copy in the bank and provide a copy to the customer ensuring you give the customer the Agreement for Outgoing Wire Transfer Request (page 2 when form is accessed on-line & preprinted on the back of printed forms). Required information is noted with an asterisk. Note: Wells Fargo Wire Transfer Services will route wires based on correspondent banking relationships. See back (page 2) for explanations of the Mexican CLABE account, the SWIFT BIC, the International Routing Code (IRC) and the International Bank Account Number (IBAN).

*Today's Date: 9/3/2010
*Send Date: 9/3/2010

## 1. Originator's Information
*Customer's Name: Monrette Stephen
*Phone Number: +1 415 610 0XXX
*Customer's Address, City, State, Zip Code: 853 Ajmbury Street, S-CA 94117-441
*Transfer from Wells Fargo Bank Account No.: 7073315721
*U.S. Dollar Wire Amount: 30,000 -

International Wire only: Funds to be sent in foreign currency: ☐ Yes ☒ No

## 2. Beneficiary/Recipient Information
*Beneficiary/Recipient Name: Florinalui Zambrano Pinargon
*Beneficiary Account Number / CLABE / IBAN: 2600237994
Beneficiary Address: Calle Junta Guipe 7 R Octobre, Portoviejo, Ecuador

## 3. Beneficiary Bank Information
*Beneficiary Bank RTN or SWIFT BIC: PINVIECEG
*Beneficiary Bank Name: Banco Internacional Sucursal Portoviejo

## 4. Intermediary Bank Information
(blank)

## 5. Wire Fee & Customer Signature
*Fee Amount: 70.00
*Date: 1/3/2010

## 6. Bank Use Only – Bank Approval
*Wire Transaction/EAS Number: (illegible) 73125 B
*Name on ID used by customer: Monrette S Stephens
*1st ID type: DL C0873143 CA, Exp 01/25/12
*Initiated by and AU#: 60396
*First Approval: X

## 7. Wires in Progress (WIP)
(blank)

## 8. Customer Not Present
(blank)

# Wire Transfer Services
# Outgoing Wire Transfer Request



A customer or team member, with the customer present, completes this form when requesting to send a wire. Outgoing wires can only be sent for Wells Fargo customers. Retain the original copy in the bank and provide a copy to the customer ensuring you give the customer the Agreement for Outgoing Wire Transfer Request (page 2 when form is accessed on-line & preprinted on the back of printed forms). Required information is noted with an asterisk. Note: Wells Fargo Wire Transfer Services will route wires based on correspondent banking relationships. See back (page 2) for explanations of the Mexican CLABE account, the SWIFT BIC, the International Routing Code (IRC) and the International Bank Account Number (IBAN).

*Today's Date: June 25, 2010
*Send Date: June 25, 2010

## 1. Originator's Information
*Customer's Name: Monette Stephens
*Phone Number: 4156800280
*Customer's Address, City, State, Zip Code: 953 Ashbury St., SF CA 94117
*Transfer from Wells Fargo Bank Account No.: 7038365-531
*U.S. Dollar Wire Amount: $40,000.00

Funds to be sent in foreign currency: ☐ Yes ☒ No

## 2. Beneficiary/Recipient Information
*Beneficiary/Recipient Name: Jeff L Berringer (Tammy T Berringer)
*Beneficiary Account Number: 135700309
Beneficiary Address: 20942 Shady Grove Rd, Siloam Springs, AR 72761

## 3. Beneficiary Bank Information
*Beneficiary Bank RTN or SWIFT BIC: 082900872
*Beneficiary Bank Name: Arvest Bank
Beneficiary Bank Address: Siloam Springs, AR

## 4. Intermediary Bank Information
(blank)

## 5. Wire Fee & Customer Signature
*AU where the Originator's account is located: 00018
*Fee Amount: $20
*Date: 6/25/2010

## 6. Bank Use Only – Bank Approval
*Wire Transaction/FAS Number: BA-00979-170-597322
*Name on ID used by customer: Monette Rose-marie Stephens
*1st ID type: CADL 03787410 10-21-14
*Initiated by and AU#: 00979
*First Approval: (signature)

## 7. Wires in Progress (WIP)
(blank)

## 8. Customer Not Present
(blank)