EXHIBIT 5

# EXHIBIT A

worksheets, communications with accountants, 1099 statements.

 3. All of your QuickBooks files for any entity that you owned or controlled with the last 4 years.

4. Any and all bank statements and canceled checks of yours from (1) personal checking and (2) personal savings for 2010 through the present.

5. Any and all bank statements and canceled checks of yours from rental property from 2010 through the present.

6. Any and all documents of yours regarding Livery S.A.

7. Any and all documents of yours regarding property bought or sold or transferred in Honduras.

8. Any and all documents of yours regarding property bought or sold or transferred in Ecuador.

9. Any and all documents of yours regarding property bought or sold or transferred in Panama.

10. Any and all documents of yours regarding property bought or sold or transferred in Nicaragua.

11. Any and all documents of yours regarding property bought or sold or transferred in Guatemala.

12. Any and all documents of yours regarding 2 Longhorn Ridge Road LLC.

13. Any and all documents of yours regarding Rainforest Capital LLC.

14. Any and all documents of yours regarding Lightfoot Investments.

15. Any and all documents of yours regarding Surprise Development, Inc.

16. Any and all documents of yours regarding Catamount Ventures LP.

17. Any and all documents of yours regarding Fidelity CAP IV LP.

18. Any and all documents of yours regarding Fidelity CAP V LP.

19. Any and all documents of yours regarding Fidelity CAP VI LP.

EXHIBIT A
Schedule of Documents to be
Produced by Carl Alexander Wescott and Monette Rosemarie Stephens

DEFINITION OF TERMS

As used herein, the following terms have the meaning and significance set forth below, unless otherwise specifically indicated:

1.     Document, writing:  The terms "document," "documents," "writing," or "writings" shall mean and include all documents, papers, books, accounts, letters, photographs, objects, or tangible things, including, without limitation, all writings, papers, drawings, graphs, charts, photographs, phonographs, other data compilations from which information can be obtained or translated (if necessary) into reasonably usable form, all items which embody any handwritten, typed, printed, oral, visual or electronic communication, representations, agreements, plans, blueprints, specifications, letters, carbon copies of letters, telegraphs, telexes, intra-corporate or intra-agency communications, minutes, bulletins, circulars, scripts, press releases, notes, instructions, advertisements, literature, books, magazines, newspapers, booklets, work assignments, reports, motion picture files, video tapes, kinescope, sound recordings, studies, analyses, comparisons, surveys, computer programs and data, accounts, financial statements; projections, position sheets, memoranda, memoranda of conversations, notes, notebooks, diaries, desk pads, logs, telephone bills and call records, data sheets, work sheets, analyses, calculations, drafts of the aforesaid, and shall include all addition to or alteration of any such documents, including, without limitation, marginal notes, stamps, interlineations, or comments.

2.     You, Your:  The terms "You" and "Your" mean the responding party, its attorneys, and as appropriate, its predecessors, subsidiaries, divisions, affiliates, present and former officers, directors, members, partners, trustees, employees and agents, and all persons presently or formerly acting or purporting to act on its behalf or on the behalf of its subsidiaries, divisions, affiliates, or predecessors.

3.     Relating to, in connection with:  As used herein, "relating to" or "in connection with" means consisting of, summarizing, describing, or referring in any way to.

4.     Any, or, and:  As used herein, "any" should be understood to include and encompass "all"; "or" should be understood to include and encompass "and"; and "and" should be understood to include and encompass "or".

5.     Debtors:  As used herein, "Debtors" means Carl Alexander Wescott and Monette Rosemarie Stephens.

**ALL DOCUMENTS PROVIDED MUST BE MARKED AND RELATE BACK TO THE ITEMIZED NUMBER.**

SCHEDULE OF DOCUMENTS TO BE PRODUCED

     Your Federal and State Income tax returns for the years 2009, 2010 and 2011.

2.     Any and all documents consisting of or relating to Your Federal and State Income tax returns, for the years 2009, 2010 and 2011 including but not limited to

20. Any and all documents of yours regarding 2 1-care parcels of real property on Lake Ometepe, Nicaragua.

21. Any and all documents of yours regarding a 25% interest in real property in Puerto Penasco, Mexico.

22. Any and all documents of yours regarding real property in Rocha, Uruguay.

23. Any and all documents of yours regarding hacienda Palo Alto, S.A.

24. Any and all documents of yours regarding Hacienda Agua Dulce S.A.

25. Any and all documents of yours regarding Hacienda San Joaquin S.A.

26. Any and all documents of yours regarding Sunrise Ecuador S.A.

27. Any and all documents of yours regarding Vistas de Concepcion S.A.

28. Any and all documents of yours regarding Unexpected Development S.A.

29. Any and all documents of yours regarding Ivy League Charters LLC.

30. Any and all documents of yours regarding GoingOn Networks, Inc.

31. Any and all documents of yours regarding Santa Barbara Technology Group.

32. Any and all documents of yours regarding Tony Carracci.

33. Any and all documents of yours regarding Newforth Partners.

34. Any and all documents of yours regarding interests in the San Francisco Giants' seat licenses.

35. Any and all documents of yours regarding Atlas Consulting, Inc., LLC.

36. Any and all documents of yours regarding Newforth Partners, LLC.

37. An itemized list of all jewelry currently owned with assigned values.

38. An itemized list of all artwork currently owned with assigned values.

39. An itemized list of all jewelry lost or sold with assigned values since 2010.

40. Any and all credit card statements of yours from January 2011 through the present.

41.     Any and all documents regarding flights taken from January 2012 through the present.

worksheets, communications with accountants, 1099 statements.

3.  All of your QuickBooks files for any entity that you owned or controlled with the last 4 years.

4.  Any and all bank statements and canceled checks of yours from (1) personal checking and (2) personal savings for 2010 through the present.

5.  Any and all bank statements and canceled checks of yours from rental property from 2010 through the present.

6.  Any and all documents of yours regarding Livery S.A.

7.  Any and all documents of yours regarding property bought or sold or transferred in Honduras.

8.  Any and all documents of yours regarding property bought or sold or transferred in Ecuador.

9.  Any and all documents of yours regarding property bought or sold or transferred in Panama.

10. Any and all documents of yours regarding property bought or sold or transferred in Nicaragua.

11. Any and all documents of yours regarding property bought or sold or transferred in Guatemala.

12. Any and all documents of yours regarding 2 Longhorn Ridge Road LLC.

13. Any and all documents of yours regarding Rainforest Capital LLC.

14. Any and all documents of yours regarding Lightfoot Investments.

15. Any and all documents of yours regarding Surprise Development, Inc.

16. Any and all documents of yours regarding Catamount Ventures LP.

17. Any and all documents of yours regarding Fidelity CAP IV LP.

18. Any and all documents of yours regarding Fidelity CAP V LP.

19. Any and all documents of yours regarding Fidelity CAP VI LP.

20. Any and all documents of yours regarding 2 1-care parcels of real property on Lake Ometepe, Nicaragua.

21. Any and all documents of yours regarding a 25% interest in real property in Puerto Penasco, Mexico.

22. Any and all documents of yours regarding real property in Rocha, Uruguay.

23. Any and all documents of yours regarding hacienda Palo Alto, S.A.

24. Any and all documents of yours regarding Hacienda Agua Dulce S.A.

25. Any and all documents of yours regarding Hacienda San Joaquin S.A.

26. Any and all documents of yours regarding Sunrise Ecuador S.A.

27. Any and all documents of yours regarding Vistas de Concepcion S.A.

28. Any and all documents of yours regarding Unexpected Development S.A. *South Am.*

29. Any and all documents of yours regarding Ivy League Charters LLC. *PSD/Plus Stuff*

30. Any and all documents of yours regarding GoingOn Networks, Inc. *CARL*

31. Any and all documents of yours regarding Santa Barbara Technology Group.

32. Any and all documents of yours regarding Tony Carracci. *CARL*

33. Any and all documents of yours regarding Newforth Partners.

34. Any and all documents of yours regarding interests in the San Francisco Giants' seat licenses.

35. Any and all documents of yours regarding Atlas Consulting, Inc., LLC.

36. Any and all documents of yours regarding Newforth Partners, LLC.

37. An itemized list of all jewelry currently owned with assigned values.

38. An itemized list of all artwork currently owned with assigned values.

39. An itemized list of all jewelry lost or sold with assigned values since 2010.

40. Any and all credit card statements of yours from January 2011 through the present.

41. Any and all documents regarding flights taken from January 2012 through the present.