Brian Williams #271646
1248 Belmont Ave.
San Carlos, CA 94070
(650) 862-7507
blwilliamslaw@gmail.com

# United States Bankruptcy Court

## Northern District of California

| | |
|---|---|
| In re Carl Wescott and Monette Stephens,<br><br>    Debtors. | Case No. 12-30143 DM<br><br>Chapter 7<br><br>Declaration of Brian Williams |

I, Brian L. Williams, declare

I was counsel for Monette Stephens from 5/5/2012 to 6/12/2012.  On or about 5/16/2012 in response to the court's Order of April 2012 I produced the follow documents on behalf of Monette Stephens, together with counsel for Carl Wescott, in electronic format.  These documents were loaded on a flash drive and mailed to Ms. Barnier's office:

1. Federal and State Income tax returns for the years 2009, 2010 and 2011.
- 2010 Wescott & Stephens California Tax Return 05-08-12.pdf
- 2009 Wescott & Stephens CA Tax Return.pdf

2. Any and all documents consisting of or relating to Federal and State Income tax returns, for the years 2009, 2010 and 2011, including but not limited to worksheets, communications with accountants, 1099 statements.
- 2011 Federal Tax Extension Wescott-Stephens.pdf
- 2010 Wescott & Stephens California Tax Return 05-08-12.pdf
- Santa Barbara Tech Group (SBTG) 2011 K-1.pdf
- SBTG 2010 K-1.pdf

1

- FTB Letter.pdf
- IRS Letter.pdf
- 2009 Wescott & Stephens California Tax Return.pdf
- CA 2009 Form 540.pdf
- 2009 Automatic Extension Acknowledgement .pdf
- Unsigned beach house contract.jpg
- 430 Scenic Appraisal.pdf
- OrovilleAppraisal.pdf
- Co-Own 162 Glen Court.doc
- 162 Glen Court Appraisal.pdf
- Second Glen Court Appraisal.pdf
- Newforth Complete Return 2011.pdf
- Newforth Complete Return 2010.pdf
- Newforth Complete Return 2009.pdf
- 7950 Hearst Appraisal.pdf
- 7950 Hearst Copy of Note.tif
- Ashbury Appraisal.pdf
- 5760 Chemise Appraisal.pdf
- Rankin Loan Agreement.pdf
- Straight Note from Jeremy Smith.pdf
- Mendocino Secured Tax Statements.pdf
- 1352 Leonard Appraisal
- Stipulated Kirk Settlement Appendix A.pdf
- Stipulated Kirk Settlement.pdf
- Stipulated Kirk Judgment.pdf
- 3033 Shattuck Buyer Final Closing Statement.pdf
- 3033 Shattuck Appraisal.pdf
- 3033 Shattuck Appraisal Fee.pdf

- 3033 Shattuck Lease Agreement.odf
- Suneet Singal Judgment.doc

3. All QuickBooks files for any entity that you owned or controlled with the last 4 years.
- Atlas SB (Backup May 11,2012 11 23 PM.QBB)
- PeopleBridge_2009.QBW.ADR

4. Any and all bank statements and canceled checks of from (1) personal checking and (2) personal savings for 2010 through the present.
- Joint Wells Fargo Checking Acct xxx236.pdf
- Monette Personal California Bank and Trust Checking.pdf
- Monette Personal Montecito Bank and Trust Checking.pdf
- U.S. Bank and Trust Joint.tif
- Monette Montecito Savings 1_10 to 8_10.tif
- Monette Montecito Savings 9_10 to 12_11.tif
- Monette Montecito Savings 7_22_2011.pdf
- Monette Montecito Savings 2_24_2012.pdf
- Monette Montecito Savings 3_23_2012.pdf
- Monette Montecito Savings 4_24_2012.pdf

5. Any and all bank statements and canceled checks of from rental property from 2010 through the present.
- Ms. Stephens had no documents in her possession and control that were responsive to this request and I produced no documents responsive to this request on her behalf.

6. Any and all documents of yours regarding Livery S.A.
- Ms. Stephens had no documents in her possession and control that were responsive to this request and I produced no documents responsive to this request on her behalf.

3

- On information and belief I had been informed that responsive documents may have been located in banker's boxes in South and Latin America and may have been in the possession of other individuals.

7. Any and all documents of yours regarding property bought or sold or transferred in Honduras.
- Only one document was produced in response to this request. Ms. Stephens had no documents in her possession and control that were responsive to this request and I produced no documents responsive to this request on her behalf.
- On information and belief I had been informed that responsive documents may have been located in banker's boxes in South and Latin America and may have been in the possession of other individuals.
- Agua dulce actual purchase price and related costs.pdf

8. Any and all documents of yours regarding property bought or sold or transferred in Ecuador.
- Ms. Stephens had no documents in her possession and control that were responsive to this request and I produced no documents responsive to this request on her behalf.
- On information and belief I had been informed that responsive documents may have been located in bankers boxes in South and Latin America and may have been in the possession of other individuals.

9. Any and all documents of yours regarding property bought or sold or transferred in Panama.
- Ms. Stephens had no documents in her possession and control that were responsive to this request and I produced no documents responsive to this request on her behalf.
- On information and belief I had been informed that responsive documents may have been located in bankers boxes in South and Latin America and may have been in the possession of other individuals.

10. Any and all documents of yours regarding property bought or sold or transferred

4

in Nicaragua.

- Ms. Stephens had no documents in her possession and control that were responsive to this request and I produced no documents responsive to this request on her behalf.
- On information and belief I had been informed that responsive documents may have been located in bankers boxes in South and Latin America and may have been in the possession of other individuals.

11. Any and all documents of yours regarding property bought or sold or transferred in Guatemala.

- Ms. Stephens had no documents in her possession and control that were responsive to this request and I produced no documents responsive to this request on her behalf.
- On information and belief I had been informed that responsive documents may have been located in bankers boxes in South and Latin America and may have been in the possession of other individuals.

12. Any and all documents of yours regarding 2 Longhorn Ridge Road LLC.

- At the time of the document production those documents responsive to this request were in the possession of attorney Neil Ison. I do not know if these documents were ever tendered to the Trustee.

13. Any and all documents of yours regarding Rainforest Capital LLC.

- Rainforest Capital Promissory Note

14. Any and all documents of yours regarding Lightfoot Investments.

- Ms. Stephens had no documents in her possession and control that were responsive to this request and I produced no documents responsive to this request on her behalf.

15. Any and all documents of yours regarding Surprise Development, Inc.

- Ms. Stephens had no documents in her possession and control that were responsive to this request and I produced no documents responsive to this request on her behalf.

5

16. Any and all documents of yours regarding Catamount Ventures LP.

   The Catamount Ventures LP transfer agreement is found in the two parts listed below.

   - Catamount Part 1.tif
   - Catamount Part 2.tif

17. Any and all documents of yours regarding Fidelity CAP IV LP.

   - Cap IV Assignment and Subscription Agreement.tif

18. Any and all documents of yours regarding Fidelity CAP V LP.

   - Fidelity CAP V 4th Qtr 2012 Financials.pdf
   - Fidelity Cap V Investor Report 4th Quarter 2010.pdf
   - Fidelity Cap V LLC 001.tif
   - Fidelity CAP V_Pook, Dook, Snook, LP_Monette Stephens.pdf

19. Any and all documents of yours regarding Fidelity CAP VI LP.

   - Fidelity CAP VI 001.tif

20. Any and all documents regarding 2 1-acre parcels of real property on Lake Ometepe, Nicaragua.

   - Ms. Stephens had no documents in her possession and control that were responsive to this request and I produced no documents responsive to this request on her behalf.
   - On information and belief I had been informed that responsive documents may have been located in bankers boxes in South and Latin America and may have been in the possession of other individuals.

21. Any and all documents regarding real property in Rocha, Uruguay.

   - Ms. Stephens had no documents in her possession and control that were responsive to this request and I produced no documents responsive to this request on her behalf.

- On information and belief I had been informed that responsive documents may have been located in bankers' boxes in South and Latin America and may have been in the possession of other individuals.

22. Any and all documents of regarding Hacienda Palo Alto, S.A.
- Ms. Stephens had no documents in her possession and control that were responsive to this request and I produced no documents responsive to this request on her behalf.
- On information and belief I had been informed that responsive documents may have been located in bankers boxes in South and Latin America and may have been in the possession of other individuals.

23. Any and all documents regarding Hacienda Agua Dulce S.A.
- Only one document was produced in response to this request. Except for that document Ms. Stephens had no documents in her possession and control that were responsive to this request and I produced no documents responsive to this request on her behalf.
- On information and belief had been informed that responsive documents may have been located in bankers boxes in South and Latin America and may have been in the possession of other individuals. Further on information and belief I had been informed that the entity has not been formed yet. There may be other Hacienda Agua Dulce SA's that Debtors are unaware of.
- Agua dulce actual purchase price and related costs.pdf

24. Any and all documents of yours regarding Hacienda San Joaquin S.A.
- Ms. Stephens had no documents in her possession and control that were responsive to this request and I produced no documents responsive to this request on her behalf.
- On information and belief I had been informed that responsive documents may have been located in bankers boxes in South and Latin America and may have been in the possession of other individuals.

25. Any and all documents of yours regarding Sunrise Ecuador S.A.
   - Ms. Stephens had no documents in her possession and control that were responsive to this request and I produced no documents responsive to this request on her behalf.
   - On information and belief I had been informed that responsive documents may have been located in bankers boxes in South and Latin America and may have been in the possession of other individuals. Further on information and belief I had been informed that at the time of the request there was no such entity that the controlling debtor knew about.

26. Any and all documents of yours regarding Vistas de Concepcion S.A.
   - Ms. Stephens had no documents in her possession and control that were responsive to this request and I produced no documents responsive to this request on her behalf.
   - On information and belief I had been informed that responsive documents may have been located in bankers boxes in South and Latin America and may have been in the possession of other individuals and that at the time of the request there was no such entity that the controlling debtor knew about.

27. Any and all documents of yours regarding Unexpected Development S.A.
   - Ms. Stephens had no documents in her possession and control that were responsive to this request and I produced no documents responsive to this request on her behalf.

28. Any and all documents of yours regarding Ivy League Charters LLC.
   - Ms. Stephens had no documents in her possession and control that were responsive to this request and I produced no documents responsive to this request on her behalf.

29. Any and all documents of yours regarding GoingOn Networks, Inc.
   - Ms. Stephens had no documents in her possession and control that were responsive to this request and I produced no documents responsive to this request on her behalf.

30. Any and all documents of yours regarding Tony Carracci.
- Ms. Stephens had no documents in her possession and control that were responsive to this request and I produced no documents responsive to this request on her behalf.

31. Any and all documents of yours regarding interests in the San Francisco Giants' seat licenses.

All known documents were provided in electronic format.
- 13557 Final Payout.pdf
- 13557 Transfer Instructions.pdf
- 24300 Final Payout.pdf
- 24300 Transfer Form.pdf
- Carl Wescott Activity.xls

32. Any and all documents of yours regarding Atlas Consulting, Inc., LLC.
- Atlas Operating Agreement.tif
- State of CA Docs for Atlas.tif
- Atlas balance sheet through Dec 2010.pdf
- Atlas Profit and Loss Jan through Dec 2012.pdf
- Atlas Montecito Bank and Trust.pdf
- Wells Atlas Account Application.tif
- Atlas Wells Fargo Checking.pdf
- Atlas Wells Fargo Savings.pdf
- Atlas US Bank and Trust Checking 9_11 3_12.tif
- Atlas US Bank and Trust Checking 4_12.pdf
- Atlas Us Bank and Trust Money Market 4_12.pdf
- Atlas Chase Checking.tif

33. An itemized list of all jewelry currently owned with assigned values.

- Monette Stephens Jewelry.pdf

34. An itemized list of all artwork currently owned with assigned values.

- Wescott Artwork.pdf

35. An itemized list of all jewelry lost or sold with assigned values since 2010.

- Monette Stephens Jewelry.pdf

36. Any and all credit card statements of yours from January 2011 through the present.

    Statements from American Express for 12/20/2011 and 1/20/2012, Nationwide for 1/05/2012, Nordstrom for 1/11/2012 as well as a letter stating that a Wells Fargo Credit was close on 1/19/2012 are all included in Credit Cards 2012.tif. All other American Express statements are found in AMEX Credit Card Statements 2011.tif. Wells Fargo credit card statements for 2011 are found in Wells Fargo Credit Card Statements Part 1 and Part 2.tif. All available Chase Credit Card statements are found in Chase Credit Cards Part 1 and Part 2.tif Further, any other store credit cards will be found in Store Credit Cards Part 1 and Part 2.tif

- Credit Cards 2012.tif
- AMEX Credit Card Statements 2011.tif
- Wells Fargo Credit Card Statements Part 1.tif
- Wells Fargo Credit Card Statements Part 2.tif
- Chase Credit Cards Part 1.tif
- Chase Credit Cards Part 2.tif
- Store Credit Cards Part 1.tif
- Store Credit Cards Part 2.tif

37. Any and all documents regarding flights taken from January 2012 through the present.

    Boarding Passes for Continental Flight taking on March 2, 2012.
- Cont. Airlines Boarding Passes CV6Y3S.pdf
- Email from United Flight March 30 2012.doc

*/s/ Brian*

Brian Williams