EXHIBIT "A" Pages 1 - 12

Sheila Gropper Nelson, SBN 85031
LAW OFFICE OF SHEILA GROPPER NELSON
55 Francisco St., Suite 600
San Francisco, CA 94133
Telephone: (415) 362-2221
Facsimile: (415) 576-1422
Email: SheDoesBKLaw@aol.com
Attorney for Debtor Monette Stephens

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### (San Francisco Division)

In re
Carl Wescott and Monette Stephens
Debtors,

Case No. 12-30143
Declaration of Monette Stephens
of Compliance with Court Order
Regarding 2004 Order for Documents
dated April, 2012

I, Monette Rosemarie Stephens, declare:

I am one of the debtors named herein above. I know the information contained herein of my own personal knowledge, unless set forth on information and belief, and as to that matter I believe it to be true. If called as a witness I could testify competently thereto. I have reviewed the response for documents signed on behalf of myself and my husband by attorneys Neil Ison and Brian Williams. As to those responses I state further as set forth herein below:

1. Your Federal and State Income tax returns for the years 2009, 2010 and 2011.

I am informed and believe that the 2009 federal and state tax returns in PDF format, the 2010 and 2011 state tax returns in physical hard copy format have been produced. I have worked with the accountant, Leo Zendejas, for the completion of the 2010 federal tax returns and the 2011 federal returns.

I do not have personal access to all of the information necessary to complete those returns, as that information relates to business entities in the control of my husband. Except

Declaration of Stephens-412/12-30143

as to the documents either previously tendered and listed herein, and/or material produced or taken on September 5, 2012, I do not have possession and control of documents responsive to this demand. I am informed that previously produced matter includes at least the following:

- 2010 Wescott & Stephens California Tax Return 05-08-12.pdf
- 2009 Wescott & Stephens CA Tax Return.pdf

Additionally I can not state categorically that materials taken by the Trustee's attorney, from my home on September 5th, were not responsive to this demand. Except as so identified I have made a diligent search and have produced all of the documents responsive to this demand.

2. **Any and all documents consisting of or relating to Your Federal and State Income tax returns, for the years 2009, 2010 and 2011, including but not limited to worksheets, communications with accountants, 1099 statements.**

On September 5, 2012 I produced further documents to the Trustee's attorney relating to information I control, which information was used in the preparation of or information regarding me and my income for the tax returns for tax years 2009, 2010 and 2011.

Included amongst the information and documents produced by me are the following:

- 2008 and 2009 taxes preparation documents (1098's, 1099's, K1's and other related documents) and Federal and CA taxes for Monette Stephens and Carl Wescott and CA taxes for Atlas Consulting LLC;

- 2010 and 2011 tax preparation documents and copies of CA taxes for Monette Stephens and Carl Wescott and Atlas Consulting LLC, (which is included as a Schedule in the Federal filing);

- A document identified to me as the "Transmutation agreement" as had been provided to me and which I have been informed is not a final document. I have no other signed copy of said document;

- All copies that I could find of various Wells Fargo Bank Statements; and

- All copies of Estate Planning Documents in my possession and control.

I have also previously personally directed Leo Zendejas to forward all documents which may have been in his possession and responsive to this demand to the trustee.

I am informed and believe that the following documents were produced by prior

Declaration of Stephens-412/12-30143    Page 2 of 24

Case: 12-03148    Doc# 34    Filed: 04/12/13    Entered: 04/12/13 19:32:42    Page 3 of 13

counsel in digital or pdf format, including:

- 2011 Federal Tax Extension for Wescott-Stephens.pdf
- Santa Barbara Tech Group (SBTG) 2011 K-1.pdf
- SBTG 2010 K-1.pdf
- FTB Letter.pdf
- IRS Letter.pdf
- 2009 Wescott & Stephens California Tax Return.pdf
- CA 2009 Form 540.pdf
- 2009 Automatic Extension Acknowledgment .pdf
- Unsigned beach house contract.jpg
- 430 Scenic Appraisal.pdf
- OrovilleAppraisal.pdf
- Co-Own 162 Glen Court.doc
- 162 Glen Court Appraisal.pdf
- Second Glen Court Appraisal.pdf
- Newforth Complete Return 2011.pdf
- Newforth Complete Return 2010.pdf
- Newforth Complete Return 2009.pdf
- 7950 Hearst Appraisal.pdf
- 7950 Hearst Copy of Note.tif
- Ashbury Appraisal.pdf
- 5760 Chemise Appraisal.pdf
- Rankin Loan Agreement.pdf
- Straight Note from Jeremy Smith.pdf
- Mendocino Secured Tax Statements.pdf
- 1352 Leonard Appraisal
- Stipulated Kirk Settlement Appendix A.pdf
- Stipulated Kirk Settlement.pdf
- Stipulated Kirk Judgment.pdf
- 3033 Shattuck Buyer Final Closing Statement.pdf
- 3033 Shattuck Appraisal.pdf

- 3033 Shattuck Appraisal Fee.pdf
- 3033 Shattuck Lease Agreement.pdf
- Suneet Singal Judgment.doc

I am also informed that the Trustee has been provided with a copy of the 2011 California State Tax as filed. Also on September 5th I produced both originals and copy of the following materials to the Trustee's attorney which were also in response to this demand, to wit:

The Wescott Stephens Revocable Living Trust, Will, and Health Care Directives

<u>Documents used for 2008 Taxes:</u>

- General Information sheet
- Steve Haggard Letter
- Schedules and Worksheets
- Individual Return for Carl Wescott and Monette Stephens (CA and Federal)
- Newforth LLC Partnership return and K1's
- Information Request from 2008 IRS audit
- Atlas Consulting Franchise Tax Check copy
- Copy of check from Newforth to Atlas from 2008

<u>Documents used for 2009 Taxes:</u>

- ACT gift contribution
- Chase 1098's - 3 different mortgages xxxx5111, xxxx3274, xxxx4502
- Aurora Loan Services statement xxxx2430

1  - Wells Fargo 1099 xxx7024 and
2  xxxx5247
3  - CITI Mortgage 1099 xxxx7755
4  - ASC 1099 xxxx6688
5  - Wells Fargo 1099 xxx7472
6  - Chase 1098 xxxx2243
7  - Luther Burbank tax statement
8  xxxx2688
9  - CITI 1098 xxxx7755
10 - ASC 1098 xxxx6688
11 - Wells Fargo 1099 zzzz4825
12 - Chase 1098 xxxx7257
13 - Chase 1098 xxxx2967
14 - Chase 1098 xxxx5244
15 - 1099 for Carl, can't read clearly
16 - LHJS Investments LLC 1098
17 xxxx9274
18 - Lafayette Capital Group, Inc 1098
19 xxxxA001
20 - Chase 1098 xxxx8568
21 - Chase 1098 xxxx3656
22 - PLM Lender Services Stmt
   xxxx959A
23
24 - PLM Lender Services letter and
   1098 xxxx959A
25 - Empire Mortgage 1098 xxxx1402
26 - Aurora Loan Services 1098
27 xxxx2430
28

- GMAC 1098 xxxx3045
- HMW IRREV Trust 1099 forms xxxx3045 (CW Trustee)
- E&O Larkspur K1
- Newforth Partner K1
- SBTG K1
- Catamount Ventures K1
- Fidelity CAP IV K1
- Steve Haggard Letter and CA Atlas Return
- SBTG Letter
- Extension letter for Monette Stephens and Carl Wescott
- Atlas Consulting Return Authorization
- Turbo Tax 2009 Amended Federal Return
- 2009 Letter to IRS explanation
- 2009 Federal Return
- Wells Fargo 1099 xxxx8664
- CITI 1099 xxxx7755
- ASC 1099 xxxx6688
- ASC 1098 xxxx6688
- GMAC 1098 xxxx3045
- Joyce Wescott 1099
- Jack Lance 1099
- Robert Lonsdale 1099
- John Schrader 1099

- Wells 1098 xxxx7472
- Wells 1098 xxxx8664
- Wells 1098 xxxx4825
- 1099 Cage Entertainment, Inc
- Medical Bills
- Atlas P&L
- E & O K1
- Newforth K1 and partnership return
- SBTG K1
- Fidelity CAP IV K1
- Fidelity CAP V K1
- Catamount K1 and Financial statement
- Rainforest Capital LLC K1
- Fidelity CAP VI K1
- GGH&C Financial Statement
- IRS Letter
- 2009 1040 and Transmutation Agreement

Documents used for 2010 Taxes:
- ASC 1098 xxxx6688
- Chase 1098 xxxx3274
- Chase 1098 xxxx3656
- Wells 1098 xxxx7472
- Wells 1098 xxxx4856
- Wells 1098 xxxx4825
- Rainforest Capital 1099 Carl Wescott

- Sterling Savings Bank 1098 xxxx9001
- Rainforest Capital 1099 Monette Stephens
- Rainforest Capital 1099 Pook Snook Dook LP
- CITI Mortgages 1099 xxxx7755
- ASC 1099 xxxx6688
- Atlas Consulting P&L
- Atlas Car Purchase Document
- Chase 1098 xxxx4502
- Chase Annual Escrow Statement xxxx4502
- Chase 1098 xxxx5111
- Chase 1098 xxxx2967
- Chase 1098 xxxx8568
- Chase 1098 xxxx2243
- Citimortgage 1098 xxxx7755
- PLM Lender Services Borrower Statement
- SBTG K1
- Rainforest Capital K1
- Parcel 2010-2011 057-131-09-00 Secured Tax Statement
- Parcel 2011- 2012 057-131-09-00 Secured Tax Statement
- SF Secured Property Tax Bill 2010

Documents used for 2011 Taxes:

- Mendocino County Secured Tax Bill Parcel 047-220-32

- Napa Secured Tax Statement Asmt Number 032-171-031-000

- Rainforest Capital K1

- 7004 Extension for 1083 Mississippi St. LLC

- Surprise Development Notice of Balance Due

- SF Secured Property Tax Bill 2011 - 2012

- Current Secured Reminder Notice 2010-2011 010-180-007-000

- BaySierra Financial 1099 xxx5769

- State Income Tax Refund

- Form 1096

- County of Mendocino Letters (10) of Delinquent taxes

- Turbotax purchase receipt

- Newforth 1099

- CBT Atlas LLC Statement July 2011

- Letter to Franchise Tax Board

- 2011 CA State return

- SBTG K1

- Catamount K1

- Rainforest Capital K1

- JPMorgan Chase 1098 xxxx3656

- Chase 1099-C xxxx2243

- Newforth Partners LLC K1

- E-MAIL from Leo Zendejas

Declaration of Stephens-412/12-30143                              Page 9 of 24

Case: 12-03148    Doc# 34    Filed: 04/12/13    Entered: 04/12/13 19:32:42    Page 10 of 13

- Luther Burbank 1098 xxxx2688
- Wells Fargo 1098 xxxx7472
- Wells Fargo 1098 xxxx7472
- Wells Fargo 1098 xxxx4856
- Wells Fargo 1098 xxxx4825
- CITI Mortgage 1099 xxxx7755
- Chase 1099-C xxxx2243
- PLM Lender 1099-C xxxx959A
- PLM Lender Borrow Statement xxxx959A
- Catamount K1
- Fidelity CAP VI K1
- Fidelity CAP IV K1
- Fidelity CAP V K1
- 4868 Extension of time form
- Wells Fargo Bank Statements.

In addition I can not state categorically that materials taken by the Trustee's attorney on September 5th were not responsive to this demand. Except as so identified I have made a diligent search and have produced all of the documents in my control responsive to this demand

3. All of your QuickBooks files for any entity that you owned or controlled with the last 4 years.

Except as to the documents previously tendered by prior counsel I have made a diligent search and do not have possession and/or control of any other materials responsive to this demand.

I am informed and believe that the following documents had been sent to the Trustee by Messrs: Ison and Williams:

To date the QuickBooks that have been located include

Declaration of Stephens-412/12-30143 Page 10 of 24

PeopleBridge, Inc., and Atlas Consulting, LLC. as follows:

- Atlas SB (Backup May 11,2012 11 23 PM.QBB)
- PeopleBridge_2009.QBW.ADR

4. **Any and all bank statements and canceled checks of yours from (1) personal checking and (2) personal savings for 2010 through the present.**

I am informed and believe that the following documents had been sent to the Trustee by Messrs: Ison and Williams:

- Joint Wells Fargo Checking Acct xxx236.pdf
- Monette Personal California Bank and Trust Checking.pdf
- Monette Personal Montecito Bank and Trust Checking.pdf
- U.S. Bank and Trust Joint.tif
- Monette Montecito Savings 1_10 to 8_10.tif
- Monette Montecito Savings 9_10 to 12_11.tif
- Monette Montecito Savings 7_22_2011.pdf
- Monette Montecito Savings 2_24_2012.pdf
- Monette Montecito Savings 3_23_2012.pdf
- Monette Montecito Savings 4_24_2012.pdf

On September 5th I also produced Bank Statements including the following:

- Wells Fargo PMA Checking Account x5228 11/11;
- Wells Fargo Pook Snook Dook acct xxxx1374 9/11, 10/11; and
- CBT Atlas Check copies.

I also can not state categorically that materials taken by the Trustee's attorney on September 5th were not responsive to this demand. Therefore except as so identified I have made a diligent search and have produced all of the documents responsive to this demand.

5. **Any and all bank statements and canceled checks of yours from rental property from 2010 through the present.**

Declaration of Stephens-412/12-30143                                           Page 11 of 24

Case: 12-03148   Doc# 34   Filed: 04/12/13   Entered: 04/12/13 19:32:42   Page 12 of 13

Except as to the documents previously tendered I have made a diligent search and have not found any other document responsive to this demand. Further I can not state categorically that materials taken by the Trustee's attorney on September 5 were not responsive to this demand. Except as so identified I have no current knowledge of other materials responsive hereto. I am continuing to search but know of no other matter responsive to this demand.

6. Any and all documents of yours regarding Livery S.A.

Except as to the documents previously tendered I do not have possession or control of documents responsive to this demand nor do I have an interest, except to the extent that I can claim a community property interest in any property interest claimed by my husband, in said entity, so that the phrasing of this demand does not apply to me.

I have made a diligent search and do not have possession and/or control of documents responsive to this demand. Further, I was present at my home when the Trustee's attorney went through materials identified as belonging to my husband and I saw her take documents and materials which were neither identified or categorized by her. I have not received any identification of those materials and can not state categorically that materials taken by said attorney were not responsive to this demand. Except as so identified I have made a diligent search and have produced all documents that I had possession and control of in response to this demand.

7. Any and all documents of yours regarding property bought or sold or transferred in Honduras.

Except as to the documents previously tendered I do not have possession or control of documents responsive to this demand. Nor do I have an interest, except to the extent that I can claim a community property interest, in any such property. Unless said interest is claimed by my husband in said entity, if any, making the demand ambiguous as directed to me personally. I can not state categorically that materials taken by the Trustee's attorney on September 5th were not responsive to this demand. Therefore except as so identified I have made a diligent search and to the extent that documents have previously been provided and/or that I have produced are responsive to this demand or as may have been taken by the Trustee's counsel without identification I have no other material responsive to this demand.

Declaration of Stephens-412/12-30143                                    Page 12 of 24

Case: 12-03148   Doc# 34   Filed: 04/12/13   Entered: 04/12/13 19:32:42   Page 13 of 13