# EXHIBIT 1

# San Pedro Sula

Coordinates: 15°30'0"N 88°2'0"W

From Wikipedia, the free encyclopedia

**San Pedro Sula** is a city in Honduras. The city is located in the northwest corner of the country, in the Valle de Sula (Sula Valley), about 60 km south of Puerto Cortés on the Caribbean Sea. With an estimated population of 873,824 people in the main municipality, and 1,245,598 in its metro area (2010), it is the second largest city, after the capital Tegucigalpa. It is considered the industrial center[3] of Honduras. It is the capital of the Cortés Department. The city serves as a major transportation hub for the rest of the country, while economically maintaining its base in light industry and the commercial production of coffee, bananas, beef, sugar cane, tobacco, and forestry. According to *The Economist*, San Pedro Sula generates two-thirds of the country's Gross domestic product (GDP).[4]

| San Pedro Sula "Usula (Valley of Birds)" |
|---|
|  |
|   |
| Flag — Seal |
| Nickname(s): *La Capital Industrial* |
|  |
| Coordinates: 15°30'0"N 88°2'0"W |
| Country — Honduras |
| Department — Cortés |
| Municipio (County) — San Pedro Sula |
| Foundation — June 1536 |
| Government |
| • Mayor — Juan Carlos Zuniga (PLH) |

## Contents

- 1 History
- 2 Geography
    - 2.1 Climate
- 3 Administrative divisions
- 4 Main sights
    - 4.1 Museums
    - 4.2 Central Park
    - 4.3 Zona de Armenta
    - 4.4 Mercado Guamilito
    - 4.5 Theaters
    - 4.6 Water parks
    - 4.7 Avenida Circunvalación
- 5 Educational institutions
    - 5.1 Colleges and universities
    - 5.2 Primary and secondary schools
- 6 Music
    - 6.1 Composers
- 7 Sports
    - 7.1 Other Sports
    - 7.2 C.D. Marathón

Case: 12-03148   Doc# 43-1   Filed: 04/19/13   Entered: 04/19/13 12:16:10   Page 2 of 11

- 7.3 Real España
- 8 Transportation
    - 8.1 Air travel
    - 8.2 Bus travel
    - 8.3 City transportation
- 9 Digital TV Stations
- 10 References
- 11 External links

| Area | |
|---|---|
| • Urban | 840 km² (320 sq mi) |
| Elevation | 83 m (272 ft) |
| Population (2010) | |
| • City | 873,824 [1] |
| • Density | 2,427.7/km² (6,288/sq mi) |
| • Metro | 1,245,598 [2] |

# History



Cathedral



Panoramic view of Downtown San Pedro Sula

San Pedro Sula was founded on 27 June 1536, by Pedro de Alvarado under the name **Villa de San Pedro de Puerto Caballos**, close to the town of Choloma. There were around 18 towns populated by indigenous people in the Sula valley at the time. Early descriptions of the landscape indicate abundant swampland and dense tropical forests, with little land good for agriculture or cattle raising. The city's name became San Pedro Sula in the 18th century, after several changes. The "Sula" part of its name comes from the *Minas de Sula*, gold mines located to the west of the village of Naco.

For the first few years of its history, San Pedro was the colonial mint, where gold, found to the west in the Naco, Sula, and Quimistan valleys, had to be brought to smelt, and where the Spanish Crown collected a fifth of the value of the gold. The mint was moved to Gracias, and ultimately to Comayagua in the 1550s.

French, English, and Dutch pirates raided and sacked the city, prompting the Spaniards to move the city to its current location along the Chamelecón River. San Pedro languished to a neglected backwater, with few Spanish settlers. New settlers were not attracted to the city, preferring the higher, drier valleys inland with more farmland and gold mines. At the same time, lax Spanish control spurred illicit trade in alcohol from the Caribbean islands, such as Cuba.[*citation needed*]

The city grew slowly from about 800 residents in 1590, to almost 10,000 by the 1890s, but most of this population growth took place in the 19th century. It benefited initially from the growth of bananas for export in the 1870s and 1880s and formed a close relationship with U.S. based shipper and railroad entrepreneur Samuel Zemurray's Cuyamel Fruit Company, and the construction of the Interoceanic

Case: 12-03148    Doc# 43-1    Filed: 04/19/13    Entered: 04/19/13 12:16:10    Page 3 of 11

Railroad between 1869 and 1874 which connected the city to the coast at Puerto Cortés. Zemurray worked closely with local elites who invested in subsidiary enterprises and thus shaped the way politically for Cuyamel to establish itself and, along the way to pay very few taxes. [5]



Municipal Palace

In the mid-1920s, it grew from 10,000 to 100,000 people, following a boom in banana plantations in the region. Today, the city's metropolitan area has almost one million inhabitants and continues to expand. The building of a rail line between San Pedro and the coast, connecting the banana plantations to the ports of Tela and Puerto Cortes, as well as heavy investment from the local Palestinian businessmen, spurred development of San Pedro as an industrial city. San Pedro Sula was officially recognized as a city by the Congress of Honduras on 8 October 1902.

110 years of history has brought San Pedro Sula an unfortunate distinction. With 159 homicides per 100,000 residents, it was named "...the world's most violent place in 2011..." [6]

# Geography

## Climate

San Pedro Sula features a tropical savanna climate (Koppen Aw), with year-round relatively high temperatures and plentiful rainfall year round. San Pedro Sula has experienced hurricanes and tropical storms and is prone to them during the hurricane season usually when the storms form in the southern part of the Caribbean or Western Africa.

| Climate data for San Pedro Sula, Honduras (1991–2009) | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Month | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Year |
| Average high °C (°F) | 28 (82) | 29 (84) | 31 (88) | 32 (90) | 33 (91) | 33 (91) | 33 (91) | 32 (90) | 32 (90) | 30 (86) | 29 (84) | 28 (82) | 31 (88) |
| Average low °C (°F) | 20 (68) | 21 (70) | 22 (72) | 23 (73) | 24 (75) | 24 (75) | 23 (73) | 23 (73) | 23 (73) | 23 (73) | 22 (72) | 21 (70) | 22 (72) |
| Precipitation mm (inches) | 70 (2.76) | 50 (1.97) | 30 (1.18) | 30 (1.18) | 60 (2.36) | 160 (6.3) | 120 (4.72) | 100 (3.94) | 160 (6.3) | 160 (6.3) | 130 (5.12) | 110 (4.33) | 1,210 (47.64) |
| Source #1: Weatherbase;[7] | | | | | | | | | | | | | |
| Source #2: [8] | | | | | | | | | | | | | |

# Administrative divisions

*Main article: List of Neighborhoods in San Pedro Sula*

San Pedro Sula, as most cities built under the Spanish colonial period, is divided in quadrants. Avenues in the city run from North to South and Streets run from East to West. First Street and First Avenue mark the "center of the city" and effectively divide it into four major quadrants NW, NE, SW and SE.

The technical center of the city is located where both First Street and Avenue meet, but the Central Park on First Street and Third Avenue is considered the true center. Like most other Latin American cities, the Cathedral and City Hall are located in front of the Central Park.



San Pedro Sula's Old Train Station.

Even though most of the population is located in the Eastern part of the city, or "abajo de la linea" as it is commonly referred to, most of the business and commercial areas, as well as the modern structures, are located on the West side. A lot of the wealth is located in the West part of the city. Many areas on the East side have been growing very rapidly in the past decades. The road to La Lima has become a major commercial area.

San Pedro Sula is divided into neighborhoods which are named by residential developments or subdivisions. There is a recent trend in San Pedro Sula of enclosing neighborhoods into gated communities. See List of Neighborhoods in San Pedro Sula for a complete list of neighborhoods.

The city's growing role as a hub for cocaine trafficking has led to a surge in homicides [9] in recent years. For the second year in a row, San Pedro Sula had the highest murder rate in the world,[10] [11] surpassing Mexico's Ciudad Juárez.

# Main sights

Sights include the Copán Ruins which are a three-hour drive away, Lake Yojoa and Pulhapanzak Waterfalls; Cusuco Cloud Forest; Tela and Garifuna village; and Omoa Fortress, an 18th-century outpost.

## Museums

- Museo de Antropología e Historia (The Museum of Anthropology and History)
- Museo de la Naturaleza (The Museum of Nature)
- Planetario Infantil (The Child Planetarium)

The Museo de Antropología e Historia is licensed by the Honduran Institute of Anthropology and History to house archaeological and historical collections, which by law belong to the people of Honduras. The ground floor of the museum is devoted to the history of Honduras, and San Pedro Sula in particular. The upper floor exhibits are about the prehistory of the valley in which San Pedro is located. The Museum has a research library with information relating to the history of Honduras. The museum director is Teresa de Pastor.

The second museum has to do with the flora and fauna surrounding the city. This museum houses several insect species, as well as books about the nature and the animals found in the Merendon mountains. This museum is directed by Gladys Fasquelle de Pastor.

The planetarium is an astronomy museum. It shows the night sky as seen from San Pedro Sula, while also providing information about the solar system, constellations, and a small space exhibit.

Case: 12-03148    Doc# 43-1    Filed: 04/19/13    Entered: 04/19/13 12:16:10    Page 5 of 11

## Central Park

Although the downtown area officially begins at First Avenue, the commercial hub begins at Third. Central Park is located between these, and it contains a small gazebo in the center, marking the spot where the city was founded. This gazebo is the only piece of architecture that remains standing to this day from the date when it was built in 1901 by then governor Luis Alonso Barahona. This gazebo



San Pedro Sula's municipal palace.

served as a provisional church at the turn of the 20th century while the cathedral was being built. Currently, cultural and musical events are held on weekends. The statue in the center depicts two women doing laundry on a river bank.

## Zona de Armenta

The Zona de Armenta is a cold-water river that comes from the Merendon mountain range. The park is located in the Northeastern part of the city and serves as a recreational area for many people in the city. The river has several areas that are open for swimming as well as places to purchase food.

## Mercado Guamilito

Vendors sell crafts, pottery, souvenirs, flowers and local Honduran food.

## Theaters

- The Francisco Saybe Theatre
- Centro Cultural Sampedrano
- Torre Universitaria Jorge Emilio Jaar

## Water parks

- Wonderland
- Zizima Eco Water Park which is located 3 km from San Pedro Sula Airport

## Avenida Circunvalación

Avenida Circunvalación is the most popular zone to visit at night. There are many restaurants and it is home to events like the Feria Juniana that is celebrated in June. This part of the city also contains hotels, malls, banks, auto dealers and fast-food chains.

# Educational institutions

## Colleges and universities

San Pedro Sula is home to many colleges and universities. It is the home of the first private university in

the country, the Universidad de San Pedro Sula (USPS).

Due to its influence in the industrial and commercial sectors of Honduras, San Pedro Sula has many higher education institutions that attract students from all over the country. Many people have migrated to the city to take advantage of the educational opportunities present in the city.

The following Universities are located in San Pedro Sula:

- Universidad de San Pedro Sula (USPS) (http://www.usps.edu/)
- Universidad Tecnologica Centroamericana (UNITEC) (http://www.unitec.edu/)
- Universidad Tecnológica de Honduras (http://www.uth.hn/)
- Universidad Nacional Autonoma de Honduras del Valle de Sula (UNAH VS) (http://www.unah.hn/)
- Universidad Cristiana de Honduras
- Universidad Católica de Honduras
- Universidad Pedagogica Francisco Morazán

**Primary and secondary schools**

There are many public and private schools in the city. The number of schools offering bilingual education has been in constant increase over the past few decades.

San Pedro Sula is the city with the most bilingual schools in Central America.[citation needed] For a full list of school go to List of Primary and Secondary schools in San Pedro Sula.

# Music

Escuela de Música Victoriano López

## Composers

- Norma Erazo
- Walterio Galdámez

# Sports

San Pedro Sula is home to many sporting teams and events. In 1997 it became the first, and only to date, non-capital city to host the Central American Games. The games, though full of scandal,[citation needed] left the city with a modern sporting infrastructure. The Villa Olimpica is a multi-sporting complex that has facilities for most Olympic style games including soccer, boxing, swimming, baseball, cycling and multipurpose gymnasiums.

San Pedro Sula is the only city in the country to be home to two soccer stadiums. The Estadio Olímpico Metropolitano is located in the Villa Olimpica and is the largest in the country with a capacity of 42,000. The Estadio Francisco Morazán is located in the center of the city and holds 23,000 people. The

Case: 12-03148    Doc# 43-1    Filed: 04/19/13    Entered: 04/19/13 12:16:10    Page 7 of 11

stadiums are home to San Pedro Sula's most popular professional soccer teams Marathon and Real España. Because of the stadiums, training facilities, and an almost religious supporting fan base, San Pedro Sula has become the home for the Honduras national football team.[12]

## Other Sports

The city has hosted many international tennis tournaments and serves as the home of the Honduran tennis team. The Club Arabe Hondureño provides great facilities for the sport.

San Pedro Sula is also home to the Liga Georgina de Villegas basketball league. The League is divided in two divisions with a promotion and relegation system. The league has a female counterpart as well that carries the same name. Many teams from neighboring cities also take part in the league as it is the highest form of competitive basketball in the area.

There are city softball (Óscar Saybe Softball League) and a baseball leagues that host seasonal competitions annually, and serve as qualifiers for the national tournaments in their respective sports. These leagues are far less popular and attract fewer fans than the city soccer teams.[citation needed] Though less supported than their soccer counterparts, the city teams enjoy much success on the national level. Azulejos, the city's baseball champion, has won the national tournament the past two years.

The Delfines Sampedranos, a local swimming club, is the most successful club in the country and the Central American region. It has dominated Central American competitions for the past several years. [citation needed]

Also it is the only city in Honduras where there is a highly developed Taekwondo center, where the only World Gold medalist in Honduras, Andrea Erazo, well known in the world of Taekwondo, trains. Some Centers are:

- CAR OSAE
- Kumgang
- Honduras Idols Taekwondo

This sport is one of the only sports in Honduras that gives really good results not only in regionals or in nationals but also at international events.[citation needed]

An annual marathon sponsored by Diario La Prensa is hosted in the city.

Motorcross is also practiced in the city. The Olimpic complex has hosted motorbike and ATV racing. Endurance drives up the Merendon mountains are usually organized.

## C.D. Marathón

Club Deportivo Marathón, as it is officially known, is more commonly known as just Marathón. It was founded on 25 November 1925 in San Pedro Sula by Eloy Montes and a group of his friends. The team's colors are red, white and green. It is the oldest team in the city. The team was a founding member of the Liga Nacional (Honduras's top soccer league). It plays its home games in the Estadio Yankel Rosenthal.

Case: 12-03148    Doc# 43-1    Filed: 04/19/13    Entered: 04/19/13 12:16:10    Page 8 of 11

### Real España

Real España was founded on 14 July 1929 at Escuela Ramón Rosa in San Pedro Sula. España's colors are black and yellow, a fact reflected in the club's nickname: "The Aurinegros" (a compound word meaning gold and black). It has won the national championship eleven times. It was also a founding member of the Liga Nacional. It plays its home games in Estadio Francisco Morazán.[13]

## Transportation

### Air travel

The city is served by Ramón Villeda Morales International Airport. It is conveniently located about 15 minutes from the city's center and serves North-Western Honduras through several domestic and international air companies, such as: United, American, Delta, COPA, Spirit Airlines, Aeroméxico, Maya Island Air, And TACA which link the city with San Salvador, Mexico City, San José, Belize City, Managua, Atlanta, Fort Lauderdale, Houston, Newark, Miami, and New York City.

Ramón Villeda Morales Airport is the major and busiest airport in Honduras, handling about 600,000 passengers in 2007. Travelers using this airport are charged a departure tax of $38.71 to help with expansion of the airport.

### Bus travel

San Pedro Sula has a central bus station that is used by most major Bus companies. The bus station, called the Gran Central Metropolitana de Autobuses de San Pedro Sula, is located a few kilometers south of the downtown area and provides visitors to bus routes to almost every destination in the country as well as several international destinations. It is not only the largest bus station in Central America, it also serves as a shopping center, food court, and many other services.[14]

Bus travel is an easy way to move around the country and this bus station has become the main hub for tourist and Hondurans alike who desire to travel cheaply by bus around the country.

### City transportation

San Pedro Sula has a large amount of public transportation. The city has city buses that run routes throughout the city, smaller buses called "Rapiditos" that are minivans, that because of their size and ability to move in traffic, that provide faster service than regular buses, and taxis. All taxis in San Pedro Sula are white. Because of the existing fleet number, it is very easy to find a taxi in the city. Another common form of transportation is a "colectivo". A colectivo is a taxi that serves a specific route and takes different passengers, which may or may not be together, that share the cost of the trip.



A rapidito minibus in San Pedro Sula.

# Digital TV Stations

San Pedro Sula is the home of the first High Definition Digital TV Station in Honduras CampusTv (Inaugurated 2008), 59.1 and 59.2 located in the Universidad de San Pedro Sula Campus.

# References

1. ^ "Honduras: largest cities and towns and statistics of their population" (http://world-gazetteer.com/wg.php?x=&men=gcis&lng=en&des=wg&geo=-97&srt=npan&col=abcdefghinoq&msz=1500&pt=c&va=&srt=pnan). World Gazeteer. Retrieved 22 May 2010.
2. ^ "Honduras: metropolitan areas" (http://world-gazetteer.com/wg.php?x=1&men=gcis&lng=en&des=gamelan&geo=-97&col=abcdefghinoq&msz=1500&pt=a&va=&srt=pnao). World Gazeteer. Retrieved 24 February 2010.
3. ^ San Pedro Sula becomes popular convention destination (http://www.internationalspecialreports.com/theamericas/00/honduras/17.html)
4. ^ "Honduras's indebted economy: The cost of a soup" (http://www.economist.com/node/18805653). *The Economist* (The Economist Newspaper Limited) **399** (8737): 71. 11 – 17 June February.
5. ^ Dario Euraque, *Reinterperting the Banana Republic: Region and State in Honduras, 1870–1972* (Chapel Hill, North Carolina: University of North Carolina Press, 1996) pp. 25–27.
6. ^ The Washington Post, January 13, 2012 article by Nick Miroff
7. ^ [http:// www.weatherbase.com/ "**(English)** Weather Information for San Pedro Sula, Honduras"]. Retrieved 27 Nov 2010.
8. ^ http://www.worldclimateguide.co.uk/climateguides/honduras/sanpedro-sula.php
9. ^ Miroff, Nick (8 March 2012). "Grim toll as cocaine trade expands in Honduras" (http://www.washingtonpost.com/world/americas/grim-toll-as-cocaine-trade-expands-in-honduras/2011/11/08/gIQAYVvOJP_story.html). *The Washington Post*.
10. ^ Miroff, Nick (13 January 2012). "San Pedro Sula, Honduras is the world's most violent place" (http://www.washingtonpost.com/blogs/blogpost/post/san-pedro-sula-honduras-is-the-worlds-most-violent-place/2012/01/13/gIQA9BGpvP_blog.html). *The Washington Post*.
11. ^ Romo, Rafael (28 March 2013). "Inside San Pedro Sula, 'murder capital of the world" (http://www.cnn.com/2013/03/27/world/americas/honduras-murder-capital/index.html?hpt=hp_c3). CNN.com.
12. ^ El 2009 Sera Duro. Diario La Prensa http://www.laprensahn.com/index.php/Deportes/Ediciones/2008/12/09/Noticias/El-ano-2009-sera-duro
13. ^ Oficial Page of Real Club Deportivo Espana http://www.realcdespana.com/
14. ^ Gran Central Metropolitana Homepage http://grancentralhn.com/

# External links

Cúpula de la Catedral de San Pedro Sula [1] (http://www.coroflot.com/individual/file_edit.asp?portfolio_id=1718553)

- Interactive Map of San Pedro Sula (http://www.infohn.com)
- Honduras Weekly (http://www.hondurasweekly.com)
- Universidad de San Pedro Sula (http://www.usps.edu)

pg www.facebook.com/SANPEDROSUALACAPITALINDUSTRIALDEHONDURAS

Retrieved from "http://en.wikipedia.org/w/index.php?title=San_Pedro_Sula&oldid=549272580"
Categories: Populated places in Honduras | Municipalities of the Cortés Department | San Pedro Sula

- This page was last modified on 8 April 2013 at 04:49.
- Text is available under the Creative Commons Attribution-ShareAlike License; additional terms may apply. By using this site, you agree to the Terms of Use and Privacy Policy. Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.