# EXHIBIT 1

View: Results List | **Full**    ‹PREV **2** of **7** NEXT›

**Search:** Corporation Filings > Search Results > Corporation Filings Report

**Terms:** company(**Atlas Consulting**) filing jurisdiction(**CA**) state(**CA**)
( Edit Search | New Search )

☐ Select for Delivery

**Further Searches**
Comprehensive Person Report
Comprehensive Business Report
Locate a Business (Nationwide)
Uniform Commercial Code Filings
Delaware Secretary of State $
Criminal Records
Deed Images $
Parcel Maps $
Foreclosure Activity Status $
Real Property Voluntary Lien Transaction $
Real Property Valuation $
Real Property Valuation & Risk Assessment $
Neighborhood Demographics $

# California Secretary of State

### Corporate Filing
### Business Information

| | |
|---|---|
| **Filing Number:** | 199804310004 |
| **Name:** | ATLAS CONSULTING, LLC |
| **Name Type:** | LEGAL |
| **Standard Business Address:** | 1083 MISSISSIPPI ST<br>SAN FRANCISCO, CA 94107-3409 |
| **Original Business Address:** | 1083 MISSISSIPPI ST<br>SAN FRANCISCO<br>CA<br>94107 |
| **Mailing Address:** | |

**Corporate Filing**

|  |  |
|---|---|
|  | 1083 MISSISSIPPI ST<br>SAN FRANCISCO<br>94107 |
| **Business Type:** | DOMESTIC LLC |
| **Filing Date:** | 02/13/1998 |
| **Filing Type:** | DOMESTIC |
| **Status:** | ACTIVE |
| **Place Incorporated:** | CALIFORNIA |
| **Foreign/Domestic:** | DOMESTIC |
| **Amendments Filed:** | 3 |
| **Additional Information:** | MORE THAN 1 MANAGER |
| **Purpose:** | CONSULTING |

**Registered Agent**

|  |  |
|---|---|
| **Name:** | MONETTE, R STEPHEN |
| **Title:** | REGISTERED AGENT |
| **Registered Agent Address Type:** | BUSINESS |
| **Registered Agent Address:** | 1083 MISSISSIPPI ST<br>SAN FRANCISCO, CA 94107-3409 |

**Officers**

| Name | Date(s) | Standardized Address | Original Address |
|---|---|---|---|
| MONETTE, R STEPHEN<br>Title: MEMBER<br>Contact Type:<br>MEMBER/MANAGER/PARTNER |  | Type: REGISTERED OFFICE<br>1083 MISSISSIPPI ST<br>SAN FRANCISCO, CA 94107-3409 | 1083 MISSISSIPPI ST<br>SAN FRANCISCO<br>CA<br>94107 |

**Historical Contacts**

| Name | Date(s) | Standard Address | Original Address |
|---|---|---|---|
| AUSTIN STEPHENS, PREWITT<br>Title: MEMBER<br>Contact Type:<br>MEMBER/MANAGER/PARTNER |  | Type: REGISTERED OFFICE<br>3910 CAROL AVE<br>SANTA BARBARA, CA 93110-1522 | 3910 CAROL AVE<br>SANTA BARBARA<br>CA<br>93110 |

**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

**Your DPPA Permissible Use:** Litigation
**Your GLBA Permissible Use:** Legal Compliance



About LexisNexis | Terms & Conditions
Copyright© 2013 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.