MacCONAGHY & BARNIER, PLC
JOHN H. MacCONAGHY, State Bar No. 83684
JEAN BARNIER, State Bar No.231683
645 First Street West, Suite D
Sonoma, CA 95476
Telephone: (707) 935-3205
Email: jbarnier@macbarlaw.com

Attorneys for Plaintiff,
Janina M. Hoskins, Trustee in Bankruptcy

Signed and Filed: May 2, 2013

_____
DENNIS MONTALI
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>CARL ALEXANDER WESCOTT and<br>MONETTE ROSEMARIE STEPHENS,<br><br>Debtors.<br><br>JANINA M. HOSKINS, Trustee in Bankruptcy of the Estate of Carl Alexander Wescott and Monette Rosemarie Stephens,<br><br>Plaintiff,<br><br>v.<br><br>CARL ALEXANDER WESCOTT and MONETTE ROSEMARIE STEPHENS,<br><br>Defendants. | Case No.: 12-30143 DM<br>(Chapter 7)<br><br>AP No. 12-3148<br><br>**ORDER GRANTING SUMMARY JUDGMENT** |

The Trustee's Motion for Summary Judgment to Deny Discharge of the Debtors came on for hearing on April 26, 2013 before the Hon. Dennis Montali, United States Bankruptcy Judge. Jean Barnier of MacConaghy & Barnier, PLC appeared for the Trustee; Sheila Gropper Nelson, Esq. appeared for Monette Rosemarie Stephens. Carl Alexander Wescott, pro per, did not appear. On consideration of the oral and written arguments of counsel, and the Court having set forth the basis for its decision on the record, in particular that no material facts are in dispute as to the claims for relief which are subject to the motion, and good cause appearing:

IT IS HEREBY ORDERED that the Motion is granted.

**END OF ORDER**

| 1 | |
| --- | --- |
| 2 | APPROVED AS TO FORM: |
| 3 | |
| 4 |   /s/ Sheila Gropper Nelson                                  Dated: May 1, 2013<br>Sheila Gropper Nelson<br>Attorney for Monette Rosemarie Stephens |

COURT SERVICE LIST