```
Entered on Docket
May 03, 2013
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
```

Signed and Filed: May 2, 2013

_____
DENNIS MONTALI
U.S. Bankruptcy Judge

MacCONAGHY & BARNIER, PLC
JOHN H. MacCONAGHY, State Bar No. 83684
JEAN BARNIER, State Bar No.231683
645 First Street West, Suite D
Sonoma, CA 95476
Telephone: (707) 935-3205
Email: jbarnier@macbarlaw.com

Attorneys for Plaintiff,
Janina M. Hoskins, Trustee in Bankruptcy

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>CARL ALEXANDER WESCOTT and<br>MONETTE ROSEMARIE STEPHENS,<br><br>Debtors.<br><br>JANINA M. HOSKINS, Trustee in<br>Bankruptcy of the Estate of Carl Alexander<br>Wescott and Monette Rosemarie Stephens,<br><br>Plaintiff,<br><br>v.<br><br>CARL ALEXANDER WESCOTT and<br>MONETTE ROSEMARIE STEPHENS,<br><br>Defendants. | Case No.: 12-30143 DM<br>(Chapter 7)<br><br>AP No. 12-3148<br><br>**JUDGMENT DENYING DISCHARGE OF DEBTORS** |

The Court having granted the Trustee's Motion for Summary Judgment to Deny Discharge of the Debtors and good cause appearing:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the discharge of Carl Alexander Wescott and the discharge of Monette Rosemarie Stephens are denied pursuant to the provisions of 11 U.S.C. § 727(a).

**END OF ORDER**

APPROVED AS TO FORM:

   */s/* Sheila Gropper Nelson                                                   Dated: May 1, 2013
Sheila Gropper Nelson
Attorney for Monette Rosemarie Stephens

COURT SERVICE LIST