1  Sheila Gropper Nelson, S.B.N. 85031
2  Law Office of Sheila Gropper Nelson
   55 Francisco St., Suite 600
3  San Francisco, CA 94133
   Telephone: (415) 362-2221
4  Facsimile:   (4150 576-1422
   Email:       SheDoesBkLaw@ao
5  Attorney for Monette Rosemarie S...

Signed and Filed: July 17, 2013



DENNIS MONTALI
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | |
|---|---|
| In re: | Chapter 7 |
| Carl Alexander Wescott & | Bankruptcy Case No. 12-30143 |
| Monette Rosemarie Stephens | APN 12-03148 |
| Debtors                    / | Order Granting Stephens' Motion to Vacate Entry of Order Denying Stephens' |
| JANINA M. HOSKINS, TRUSTEE IN BANKRUPTCY OF THE ESTATE OF CARL ALEXANDER WESCOTT & MONETTE ROSEMARIE STEPHENS, | Discharge Pursuant to FRCP 59 et seq. |
| | Date: July 12, 2013 |
| Plaintiff, | Time: 10:00 a.m. |
| v. | Dept.: 22nd Floor |
| CARL ALEXANDER WESCOTT & MONETTE ROSEMARIE STEPHENS, | |
| Defendants                    / | |

Debtor/defendant Monette Rosemarie Stephens' Motion to Vacate Entry of Order Denying her Discharge came on for hearing as being duly noticed, before the Honorable Dennis Montali, presiding.

Appearances were as stated on the record.

The Court having reviewed all of the pleadings, papers and evidence submitted and oral argument as presented and for good cause shown

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. The Motion to Vacate the Judgment to Deny Monette Stephens' Discharge is Granted for all of the reasons stated by the Court on the record.
2. Adversary Action APN 13-0148 is reinstated to the rolls.
3. A trial date of October 2, 2013 is set.

** End of Order **

Approved as to form:

By: /s/ Jean Barnier
Jean Barnier, Esq.
MacConaghy & Barnier
Attorneys for Janina M. Hoskins,
Trustee in Bankruptcy of the Estate of
Carl Alexander Wescott &
Monette Rosemarie Stephens

Case: 12-03148   Doc# 68   Filed: 07/17/13   Entered: 07/18/13 08:49:21   Page 2 of 3

The Court having reviewed all of the pleadings, papers and evidence submitted and
oral argument as presented and for good cause shown
          IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:
          1.      The Motion to Vacate the Judgment to Deny Monette Stephens' Discharge is
                  Granted for all of the reasons stated by the Court on the record.
          2.      Adversary Action APN 13-0148 is reinstated to the rolls.
          3.      A trial date of October 2, 2013 is set.


                                          ** End of Order **


Approved as to form:

By: _____
Jean Barnier, Esq.
MacConaghy & Barnier
Attorneys for Janina M. Hoskins,
Trustee in Bankruptcy of the Estate of
Carl Alexander Wescott &
Monette Rosemarie Stephens

Case: 12-03148    Doc# 68    Filed: 07/17/13    Entered: 07/18/13 08:49:21    Page 3 of 3