Sheila Gropper Nelson, SBN 85031
Law Office of Sheila Gropper Nelson
55 Francisco St., Suite 600
San Francisco, CA 94133
Phone: (415) 362-2221
Facsimile: (415) 576-1422
Email: SheDoesBkLaw@aol.com
Attorney for Monette Stephens

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
[San Francisco Division]

In re:  
Carl Alexander Wescott &  
Monette Rosemarie Stephens  
    Debtors.

Case No. 12-30143  
APN 12-03148  
Certificate of Service

Janina Hoskins, Trustee in Bankruptcy of the Estate of Carl Alexander Wescott & Monette Rosemarie Stephens,  
    Plaintiff,  
v.  
Monette Rosemarie Stephens,  
    Defendants.

CERTIFICATE OF SERVICE

    I, Sheila Gropper Nelson, declare I am an attorney at law and not a party to the within action. My business address is 55 Francisco St., Suite 600 San Francisco, CA. 94133. On 8/12/13 I served Monette Stephens' Stipulation to Shorten Time for Motion and Motion to Determine That Request for Admissions Not Deemed Admitted and Alternative Motion to Determine Request for Admissions Not Deemed Admitted Because of Discovery Cutoff and Alternative Motion to Allow Respond by placing a true and correct copies thereof, with postage prepaid, in the United States Mail at San Francisco California addressed to the United States Trustee, 235 Pine Street, 7th Fl, San Francisco 94104, Trustee Hoskins to her attorney of record MacConaghy & Barnier 645 First St. West, Suite D, Sonoma CA 95476 and by email to jbarnier@macbarlaw.com and chamber copies to the court. I am readily familiar with the practice of the Law Office of Sheila Gropper Nelson for the collection and processing of correspondence for mailing with the United States Postal Service; it is deposited with the United States Postal Service on the same date in the ordinary course of business at the business address shown above; I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing contained in this declaration. The mail was directed as follows: Stated Above and [x] and by email to California Rules of Court, Rule 2003(3) and Rule 2008(e)(4), with record of transmission attached hereto and incorporated herein by this reference. Executed on 8/12/13 at SF, California. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

                              /s/ Sheila Gropper Nelson

APN 12-03148 COS                                                                                                              1