```
1  MacCONAGHY & BARNIER, PLC
   JOHN H. MacCONAGHY, State Bar No. 83684
2  JEAN BARNIER, State Bar No.231683
   645 First Street West, Suite D
3  Sonoma, CA 95476
   Telephone: (707) 935-3205
4  Email: jbarnier@macbarlaw.com

5  Attorneys for Plaintiff,
   Janina M. Hoskins, Trustee in Bankruptcy
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>CARL ALEXANDER WESCOTT and<br>MONETTE ROSEMARIE STEPHENS,<br><br>Debtors.<br>_____<br><br>JANINA M. HOSKINS, Trustee in<br>Bankruptcy of the Estate of Carl Alexander<br>Wescott and Monette Rosemarie Stephens,<br><br>Plaintiff,<br><br>v.<br><br>CARL ALEXANDER WESCOTT and<br>MONETTE ROSEMARIE STEPHENS,<br><br>Defendants.<br>_____ | Case No.: 12-30143 DM<br>(Chapter 7)<br><br>AP No. 12-3148<br><br>**DECLARATION OF JEAN BARNIER IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DETERMINE THAT REQUEST FOR ADMISSIONS ARE NOT DEEMED ADMITTED**, ETC.<br><br>Date: August 23, 2013<br>Time: 10:30<br>San Francisco Courtroom 22 - Montali |

I, Jean Barnier, state:

1. I am an attorney admitted to the bar of this Court and am counsel of record for the Plaintiff Janina Hoskins, Trustee in Bankruptcy of the Estate of Carl Wescott and Monette Stephens.

2. Attached to this declaration and labeled Exhibit 1 is a correct copy of the Requests for Admission I caused to be personally served by hand on Defendant Stephens' counsel on April

[8039.dec.jb.oppo.def.motion.re.RFA.wpd]

1

2, 2013.

3. Attached to this declaration and labeled Exhibit 2 is a correct copy of the Interrogatories I caused to be personally served by hand on Defendant Stephens' counsel on April 2, 2013.

4. Attached to this declaration and labeled Exhibit 3 is a correct copy of the proof of service from our process server.

5. At no time did I or any other attorney at my office receive a response or a request for an extension from Defendant Stephens.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, that I have personal first-hand knowledge thereto, that if called as a witness, I could and would testify competently thereto, and that this declaration was executed on August 16, 2013 at Sonoma, California.

                                        /s/ Jean Barnier
                                        Jean Barnier