# EXHIBIT 3

<table>
<tr><td colspan="3">ATTORNEY OR PARTY WITHOUT ATTORNEY <em>(Name and Address)</em>:<br>Jean Barnier, 231683<br>MacConaghy & Barnier, PLC<br>645 First St. West, Ste D<br>Sonoma, CA 95476<br>ATTORNEY FOR <em>(Name)</em>: Plaintiff</td><td>TELEPHONE NO.:<br>(707) 935-3205<br><br>Ref. No. or File No.<br>8039</td><td>FOR COURT USE ONLY</td></tr>
</table>

Insert name of court, judicial district or branch court, if any:

United States Bankruptcy Court, Northern District of California
235 Pine St
San Francisco, CA 94104-2701

PLAINTIFF

Janina Hoskins, Trustee in Bankruptcy

DEFENDANT:

Carl A. Wescott and Monette Rosemarie Stephens

| PROOF OF HAND DELIVERY | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>12-03143 DM |
|---|---|---|---|---|

At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of the following: Interrogatories to Defendant Monette Rosemarie Stephens, Request for Admissions to Defendant Monette Rosemarie Stephens

NAME OF ATTORNEY: Sheila Gropper Nelson, Esq.

DELIVERED TO: Mel Lee, Front Desk - Person in Charge of Office

DATE & TIME OF DELIVERY: 4/2/2013      2:30 PM

ADDRESS, CITY, AND STATE: 55 Francisco Street 6th Floor
San Francisco, CA 94133

MANNER OF SERVICE:
Delivery to Law Office: Service was made by delivery to the attorney's office; or by leaving the document(s) with his/her clerk over the age of 18 therein; or with a person having charge thereof; or if there was no such person in the office, by leaving them between the hours of nine in the morning and five in the afternoon, in a conspicuous place in the office. [CCP §1011(a)]

BY FAX

Fee for Service: $ 109.95

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: 4/3/2013

Dietrich S. Rapalski
Registered California Process Server: SAN FRANCISCO COUNTY
Registration No.2012-0001236
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606
982(a)(23)[New July 1, 1987]

Signature:

OL# 7307740