

Signed and Filed: August 20, 2013

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br>CARL ALEXANDER WESCOTT and<br>MONETTE ROSEMARIE STEPHENS,<br>                          Debtors. | Bankruptcy Case<br>No. 12-30143DM<br><br>Chapter 7 |
| JANINA M. HOSKINS, Trustee in<br>Bankruptcy of the Estate of Carl<br>Alexander Wescott and Monette<br>Rosemarie Stephens,<br>                          Plaintiff,<br>v.<br>CARL ALEXANDER WESCOTT and<br>MONETTE ROSEMARIE STEPHENS,<br>                          Defendants. | Adversary Proceeding<br>No. 12-3148DM |

ORDER GRANTING DEFENDANT'S MOTION REGARDING
REQUEST FOR ADMISSIONS

On August 12, 2013, defendant Monette Rosemarie Stephens ("Stephens") filed a motion for a determination that the Request for Admissions propounded by plaintiff Janina M. Hoskins ("Trustee") were not deemed admitted ("Admissions Motion"). Trustee had propounded the request for admissions on April 3, 2013, with a response due date of May 3, 2013 ("Due Date").

-1-

Prior to the Due Date, however, the court granted Trustee's motion for summary judgment denying Ms. Stephen's discharge, thereby disposing of all substantive matters pending in the adversary proceeding. (The court granted the motion at a hearing on April 26, signed the judgment on May 2, and entered it on May 3, 2013). Consequently, as of the Due Date, there was no longer any operative discovery to which to respond.

On July 17, 2013, upon considering Stephens' motion for reconsideration, the court signed an order vacating the summary judgment. On July 24, the Trustee filed a notice that she considered the matters contained in the Request for Admissions deemed admitted. Stephens filed thereafter filed the Admissions Motion. Given the unusual posture of the adversary proceeding and the status of the discovery once the court indicated its intent to enter summary judgment in favor of the Trustee, the court will not treat the Request for Admissions as deemed admitted.

Notwithstanding the foregoing, Trustee is entitled to an expedited response to the Request for Admissions as trial has been rescheduled for November. Accordingly, it is hereby

ORDERED that the Request for Admissions served by Trustee on April 3, 2013, are NOT deemed admitted. It is further

ORDERED that Stephens shall respond to the Request for Admissions no later than September 6, 2013. It is further

ORDERED that the hearing on the Admissions Motion scheduled for August 23, 2013, is taken OFF CALENDAR.

**END OF ORDER**

Case: 12-03148    Doc# 79    Filed: 08/20/13    Entered: 08/20/13 14:39:48    Page 2 of 2