

**BACHECKI, CROM & CO., LLP**
Consultants and Certified Public Accountants
180 Montgomery Street, Suite 2340
San Francisco, CA 94104
**www.bachcrom.com**

Gerald W. Bachecki
Jay D. Crom
Kimberly J. Lam

Robert A. Block (1944-1992)

Tel. (415) 398-3534
Fax (415) 788-0855
bachcrom@bachcrom.com

# JAY D. CROM, CPA, ABV, CIRA, CFE

*Summary of certification, education and experience:*

*Received Certified Public Accountant (CPA) certificate from the California State Board on January 29, 1982.

*Obtained designation of Certified Insolvency and Restructuring Advisor (CIRA) from the Association of Insolvency and Restructuring Advisors on October 18, 1995.
* Obtained designation of Certified Fraud Examiner (CFE) from the Association of Certified Fraud Examiners on April 4, 1997.
*Obtained designation of Accredited in Business Valuation (ABV) from the American Institute of Certified Public Accountants on April 28, 2005.

*Employed by Bachecki, Crom & Co., CPA's (formerly Gerald W. Bachecki & Co.) in September, 1980, admitted as a partner in January, 1986, appointed managing partner in 1998.

*Member of the American Institute of Certified Public Accountants, California Society of Certified Public Accountants, Association of Insolvency and Restructuring Advisors, California Receiver's Forum, National Association of Bankruptcy Trustees and the Bay Area Bankruptcy Forum.

*Obtained Bachelor of Science in Business Administration with an emphasis in accounting from California State University at Sacramento in January, 1980.
*Attended Post Graduate taxation courses at Golden Gate University from 1981 through 1983.

*Extensive practice in closely held sole-proprietorship, partnership and corporate valuations, consulting and financial statement accounting.
*Extensive practice in the areas of bankruptcy taxation, transfers & insolvency analysis and bankruptcy & receivership accounting since 1983.

*Served as Examiner in Chapter 11 Cases.

*Admitted as an expert in San Francisco, Oakland, San Jose and Santa Rosa Bankruptcy Courts in the areas of taxation, insolvency, valuation and transfers accounting.

EXHIBIT A



**JAY D. CROM, CPA, ABV, CIRA, CFE**
**Court Appointments and Expert Appearances**

**Appointed as Examiner by the U.S. Trustee's office in the following Chapter 11 matters;**
Ming Ze, Inc., 2005, Judge Carlson (San Francisco)
James Lass, 2004, Judge Grube (San Jose)
Douglas Jonathan, 2004, Judge Grube (San Jose)
NeoPhotonics Inc., 2004, Judge Morgan (San Jose)
Cheli & Young Construction, 1999, Judge Jaroslovsky (Santa Rosa)
Credit Service Inc., 1998, Judge Newsome (Oakland)
Samos Greek Restaurant, 1998, Judge Carlson (San Francisco)
Straightline Investments, 1998 Judge Jaroslovsky (Eureka)
Dry Creek Inn, Limited Partnership, 1997, Judge Jaroslovsky (Santa Rosa)
Atrium Publishing, Inc.; 1997, Judge Jaroslovsky (Santa Rosa)

**Listing of All Testimony and Selected Declarations as Expert Witness within the last five years:**
*Client:* John Richardson, Chapter 7 Trustee Matter: Christina Pham etal. v. ComUnity Lending, Inc., Debtor, U.S. District Court Trial Testimony, San Francisco re: Insolvency, June 2011
*Client:* Hank Spacone, Chapter 11 Liquidating Agent, Matter: Reynen & Bardis, Inc., Debtor, Deposition re: Adequacy of Capitalization, Separateness of Special Purpose Entities, May 2011
*Client:* Timothy Hoffman, Chapter 7 Trustee, Matter: Cascade Acceptance Corporation, Debtor, Declaration re: Insider Financial Transactions, San Francisco Bankruptcy Court, April 2011
*Client:* Lynn Schoenmann, Chapter 7 Trustee, Matter: LoriMac, Inc., Debtor, Trial Testimony re: Insolvency and insider transactions, San Francisco Bankruptcy Court, December 2010
*Client:* Janina Elder Hoskins, Chapter 7 Trustee, Matter: Lee-Quon, Debtor, Trial Testimony re: Insolvency, valuation and transfer of life insurance interests, San Francisco Bankruptcy Court, September 2010
*Client:* Lynn Schoenmann, Chapter 7 Trustee, Matter: Bryco, Debtor, Trial Testimony re: Insolvency and capital distributions, San Francisco Bankruptcy Court, May 2010
*Client:* Lynn Schoenmann, Chapter 7 Trustee, Matter: George Q. Chinn, Debtor, Trial Testimony re: Reconstruction and documentation of business loan transactions, Estate's Interest in loan repayments and capital distributions, San Francisco Bankruptcy Court, June 2009
*Client:* Andrea Wirum, Chapter 7 Trustee, Robert & Cathy Mack, Deposition re: CPA errors and omissions, March 2009
*Client:* David Kinney, Estate Administrator, Mattei v Kinney, Alameda County Superior Court- Probate Trial: Testimony and Report re Bank and security accounts tracing and identification of funds under control of Kinney, November 2008
*Client:* Tevis T. Thompson, Jr., Chapter 7 Trustee- Rachel Thein, Debtor Discharge Trial Testimony and Report re: Asset tracing and Debtor's sources and uses of funds and asset disposition investigation, October 2008



**JAY D. CROM, CPA, ABV, CIRA, CFE**
**Court Appointments, Expert Appearances and Publications**

*Client:* E. Lynn Schoenmann, Chapter 7 Trustee- LoriMac, Inc., Deposition re: Related entity transfers and debtor financial analysis, October 2008
*Client:* Herbert von Rusten, Arbitration: von Rusten v. Bobby Mason, Arbitration Testimony re:partnership accounting, San Francisco, Hon. Raymond Williamson, Jr, AAA, March, 2008
*Client:* Andrea Wirum, Chapter 7 Trustee - Matter: SDR Capital Management Inc. vs. Wilson Trial & Deposition re: Insolvency and Recovery under California Corporate Distribution limitations, San Francisco Bankruptcy Court, October, 2007
*Client:* Phillips, Spallas & Angstadt, Plaintiff- Matter: Phillips etal vs. Shahab Fotouhi,
Trial & Deposition re: Law Firm Valuation, Oakland Bankruptcy Court, October, 2007
*Client:* Donald Beck, Plaintiff- Matter: Beck vs. Hoge, Fenton
Trial & Deposition re: Damages, JAMS, San Francisco, CA June, 2007

**Publications:**
**California CPA, June 2005: What You Need to Know About The Bankruptcy Act of 2005**
**NABTalk tax articles, 2007 through 2012**

**Presentations:**
**Bay Area Bankruptcy Forum (BABF) Tax Program April 30, 1996** with Judge Thomas Carlson
**AIRA Tax Institute Basic Bankruptcy Taxation September 5, 1996**
**AIRA Annual Conference- Bankruptcy Basics 1998, 1999**
**AIRA Annual Conference- Tax Programs 2000-2003**
**BABF Program Committee, 1995-2003 with Judge Arthur Weissbrodt, Chairman.**
**BABF Tax Program January 22, 2004** with Judge Thomas Carlson, Michael Cooper, Esq., and Kerrie Bercik, Esq., San Francisco, CA
**OUST Trustee Income Tax Program, March 4, 2005, Oakland, Ca**
**AIRA Annual Conference- Tax Programs 2005-2010**
**National Association of Bankruptcy Trustees Annual Conference (NABT)- Tax Program August, 2006, Seattle, WA**
**NABT Conference- Tax Program April, 2008, Santa Fe, NM & Sept. 2010, S.F.**
**CSCPA East Bay Chapter Divorce Mini Conference- Bankruptcy issues, Jan., 2010**
**San Francisco Barrister's Program- Bankruptcy Tax, February 2010**
**Inns of the Court- Tax Program, May 2010, San Jose, CA**
**AIRA Annual Conference- Tax Program June, 2011, Boston, Ma**
**AIRA Annual Conference- Tax Program June, 2012, San Francisco, CA**

Various handout materials were produced and contributed to by Jay Crom for the above programs in conjunction with other panel members' contributions.

**Carl Wescott and Monette Stephens, Case #12-30143**

**Ch 7 Filed: 1/17/2012**

BCC Summary Chart of Discovered Debtor and Debtor Related Accounts

X = BCC Obtained statement and statement contains significant activity

x = BCC Obtained Statement, but statement does not contain significant activity

**Personal Bank Accounts**

| | | | | 2008 | | | | | | | | | | | | 2009 | | | | | | | | | | | | 2010 | | | | | | | | | | | | 2011 | | | | | | | | | | | | 2012 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Account Nam | Type | Acct # | J | F | M | A | M | J | J | A | S | O | N | D | J | F | M | A | M | J | J | A | S | O | N | D | J | F | M | A | M | J | J | A | S | O | N | D | J | F | M | A | M | J | J | A | S | O | N | D | J | F | M | A | M | J | J | A | S |
| 1 | Wells Fargo | Master | -7024 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | - | | | | | | | | | | | | | | |
| 2 | Wells Fargo | Checking | -7420 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | | | | | | | | - | x | x | x | x | - | | | | | | | | | | | |
| 3 | Wells Fargo | Checking | -5321 | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | X | X | X | X | X | X | X | | | | | | | | | | | | | | - | X | x | x | x | x | | | | | |
| 4 | Wells Fargo | Savings | -4896 | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | | | | | | | | | | | | | | | | | | | | | | | | |
| 5 | Wells Fargo | Checking | -4407 | X | X | - | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 6 | Wells Fargo | Escrow | -5247 | | | | | | | | | | - | X | X | X | X | X | X | - | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 7 | Wells Fargo | Master | -5228 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | - | | | | | | | | |
| 8 | Wells Fargo | Checking | -5236 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | x | x | x | x | x | x | x | x | x | x | x | x | x | x | X | X | x | X | x | x | x | x | x | |
| 9 | Wells Fargo | Savings | -4650 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | - | x | x | x | x | - | | | | | |
| 10 | Wells Fargo | Checking | -7553 | X | - | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 11 | Wells Fargo | Checking | -2795 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | - | x | - | | | | | | | | | | | | | | | | | | | | | | |
| 12 | US Bank | Checking | -9370 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 13 | US Bank | Mmkt | -1541 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 14 | CitiBank | ? | -8189 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 15 | Montecito Bar | Savings | -4520 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 16 | California Bar | Checking | -3666 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 17 | First Republic | ? | x9363 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**Credit Card and Credit Line A**

| | | | | 2008 | | | | | | | | | | | | 2009 | | | | | | | | | | | | 2010 | | | | | | | | | | | | 2011 | | | | | | | | | | | | 2012 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Account Nam | Type | Acct # | J | F | M | A | M | J | J | A | S | O | N | D | J | F | M | A | M | J | J | A | S | O | N | D | J | F | M | A | M | J | J | A | S | O | N | D | J | F | M | A | M | J | J | A | S | O | N | D | J | F | M | A | M | J | J | A | S |
| 1 | Wells Fargo | CreditLin | -4882 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | | | | | | | | | | | | | | | | | |
| 2 | Wells Fargo | HomeEqu | -0001 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | | | | | | | | | | | | | | | | | | | | | | | | |
| 3 | Wells Fargo | CreditLin | -0001 | x | x | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | | | | | | | | | | | | | | | | | | | | | | | | |
| 4 | Wells Fargo | CreditCar | -2890 | x | X | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5 | Wells Fargo | CreditCar | -1680 | x | x | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 6 | Wells Fargo | Credit Ca | -7024 | x | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 7 | Wells Fargo | Mortgage | -7472 | x | x | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | | | | | | | | | | | | | | | | | | | | | | | | |
| 8 | Wells Fargo | CreditCar | -7044 | | | | | | | | | | | | | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | | | | | |
| 9 | Wells Fargo | CreditLin | -1998 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | | | | | | | | | | | | | | | | |
| 10 | Wells Fargo | EquityLin | -4856 | | | | | | | | | | | | | | | | | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | | | | | | | | | | | | | | | |
| 11 | Wells Fargo | CreditCar | -5570 | | | | | | | | | | | | | | | | | | | | | | | | | X | X | X | X | x | x | x | x | x | x | x | x | x | x | x | | | | | | | | | | | | | | | | | | |
| 12 | Wells Fargo | CreditCar | -1867 | | | | | | | | | | | | | | | | | | | | | X | X | X | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 13 | Wells Fargo | CreditCar | -8909 | | | | | | | | | | | | | | | | | | | | | | | X | X | X | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 14 | Wells Fargo | CreditCar | -6302 | | | | | | | | | | | | | | | | | | | | | | | | | | | X | X | X | X | X | x | x | x | | | | | | | | | | | | | | | | | | | | | | | |

Case: 12-03148 Doc# 81-1 Filed: 08/30/13 Entered: 08/30/13 15:33:51 Page 4 of 18

| Account Nam | Type | Acct # | 2008 J | F | M | A | M | J | J | A | S | O | N | D | 2009 J | F | M | A | M | J | J | A | S | O | N | D | 2010 J | F | M | A | M | J | J | A | S | O | N | D | 2011 J | F | M | A | M | J | J | A | S | O | N | D | 2012 J | F | M | A | M | J | J | A | S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Wells Fargo | Checking | -8756 | | | | | | | | | - | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | - | | | | | | | | | | | | | | | | | | | | | | | | |
| Wells Fargo | Checking | -8749 | - | - | - | - | - | - | - | - | - | X | X | X | X | X | X | X | X | X | X | x | x | - | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**Bradshaw Urban Development**

| Account Nam | Type | Acct # | 2008 J | F | M | A | M | J | J | A | S | O | N | D | 2009 J | F | M | A | M | J | J | A | S | O | N | D | 2010 J | F | M | A | M | J | J | A | S | O | N | D | 2011 J | F | M | A | M | J | J | A | S | O | N | D | 2012 J | F | M | A | M | J | J | A | S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Wells Fargo | Checking | -5746 | | | | | | | | | | - | x | x | x | x | - | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Wells Fargo | Checking | -9937 | | | | | | | | | | | | | | - | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | - | | | | | | | | | | | | | | | | | | | | | | | | |
| Wells Fargo | Savings | -1254 | | | | | | | | | | | | | | - | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | - | | | | | | | | | | | | | | | | | | | | | | | |
| Wells Fargo | Savings | -5666 | | | | | | | | | | | | | | - | x | x | x | - | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**Delhi Storage, LLC**

| Account Nam | Type | Acct # | 2008 J | F | M | A | M | J | J | A | S | O | N | D | 2009 J | F | M | A | M | J | J | A | S | O | N | D | 2010 J | F | M | A | M | J | J | A | S | O | N | D | 2011 J | F | M | A | M | J | J | A | S | O | N | D | 2012 J | F | M | A | M | J | J | A | S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Wells Fargo | Checking | -8731 | | | | | | | | | - | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | x | x | x | x | x | x | x | x | x | x | x | x | x | - | | | | | | | | | | | | |
| Wells Fargo | Checking | -8772 | | | | | | | | | - | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | - | | | | | | | | | | | | | | | | | | | | | | | |

**Oroville Industrial Park, LLC**

| Account Nam | Type | Acct # | 2008 J | F | M | A | M | J | J | A | S | O | N | D | 2009 J | F | M | A | M | J | J | A | S | O | N | D | 2010 J | F | M | A | M | J | J | A | S | O | N | D | 2011 J | F | M | A | M | J | J | A | S | O | N | D | 2012 J | F | M | A | M | J | J | A | S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Wells Fargo | Checking | -2306 | | | | | | | | | | - | x | x | x | x | - | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Wells Fargo | Checking | -9911 | | | | | | | | | | | | | | - | x | x | x | x | x | - | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Wells Fargo | Savings | -5054 | | | | | | | | | | | | | | - | x | x | x | - | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Wells Fargo | Savings | -1247 | | | | | | | | | | | | | | | x | x | x | x | x | - | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**PeopleBridge, Inc.**

| Account Nam | Type | Acct # | 2008 J | F | M | A | M | J | J | A | S | O | N | D | 2009 J | F | M | A | M | J | J | A | S | O | N | D | 2010 J | F | M | A | M | J | J | A | S | O | N | D | 2011 J | F | M | A | M | J | J | A | S | O | N | D | 2012 J | F | M | A | M | J | J | A | S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Wells Fargo | Checking | -1803 | x | - | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Wells Fargo | Checking | -8152 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | - | | | | | | | | | | | | | | | | | | | |
| Wells Fargo | BusinessL | -3175 | x | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | | | | | | | | | | | | | | | | | | | | |
| Wells Fargo | Savings | -5515 | | | - | x | - | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Wells Fargo | Savings | -8076 | | | | | | | | | | | | | x | x | - | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Wells Fargo | Savings | -8084 | | | | | | | | | | | | | | - | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | - | | | | | | | | | | | | | | | | | | | | | |
| Wells Fargo | Checking | -5777 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | - | x | x | x | x | x | x | x | x | x | x | - | | | | | | | | | | | | | |
| Wells Fargo | Savings | -3184 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | - | x | x | x | x | - | | | | | | | | | | | | | | | | | | | |
| Wells Fargo | Checking | -2115 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | - | x | x | x | x | - | | | | | | | | | | | | | |
| Wells Fargo | Savings | -5528 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | - | x | x | x | - | | | | | | | | | | | | | | |
| Wells Fargo | Savings | -5437 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | - | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | - | |
| Wells Fargo | Checking | -1562 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | - | x | x | x | x | x | x | x | x | - | | | | | | | | |

**Pook Snook Dook, LP**

| Account Nam | Type | Acct # | 2008 J | F | M | A | M | J | J | A | S | O | N | D | 2009 J | F | M | A | M | J | J | A | S | O | N | D | 2010 J | F | M | A | M | J | J | A | S | O | N | D | 2011 J | F | M | A | M | J | J | A | S | O | N | D | 2012 J | F | M | A | M | J | J | A | S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Wells Fargo | Checking | -1374 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | - | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | x | x | x | - | | |
| Wells Fargo | Savings | -1912 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | - | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | - | | |

## Surprise Development, Inc.

**2008**

| # | Account Nam | Type | Acct # | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Wells Fargo | Checking | -8803 | | | | | | | | | - | X | X | X |
| 2 | Wells Fargo | Checking | -1846 | | | | | | | | | | | | |
| 3 | Wells Fargo | Savings | -1771 | | | | | | | | | | | | |

**2009**

| # | Account Nam | Type | Acct # | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Wells Fargo | Checking | -8803 | X | X | X | X | X | X | X | X | X | X | X | X |
| 2 | Wells Fargo | Checking | -1846 | | | | | | | | | | | | |
| 3 | Wells Fargo | Savings | -1771 | | | | | | | | | | | | |

**2010**

| # | Account Nam | Type | Acct # | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Wells Fargo | Checking | -8803 | X | X | X | X | X | X | - | | | | | |
| 2 | Wells Fargo | Checking | -1846 | | | | | - | X | X | X | X | X | X | X |
| 3 | Wells Fargo | Savings | -1771 | | | | | - | x | x | x | x | x | x | x |

**2011**

| # | Account Nam | Type | Acct # | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Wells Fargo | Checking | -8803 | | | | | | | | | | | | |
| 2 | Wells Fargo | Checking | -1846 | X | X | X | X | X | X | X | X | X | X | X | X |
| 3 | Wells Fargo | Savings | -1771 | - | | | | | | | | | | | |

**2012**

| # | Account Nam | Type | Acct # | J | F | M | A | M | J | J | A | S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Wells Fargo | Checking | -8803 | | | | | | | | | |
| 2 | Wells Fargo | Checking | -1846 | x | x | - | | | | | | |
| 3 | Wells Fargo | Savings | -1771 | | | | | | | | | |

## Wildhorse Lincoln Estates, LL(

**2008**

| # | Account Nam | Type | Acct # | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Wells Fargo | Checking | -2314 | | | | | | | | | | - | X | x |
| 2 | Wells Fargo | Checking | -9903 | | | | | | | | | | | | |
| | Wells Fargo | Checking | -8233 | | | | | | | | | | | | |
| 3 | Wells Fargo | Savings | -5062 | | | | | | | | | | | | |

**2009**

| # | Account Nam | Type | Acct # | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Wells Fargo | Checking | -2314 | x | x | x | - | | | | | | | | |
| 2 | Wells Fargo | Checking | -9903 | | | - | x | x | x | x | x | x | x | x | x |
| | Wells Fargo | Checking | -8233 | | | | x | x | x | x | x | x | x | x | x |
| 3 | Wells Fargo | Savings | -5062 | | | - | x | x | - | | | | | | |

**2010**

| # | Account Nam | Type | Acct # | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Wells Fargo | Checking | -2314 | | | | | | | | | | | | |
| 2 | Wells Fargo | Checking | -9903 | x | x | x | x | x | x | x | x | x | x | x | x |
| | Wells Fargo | Checking | -8233 | x | x | x | x | x | x | x | x | x | x | x | x |
| 3 | Wells Fargo | Savings | -5062 | | | | | | | | | | | | |

**2011**

| # | Account Nam | Type | Acct # | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Wells Fargo | Checking | -2314 | | | | | | | | | | | | |
| 2 | Wells Fargo | Checking | -9903 | - | | | | | | | | | | | |
| | Wells Fargo | Checking | -8233 | | | | | | | | | | | | |
| 3 | Wells Fargo | Savings | -5062 | | | | | | | | | | | | |

**2012**

| # | Account Nam | Type | Acct # | J | F | M | A | M | J | J | A | S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Wells Fargo | Checking | -2314 | | | | | | | | | |
| 2 | Wells Fargo | Checking | -9903 | | | | | | | | | |
| | Wells Fargo | Checking | -8233 | | | | | | | | | |
| 3 | Wells Fargo | Savings | -5062 | | | | | | | | | |

Case: 12-03148 Doc# 81-1 Filed: 08/30/13 Entered: 08/30/13 15:33:51 Page 7 of 18

| Payment Due Date | New Balance | Past Due Amount | Minimum Payment |
|---|---|---|---|
| 04/13/09 | $19,765.43 | $411.00 | $3,110.43 |

UNITED Mileage Plus

Account number: [redacted] 2168

$ .

**Make your check payable to: Chase Card Services.**
Please write amount enclosed.
New address or e-mail? Print on back.

43885750791321680031104301976543000006

11287 BEX Z 07809 C
MONETTE R STEPHENS
853 ASHBURY ST
SAN FRANCISCO CA 94117-4418

CARDMEMBER SERVICE
PO BOX 94014
PALATINE IL 60094-4014

⑆500016028⑆ [redacted] 21685⑈

UNITED Mileage Plus

Statement Date: 02/20/09 - 03/19/09

**Minimum Payment: $3,110.43**
**Payment Due Date: 04/13/09**

**Manage your account online:** www.chase.com/united

**Additional contact information** conveniently located on reverse side

| | |
|---|---|
| Minimum Payment Due for Credit Access Line | $434.00 |
| Payment Due for Balance Over Credit Access Line | $2,265.43 |
| Past Due Amount | $411.00 |
| Total Minimum Payment Due | $3,110.43 |

## ACCOUNT SUMMARY

**VISA SIGNATURE Account Number:** [redacted] **2168**

| | | | |
|---|---|---|---|
| Previous Balance | $19,197.09 | Credit Access Line | $17,500 |
| Purchases, Cash, Debits | +$370.30 | Available Credit | $0 |
| Finance Charges | +$198.04 | Cash Access Line | $3,500 |
| New Balance | $19,765.43 | Available for Cash | $0 |

## MILEAGE PLUS MILES EARNED

| | |
|---|---|
| Miles earned this statement from purchases | 332 |
| Total miles earned this statement | 332 |
| Year to date miles earned on credit card | 21,151 |

Thank you for choosing the United Mileage Plus Visa! Please visit www.united.com/chase to see all of your redemption options!
1-800-421-4655 (Mileage Plus)
1-800-241-6522 (Reservations)

Your United Mileage Plus Visa allows you to earn unlimited miles for your everyday spend! You earn 2 miles for every $1 you spend at United Airlines - 2 miles for every $1 spent on eligible gas, groceries, home improvement and dining - and, 1 mile for every $1 you spend on all other purchases. Add authorized users, and sign up to have your monthly bills charged to your card - why not get miles for all those purchases too?

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| 02/19 | IMAGINE SANTA BARBARA CA | 129.30 |
| 03/05 | GOLDS GYM- CORPORATE 415-927-4653 CA | 52.00 |
| 03/12 | UCSF CLS PS FITREC MBR SAN FRANCISCO CA | 150.00 |
| 03/17 | LATE FEE | 39.00 |

## FINANCE CHARGES

| Category | Daily Periodic Rate 28 days in cycle | Corresp. APR | Average Daily Balance | Finance Charge Due To Periodic Rate | Transaction Fee / Service Charge | Accumulated Fin Charge | FINANCE CHARGES |
|---|---|---|---|---|---|---|---|
| Purchases | V .03627% | 13.24% | $19,501.03 | $198.04 | $0.00 | $0.00 | $198.04 |
| Cash advances | V .05271% | 19.24% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total finance charges | | | | | | | $198.04 |

**Effective Annual Percentage Rate (APR): 13.24%**

Please see Information About Your Account section for balance computation method, grace period, and other important information.

The Corresponding APR is the rate of interest you pay when you carry a balance on any transaction category.
The Effective APR represents your total finance charges - including transaction fees such as cash advance and balance transfer fees - expressed as a percentage.

Case: 12-03148 Doc# 81-1 Filed: 08/30/13 Entered: 08/30/13 15:33:51 Page 8 of 18

**Sup. Exhibit C - Stephens Personal Credit Card Statements retreived from storage unit (selected copies) C-1 of 11**

0000001 FIS33334 C 2 000 N Z 19 09/03/19 Page 1 of 1 05058 MA MA 11287 07810000020481128701
X 0278

**SIGNATURE**

**VISA**

WELLS FARGO

| | | |
|---|---|---|
| **Account Number** | **Ending in 7044** | |
| **Statement Billing Period** | **07/03/2010 to 08/02/2010** | |
| Page 1 of 3 | | |

## Balance Summary

| | |
|---|---|
| Previous Balance | $6,000.02 |
| − Payments | $138.00 |
| − Other Credits | $0.00 |
| + Cash Advances | $74.00 |
| + Purchases, Balance Transfers & Other Charges | $63.00 |
| **+ Fees Charged** | **$0.00** |
| **+ Interest Charged** | **$82.76** |
| = New Balance | $6,081.78 |
| Revolving Line Of Credit | $6,000 |

| | |
|---|---|
| 24-Hour Customer Service: | 1-866-229-6633 |
| TTY for Hearing/Speech Impaired: | 1-800-419-2265 |
| Outside the US Call Collect: | 1-925-825-7600 |
| Wells Fargo Online®: | wellsfargo.com |

**Send General Inquiries To:**
PO Box 10347, Des Moines IA, 50306-0347

Available Revolving Line Of Credit $0

## Payment Information

| | |
|---|---|
| New Balance | $6,081.78 |
| Minimum Payment | $201.78 |
| Payment Due Date | 08/27/2010 |

**Send Payments To:**
PO Box 30086, Los Angeles CA, 90030-0086

**Late Payment Warning:** If we do not receive your Minimum Payment by 08/27/2010, you may have to pay a late fee up to $39. Your Annual Percentage Rates (APRs) may also increase up to the Penalty APR of 27.24%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay ... | You will pay off the New Balance shown on this statement in about ... | And you will end up paying an estimated total of ... |
|---|---|---|
| Only the minimum payment | 23 years | $13,515 |
| $215 | 3 years | $7,730 (Savings of $5,785) |

If you would like information about credit counseling services, refer to **www.usdoj.gov/ust/eo/bapcpa/ccde/cc_approved.htm** or call **1-877-285-2108**.

## Important Information

WHETHER YOU ARE PLANNING A SPECIAL VACATION OR EVENT, CONTACT WELLS FARGO IN ADVANCE AND WE'LL HELP ENSURE YOUR LARGE PURCHASES ARE PROCESSED SMOOTHLY. LIVE YOUR DREAM AND LET US TAKE CARE OF THE DETAILS.

## Wells Fargo Rewards® Program Summary

| | |
|---|---|
| Rewards Previous Balance: | 11,877 |
| Credit Card Points Earned This Month: | 63 |
| Check Card Points Earned This Month: | 0 |
| Total Available Points: | 11,940 |

We offer more rewards choices so you can choose a reward that suits your style. You'll find gift cards, cash rebates, travel, merchandise and even charitable contributions. Track your points balance or get more information at www.WellsFargoRewards.com or by calling 1-877-517-1358.

## Transactions

| *Trans* | *Post* | *Reference Number* | *Description* | *Credits* | *Charges* |
|---|---|---|---|---|---|
| 07/01 | 07/03 | 2441800J75AWH65QX | FARM FRESH TO YOU 800-7966009 CA | | 63.00 |
| 07/03 | 07/03 | 7414718J90A8JS5G9 | ONLINE PAYMENT | 0.03 | |
| 07/08 | 07/08 | 7414718JD0A882ZXL | ONLINE PAYMENT | 137.97 | |
| 07/26 | 07/26 | 7414718K0EHMA032A | OVERDRAFT TO 7038365321 | | 74.00 |

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION ABOUT YOUR ACCOUNT

Continued ➡

5596 0008 YKG 1 7 1 100802 0 0 PAGE 1 of 3 1 0 3531 8100 V042 01DP5596 95818

Detach and mail with check payable to Wells Fargo

| | |
|---|---|
| **Account Number** | [redacted] 7044 |
| New Balance | $6,081.78 |
| Minimum Payment | $201.78 |
| Payment Due Date | 08/27/2010 |

020178060817800414718129022270442

YKG 74

**Amount Enclosed** $ 250.00

8/6

MONETTE R STEPHENS 95818
853 ASHBURY ST T321
SAN FRANCISCO CA 94117-4418

WELLS FARGO CARD SERVICES
PO BOX 30086
LOS ANGELES CA 90030-0086

Check here and see reverse for address and/or phone number correction.



SIGNATURE

**VISA**

| | |
|---|---|
| Account Number | Ending in 7044 |
| Statement Billing Period | 07/03/2010 to 08/02/2010 |
| Page 2 of 3 | |

## Transactions (Continued...)

| Trans | Post | Reference Number | Description | Credits | Charges |
|---|---|---|---|---|---|
| **Fees** | | | | | |
| | | | TOTAL FEES FOR THIS PERIOD | | $0.00 |
| **Interest Charged** | | | | | |
| | | | INTEREST CHARGE ON PURCHASES | | 82.38 |
| | | | INTEREST CHARGE ON CASH ADVANCES | | 0.38 |
| | | | TOTAL INTEREST FOR THIS PERIOD | | $82.76 |

### 2010 Totals Year-to-Date

| | |
|---|---|
| TOTAL FEES CHARGED IN 2010 | $117.00 |
| TOTAL INTEREST CHARGED IN 2010 | $581.76 |

## Interest Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Days in Billing Cycle | Interest Charge |
|---|---|---|---|---|
| PURCHASES | 16.20% variable | $5,987.15 | 31 | $82.38 |
| CASH ADVANCES | 23.99% variable | $0.00 | 31 | $0.00 |
| OVERDRAFT ADVANCE | 23.99% variable | $19.14 | 31 | $0.38 |

## Wells Fargo News

In the section of your statement titled **2010 Totals Year-To-Date**, the TOTAL FEES CHARGED IN 2010 may not include the following fees (Returned Check Fee, Returned Item Fee, Returned Payment Fee, Phone Pay Fee, or Rush Card Delivery Fee) if they were assessed to your account for the time period of January 1, 2010 - February 22, 2010. To obtain that information, please contact Customer Service for assistance.

# Fast. Informative. Free.[1]

*Introducing Wells Fargo® Rapid Alerts*

**Receive fast credit card transaction alerts directly on your mobile device[2]**

*Wells Fargo* Rapid Alerts is a free[1] new service that lets you monitor your Visa credit card activity, track your spending, even help prevent fraud. Here are just a few of the alerts you can sign up for:

- Transactions over a certain dollar amount
- Transactions made outside the United States
- Declined transactions
- And more

Sign up for *Wells Fargo* Rapid Alerts today.
Visit **https://rapidalerts.wellsfargo.com** — it's easy and it's free[1].

[1] Customer must be enrolled in *Wells Fargo Online*® Banking to sign up for this service. Customer is responsible for any text, data, or airtime fees charged by their carrier.

[2] Actual time to receive Alert dependent on wireless service and coverage within area. Alerts service may not be available in all areas. Gasoline alerts may not include purchase amount. Account activity qualifying for Alert service may vary by issuer. Additional restrictions apply. © 2009 Visa. All Rights Reserved.

© 2010 Wells Fargo Bank, N.A. All rights reserved. ECG 157209



H

bloomingdale's

# Premier Insider account statement

For the period ending Aug 8, 2010 • Days in billing cycle: 31
**Questions or lost/stolen card?** Call Customer Service 1-800-950-0047

Go to **bloomingdales.com/mycard** to manage and pay your account online.

**MONETTE R STEPHENS**
Account number: [redacted]-1
Page: 1 of 4

## Summary of account activity

| | |
|---|---|
| Previous Balance | $458.25 |
| Payments | -$25.00 |
| Other credits/adjustments | $0.00 |
| Purchases | $0.00 |
| Fees charged | +$8.36 |
| Interest charged | +$9.40 |
| **Total New Balance** | **$451.01** |
| Past due amount | $0.00 |

IMPORTANT NOTICE OF CHANGES IN ACCOUNT TERMS AND RIGHT TO OPT OUT

The following is a summary of changes that are being made to your account terms. These changes will take effect on October 9, 2010. For more detailed information, please read the enclosed Change in Terms, Right to Opt Out and Information Update. (Online customers reference "Change in Terms" page.) You have the right to reject some of these changes, unless you become more than 60 days late on your account. However, if you do reject these changes you will not be able to use your account for new transactions. You can reject the changes by calling us at 1-800-354-9671 before October 9, 2010.

| Revised Terms, as of October 9, 2010 | |
|---|---|
| **Late Payment Fee** | **Up to $35** |
| **Returned Payment Fee** | **Up to $35** |

The Minimum Payment Due on your account is changing. The "Monthly Minimum," as defined in the Credit Card Agreement for the Revolving and Major Purchase Account Types, will now be the greater of $25.00 or 3.25% of the New Balance, rounded up to the next whole dollar amount. The "Monthly Minimum" as determined in the Credit Card Agreement for the Club Account Type will be the greater of $25.00 or 1/12 of the highest New Balance on your Club Account since it last had a $0 balance, rounded up to the next whole dollar amount. This message and the enclosed notice are our notice to you about these changes.

## Payment Information

| | |
|---|---|
| **Total New Balance** | **$451.01** |
| **Minimum Payment Due** | **$23.36** |
| **Payment Due Date** | **Sep 8, 2010** |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a Late Payment Fee of up to $25.00.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this Statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 11 years | $1,015 |
| $18 | 3 years | $641 *(Savings = $374)* |

If you are experiencing financial difficulty and would like information about credit counseling or debt management services, you may call 1-877-337-8187.

E10BDP-880012220108510001 NYNN-NNYN-NNNN-NNNN

| Account Type summary | Revolving | Total |
|---|---|---|
| **New Balance** | $451.01 | **$451.01** |
| **Minimum Payment Due** | $23.36 | **$23.36** |

Please tear off and return the slip with your payment. Be sure to write your account number on the front of your check and make your check payable to Bloomingdale's. You can pay at any Bloomingdale's store, online at **bloomingdales.com/mycard**, or by mail. **Payments received by 5:00 pm local time at the address shown on this Statement will be credited as of the date received.**

bloomingdale's **Payment slip**

Account number: [redacted]-742-1

The creditor is Department Stores National Bank.

☐ New address or phone number?
Go to **bloomingdales.com/mycard** or use the reverse side.

| Payment Due Date | Total New Balance | Minimum Payment Due |
|---|---|---|
| **Sep 8, 2010** | **$451.01** | **$23.36** |

**Amount enclosed:**
$ 29.36

Refer to back of Statement for information on "How Payments Are Applied".

ach'd from 5321 for 9/8 #BJN7L-M9L60

72 10 10335 1/4 5,L88 010851
MONETTE R STEPHENS
853 ASHBURY ST
SAN FRANCISCO, CA 94117-4418

PO BOX 183083
COLUMBUS OH 43218-3083

Case: 12-03148 Doc# 81-1 Filed: 08/30/13 Entered: 08/30/13 15:33:51 Page 11 of 18
Exhibit C - Stephens Personal Credit Card Statements retreived from storage unit (selected copies) Page 4 of 11

 

## Revolving account transactions

| Date | Store | Description | Amount |
|---|---|---|---|
| Aug 4 | | Payment – thank you | -$25.00 |

## Fees

| | | |
|---|---|---|
| Aug 8 | CREDIT PRO 877-268-7857 - Revolving | $8.36 |
| | **TOTAL FEES FOR THIS PERIOD** | **$8.36** |

## Interest Charged

| | | |
|---|---|---|
| Aug 8 | INTEREST CHARGE - Revolving | $9.40 |
| | **TOTAL INTEREST FOR THIS PERIOD** | **$9.40** |

| 2010 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2010 | $52.11 |
| Total interest charged in 2010 | $71.68 |

*Go to **bloomingdales.com/mycard** to view previous transactions and statements.*

## .nterest Charge Calculation

Your **Annual Percentage Rate (APR)** is the Annual Interest Rate on your Account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Revolving | 24.50% (v) | $451.64 | $9.40 |

(v) = Variable Rate

E10BDP-88001222010851000 2 NYNN-NNYN-NNNN-NNNN

Case: 12-03148 Doc# 81-1 Filed: 08/30/13 Entered: 08/30/13 15:33:51 Page 12 of 18
Sup. Exhibit C - Stephens Personal Credit Card Statements retreived from storage unit (selected copies) C-5 of 12

bloomingdale's
INSIDER
MONETTE R STEPHENS
Page 4 of 4

Supp Exhibit C - Stephens Personal Credit Card Statements retreived from storage unit (selected copies) C-6 of 13

**Gina Perry**

**From:** Monette Stephens [ms@atlascons.com]
**Sent:** Wednesday, August 11, 2010 11:55 PM
**To:** c@carlwescott.com; 'Gina Perry'
**Subject:** FW: You have a new bill from Bloomingdale's.
**Importance:** High

**From:** bloomingdales.checkfree@customercenter.net [mailto:bloomingdales.checkfree@customercenter.net]
**Sent:** Wednesday, August 11, 2010 5:34 PM
**To:** ms@atlascons.com
**Subject:** You have a new bill from Bloomingdale's.
**Importance:** High

bloomingdale's

# CREDIT SERVICES

## You have a new e-Bill from Bloomingdale's

bloomingdales

### e-Bill Information

| | |
|---|---|
| **Biller Account Number:** | *******3742 |
| **Due Date:** | 09/08/2010 |
| **Amount Due:** | $23.36 |
| **Account Balance:** | $451.01 |

To pay this e-Bill, click the red CheckFree pay button. You can then change the payment date, payment amount, and payment account, if necessary. To view the e-Bill before paying it, click **View e-Bill**.
**Note**: If you have already paid this bill, please disregard this message. It is simply a reminder th you have an e-Bill.

click to pay with >> CheckFree View e-Bill

**Is the CheckFree pay button not working? Follow these steps:**

1. Go to Bloomingdales Bill Pay and sign in.
2. Find this e-Bill on your e-Bills page.
3. Click **Pay** or **Make Payment** next to the e-Bill.

You can print this page for your records or click the E-bills link to return to your E-bills page.

**Congratulations!**
The following payment was scheduled. You can view or change it on the Payment Activity page.

| Account | E-bill Information | Payment Date | Total Amount | Payment Account | Tracking Number |
|---|---|---|---|---|---|
| bloomingdales ********3742 | Due Date: 9/8/2010<br>Amount Due: $23.36<br>Account Balance: $451.01 | 09/08/2010 | $ 29.36 | Monette Stephens | BJW7L-M9LB0 |



# Gap VISA® CARD

MONETTE STEPHENS
Account Number [redacted] 4281

Visit us at eservice.gap.com
Customer Service:1-866-450-4467

| Summary of Account Activity | |
|---|---|
| Previous Balance | $929.74 |
| - Payments | $25.00 |
| + Purchases/Debits | $47.80 |
| **+ Interest Charged** | **$16.46** |
| **New Balance** | **$969.00** |
| Credit Limit | $1,600.00 |
| Available Credit | $631.00 |
| Cash Limit | $320.00 |
| Available Cash | $320.00 |
| Statement Closing Date | 07/26/2010 |
| Days in Billing Cycle | 31 |

| Payment Information | |
|---|---|
| New Balance | $969.00 |
| Total Minimum Payment Due | $27.00 |
| Payment Due Date | 08/18/2010 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $39.00 and your APRs may be increased up to a Penalty APR of 27.24%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay .... | You will pay off the balance shown on this statement in about ... | And you will end up paying an estimated total of ... |
|---|---|---|
| Only the Minimum payment | 9 years | $1,932.00 |
| $36.00 | 3 years | $1,301.00 (Savings = $631.00) |

If you would like information about credit counseling services, call 1-877-302-8775.

| Gap Rewards Summary | |
|---|---|
| Beginning Points Balance | 643 |
| Points Earned in Our Stores* | 239 |
| Total Points | 882 |
| POINTS TO NEXT REWARD | 118 |
| Rewards Earned This Year | $30.00 |

**Gap Account News**

You're only 118 points away from earning a $10 Reward Card. Earn 5 points for every dollar spent at Gap, Banana Republic, Old Navy, Piperlime and Athleta. Plus, earn 1 point for every dollar spent anywhere else Visa is accepted.

You're $213 away from earning Gap Silver. Spend $800 or more on your card (net of returns) this calendar year at the Gap Inc. family of brands and you'll earn Gap Silver.

Progress To Gap Silver

$0 $200 $400 $600 $800

**Transaction Summary**

| Tran Date | Post Date | Reference Number | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| ***Purchases in Our Stores** (Gap, Old Navy, Banana Republic, Piperlime and Athleta) | | | | |
| 07/08 | 07/08 | 2447994JG00XVMJK8 | GAP - PASEO NUEVO SNTA BARBARA CA<br>WOMENS KNITS ACTIVE BOTTOMS<br>BASIC, WOMENS DENIM SHORTS | $47.80 |
| **Other Transactions** (gas, groceries, etc.) | | | | |
| 07/15 | 07/15 | 7447994JM00XS6H10 | ONLINE PAYMENT THANK YOU ALPHARETTA GA | ($25.00) |

(Continued on next page)

PAYMENT DUE BY 5 P.M. (ET) ON THE DUE DATE.
NOTICE: We may convert your payment into an electronic debit. See reverse for details, Billing Rights and other important information.

6544 0044 BWH 1 7 23 100726 PAGE 1 of 3 3179 1300 C303 01FA6544 41928

Detach and mail this portion with your check. Do not include any correspondence with your check.

Account Number [redacted] 4281

| Total Minimum Payment Due | Payment Due Date | New Balance |
|---|---|---|
| $27.00 | 08/18/2010 | $969.00 |

Payment Enclosed: Please use blue or black ink. OR pay on-line at eservice.gap.com $ 37.00

New address or email? Print changes on back.

ach'd from 5321 8/18 #218900866

We currently do not accept payments in our stores.

MONETTE STEPHENS
853 ASHBURY ST
SAN FRANCISCO CA 94117-4418

41928
T321

Make Payment To: GAP VISA/GEMB
PO BOX 960017
ORLANDO, FL 32896-0017

Supp. Exhibit C - Stephens Personal Credit Card Statements retreived from storage unit (selected copies) C-9 of 11



| Transaction Summary (continued) | | | | |
|---|---|---|---|---|
| Tran Date | Post Date | Reference Number | Description of Transaction or Credit | Amount |
| | | | **FEES** | |
| | | | **TOTAL FEES FOR THIS PERIOD** | **$0.00** |
| | | | **INTEREST CHARGED** | |
| 07/26 | 07/26 | | INTEREST CHARGE ON PURCHASES | $16.46 |
| 07/26 | 07/26 | | INTEREST CHARGE ON CASH ADVANCES | $0.00 |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | **$16.46** |

| 2010 Totals Year-To-Date | |
|---|---|
| Total Fees Charged in 2010 | $0.00 |
| Total Interest Charged in 2010 | $81.78 |

1-0
2-9

**Interest Charge Calculation**

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Expiration Date | Annual Percentage Rate | Balance Subject To Interest Rate | Interest Charge |
|---|---|---|---|---|
| Purchases | N/A | 20.24%(v) | $957.25 | $16.46 |
| Cash Advances | N/A | 22.24%(v) | $0.00 | $0.00 |

(v) = variable rate

**Cardholder News and Information**

Go paperless and get rewarded! Sign up for paperless statements at ebill.gap.com and earn 500 bonus Reward points. See your Rewards Terms and Conditions online at gap.com/gapcard for details.

**Cardholder Benefits and Information**

GapCard Members: Be the first to try our new Legging Jean! Remember, you earn Rewards when you buy them with your Gap Visa Card.

Sup. Exhibit C - Stephens Personal Credit Card Statements C-10 of 11
retreived from storage unit (selected copies)
6544 0044 BWH 1 7 23 100726 PAGE 2 of 3 3179 1300 C303 01FA6544 41928



FW: You have a new bill from Macy's Visa. Monday, August 16, 2010 2:51 PM

"Monette Stephens" <ms@atlascons.com>
"'Gina Perry'" <deputycartman27@yahoo.com>

**From:** Monette Stephens [mailto:ms@atlascons.com]
**Sent:** Monday, August 16, 2010 2:33 PM
**To:** 'Gina Perry'
**Cc:** c@carlwescott.com
**Subject:** FW: You have a new bill from Macy's Visa.
**Importance:** High

**From:** macys.checkfree@customercenter.net [mailto:macys.checkfree@customercenter.net]
**Sent:** Monday, August 16, 2010 12:01 PM
**To:** ms@atlascons.com
**Subject:** You have a new bill from Macy's Visa.
**Importance:** High

e-Billing and Payment Powered by CheckFree

## You have a new e-Bill from Macy's Visa

macy's

### e-Bill Information

| | |
|---|---|
| Biller Account Number: | ************8724 |
| Due Date: | 09/12/2010 |
| Amount Due: | $20.00 |
| Account Balance: | $600.53 |

pd $25 on 9/8 from S321

To pay this e-Bill, click the red CheckFree pay button. You can then change the payment date, payment amount, and payment account, if necessary. To view the e-Bill before paying it, click **View e-Bill**.
**Note**: If you have already paid this bill, please disregard this message. It is simply a reminder that you have an e-Bill.

click to pay with >> CheckFree View e-Bill

**Is the CheckFree pay button not working? Follow these steps:**

1. Go to Macy's Bill Pay and sign in...