

**Monette Stephens – Managing Director**

Stephens has over 15 years of entrepreneurial, analytical and technical experience. Her unique combination of technical depth and market expertise provides a strong basis for commercializing and repurposing technology, developing market and product strategy and developing strategic relationships with a focus on corporate liquidity. Stephens excels at working with companies through transition phases, assisting with transactions and providing detailed business and technical due diligence.

Stephens has sector expertise in enterprise and infrastructure software, wired and wireless networks, real-time embedded systems, and distributed and high performance computing. She has had several startup successes: Sandpiper Networks (Cable & Wireless), Software.com ( OpenWave) and Digital Sound Corp. Her clients have included Academy Award winning Mental Images, Acorn Technologies, the US Navy, and Ericsson. She has served as an expert analyst for software litigation and taught as an adjunct lecturer in the Computer Science Department for the University of California.

She serves on the Web 3D Consortium's CAD Working Group standards committee, is on several advisory boards and is a member of the ACM and Forum for Women Entrepreneurs.

(650) 342-4135
mstephens@newforth.com

**Back**

Home | About | Approach | Team | Services | Banking | Transactions | News | Contact
Copyright 2003-2010, Newforth Partners LLC. | Legal/Privacy Statement



▼ Search for people, jobs, companies, and more...                Adv

Home      Profile      Network      Jobs      Interests

**MS Access Accounting Tips** - Create Direct Materials Budgets With Ease. Downl



## Newforth Partners, LLC

**Home**      Products      Insights

### About Newforth Partners, LLC

Newforth Partners LLC is a preeminent investment banking boutique headquartered in Silicon Valley, with additional offices on the East Coast. Newforth offers financial advisory services to technology companies, with an expertise in mergers and acquisitions, private placements, and strategic corporate development initiatives to public and private technology companies. The Newforth team is comprised of experienced professionals that have completed over 100 transactions valued at over $8 billion and raised more than $2 billion for private and public firms through relationships developed over 100 years of combined work experience.

www.newforth.com

### Specialties
Investment Banking, Tech M&A, Private Placements, Financial Advisory Services, Corporate Finance, Mergers and Acquisitions, Corporate Development, Private Equity

| Headquarters | Website | Industry |
|---|---|---|
| 950 Tower Lane, Ste 1950 Foster City, CA 94404 United States | http://www.newforth.com | Investment Banking |
| | **Type**<br>Partnership | **Company Size**<br>1-10 employees |
| | **Founded**<br>2002 | |



| | Search for people, jobs, companies, and more... | | Adv |

**Home**   Profile   Network   Jobs   Interests

INPALMS - Forensics - Global Forensic Sciences conference in Kuala Lumpur | Read More »



# Monette Stephens

Managing Director at Riviera Strategy

3rd

San Francisco Bay Area | Computer Software

Previous   Atlas Consulting, LLC, Newforth
Education   University of California, Santa Barbara

  Connect   Send InMail

**500+**
connections

www.linkedin.com/pub/monette-stephens/0/10/85                 Contact Info

## Background

### Summary

Solving complex, unstructured problems is what I enjoy. I have a diverse background in a variety of software sectors combining entrepreneurial, corporate, business development and M&A transaction experience.

I bring a depth of experience interfacing with and presenting to executive teams, boards and investors. I began my career as a software engineer and worked with many successful startup companies.

Expertise Includes:
- Business Development and Growth Strategies
- Development of Product Strategy, Market Analysis, Customer Validation, Identification of Strategic Relationships and Partnerships
- Market and Technical Due Diligence
- Assessing Problems and Developing Solutions
- Building teams, Scoping and Specifying Plans, Schedules and Timelines

### Experience

**Managing Director**

### Riviera Strategy
July 2012 – Present (1 year 2 months)

Riviera Strategy offers detailed market and growth analysis, business and corporate development, M&A assessment and post-M&A services. Our combination of business, technical and transaction expertise supports organizations from identifying growth opportunities to realizing value.

### CEO
Atlas Consulting, LLC
1995 – July 2012 (17 years)

Business Development, Corporate Partnerships, Growth Strategies, Due Diligence, Market Analysis, Competitive Landscape, Technical and Product Gap Analysis

### Managing Director
Newforth
January 2003 – December 2011 (9 years)

Newforth is focused on a combination of transactions and strategic consulting for M&A, partnerships and alliances, pre-transaction positioning, IP licensing and sales, diligence and preparation for transactions and post-transaction integration.

## Skills & Expertise

Most endorsed for...

| | | |
|---|---|---|
| 30 | Strategy | |
| 18 | Due Diligence | |
| 15 | Mergers & Acquisitions | |
| 13 | Executive Management | |
| 11 | Mergers | |
| 11 | Investment Banking | |
| 8 | Start-ups | |
| 8 | Mobile Applications | |
| 7 | Monetization | |
| 6 | Market Analysis | |

Case: 12-03148    Doc: 81-8 Filed: 08/30/13    Entered: 08/30/13 15:33:51    Page 2 of 4
Sup. Exhibit G - Monette Stephens LinkedIn Resume    6 of 10
http://www.linkedin.com/profile/view?id=20837&authType=NAME_SEARCH&authToke...  8/27/2013

Home   Profile   Network   Jobs   Interests

Search for people, jobs, companies, and more...   Adv

**Monette also knows about...**

| 3 | Strategic Partnerships | 3 | Management | 3 | Competitive Analysis | 3 | Integration |
| 3 | Analysis | 2 | Venture Capital | 2 | Corporate Development | 2 | E-commerce |
| 2 | Go-to-market Strategy | 1 | Entrepreneurship | 1 | Private Equity | 1 | Valuation |
| 1 | Product Development | 1 | Distributed Systems | | | | |

## Education

### University of California, Santa Barbara
MSCS, Computer Science
1987 – 1989



## Groups



**Foodies**
Join



**UCSB Alumni Association**
Join

## Following



**Computer Software**
413,866 followers
Follow



**Atlas Consulting, LLC**
Computer Software
Follow



**Themis Computer**
Computer Hardware
Follow

Help Center | About | Press | Blog | Careers | Advertising | Talent Solutions | Tools | Mobile | Developers

LinkedIn Corporation © 2013 | User Agreement | Privacy Policy | Community Guidelines | Cookie Policy | Copyright Polic

Case: 12-03148   Doc: 81-8   Filed: 08/30/13   Entered: 08/30/13 15:33:51   Page 5 of
                 Sup. Exhibit G - Monette Stephens LinkedIn Resume
                                              10

http://www.linkedin.com/profile/view?id=20837&authType=NAME_SEARCH&authToke...   8/27/2013

Search for people, jobs, companies, and more...

Home    Profile    Network    Jobs    Interests



# Company Profile

TMC Development

Company Name: Atlas Consulting, LLC   DBA (if applicable): _____
Mailing Address: 1083 Mississippi St.   City: San Francisco   State: CA   Zip: 94107
Primary Contact: Monette Stephens   Business Title/Position: Managing Director
Contact Phone: (415) 564-0500   Contact Cell Number: (415) 680-0280   Contact Fax Number: (615) 858-1500
Contact Email Address: ms@atlascons.com   Company Web Site: www.atlascons.com
Date Business Established: Sept. 1996   Owner Since: Sept. 1996
Current number of employees: ___   Established number of employees to be added within 2 years of project completion: ___
Company Organization (check box): ☐ Sole Prop. ☐ S Corp. ☐ C Corp. ☒ LLC ☐ Trust ☐ Partnership ☐ ESOP

**Company Ownership**

| Name | Title | % of Ownership |
|---|---|---|
| 1. Monette Stephens | Managing Director | 100% |
| 2. | | |
| 3. | | |

Nature of business (describe the type of business): Strategic consulting for Emerging technology companies
Who is responsible for day-to-day activities and business decisions? Monette Stephens
Does one customer represent more than 50% of total sales? No
How will the purchase of the new facility assist the company's future growth? Facility provides professional location

**Lender Information**

Bank of Account: _____   Contact Person: _____   Phone Number: _____

**Affiliate Business, if applicable** (List below all business concerns in which the applicant company or any of the individuals listed in the ownership section above have any ownership.)

| Company Name | Owner (Applicant, company or individuals) | % of Ownership |
|---|---|---|
| 1. Newforth Partners, LLC | Monette Stephens | 30% |
| 2. | | |

Signature: [signed]   Date: 5/23/2007

Case: 12-03148  Doc#: 101-8  Filed: 08/30/13  Entered: 08/30/13 15:23:51  Page 7 of 10
SuDoE#hibiH_Atlas Consulting LLC.pdf 30 Document  H-1 of 4
TMC Development // 611 Front Street // San Francisco CA 94111 // Phone (415) 989.8855 // Fax (415) 989.3382



# Personal Budget Analysis

**TMC Development**

Name _CARL WETZTOFF_ Spouse's Name _Monette Stephens_

DOB _6/15/69_ Spouse's DOB _10/21/_

Will your spouse be on title to the new property? (check box) ☒ Yes ☐ No

Spouse Occupation _Investment Banker_ Spouse's Monthly Income $ _14,000_

*attach W-2 or recent paystub*

## Declarations

If you answer "yes" to questions 1 through 6, attach a written explanation:

| | Borrower Yes | Borrower No | Spouse Yes | Spouse No |
|---|---|---|---|---|
| 1. Have you been charged with and/or arrested for any criminal offense, other than a minor motor vehicle violation? | ☐ | ☑ | ☐ | ☑ |
| 2. Are you presently under indictment, on parole, or on probation? | ☐ | ☑ | ☐ | ☑ |
| 3. Have you or your business defaulted or compromised a government loan, or otherwise caused an agency of the government to sustain a loss? | ☐ | ☑ | ☐ | ☑ |
| 4. Have you been involved in bankruptcy or insolvency proceedings? | ☐ | ☑ | ☐ | ☑ |
| 5. Have you been 60+ days delinquent in court-ordered child support payments? | ☐ | ☑ | ☐ | ☑ |
| 6. Are you or your business involved in any pending lawsuits or arbitrations? | ☑ | ☐ | ☐ | ☑ |
| 7. Are you a United States citizen? | ☑ | ☐ | ☑ | ☐ |
| 8. If you are NOT a citizen, are you a legal permanent resident? | N/A | | N/A | |

## Personal Monthly Expenses

| | Monthly Amount |
|---|---|
| Mortgage Payment/Rent | $ 12,000 |
| Real Estate Taxes | $ 1,700 |
| Auto Loan(s) | $ 868 |
| Other Loan(s) | $ |
| Credit Lines/Cards | $ 1,000 |
| Utilities & Telephone | $ 560 |
| Insurance (all) | $ 1,530 |
| Food | $ 300 |
| Clothing | $ 1,030 |
| Childcare | $ |
| Other (_____) | $ |
| **TOTAL** | $ 19,428 |

I/We certify that the above, and the statements contained in the attachments, are true and accurate as of the stated date. These statements are made for the purpose of obtaining a loan.

Borrower's Signature _[signature]_ Date _3/2/2007_  Spouse's Signature _[signature]_ Date _5/24/2007_

TMC Development // 611 Front Street // San Francisco, CA 94111 // Phone (415) 989.8855 // Fax (415) 989.3382

Sup. Exhibit H - Atlas Consulting, LLC - Loan Document H-2 of 4

Case: 12-03148   Doc# 81-8   Filed: 08/30/13   Entered: 08/30/13 15:33:51   Page 8 of 10



# Project Information

## REAL ESTATE INFORMATION *(attach an additional sheet if necessary)*

Company's Existing Locations (Address) | Square Feet | Monthly Rent | Lease Expiration | Will New Location Replace Existing? *(yes or no)*

1. 1983 Mississippi Street | 2200 | N/A | N/A | N/A
2.
3.

## NEW PROPERTY INFORMATION - PROPERTY TO BE PURCHASED

Street 1983 Mississippi Street   City San Francisco

Size of New Facility 2200 Sq. Ft.   Company will Occupy 1400 Sq. Ft.

Are there existing tenants? *(check box)* ☐ Yes ☐ No

If yes, is/are there signed lease(s)? ☐ Yes ☐ No

Number of Sq. Ft. leased _____   Date lease expires _____

## PROJECT COSTS

Purchase Existing Building         Total Costs $ 675000.—
Purchase Price                                  $ 675000.—
Land Cost                                       $
Improvements                                    $ 58000.—
Other                                           $

For New Construction               Total Costs $
Land Cost                                       $
Construction                                    $
Other                                           $

In Contract? *(check box)*         Total Costs $ 745000.—
☑ Yes ☐ No
If yes, what is the finance contingency date? _____
If yes, what is the close of escrow date? _____

## REAL ESTATE BROKER

Name  Sam Wetzoff
Company  People Bridge, Inc.
Contact Number  415 641 1100
Signature  [signature]   Date 5/23/2007

TMC Development  /819 Front Street/ San Francisco, CA 94111/ Phone (415) 983-3855 // Fax (415) 989.3382

Supp. Exhibit H - Atlas Consulting, LLC - Loan Document   H-3 of 4

Case: 12-03148   Doc# 81-8   Filed: 08/30/13   Entered: 08/30/13 15:33:51   Page 9 of 10

US SBA Personal Financial Statement OMB 3245-0188 (form expired 11/30/2004)   Page 3 of 3   Carl Wescott and Monette Stephens

| Type of Prop | Address | Date Purchased | Original Cost | Present Market | Mortgage Holder | Account Num |
|---|---|---|---|---|---|---|
| SFR | 853 Ashbury Street San Francisco CA 94117 | 10/18/2004 | $2,002,002.00 | $3,000,000.00 | ASC | |
| SFR | 668 Blair Avenue, Piedmont CA 94611 | Jan-01 | $805,000.00 | $1,700,000.00 | Wells Fargo | 7472 |
| SFR | 4175 West Dry Creek Road, Healdsburg, CA 95448 | Jun-06 | $3,000,000.00 | $2,500,000.00 | Empire Mortgag | N/A |
| SFR | 5760 Chamise Road, Healdsburg, CA 95448 | 2002 | $770,000.00 | $2,500,000.00 | Washington Mut | 4502 |
| SFR | 5700 Robinson Creek, Ukiah CA | 2006 | $1,200,000.00 | $1,600,000.00 | Washington Mut | 2243 |
| Com Condo | 1083 Mississippi Street, San Francisco, CA 94107 | May-06 | $675,000.00 | $750,000.00 | John Schrader | N/A |

| Address | Balance | Payment | Status | Comments |
|---|---|---|---|---|
| 853 Ashbury Street San Francisco CA 94117 | $1,885,000.00 | 10852 | Current | |
| 668 Blair Avenue, Piedmont CA 94611 | $782,105.66 | 4006 | Current | |
| 4175 West Dry Creek Road, Healdsburg, CA 95448 | $1,065,947.43 | 16400 | Current | |
| 5760 Chamise Road, Healdsburg, CA 95448 | $975,973.41 | 5506 | Current | |
| 5700 Robinson Creek, Ukiah CA | $980,000.00 | 6290 | Current | sold in contract for $1.6 million |
| 1083 Mississippi Street, San Francisco, CA 94107 | $575,000.00 | 3114 | Current | |

*MS* 5/24/2007

*C.f. Wescott* 5/24/2007