**IRS** Department of the Treasury
Internal Revenue Service

ACS SUPPORT - STOP 813G
PO BOX 145566
CINCINNATI, OH 45250-5566

Date:
AUG. 18, 2009

Taxpayer Identification Number:
XXX-XX-8664    0 00
XXX-XX-1831
Case Reference Number:
1667960893

Contact Telephone Number:
TOLL FREE: 1-800-829-3903
BEST TIME TO CALL:
MON - FRI  8:00 AM TO 8:00 PM
ASISTENCIA EN ESPANOL 1-800-829-3903

MONETTE R STEPHENS
853 ASHBURY ST
SAN FRANCISCO CA 94117-4418533

003490

We received your letter about the tax form and tax periods shown on the back of this letter.

We are looking into the matter.  If we need more information, we will contact you within the next 30 days.

In the meantime, if you decide to write us, please include the enclosed cover sheet with your correspondence in the envelope provided.  Keep this letter for your records.

*R. M. Owens*

Operations Manager, Automated Collection System

Enclosure:
Return Cover Sheet
Envelope


*217968664103*



**IRS** Department of the Treasury
Internal Revenue Service
ACS SUPPORT - STOP 813G
PO BOX 145566
CINCINNATI, OH 45250-5566

Case Reference Number:
1667960893          SB

Date:
AUG. 18, 2009

Taxpayer Identification Number:
XXX-XX-8664     0  00

Contact Telephone Number:
TOLL FREE: 1-800-829-3903
BEST TIME TO CALL:
MON - FRI  8:00 AM TO 8:00 PM
ASISTENCIA EN ESPANOL 1-800-829-3903

003490.595463.0014.001 1 MB 0.382 702

MONETTE R STEPHENS
853 ASHBURY ST
SAN FRANCISCO CA 94117-4418533

003490

Provide Us With Your Telephone Numbers So We May Contact You

Home: _____     Best time to call: _____

Work : _____     Best time to call: _____

Enclose your payment, tax returns or other correspondence and return with this cover sheet.

Fold this cover sheet so our address appears in the window of the enclosed envelope.

FOLD HERE    and return with your reply          FOLD HERE    and return with your reply

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Automated Collection System

LT23

Amount Enclosed:$ _____

Internal Revenue Service
ACS SUPPORT - STOP 813G
PO BOX 145566
CINCINNATI, OH 45250-5566

**Gina Perry**

**From:** Gina Perry [gina@unexpected-development.com]

**Sent:** Wednesday, March 04, 2009 4:04 PM

**To:** 'Monette Stephens'; 'c@CarlWescott.com'

**Subject:** RE: IRS Release

I don't know about Wells because they never took any funds since there weren't any available in the accounts on 2/24. I don't have a copy of the initial letter the IRS sent to WF, just a copy of the Notice of Levy sent to Carl.

**From:** Monette Stephens [mailto:ms@atlascons.com]
**Sent:** Wednesday, March 04, 2009 2:59 PM
**To:** c@CarlWescott.com; 'Gina Perry'
**Subject:** IRS Release

I just got off the phone with the IRS. The release on the funds was sent on 2/24/09. They are not sending a copy of the release to us directly, but have already sent it to the banks.

Montecito did not receive it – so the IRS is faxing it directly to them today. Have the Wells funds been released? If not, they will also fax a letter to Wells, but they need the fax number of the person who process the levy. The direct IRS number to call is 1-800-829-3903.

If you want me to call the IRS, just get me a copy of the Wells letter. My fax is 615-858-1500.

M.

*[handwritten notes:]*

631 447 4185 fax

Attn: Large Dollar

start making voluntary payments $5K/month

removing levy placed on

10 days by 30th or 31st

3 months statements

PFS monthly payments state no income how does $ come in ?

P&L

faxed all in on 7/31/09 @ 4pm

Attn: Large Dollar Unit

From: Carl Wescott & Monette Stephens

Re: Installment Agreement Application

Attached you will find the completed
application and the required ~~accompan~~
documentation.

Send to
RSF

faxed in on 7/31/09

Form **433-D**
(Rev. January 2007)

**Department of the Treasury — Internal Revenue Service**
**Installment Agreement**
*(See Instructions on the back of this page)*

| Name and address of taxpayer(s) | Social security or employer identification number |
| --- | --- |
| Carl Wescott & Monette R. Stephens | *(Taxpayer)* 8664     *(Spouse)* 1831 |

Your telephone numbers *(including area code)*

853 Ashbury Street

*(Home)* (415) 564-6000    *(Work, cell or business)* (415) 335-5000

San Francisco, CA 94117

For assistance, call: 1-800-829-0115 *(Business)*, or
1-800-829-8374 *(Individual – Self-Employed/Business Owners)*, or
1-800-829-0922 *(Individuals – Wage Earners)*

☐ Submit a new Form W-4 to your employer to increase your withholding.

Or write: _____
*(City, State, and ZIP Code)*

Employer *(Name, address, and telephone number)* PeopleBridge, Inc. 1083 Mississippi St., San Francisco, CA 94107 415-285-5000

Financial Institution *(Name and address)* Wells Fargo Bank 490 Brannan St., San Francisco, CA 94107 415-396-2005

| Kinds of taxes *(Form numbers)* | Tax periods | Amount owed as of 08/25/2009 |
| --- | --- | --- |
| 1040 | December 31st, 2006 | $ 175,589.47 |

I / We agree to pay the federal taxes shown above, PLUS PENALTIES AND INTEREST PROVIDED BY LAW, as follows:

$ 5,000.00 on 08/24/2009 and $ 5,000.00 on the 24th of each month thereafter.

I / We also agree to increase or decrease the above installment payment as follows:

| Date of increase *(or decrease)* | Amount of increase *(or decrease)* | New installment payment amount |
| --- | --- | --- |
| | | |
| | | |

***The terms of this agreement are provided on the back of this page. Please review them thoroughly.***

☐ Please initial this box after you've reviewed all terms and any additional conditions.

| Additional Conditions / Terms *(To be completed by IRS)* | **Note:** Internal Revenue Service employees may contact third parties in order to process and maintain this agreement. |
| --- | --- |

**DIRECT DEBIT**—Attach a voided check or complete this part only if you choose to make payments by direct debit. Read the instructions on the back of this page.

a. Routing number: 1 2 1 0 4 2 8 8 2

b. Account number: 9 9 6 7 8 2 7 4 2 0

I authorize the U.S. Treasury and its designated Financial Agent to initiate a monthly ACH debit *(electronic withdrawal)* entry to the financial institution account indicated for payments of my Federal taxes owed, and the financial institution to debit the entry to this account. This authorization is to remain in full force and effect until I notify the U.S. Treasury Financial Agent to terminate the authorization. To revoke payment, I must contact the U.S. Treasury Financial Agent at the applicable toll free number listed above no later than 7 business days prior to the payment *(settlement)* date. I also authorize the financial institutions involved in the processing of the electronic payments of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payments.

| Your signature | Title *(if Corporate Officer or Partner)* | Date 7/28/09 |
| --- | --- | --- |
| Spouse's signature *(if a joint liability)* | | Date 7/28/09 |
| Agreement examined or approved by *(Signature, title, function)* | | Date |

**FOR IRS USE ONLY**

AGREEMENT LOCATOR NUMBER: ___ ___ ___ ___
Check the appropriate boxes:

☐ RSI "1" no further review
☐ RSI "5" PPIA IMF 2 year review
☐ RSI "6" PPIA BMF 2 year review
☐ Check box if pre-assessed modules included
Agreement Review Cycle: ___ ___ ___ ___   Earliest CSED: _____
Originator's ID #: _____ Originator Code: _____
Name: _____ Title: _____

☐ AI "0" Not a PPIA
☐ AI "1" Field Asset PPIA
☐ AI "2" All other PPIAs

A NOTICE OF FEDERAL TAX LIEN *(Check one box below.)*

☐ HAS ALREADY BEEN FILED
☐ WILL BE FILED IMMEDIATELY
☐ WILL BE FILED WHEN TAX IS ASSESSED
☐ MAY BE FILED IF THIS AGREEMENT DEFAULTS

Part 1— IRS Copy     Catalog No. 16644M     www.irs.gov     Form **433-D** (Rev. 1-2007)

Carl Wescott 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

Department of the Treasury — **Internal Revenue Service**
# Collection Information Statement

| Name(s) and Address | Your Social Security Number or Individual Taxpayer Identification Number |
|---|---|
| Carl Wescott & Monette R. Stephens<br>853 Ashbury Street<br>San Francisco, CA 94117 | ████8664 |

| | Your Spouse's Social Security Number or Individual Taxpayer Identification Number |
|---|---|
| | ████1831 |

☐ If address provided above is different then last return filed please check here.

| Your Telephone Numbers | Spouse's Telephone Numbers |
|---|---|
| Home: ( 415 ) 564-6000<br>Work: ( 415 ) 285-5000<br>Cell: ( 415 ) 335-5000 | Home: ( 415 ) 564-6000<br>Work: ( 415 ) 680-0280<br>Cell: ( 415 ) 680-0280 |

County of Residence: San Francisco

---

## A. ACCOUNTS / LINES OF CREDIT (include Banks, Savings and Loans, Credit Unions, Certificates of Deposit, Individual Retirement Accounts (IRAs), Keogh Plans, Simplified Employee Pensions, 401(k) Plans, Profit Sharing Plans, Mutual Funds and Stock Brokerage Accounts)

| Name and Address of Institution | Type of Account | Current Balance / Value |
|---|---|---|
| Wells Fargo - See Attached Bank Statements | Personal Checking | 547.52 |
| Wells Fargo - See Attached Bank Statements | Joint Checking | 1,151.80 |
| Wells Fargo - See Attached Bank Statements | Home Equity Line of Credit | 73,088.31 |
| Wells Fargo - See Attached Bank Statements | Line of Credit | 11,800.24 |
| Wells Fargo - See Attached Bank Statements | Equity Line | 141,940.00 |
| Wells Fargo - See Attached Bank Statements | Savings | 0.01 |

Total number of dependents claims on Last Return Filed _____1_____

Over 65 _____ Under 65 ___1___

---

## B. REAL ESTATE (home, vacation property, timeshares and other real estate)

| County / Description | Monthly Payment(s) | Financing | | Current Value | Balance Owed | Equity |
|---|---|---|---|---|---|---|
| See attached Schedule C & Real Estate Cash Flow Statement<br>☐ Primary Residence ☐ Other | | Year Purchased<br>Year Refinanced | Purchase Price<br>Refinance Amount | | | |
| ☐ Primary Residence ☐ Other | | Year Purchased<br>Year Refinanced | Purchase Price<br>Refinance Amount | | | |
| ☐ Primary Residence ☐ Other | | Year Purchased<br>Year Refinanced | Purchase Price<br>Refinance Amount | | | |

---

## C. OTHER ASSETS (cars, boats, recreational vehicles, whole life policies, etc.)

| Description | Monthly Payment | Year Purchased | Final Payment (mo / yr) | Current Value | Balance Owed | Equity |
|---|---|---|---|---|---|---|
| See attached Balance | | | / | | | |
| Sheet | | | / | | | |
| | | | / | | | |
| | | | / | | | |
| | | | / | | | |
| | | | / | | | |
| | | | / | | | |

↳ TURN PAGE TO CONTINUE

## D. CREDIT CARDS (Visa, MasterCard, American Express, Department Stores, etc.)

| Type | Credit Limit | Balance Owed | Minimum Monthly Payment |
|---|---|---|---|
| AT&T Universal Card | 21,800.00 | 22,392.18 | 728.97 |
| Bank of America Mastercard | 71,000.00 | 67,679.41 | 2,279.00 |
| United Mileage Plus Visa | 22,400.00 | 21,586.00 | 1,177.67 |
| United Mileage Plus Visa | 17,500.00 | 17,707.82 | 568.82 |
| United Mileage Plus Visa | 28,000.00 | 27,758.54 | 579.00 |
| US Airways World Mastercard | 16,250.00 | 15,335.75 | 1,015.69 |

## E. WAGE INFORMATION (If you have more than one employer, include the information on another sheet of paper.)

Your current Employer (name and address)
PeopleBridge, Inc.
1083 Mississippi Street
San Francisco, CA 94107

☐ Paid monthly (once each month)
☑ Paid bi-weekly (every two weeks)
☐ Paid semi-monthly (two times each month)
☐ Paid weekly
How long at current employer  5 years
Current Year to Date's Total Income $0.00
Total Income from Last Year's 1040 Tax Return $0.00

Spouse's current Employer (name and address)
Newforth Partners, LLC
950 Tower Lane, Suite #1600
San Mateo, CA 94404

☐ Paid monthly (once each month)
☐ Paid bi-weekly (every two weeks)
☐ Paid semi-monthly (two times each month)
☑ Paid weekly, annually
How long at current employer  6 years
Current Year to Date's Total Income $0.00
Total Income from Last Year's 1040 Tax Return $30,000.00

## F. NON-WAGE HOUSEHOLD INCOME (List monthly amounts. For Self Employment and Rental Income, list the monthly amount received after expenses.)

| | | | | | |
|---|---|---|---|---|---|
| Alimony Income: | 0.00 | Net Rental Income: | -7,007.25 | Interest Income: | 0.00 |
| Child Support Income: | 0.00 | Unemployment Income: | 0.00 | Social Security Income: | 0 |
| Net Self Employment Income: | 0.00 | Pension Income: | 0.00 | Other: Notes Payable | 4,974.83 |

## G. MONTHLY NECESSARY LIVING EXPENSES (List monthly amounts. For expenses paid other than monthly, see Instructions.)

| 1. Food / Personal Care | | 3. Housing & Utilities | | 5. Other | |
|---|---|---|---|---|---|
| Food: | 1,500.00 | Rent: | 14,400.00 | Child / Dependent Care: | 3,500.00 |
| Housekeeping Supplies: | 50.00 | Electric, Oil/Gas, Water/Trash: | 400.00 | Estimated Tax Payments: | |
| Clothing and Clothing Services: | 500.00 | Telephone and/or Cell Phone: | 300.00 | Term Life Insurance: | 13,068.27 |
| Personal Care Products & Services: | 500.00 | Real Estate Taxes and Insurance: (if not included in B above) | 1,976.50 | Retirement (Employer Required): | |
| Misc. (Cable, Internet, etc.)*: | 300.00 | | | Retirement (Voluntary): | |
| Total: | 2,850.00 | Total: | 17,076.50 | Court Ordered Payments: | 10,000.00 |
| 2. Transportation | | 4. Medical | | FTB payment - 2006 | 13,000.00 |
| Gas/Insurance/Licenses/Parking/ Maintenance etc.: | 1,000.00 | Health Insurance: | 1,100.00 | | |
| Public Transportation: | | Out of Pocket Health Care Expenses: | 1,000.00 | | |

See the instructions for detailed information on how to complete the Monthly Necessary Living Expenses. IRS standard amounts are found on the internet at http://www.irs.gov/individuals/article/0,,id=96543,00.html. If you are required to send supporting documentation please send copies and not the original documents.

## H. ADDITIONAL INFORMATION

1. We cannot consider an installment agreement unless all returns have been filed.
   Attach a signed copy of ALL unfiled return(s).
2. Proposed Monthly Installment Agreement Payment Amount: $5,000.00
3. Please explain any expected changes to future income or expenses:

Under penalty of perjury, I declare to the best of my knowledge and belief this statement of assets, liabilities and other information is true, correct and complete.

| Your Signature | Spouse's Signature | Date 7/28/09 |
|---|---|---|

Catalog 62053J

Form 433-F (EN/SP) (Rev. 7-2008)

Carl Wescott 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

*Assets*

**Current Assets**

| | | |
|---|---|---:|
| Cash in Bank | | 1,699 |
| Accounts Receivable (Rents) | | 656,730 |
| Accounts Receivable (Deeds of Trust) | | 59,698 |
| Total Current Assets | $ | 718,127 |

**Other Assets**

| | | |
|---|---|---:|
| Vehicles (Note 1) | | 47,905 |
| Total Other Assets | $ | 47,905.27 |

**Fixed Assets**

| | | |
|---|---|---:|
| Notes and Contracts Receivable (Note 2) | | 695,500 |
| Real Estate | | |
| Residential (Note 3) | | 9,671,797 |
| Total Fixed Assets | $ | 10,367,297.00 |

| | | |
|---|---|---:|
| **Total Assets** | $ | 11,133,329 |

*Liabilities*

**Current Liabilities**

| | |
|---|---:|
| Revolving Debt Payable, Bank | $432,662 |
| Notes Payable, Bank | $842,695 |
| **Total Current Liabilities** | $1,275,357 |

**Long-term Liabilities**

| | |
|---|---:|
| Notes Payable, Bank | |
| Residential Real Estate - Loans (Note 3) | 10,068,055 |
| **Total Liabilities** | $10,068,055 |

| | |
|---|---:|
| Net Worth | $1,065,275 |
| **Total Liabilities and Net Worth** | $11,133,329 |

Carl Wescott ▮▮▮▮ -8664

**NOTE 1:**

Carl Wescott and Monette Stephens personally own the following property listed below:

Vehicles

| Property | Market Value | Loan |
|---|---|---|
| Automobile - 2005 Lexus RX 330 | 26,315 | |
| Automobile - 2006 Lexus 400h | 33,265 | 11,675 |
| | Market Value  $ | 47,905 |

**NOTE 2:**

Notes and Contracts Receivable

| Note | Description | Amount |
|---|---|---|
| 20195 Sweetwater Springs Road, Healdsburg, | 2nd Deed of Trust - 8%, 5 year | $425,000 |
| 9575 Venturi Drive, Cobb, CA | 2nd Deed of Trust - 9.5%, 2 year balloon, interest only | $270,500 |
| | Market Value  $ | 695,500.00 |

Carl Wescott ████ -8664

NOTE 3:

Residential Real Estate Properties

| Property | Market Value | Underlying Debt |
|---|---|---|
| 30901 Sherwood Road, Willits, CA | 750,000 | 907,586 |
| 4175 West Dry Creek Road, Healdsburg, CA | 1,850,000 | 1,799,317 |
| 555 4th St. #411, San Francisco, CA | 485,000 | 406,123 |
| 5700 Robinson Creek, Ukiah, CA | 1,050,000 | 1,066,032 |
| 5760 Chemise Rd, Cazadero, CA | 902,115 | 1,437,843 |
| 853 Ashbury, San Francisco, CA - Primary Residence | 1,593,000 | 2,318,500 |
| 1720 Niestrath Road, Cazadero CA 95421 | 325,000 | - |
| 3910 Carol Avenue, Santa Barbara, CA | 1,000,000 | 707,705 |
| 7950 Hearst Road, Willits, CA | 1,066,682 | 859,999 |
| 9501 Lane Drive, Ukiah, CA | 650,000 | 564,949 |
| | $ 9,671,797 | $ 10,068,055 |

| | | |
|---|---|---|
| Total Market Value | $ | 9,671,797 |
| Less Underlying Debt | $ | 10,068,055 |
| Net Difference | $ | (396,258) |



Carl Wescott ▮▮▮▮-8664

07/27/09
Case: 12-03148   Doc# 81-9   Filed: 08/30/13   Entered: 08/30/13 15:33:51   Page 10
**Sup. Exhibit I - IRS Installment Agreement Application**      **I-10 of 13**

Carl Wescott 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

# REAL ESTATE CASH FLOW STATEMENT

| Borrower Name: | Carl Wescott & Monetta Stephens |
|---|---|
| Date Prepared: | 7/27/2009 |
| Signature: | |

## RESIDENTIAL PROPERTIES

| Property Name/Address | Type | % Owned | Acquisition Price | Acquisition Date | Current Value | Original Loan Amount | Lender Name, Address, Loan Number | Current Note Balance | Annual Payments | Annual Tax Insur. Expenses | Annual Income | Annual Net Cash Flow +/(-) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PERSONAL RESIDENCE 853 Ashbury Street, San Francisco, CA 94117 | SFR | 100% | $2,002,002 | 10/18/2004 | $1,593,000 | 1,201,201 | ASC PO Box 60768, Los Angeles, CA 90060 Loan#___5988 / GMAC PO Box 4622, Waterloo, IA 50704 Loan#8307053045 | $2,318,500 | 172,800 | 23,718 | - | (196,518) |
| PERSONAL RESIDENCE 3910 Carol Avenue, Santa Barbara, CA | SFR | 100% | $168,000 | 6/11/1985 | $1,000,000 | 140,000 | WaMu PO Box 78148, Phoenix, AZ 85062 Loan#___6422 / Chase PO Box 78035, Phoenix, AZ 85062 Loan# 00447021865244 | $707,705 | 51,690 | 3,543 | | (55,233) |
| RENTAL: 5760 Chemise Road, Healdsburg, CA 95448 | SFR | 100% | $770,000 | 2001 | $902,115 | 693,000 | Empire Mortgage 11350 McCormick Rd, Hunt Valley, MD 21031 | $1,437,843 | 80,511 | 10,527 | 27,516 | (63,522) |
| RENTAL: 4175 West Dry Creek Road, Healdsburg, CA 95448 (2nd time I have owned this property) | SFR | 100% | $3,000,000 | 6/1/2008 | $1,850,000 | 2,575,000 | WaMu PO Box 78148, Phoenix, AZ 85062 Loan#___2967 & ___111 | $1,799,317 | 216,000 | 21,145 | 54,000 | (183,145) |
| RENTAL: 30901 Sherwood Road, Willits, CA (4 homes on 21-acres) | SFR | 100% | $1,200,000 | 2007 | $750,000 | 1,020,000 | WaMu PO Box 78148, Phoenix, AZ 85062 Loan#___2967 & ___111 | $907,586 | 60,707 | 7,603 | 139,800 | 71,490 |
| RENTAL: 9501 Lane Drive, Ukiah, CA | SFR | 100% | $650,000 | 2008 | $650,000 | 387,000 | Luther Burbank PO Box 1783, Santa Rosa, CA 95402 Loan#___3268-8 & Private | $564,949 | 47,067 | 2,064 | 90,000 | 40,869 |
| RENTAL: 555 4th Street, San Francisco, CA, 94107 Unit 411 | Condo | 100% | $555,000 | 2007 | $485,000 | - | Citibank PO Box 9438, Gaithersburg, MD 20898 Loan#___552 | $406,123 | 41,340 | 2,081 | 30,000 | (13,421) |
| RENTAL: 7950 Hearst Rd., Willits, CA 95490 | SFR | 100% | $2,775,000 | 10/2008 | $1,086,682 | 860,000 | PLM Lender Services, Inc. 46 N. Second St., Campbell, CA 95008 Loan#___959A | $899,999 | 105,350 | 7,470 | 155,970 | 43,150 |
| RENTAL: 1720 Niestrath Road, Cazadero CA 95421 | SFR | 100% | $237,500 | 2001 | $325,000 | - | N/A | $- | - | 4,572 | - | (4,572) |
| RENTAL: 5700 Robinson Creek, Ukiah CA 95482 | SFR | 100% | $1,200,000 | 2008 | $1,050,000 | 1,080,000 | WaMu PO Box 78148, Phoenix, AZ 85062 Loan#___3243 & ___5568 | $1,066,032 | 67,230 | 13,500 | 159,444 | 78,714 |
| TOTALS: | | | $12,557,502 | | $9,671,797 | 7,956,201 | | $10,088,055 | 842,685 | 96,223 | 656,730 | (282,188) |

*Note* - The annual income of $656,730 is what is owed by tenants but not necessarily what is received from the tenants. Many tenants pay late and are months behind in payments.

Carl Wescott #▮▮▮▮-8664

NOTES

| Property Name/Address | Current Note Balance | Interest Rate | Annual Income |
|---|---|---|---|
| 20195 Sweetwater Springs Road, Hesdias | 425,000 | 8.00% | 34,000 |
| 9575 Venturi Drive, Cobb, CA | 270,500 | 9.50% | 25,698 |
| TOTALS | $ 695,500.00 | | 59,698 |

| Annual Income - Residential Properties | $ | (292,188) |
|---|---|---|
| Annual Income - Notes and Receivables | $ | 59,698 |

Schedule C - Properties - July 27th, 2009

| Property Address | Purchase | | Market Value | Present Loan Balance | Loan Maturity Date | Monthly Payment | Lender | Current liability |
|---|---|---|---|---|---|---|---|---|
| | Year | Price | | | | | | |
| 853 Ashbury St | 2004 | $2,002,002 | $1,593,000 | $1,885,000.00 | 6/1/2036 | $13,000.00 | ASC/MTG | $156,000.00 |
| 853 Ashbury St | 2004 | $2,002,002 | $1,593,000 | $433,500.00 | 6/1/2036 | $1,400.00 | GMAC | $16,800.00 |
| 1720 High St. | 2001 | $237,500 | $325,000 | N/A | N/A | N/A | N/A | $0.00 |
| 30901 Sherwood Rd. | 2007 | $1,200,000 | $750,000 | $854,400.00 | 11/1/2037 | $4,895.00 | WaMu | $58,740.00 |
| 30901 Sherwood Rd. | 2007 | $1,200,000 | $750,000 | $53,186.49 | 11/1/2037 | $163.94 | WaMu-LOC | $1,967.28 |
| 3910 Carol Ave | 1985 | $168,000 | $1,000,000 | $587,705.11 | 6/29/2037 | $3,865.65 | WaMu | $46,387.80 |
| 3910 Carol Ave | 1985 | $168,000 | $1,000,000 | $119,999.61 | 6/29/2037 | $441.86 | WaMu-LOC | $5,302.32 |
| 4175 W. Dry Creek Rd. | 2006 | $3,000,000 | $1,850,000 | $1,799,317.00 | 8/1/2008 | $18,000.00 | Empire Mortgage | $216,000.00 |
| 555 4th St #411 | 2007 | $555,000 | $485,000 | $406,123.40 | 8/1/2037 | $3,445.00 | Citibank | $41,340.00 |
| 5700 Robinson Creek | 2006 | $1,200,000 | $1,050,000 | $946,155.56 | 12/1/2036 | $5,125.01 | WaMu | $61,500.12 |
| 5700 Robinson Creek | 2006 | $1,200,000 | $1,050,000 | $119,876.54 | 12/1/2036 | $477.49 | WaMu-LOC | $5,729.88 |
| 5760 Chemise Rd | 2001 | $770,000 | $902,115 | $937,868.26 | 9/1/2035 | $5,506.56 | WaMu | $66,078.72 |
| 5760 Chemise Rd | 2001 | $770,000 | $902,115 | $499,975.00 | 9/1/2035 | $1,202.67 | Chase-LOC | $14,432.04 |
| 7950 Hearst Rd | 2008 | $2,775,000 | $1,066,682 | $859,999.03 | 10/1/2017 | $8,779.17 | PLM Lender | $105,350.04 |
| 9501 Lane Dr. | 2008 | $650,000 | $650,000 | $376,948.82 | 2/1/2038 | $2,668.90 | Luther Burbank | $32,026.80 |
| 9501 Lane Dr. | 2008 | $650,000 | $650,000 | $188,000.00 | 2/1/2010 | $1,253.33 | Private | $15,039.96 |

Monthly Payments    $70,224.58 Annual Payments    $842,694.96

Carl Wescott 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