# Advantage Business Package Checking



ATLAS CONSULTING, LLC
853 ASHBURY ST
SAN FRANCISCO CA 94117-4418

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Wells Fargo offers business owners a full-service payroll solution with payroll processing, reporting, and tax services. That means you can spend less time working in your business and more time growing your business. And now, enjoy the convenience of processing your payroll online. Online payroll from the online banking leader. For more information, visit wellsfargo.com/biz/payroll or call us at 1-800-421-4714.

## Account options

*A check mark in the box indicates you have these convenient services with your account. Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

Business Online Banking ☐
Rewards for Business Check Card ☐
Online Statements ☐
Business Bill Pay ☐
Business Spending Report ☐
Overdraft Protection ☐

## Activity summary

| | |
|---|---|
| Beginning balance on 11/19 | $0.00 |
| Deposits/Credits | 300.00 |
| Withdrawals/Debits | - 200.00 |
| **Ending balance on 11/30** | **$100.00** |
| Average ledger balance this period | $66.66 |

Account number: ████2818
**ATLAS CONSULTING, LLC**

*California account terms and conditions apply*

For Direct Deposit and Automatic Payments use
Routing Number (RTN): 121042882

For Wire Transfers use
Routing Number (RTN): 121000248

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed at the top of your statement or visit your Wells Fargo branch.

## Wells Fargo Rewards for Business Check Card

Total points available as of 11/29/2010        0

*Get your most current point balance and redeem rewards at WellsFargoRewards.com or call 1-888-246-1834 .*

Sheet Seq = 0006176
Sheet 00001 of 00002

Sup. Exhibit J - Atlas Consulting LLC Bank Stmts (Nov '10 - Aug'12) - J-1 of 93
Case: 12-03148   Doc# 81-10   Filed: 08/30/13   Entered: 08/30/13 15:33:51   Page 1 of 16



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 11/19 | | Deposit | 100.00 | | 100.00 |
| 11/26 | | Transfer to Sav ████ 14034 | | 100.00 | 0.00 |
| 11/29 | | Transfer From Sav ████ 14034 | 100.00 | | |
| 11/29 | | Withdrawal Made In A Branch/Store | | 100.00 | 0.00 |
| 11/30 | | Deposit Made In A Branch/Store | 100.00 | | 100.00 |
| **Ending balance on 11/30** | | | | | **100.00** |
| **Totals** | | | **$300.00** | **$200.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Account transaction fees summary

| Service charge description | Units used | Units Included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 100 | 5,000 | 0 | 0.002 | 0.00 |
| Paid and Deposited Items | 1 | 150 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

Thank you for opening your Wells Fargo Business Services Package account. We hope that this product offers you additional convenience to manage your finances more easily, greater value that will save you money and time, and the flexibility to choose the products and services you need, when you need them.

In order to ensure you are satisfied with your account, Wells Fargo will be waiving the Monthly Service Fee for three months. To learn how you can continue to have the Monthly Service Fee waived following the three month waiver, consult your Fee and Information Schedule, contact your banker or call the National Business Banking Center at the number located on the top of your statement.


WELLS FARGO

## General statement policies for Wells Fargo Bank

**Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

### Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

**B.** Any deposits listed in your     $ _____
your register or transfers into     $ _____
your account which are not     $ _____
shown on your statement.     + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . .  - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | Total amount $ | |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC.

# Advantage Business Package Checking



ATLAS CONSULTING, LLC
853 ASHBURY ST
SAN FRANCISCO CA 94117-4418

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Wells Fargo offers business owners a full-service payroll solution with payroll processing, reporting, and tax services. That means you can spend less time working in your business and more time growing your business. And now, enjoy the convenience of processing your payroll online. Online payroll from the online banking leader. For more information, visit wellsfargo.com/biz/payroll or call us at 1-800-421-4714.

## Account options

*A check mark in the box indicates you have these convenient services with your account. Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

Business Online Banking ☐
Rewards for Business Check Card ☐
Online Statements ☐
Business Bill Pay ☐
Business Spending Report ☐
Overdraft Protection ☐

## Activity summary

| | |
|---|---|
| Beginning balance on 12/1 | $100.00 |
| Deposits/Credits | 44,059.47 |
| Withdrawals/Debits | - 43,321.49 |
| **Ending balance on 12/31** | **$837.98** |
| Average ledger balance this period | $1,332.32 |

Account number: ▮▮▮2818
**ATLAS CONSULTING, LLC**

*California account terms and conditions apply*

For Direct Deposit and Automatic Payments use
Routing Number (RTN): 121042882

For Wire Transfers use
Routing Number (RTN): 121000248

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed at the top of your statement or visit your Wells Fargo branch.

## Wells Fargo Rewards for Business Check Card

| | |
|---|---|
| Total points available as of 12/30/2010 | 0 |
| Points earned in the month of November | 0 |
| Points redeemed in the month of November | 0 |

*Get your most current point balance and redeem rewards at WellsFargoRewards.com or call 1-888-246-1834 .*

Sup. Exhibit J - Atlas Consulting, LLC Bank Stmts (Nov '10 - Aug'12)    J-4 of 93

(114)
Sheet Seq = 0006394
Sheet 00001 of 00002



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 12/1 | | Deposit Made In A Branch/Store | 8,100.00 | | |
| 12/1 | | Deposit Made In A Branch/Store | 8,000.00 | | |
| 12/1 | | Online Transfer Ref #Ibejrwxzby From Complete Advantage(Rm) xxxxxx7420 on 12/01/10 | 2,318.00 | | |
| 12/1 | | Online Transfer Ref #Ibeth3Fllj From Complete Advantage(Rm) xxxxxx7420 on 12/01/10 | 1,237.98 | | |
| 12/1 | | Online Transfer Ref #Ibe29Ngbk5 From Checking xxxxxx7024 on 12/01/10 | 553.49 | | 20,309.47 |
| 12/2 | | Transfer From DDA # 000008123761374 | 3,996.00 | | |
| 12/2 | | Transfer From DDA # 000009785430781 | 2,000.00 | | |
| 12/2 | | Wire Trans Svc Charge - Sequence: 101202072083 Srl# 0063586336949932 Trn#101202072083 Rfb# | | 20.00 | |
| 12/2 | | WT Fed#06039 Bank of America, N /Ftr/Bnf=International Aircraft Title Escrow Srl# 0063586336949932 Trn#101202072083 Rfb# | | 25,000.00 | 1,285.47 |
| 12/7 | | Online Transfer Ref #Ibemnz7Mbq to Checking xxxxxx5321 on 12/07/10 | | 1,000.00 | |
| 12/7 | | Online Transfer Ref #Ibe83S8749 to Checking xxxxxx5321 on 12/07/10 | | 1.00 | 284.47 |
| 12/13 | | Deposit | 500.00 | | |
| 12/13 | | Online Transfer Ref #Ibeth4Vtqg From Business High Yield Savings Amex Payment | 366.00 | | |
| 12/13 | | Online Transfer Ref #Ibe29Pwn4Z From Business High Yield Savings Gap Payment | 300.00 | | |
| 12/13 | | American Express Elec Remit 101211062258135 Monette Stephens | | 523.77 | 926.70 |
| 12/14 | | Gap VISA Gap Epay 121110 xxxxx9118 4479941340184281 | | 300.00 | |
| 12/14 | | Pacific Gas Spay Pge 101214 18188386959 18188386959 | | 248.39 | |
| 12/14 | | Pacific Gas Spay Pge 101214 04624006955 04624006955 | | 220.11 | |
| 12/14 | | Amex Payment Online Pmt 101212 121387 047Dddb49Deb9A2E | | 100.00 | 60.20 |
| 12/15 | | Online Transfer Ref #Ibeth5J2Pj From Business High Yield Savings to Pay Bloomingdales Card | 50.00 | | |
| 12/15 | | Recurring Transfer Ref #Opeth5Kr9C to Business High Yield Savings xxxxxx4034 | | 100.00 | 10.20 |
| 12/16 | | Bloomingdales Online Pmt 101215 121720 01F536E1B989B54C | | 90.62 | -80.42 |
| 12/17 | | Overdraft Fee | | 25.00 | |
| 12/17 | | Recurring Transfer Ref #Opemp2Rm28 From Business High Yield Savings xxxxxx4034 | 100.00 | | -5.42 |
| 12/20 | | Deposit | 2,720.00 | | |
| 12/20 | | Lycee Francais Facts 000000000881026 Monette Stephens | | 1,566.00 | 1,148.58 |
| 12/22 | | Transfer to DDA # 000008123761846 | | 1,100.00 | 48.58 |
| 12/27 | | ATM Cash Deposit - 12/26 Mach ID 0979C 3804 State Street Santa Barbara CA 8605 0005500 | 943.00 | | |
| 12/27 | | ATM Cash Deposit - 12/26 Mach ID 0979C 3804 State Street Santa Barbara CA 8605 0005501 | 200.00 | | 1,191.58 |
| 12/28 | | ATM Check Deposit - 12/28 Mach ID 0979C 3804 State Street Santa Barbara CA 8605 0005944 | 2,300.00 | | |
| 12/28 | | ATM Cash Deposit - 12/28 Mach ID 0979C 3804 State Street Santa Barbara CA 8605 0005886 | 1,000.00 | | |
| 12/28 | | ATM Cash Deposit - 12/28 Mach ID 0979C 3804 State Street Santa Barbara CA 8605 0005887 | 1,000.00 | | |
| 12/28 | | ATM Cash Deposit - 12/28 Mach ID 0979C 3804 State Street Santa Barbara CA 8605 0005888 | 900.00 | | |
| 12/28 | | ATM Cash Deposit - 12/28 Mach ID 0979C 3804 State Street Santa Barbara CA 8605 0005885 | 95.00 | | 6,486.58 |
| 12/29 | | ATM Cash Deposit - 12/29 Mach ID 0992B 195 N Fairview Goleta CA 8605 0006417 | 1,000.00 | | |
| 12/29 | | ATM Cash Deposit - 12/29 Mach ID 0992B 195 N Fairview Goleta CA 8605 0006418 | 1,000.00 | | |
| 12/29 | | ATM Cash Deposit - 12/29 Mach ID 0992B 195 N Fairview Goleta CA 8605 0006421 | 720.00 | | |

---



## General statement policies for Wells Fargo Bank

**Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

**B.** Any deposits listed in your     $ _____
your register or transfers into     $ _____
your account which are not     $ _____
shown on your statement.     + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | Total amount $ |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC.

# Advantage Business Package Checking

**WELLS FARGO**

ATLAS CONSULTING, LLC
853 ASHBURY ST
SAN FRANCISCO CA 94117-4418

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

## Account options

*A check mark in the box indicates you have these convenient services with your account. Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

Business Online Banking ☐
Rewards for Business Check Card ☐
Online Statements ☐
Business Bill Pay ☐
Business Spending Report ☐
Overdraft Protection ☐

 IMPORTANT ACCOUNT INFORMATION

Please see an important message on the last page of your statement that describes how Wells Fargo posts transactions to your account.

Do you need to order business checks?
Here are 3 easy ways to order:
1) Login to wellsfargo.com/biz/checks
2) Call Harland Clarke at 1-800-237-8982 (Monday-Friday 5am-9pm PST, Saturday 5am-4pm PST)
3) Contact your banker

Sup. Exhibit J - Atlas Consulting, LLC Bank Stmts (Nov '10 - Aug '12) - J-8 of 93
(114)
Sheet Seq = 0005646
Sheet 00001 of 00003



## Activity summary

| | |
|---|---|
| Beginning balance on 1/1 | $837.98 |
| Deposits/Credits | 56,444.93 |
| Withdrawals/Debits | - 57,379.22 |
| **Ending balance on 1/31** | **-$96.31** |
| Average ledger balance this period | $29,392.11 |

Account number: ████ 2818

**ATLAS CONSULTING, LLC**

California account terms and conditions apply

For Direct Deposit and Automatic Payments use
Routing Number (RTN): 121042882

For Wire Transfers use
Routing Number (RTN): 121000248

### Overdraft Protection

This account is not currently covered by Overdraft Protection. If you
would like more information regarding Overdraft Protection and
eligibility requirements please call the number listed at the top of
your statement or visit your Wells Fargo branch.

## Wells Fargo Rewards for Business Check Card

| | |
|---|---|
| Total points available as of 1/30/2011 | 0 |
| Points earned in the month of December | 0 |
| Points redeemed in the month of December | 0 |

Get your most current point balance and redeem rewards at
WellsFargoRewards.com or call 1-888-246-1834 .

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 1/3 | | Online Transfer Ref #Ibe83Wwc38 to Checking xxxxxx5321 on 01/01/11 | | 14.00 | 823.98 |
| 1/4 | | Deposit Made In A Branch/Store | 3,000.00 | | |
| 1/4 | | Withdrawal Made In A Branch/Store | | 510.93 | 3,313.05 |
| 1/5 | | Deposit Made In A Branch/Store | 11,300.00 | | |
| 1/5 | | Deposit Made In A Branch/Store | 5,700.00 | | |
| 1/5 | | Anthem Bc RA-0201003 110104 000000209668542 Atlas Consulting | | 1,220.00 | |
| 1/5 | | American Express Elec Remit 110104064029127 Monette Stephens | | 509.11 | 18,583.94 |
| 1/6 | | Deposit Made In A Branch/Store | 30,000.00 | | |
| 1/6 | | Online Transfer Ref #Ibe56W6Wd4 to VISA Signature Card Monettes Wells VISA | | 250.00 | |
| 1/6 | | Amex Payment Online Pmt 110105 10560 047Dddb49Deb9A2E | | 100.00 | |
| 1/6 | | Bloomingdales Online Pmt 110105 10753 01F536E1B989B54C | | 100.00 | 48,133.94 |
| 1/7 | | Online Transfer Ref #Ibeth8Vcvv to Checking Amex Payment | | 300.00 | |
| 1/7 | | Online Transfer Ref #Ibejs4Bbmv to Checking xxxxxx5321 on 01/07/11 | | 130.00 | |
| 1/7 | | Chase Epay 110106 1047632453 Monette R Stephens | | 1,500.00 | |
| 1/7 | | Gap VISA Gap Epay 010411 xxxxx4696 4479941340184281 | | 100.00 | 46,103.94 |
| 1/18 | | Recurring Transfer Ref #Ope83Yyhzp to Business High Yield Savings xxxxxx4034 | | 100.00 | 46,003.94 |
| 1/19 | | Nordstrom Payment 110118 122187619338304 Stephens Monette R | | 70.00 | 45,933.94 |
| 1/20 | | Lycee Francais Facts 00000001032285 Monette Stephens | | 1,566.00 | 44,367.94 |
| 1/21 | | American Express Elec Remit 110121063126800 Monette Stephens | | 250.00 | |
| 1/21 | | American Express Elec Remit 110121063126761 Monette Stephens | | 50.00 | 44,067.94 |
| 1/24 | | Transfer to DDA #████ 1846 | | 12,000.00 | |
| 1/24 | | Transfer to DDA #████ 1846 | | 1,000.00 | |
| 1/24 | | Transfer to DDA #████ 1846 | | 100.00 | |



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|-------------------|---------------------|----------------------|
| 1/24 | | Chase Epay 110121 1056328255 MS Monette R Stephens | | 348.00 | |
| 1/24 | | Chase Epay 110121 1056331259 MS Monette R Stephens | | 325.00 | |
| 1/24 | | So Cal Edison CO Bill Paymt 110121 xxxxx4119 Ibp Pymt to Sce for Customer Stephens, | | 50.09 | 30,244.85 |
| 1/25 | | Online Transfer Ref #Ibejs6Tzts From Checking xxxxxx5321 on 01/25/11 | 2,622.93 | | |
| 1/25 | | Bloomingdales Online Pmt 110122 12407 01F536E1B989B54C | | 75.00 | 32,792.78 |
| 1/26 | | Deposit | 3,822.00 | | |
| 1/26 | | Transfer to DDA ████████1846 | | 36,514.78 | 100.00 |
| 1/28 | | The Gas Company Paid Scgc 110126 1044164800 1296006534970 | | 157.71 | -57.71 |
| 1/31 | | Overdraft Fee for Item $157.71 01/28 The Gas Company Paid Scgc 110126 1044164800 1296006534970 | | 35.00 | |
| 1/31 | | Cash Deposited Fee | | 3.60 | -96.31 |
| Ending balance on 1/31 | | | | | -96.31 |
| **Totals** | | | **$56,444.93** | **$57,379.22** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Account transaction fees summary

| Service charge description | Units used | Units Included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|----------------------------|-----------|----------------|--------------|-------------------------------------|--------------------------|
| Cash Deposited ($) | 6,800 | 5,000 | 1,800 | 0.002 | 3.60 |
| Paid and Deposited Items | 23 | 150 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$3.60** |



# ✅ IMPORTANT ACCOUNT INFORMATION

Effective April 4, 2011 the Overdraft Protection Transfer fee from a linked savings or checking account will be $12.50 per transfer. Please refer to your Business Account Fee and Information Schedule for additional information regarding the accounts that are eligible to provide Overdraft Protection for your checking account.



**WELLS FARGO**

---

## General statement policies for Wells Fargo Bank

**Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

### Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

**B.** Any deposits listed in your                          $ _____
your register or transfers into                            $ _____
your account which are not                                 $ _____
shown on your statement.                              + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**

(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**

(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | Total amount | $ _____ |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC.



This message will clarify the way Wells Fargo posts transactions to your account and assesses Overdraft and Returned Item fees as of November 29, 2010.

Wells Fargo posts transactions during our nightly processing each business day. Generally, we first post deposits or incoming transfers received before the deposit cut-off time that day. We then post your withdrawals (such as ATM, debit card or check transactions) that have been received for payment from your account. We pay some categories (or types) of transactions, such as debit card transactions, before other types of transactions, such as checks. If there are multiple transactions within a category, the order in which the transactions are posted will vary depending on the type of transaction.

For example, effective November 29, 2010, we will pay the most common types of transactions in the following order:
 - ATM and debit card transactions - transactions will be sorted by the date the transaction was conducted. If a merchant does not seek pre-authorization from the bank at the time of the transaction, we will use the date the transaction is received for payment from your account. If there are multiple transactions on a date, those transactions will be sorted by time (where that information is available to our posting systems); the remaining transactions on that date will be sorted and paid from lowest to highest dollar amount.
 - Account transfers, teller cashed checks and teller cash withdrawals - If there are multiple transactions, the transactions will be sorted and paid from highest to lowest dollar amount.
 - Checks, Bill Pay and automatic payments (also known as ACH) - If there are multiple transactions, the transactions will be sorted and paid from highest to lowest dollar amount.

If you do not have sufficient available funds to cover a transaction, we will take one or more of the following actions: transfer available funds from any linked Overdraft Protection account(s); pay the transaction, creating an overdraft in your account; or return the transaction unpaid due to insufficient funds. Applicable Overdraft and Returned Item fees will post to your account the morning following our nightly processing.

In determining whether you have sufficient funds to cover a transaction, we will consider all transactions that have posted to your account, any holds that may be in place on deposits you have made, and pending transactions (such as pending debit card purchases or ATM withdrawals) that the bank has authorized but that have not yet posted to your account. Overdraft and/or Returned Item fees will ordinarily be assessed on posted transactions that exceed your available balance. (Overdraft fees will not apply to ATM and one-time debit card transactions that post against insufficient funds, unless you have enrolled in our Debit Card Overdraft Service.)

If we receive multiple transactions within a category for payment and if we determine there are sufficient funds to pay one or more but not all of the transactions, then the number of transactions paid and the Overdraft and Returned Item fees assessed could be affected by the order that we choose to post those transactions. For all categories of transactions (other than ATM and one-time debit card transactions), we post transactions in the order of highest to lowest dollar amount, which could result in more Overdraft and Returned Item fees than if we were to post the transactions in a different order.

# Advantage Business Package Checking



ATLAS CONSULTING, LLC
853 ASHBURY ST
SAN FRANCISCO CA 94117-4418

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

TTY: 1-800-877-4833
En español: 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Announcing the new Business Insight Resource Center, offering free access to business information and advice through videos, articles, podcasts and other resources. This site offers objective information from industry experts, best practices from real business owners, as well as numerous Wells Fargo solutions that can help you run your business. Visit the site at wellsfargobusinessinsights.com.

## Account options

*A check mark in the box indicates you have these convenient services with your account. Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☐ |
| Rewards for Business Check Card | ☐ |
| Online Statements | ☐ |
| Business Bill Pay | ☐ |
| Business Spending Report | ☐ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 2/1 | -$96.31 |
| Deposits/Credits | 18,361.95 |
| Withdrawals/Debits | - 18,918.76 |
| **Ending balance on 2/28** | **-$653.12** |
| Average ledger balance this period | $3,334.79 |

Account number: ████2818
**ATLAS CONSULTING, LLC**
California account terms and conditions apply
For Direct Deposit and Automatic Payments use
Routing Number (RTN): 121042882
For Wire Transfers use
Routing Number (RTN): 121000248

### Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed at the top of your statement or visit your Wells Fargo branch.

## Wells Fargo Rewards for Business Check Card

| | |
|---|---|
| Total points available as of 2/27/2011 | 0 |
| Points earned in the month of January | 0 |
| Points redeemed in the month of January | 0 |

*Get your most current point balance and redeem rewards at WellsFargoRewards.com or call 1-888-246-1834 .*

Sup. Exhibit J - Atlas Consulting, LLC Bank Stmts (Nov '10 - Aug'12)    J-13 of 93

(114) tls #3
Sheet Seq = 0013226
Sheet 00001 of 00002



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 2/1 | | Reversal of Overdraft Fee for Item $157.71 01/28 The Gas Company Paid Scgc 110126 1044164800 1296006534970 | 35.00 | | |
| 2/1 | | Online Transfer Ref #Ibeqlbx6G6 From Checking xxxxxx5321 on 02/01/11 | 8,897.95 | | |
| 2/1 | | Withdrawal Made In A Branch/Store | | 2,400.00 | 6,436.64 |
| 2/2 | | Unitrinspecialty Autoinsivr 110201 7456033 Carl *Wescott | | 203.83 | |
| 2/2 | | American Express Elec Remit 110201064015144 Monette Stephens | | 45.00 | 6,187.81 |
| 2/9 | | Withdrawal Made In A Branch/Store | | 300.00 | 5,887.81 |
| 2/11 | | Withdrawal Made In A Branch/Store | | 300.00 | |
| 2/11 | | ATT Payment 020911 115059001Myw9L Atlas Consulting | | 210.07 | 5,377.74 |
| 2/14 | | Withdrawal Made In A Branch/Store | | 500.00 | 4,877.74 |
| 2/15 | | Online Transfer Ref #Ibe2B2Pkhd to Checking xxxxxx5321 on 02/15/11 | | 1,200.00 | |
| 2/15 | | Recurring Transfer Ref #Opethgmy7M to Business High Yield Savings xxxxxx4034 | | 100.00 | 3,577.74 |
| 2/16 | | Wire Trans Svc Charge - Sequence: 110216076105 Srf# 0063586047556477 Trn#110216076105 Rfb# | | 20.00 | |
| 2/16 | | WT Fed#01652 Banco Ceomercial D /Ftr/Bnf=Ulrich Zacharias Srf# 0063586047556477 Trn#110216076105 Rfb# | | 3,500.00 | 57.74 |
| 2/17 | | Recurring Transfer Ref #Opeqfljlzs From Business High Yield Savings xxxxxx4034 | 100.00 | | 157.74 |
| 2/18 | | Online Transfer Ref #Ibethh7Pft From Checking xxxxxx5228 on 02/18/11 | 4,616.00 | | |
| 2/18 | | Withdrawal Made In A Branch/Store | | 4,616.00 | 157.74 |
| 2/22 | | Deposit Made In A Branch/Store | 4,000.00 | | |
| 2/22 | | Lycee Francais Facts 00000001186665 Monette Stephens | | 1,566.00 | 2,591.74 |
| 2/23 | | Withdrawal Made In A Branch/Store | | 500.00 | |
| 2/23 | | Chase Epay 110222 1073821469 MS Monette R Stephens | | 563.00 | |
| 2/23 | | Gap VISA Gap Epay 021711 xxxxx0011 4479941340184281 | | 42.00 | 1,486.74 |
| 2/24 | | Online Transfer Ref #Ibebz8Kbff to VISA Signature Card Wells VISA Payment | | 240.00 | |
| 2/24 | | Chase Epay 110223 1074372509 MS Monette R Stephens | | 500.00 | 746.74 |
| 2/28 | | Online Transfer Ref #Ibethjqsgj From Complete Advantage(Rm) xxxxxx7420 on 02/28/11 | 513.00 | | |
| 2/28 | | Online Transfer Ref #Ibebz98Bmw From Checking Bill Pay | 200.00 | | |
| 2/28 | | Withdrawal Made In A Branch/Store | | 346.18 | |
| 2/28 | | Anthem Bc RA-0201003 110225 000000220251715 Atlas Consulting | | 1,220.00 | |
| 2/28 | | Sfpuc Web_Pay Feb 11 00859378022411 Monette Stephens | | 277.83 | |
| 2/28 | | Unitrinspecialty Autoinswck 110227 2912210 Atlas *Consulting | | 203.85 | |
| 2/28 | | American Express Elec Remit 110227064287312 Monette Stephens | | 65.00 | -653.12 |
| Ending balance on 2/28 | | | | | -653.12 |
| **Totals** | | | **$18,361.95** | **$18,918.76** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|------|------|------|------|------|------|
| Paid and Deposited Items | 12 | 150 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |



Read the latest updates about the integration efforts under way between Wells Fargo and Wachovia. Visit
wellsfargo.com/wachovia/news.

Sup. Exhibit J - Atlas Consulting, LLC Bank Stmts (Nov '10 - Aug'12)    J-15 of 93

Sheet Seq = 0013227
Sheet 00002 of 00002



## General statement policies for Wells Fargo Bank

**Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

### Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance shown on your statement .......... $ _____

**ADD**

**B.** Any deposits listed in your register or transfers into your account which are not shown on your statement.
$ _____
$ _____
$ _____
+ $ _____

........ TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

........ TOTAL $ _____

**SUBTRACT**

**C.** The total outstanding checks and withdrawals from the chart above .......... - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same as the current balance shown in your check register .......... $ _____

| Number | Items Outstanding | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | Total amount $ | |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC.