# Advantage Business Package Checking



ATLAS CONSULTING, LLC
853 ASHBURY ST
SAN FRANCISCO CA 94117-4418

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

The Wells Fargo Business Insight Resource Center offers free access to business information and advice through videos, articles, podcasts and other resources. This site offers objective information from industry experts, best practices from real business owners, as well as numerous Wells Fargo solutions that can help you run your business. Visit the site at wellsfargobusinessinsights.com.

## Account options

*A check mark in the box indicates you have these convenient services with your account. Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☐ |
| Rewards for Business Check Card | ☐ |
| Online Statements | ☐ |
| Business Bill Pay | ☐ |
| Business Spending Report | ☐ |
| Overdraft Protection | ☐ |

# ☑ IMPORTANT ACCOUNT INFORMATION

Please see an important message on the last page of your statement that describes how Wells Fargo posts transactions to your account.

Important Wells Fargo ExpressSend Service Information

We would like to inform you about several recent changes to your Wells Fargo ExpressSend agreement(s) Terms and Conditions Section 10:

Effective immediately
- The maximum aggregate daily transfer limit for account and cash-based service agreements to all remittance network members in Mexico, El Salvador, Guatemala, Honduras, and Argentina is now $1,500 US dollars per day. The daily transfer limit for FAMSA in Mexico will continue at the Mexican peso equivalent for $1,000 US dollars per day.
- The maximum combined total daily amount that can be sent from all account and cash-based service agreements to all countries is now $5,000 US dollars per day.



WELLS FARGO

- The maximum combined total amount that can be sent during any rolling 30-day period from all account and cash-based service agreements is now $12,500 US dollars.

If you have any questions please call 1-800-556-0605. Thank you for using the ExpressSend service when sending money home.

Do you need to order business checks?
Here are 3 easy ways to order:
1) Login to wellsfargo.com/biz/checks
2) Call Harland Clarke at 1-800-237-8982 (Monday-Friday 5am-9pm PST, Saturday 5am-4pm PST)
3) Contact your banker

## Activity summary

| | |
|---|---|
| Beginning balance on 3/1 | -$653.12 |
| Deposits/Credits | 19,389.58 |
| Withdrawals/Debits | - 18,062.14 |
| **Ending balance on 3/31** | **$674.32** |
| Average ledger balance this period | $694.09 |

Account number: ████ 2818

**ATLAS CONSULTING, LLC**

California account terms and conditions apply

For Direct Deposit and Automatic Payments use
Routing Number (RTN): 121042882

For Wire Transfers use
Routing Number (RTN): 121000248

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed at the top of your statement or visit your Wells Fargo branch.

## Wells Fargo Rewards for Business Check Card

| | |
|---|---|
| Total points available as of 3/30/2011 | 0 |
| Points earned in the month of February | 0 |
| Points redeemed in the month of February | 0 |

Get your most current point balance and redeem rewards at WellsFargoRewards.com or call 1-888-246-1834 .

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 3/1 | | Overdraft Fee for Item $1,220.00 02/28 Anthem Bc RA-0201003 110225 000000220251 715 Atlas Consulting | | 35.00 | |
| 3/1 | | Online Transfer Ref #Ibexdigvfq From Checking xxxxxx5321 on 03/01/11 | 7,274.00 | | |
| 3/1 | | Withdrawal Made In A Branch/Store | | 3,440.00 | |
| 3/1 | | Withdrawal Made In A Branch/Store | | 300.00 | |
| 3/1 | | American Express Elec Remit 110301068654870 Monette Stephens | | 420.00 | |
| 3/1 | | Vz Wireless Vw Vzw Webpay 110228 9782426 Carl *Wescott | | 265.12 | 2,160.76 |
| 3/2 | | Withdrawal Made In A Branch/Store | | 2,000.00 | |
| 3/2 | | Chase Epay 110301 1078227750 MS Monette R Stephens | | 400.00 | |
| 3/2 | | ATT Payment 030111 884044001Evr1U Carl Wescott | | 201.21 | -440.45 |
| 3/3 | | Overdraft Fee for Item $400.00 03/02 Chase Epay 110301 1078227750 MS Monette R Stephens | | 35.00 | |
| 3/3 | | Overdraft Fee for Item $201.21 03/02 ATT Payment 030111 884044001Evr 1U Carl Wescott | | 35.00 | |



**WELLS FARGO**

## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------|-------------|-------------------|---------------------|---------------------|
| 3/3 | | Online Transfer Ref #Ibefwcf77D From Checking xxxxxx5321 on 03/03/11 | 500.00 | | |
| 3/3 | | Online Transfer Ref #Ibethkhcys From Checking xxxxxx5321 on 03/03/11 | 100.00 | | |
| 3/3 | | Pacific Gas/Elec Online Pmt 110303 Ckf763053214Neg Monette Stephens | | 455.04 | |
| 3/3 | | Amex Payment Online Pmt 110302 30337 047Dddb49Deb9A2E | | 100.00 | |
| 3/3 | | Bloomingdales Online Pmt 110302 30399 855512A6D38Ebe50 | | 85.84 | |
| 3/3 | | Nytimes Web_Pay Mar 11 56556078030111 Monette Stephens | | 79.71 | |
| 3/3 | | Bloomingdales Online Pmt 110302 30279 01F536E1B989B54C | | 50.00 | -681.04 |
| 3/4 | | Preauthorized Debit Reversal | 455.04 | | |
| 3/4 | | Preauthorized Debit Reversal | 85.84 | | |
| 3/4 | | Preauthorized Debit Reversal | 79.71 | | |
| 3/4 | | NSF Return Item Fee for Item $455.04 03/03 Pacific Gas/Elec Online Pmt 110303 Ckf763053214 Neg Monette Stephens | | 35.00 | |
| 3/4 | | NSF Return Item Fee for Item $85.84 03/03 Bloomingdales Online Pmt 110302 30399 855512A6D38Ebe50 | | 35.00 | |
| 3/4 | | Overdraft Fee for Item $100.00 03/03 Amex Payment Online Pmt 110302 30337 047Dddb49Deb9A2E | | 35.00 | |
| 3/4 | | Overdraft Fee for Item $50.00 03/03 Bloomingdales Online Pmt 110302 30279 01F536E1B989B54C | | 35.00 | |
| 3/4 | | Online Transfer Ref #Ibe848Pxly From Checking xxxxxx5321 on 03/04/11 | 1,845.00 | | |
| 3/4 | | Online Transfer Ref #Ibethkptkz From Complete Advantage(Rm) xxxxxx7420 on 03/04/11 | 1,000.00 | | |
| 3/4 | | Gap VISA Gap Epay 030111 xxxxx6057 4479941340184281 | | 100.00 | 2,544.55 |
| 3/7 | | Online Transfer Ref #Ibe2B64G9x From Complete Advantage(Rm) xxxxxx7420 on 03/07/11 | 1,000.00 | | |
| 3/7 | | Online Transfer Ref #Ibe577Ltn4 From Complete Advantage(Rm) xxxxxx7420 on 03/07/11 | 1,000.00 | | |
| 3/7 | | Online Transfer Ref #Ibefwd332D From Complete Advantage(Rm) Paying Bills | 900.00 | | |
| 3/7 | | Wire Trans Svc Charge - Sequence: 110307077273 Srl# 0063586066918809 Trn#110307077273 Rtb# | | 20.00 | |
| 3/7 | | WT 110307-077273 Hongkong and Shangh /Bnf=Hannes Unt Srf# 0063586066918809 Trn#110307077273 Rtb# | | 2,000.00 | |
| 3/7 | | Withdrawal Made In A Branch/Store | | 1,725.00 | |
| 3/7 | | Online Transfer Ref #Ibefwcw2W9 to Checking xxxxxx5321 on 03/05/11 | | 300.00 | 1,399.55 |
| 3/8 | | Deposit | 1,000.00 | | |
| 3/8 | | Chase Epay 110307 1081866204 MS Monette R Stephens | | 650.00 | |
| 3/8 | | Pacific Gas/Elec Online Pmt 110307 Ckf763053214Neg Monette Stephens | | 455.04 | |
| 3/8 | | Bloomingdales Online Pmt 110302 30399 855512A6D38Ebe50 | | 85.84 | 1,208.67 |
| 3/9 | | Online Transfer Ref #Ibe849Bbfh to Complete Advantage(Rm) xxxxxx7420 on 03/08/11 | | 899.55 | 309.12 |
| 3/15 | | Recurring Transfer Ref #Opempjb482 to Business High Yield Savings xxxxxx4034 | | 100.00 | 209.12 |
| 3/16 | | Bloomingdales Online Pmt 110315 31738 01F536E1B989B54C | | 57.37 | 151.75 |
| 3/17 | | Recurring Transfer Ref #Opebzd9C3W From Business High Yield Savings xxxxxx4034 | 100.00 | | |
| 3/17 | | Gap VISA Gap Epay 031411 xxxxx6848 4479941340184281 | | 100.00 | 151.75 |
| 3/18 | | So Cal Edison CO Bill Paymt 110317 xxxxx4119 Ibp Pymt to Sce for Customer Stephens, | | 27.34 | 124.41 |
| 3/21 | | Online Transfer Ref #Ibe579Lszn From Complete Advantage(Rm) xxxxxx7420 on 03/19/11 | 1,999.97 | | |
| 3/21 | | Online Transfer Ref #Ibeqllvfcy to Complete Advantage(Rm) xxxxxx7420 on 03/21/11 | | 345.67 | |
| 3/21 | | Lycee Francais Facts 000000001336856 Monette Stephens | | 1,566.00 | 212.71 |
| 3/22 | | Online Transfer Ref #Ibefwgff93 From Complete Advantage(Rm) xxxxxx7420 on 03/21/11 | 700.02 | | 912.73 |



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|-------------------|---------------------|---------------------|
| 3/24 | | Online Transfer Ref #Ibejsjbsq4 From Complete Advantage(Rm) xxxxxx7420 on 03/24/11 | 100.00 | | 1,012.73 |
| 3/25 | | Chase Epay 110324 1091861693 MS Monette R Stephens | | 400.00 | |
| 3/25 | | Nordstrom Payment 110324 122187611719114 Stephens Monette R | | 200.00 | 412.73 |
| 3/28 | | Online Transfer Ref #Ibe57Bnwnz From Checking xxxxxx5321 on 03/26/11 | 1,000.00 | | |
| 3/28 | | Online Transfer Ref #Ibefwh3K6B to VISA Signature Card Xxxxxxxxxxxx7044 on 03/26/11 | | 350.00 | 1,062.73 |
| 3/29 | | American Express Elec Remit 110329065362464 Monette Stephens | | 538.41 | |
| 3/29 | | American Express Elec Remit 110329065362435 Monette Stephens | | 100.00 | 424.32 |
| 3/31 | | Online Transfer Ref #Ibexdrcf43 From Complete Advantage(Rm) xxxxxx7420 on 03/31/11 | 250.00 | | 674.32 |
| **Ending balance on 3/31** | | | | | **674.32** |
| **Totals** | | | **$19,389.58** | **$18,062.14** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Items returned unpaid

| Date | Description | | | Amount |
|------|-------------|---|---|--------|
| 3/4 | Non-Monetary Notation Transaction | Reference # | 121141285565209 | 455.04 |
| 3/4 | Non-Monetary Notation Transaction | Reference # | 091409708930216 | 85.84 |
| 3/4 | Non-Monetary Notation Transaction | Reference # | 071000159561563 | 79.71 |

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|----------------------------|-----------|----------------|--------------|-------------------------------------|--------------------------|
| Cash Deposited ($) | 1,000 | 5,000 | 0 | 0.002 | 0.00 |
| Paid and Deposited Items | 18 | 150 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

Enjoy Convenient Banking!

- One username and password for your Wells Fargo accounts
- Account Alerts for Wells Fargo checking, savings or CDs, ATM/debit card, credit card, mortgage, and brokerage accounts
- Customized Mobile Banking apps for smartphones including BlackBerry, iPhone, Palm, and Android-operated mobile devices*. Go to wf.com to download your app.

Every Online Banking customer automatically has free access to Mobile Banking**. Go directly to wf.com on your mobile device and sign on with your Online Banking username and password. Then take advantage of our optimized mobile website to transfer funds, pay bills and more.

Text Banking is available to all Wells Fargo customers - just sign up at wf.com/text. After you sign up, send a simple text request to 93557 (WELLS) to get your account information, including BAL for current account balances***, ACT for account activity and COM for a list of all text commands.



*iPhone is a trademark of Apple Inc., registered in the U.S. and other countries. The trademark BlackBerry is owned by Research In Motion Limited and is registered in the United States. Android is a trademark of Google, Inc., and its related companies. Motorola is registered in the US Patent & Trademark Office. Palm is a trademark of Palm, Inc.

**Text and Mobile Banking is free from Wells Fargo, but your mobile carrier's text messaging and web access charges may apply.
***This balance may not reflect all of your transactions, such as checks you have written or debit card transactions that have been approved but not yet submitted for payment by the merchant.

# ☑ IMPORTANT ACCOUNT INFORMATION



AMENDMENT TO FUNDS AVAILABILITY POLICY
Starting on or about May 9, 2011, and ending on June 22, 2011 (subject to the location of the deposit transaction):

We will increase the amount of funds made available to you if a hold is placed against your deposit. If a hold is placed, the first $200 of the deposit will be available to you on the first Business Day (second Business Day for certain Alaska deposits) after the day of your deposit. We will notify you if a hold is placed against your deposit and when the full amount of your deposit will become available.



**WELLS FARGO**

---

## General statement policies for Wells Fargo Bank

**Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

## Account Balance Calculation Worksheet

1.  Use the following worksheet to calculate your overall account balance.

2.  Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3.  Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
    shown on your statement . . . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

**B.** Any deposits listed in your                    $ _____
    register or transfers into                       $ _____
    your account which are not                       $ _____
    shown on your statement.                    + $ _____

    . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**
    (Add Parts A and B)

    . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**SUBTRACT**

**C.** The total outstanding checks and
    withdrawals from the chart above . . . . . . . . . . . .    - $ _____

**CALCULATE THE ENDING BALANCE**
    (Part A + Part B - Part C)
    This amount should be the same
    as the current balance shown in
    your check register . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  | Total amount $ _____ |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC.



Effective May 16, 2011, we are changing how we pay the most common types of transactions. This changes the previously communicated order that went into effect November 29, 2010. The most common types of transactions will be paid in the following order:

 - ATM, debit card, Wells Fargo Online Bill Pay, account transfers, teller cashed checks and teller cash withdrawals - transactions will be sorted by the date the transaction was conducted. For a debit card transaction, if a merchant does not seek pre-authorization from the bank at the time of the transaction, we will use the date the transaction is received for payment from your account. For a Wells Fargo Online Bill Pay transaction, we will use the date that is the next business day following the "Send On" date. If there are multiple transactions on a date, those transactions will be sorted by time (where that information is available to our posting systems); the remaining transactions on that date will be sorted and paid from lowest to highest dollar amount.

 - Checks and automatic payments (also known as ACH) - If there are multiple transactions, the transactions will be sorted and paid from highest to lowest dollar amount.

Sheet Seq = 0270060
Sheet 00004 of 00004

# Advantage Business Package Checking



ATLAS CONSULTING, LLC
853 ASHBURY ST
SAN FRANCISCO CA 94117-4418

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

The Wells Fargo Business Insight Resource Center offers free access to business information and advice through videos, articles, podcasts and other resources. This site offers objective information from industry experts, best practices from real business owners, as well as numerous Wells Fargo solutions that can help you run your business. Visit the site at wellsfargobusinessinsights.com.

## Account options

*A check mark in the box indicates you have these convenient services with your account. Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☐ |
| Rewards for Business Check Card | ☐ |
| Online Statements | ☐ |
| Business Bill Pay | ☐ |
| Business Spending Report | ☐ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 4/1 | $674.32 |
| Deposits/Credits | 11,630.85 |
| Withdrawals/Debits | - 7,259.23 |
| **Ending balance on 4/30** | **$5,045.94** |
| Average ledger balance this period | $5,587.71 |

Account number: ████2818

**ATLAS CONSULTING, LLC**

*California account terms and conditions apply*

For Direct Deposit and Automatic Payments use
Routing Number (RTN): 121042882

For Wire Transfers use
Routing Number (RTN): 121000248

### Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed at the top of your statement or visit your Wells Fargo branch.

## Wells Fargo Rewards for Business Check Card

| | |
|---|---|
| Total points available as of 4/28/2011 | 0 |
| Points earned in the month of March | 0 |
| Points redeemed in the month of March | 0 |

*Get your most current point balance and redeem rewards at WellsFargoRewards.com or call 1-888-246-1834 .*

(114)
Sheet Seq = 0019966
Sheet 00001 of 00002



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 4/1 | | Online Transfer Ref #Ibexdrsvxl From Complete Advantage(Rm) xxxxxx7420 on 04/01/11 | 900.00 | | 1,574.32 |
| 4/5 | | Online Transfer Ref #Ibeqlpftsh to VISA Signature Card CC Payment | | 200.00 | 1,374.32 |
| 4/11 | | Deposit | 630.85 | | 2,005.17 |
| 4/12 | | Online Transfer Ref #Ibexdtgsv9 to VISA Signature Card Xxxxxxxxxxxx7044 on 04/12/11 | | 300.00 | |
| 4/12 | | American Express Elec Remit 110412062415179 Monette Stephens | | 300.00 | |
| 4/12 | | American Express Elec Remit 110412062415137 Monette Stephens | | 200.00 | |
| 4/12 | | Nordstrom Payment 110411 122187612074452 Stephens Monette R | | 79.71 | 1,125.46 |
| 4/13 | | Deposit | 10,000.00 | | |
| 4/13 | | Amex Payment Online Pmt 110412 41419 047Dddb49Deb9A2E | | 229.00 | |
| 4/13 | | Bloomingdales Online Pmt 110412 41390 01F536E1B989B54C | | 2.00 | 10,894.46 |
| 4/14 | | Pacific Gas/Elec Online Pmt 110414 Ckf803792166Neg Monette Stephens | | 225.67 | 10,668.79 |
| 4/15 | | Recurring Transfer Ref #Opethsk8Vs to Business High Yield Savings xxxxxx4034 | | 100.00 | |
| 4/15 | | So Cal Edison CO Bill Paymt 110414 xxxxx4119 Ibp Pymt to Sce for Customer Stephens, | | 24.09 | 10,544.70 |
| 4/18 | | Recurring Transfer Ref #Opeqlrghj7 From Business High Yield Savings xxxxxx4034 | 100.00 | | |
| 4/18 | | Home Finance Tel-Pmt 110415 00429423113656 Monette R Stephens | | 491.56 | 10,153.14 |
| 4/20 | | Lycee Francais Facts 000000001492153 Monette Stephens | | 1,566.00 | 8,587.14 |
| 4/22 | | Online Transfer Ref #Ibebzlbltk to VISA Signature Card Payment | | 500.00 | 8,087.14 |
| 4/25 | | Online Transfer Ref #Ibe57Hnl45 to VISA Signature Card Xxxxxxxxxxxx7044 on 04/25/11 | | 500.00 | 7,587.14 |
| 4/26 | | American Express Elec Remit 110425067584173 Monette Stephens | | 842.06 | |
| 4/26 | | American Express Elec Remit 110425067584157 Monette Stephens | | 473.37 | 6,271.71 |
| 4/27 | | Online Transfer to Knight N Ref #Ibethwdty2 Complete Advantage(Rm) Pay Noel | | 250.00 | 6,021.71 |
| 4/28 | | Gap VISA Gap Epay 042511 xxxxx1835 4479941340184281 | | 975.77 | 5,045.94 |
| Ending balance on 4/30 | | | | | 5,045.94 |
| **Totals** | | | **$11,630.85** | **$7,259.23** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|------|------|------|------|------|------|
| Cash Deposited ($) | 600 | 5,000 | 0 | 0.002 | 0.00 |
| Paid and Deposited Items | 13 | 150 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

Sup. Exhibit J, Atlas Consulting, LLC Bank Stmts (Nov '10 - Aug '12)    J-25 of 93
Case: 12-03148   Doc# 81-11   Filed: 08/30/13   Entered: 08/30/13 15:33:51   Page 9 of 21



With Wells Fargo Business Online, you can get free*, timely account alerts to notify you when important transactions occur. Choose to be notified when a deposit or withdrawal posts, when balances fall below a certain level, and more. You can also customize how you'd like to be notified - by email, text message, or both. It's an easy way to stay on top of critical business information.

Setting up alerts is easy. Simply sign on to Wells Fargo Business Online at wellsfargo.com/biz. Select the "Messages & Alerts" tab, then select "Set Up/Modify Alerts".

*Alerts sent to your wireless device may be subject to a fee by your wireless service.

Stay a step ahead. . . Introducing My Money Map

- Discover smart ways to manage your money online.
- Set savings and spending goals and monitor them over time.
- Get automatic updates to track your progress.

My Money Map builds on the success of My Spending Report, Budget Watch and My Savings Plan used by thousands of customers like you every day.

Online customers can start using My Money Map immediately-it's so easy, and there's no setup required. Colorful, easy-to-review charts create an instant snapshot of your finances. Use My Money Map to track deposits, categorize spending, and easily create a budget.

Online customers go to wellsfargo.com, sign on, then select the My Money Map tab to get started. Not an Online Banking customer? Visit wellsfargo.com, or wellsfargo.com/biz to sign up today.

# ✓ IMPORTANT ACCOUNT INFORMATION

AMENDMENT TO FUNDS AVAILABILITY POLICY
Starting on or about May 9, 2011, and ending on June 22, 2011 (subject to the location of the deposit transaction):

We will increase the amount of funds made available to you if a hold is placed against your deposit. If a hold is placed, the first $200 of the deposit will be available to you on the first Business Day (second Business Day for certain Alaska deposits) after the day of your deposit. We will notify you if a hold is placed against your deposit and when the full amount of your deposit will become available.





---

## General statement policies for Wells Fargo Bank

**Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

## Account Balance Calculation Worksheet

1.  Use the following worksheet to calculate your overall account balance.

2.  Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3.  Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

**B.** Any deposits listed in your            $ _____
register or transfers into              $ _____
your account which are not              $ _____
shown on your statement.              + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . .  - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  | **Total amount** $ |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC.

# Advantage Business Package Checking

Account number: ████2818    May 1, 2011 - May 31, 2011    Page 1 of 4



ATLAS CONSULTING, LLC
853 ASHBURY ST
SAN FRANCISCO CA 94117-4418

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

As our way of saying thank you to our business customers, Wells Fargo is extending our best money-saving offers on many of our business products and services during the months of May and June. Stop by any Wells Fargo banking location during May and June for details. Or visit us online at wellsfargo.com/appreciation.

Member FDIC. Equal Housing Lender.

## Account options

*A check mark in the box indicates you have these convenient services with your account. Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☐ |
| Rewards for Business Check Card | ☐ |
| Online Statements | ☐ |
| Business Bill Pay | ☐ |
| Business Spending Report | ☐ |
| Overdraft Protection | ☐ |

 **IMPORTANT ACCOUNT INFORMATION**

Important Account Management Reminders:

No Overdraft fees will be charged if the Available Balance in your account is overdrawn by $5 or less after posting all transactions after the end of the Business Day. In addition, no more than four Overdraft and/or Returned Item fees will be charged on any Business Day.

We offer a variety of services to help you manage your money:
- Access to Online and Mobile Banking
- Sign up for Overdraft Protection and link an eligible Wells Fargo savings or credit account to your checking account

Read the latest updates about the integration efforts under way between Wells Fargo and Wachovia. Visit wellsfargo.com/wachovia/news.



## Activity summary

| | |
|---|---|
| Beginning balance on 5/1 | $5,045.94 |
| Deposits/Credits | 100.00 |
| Withdrawals/Debits | - 4,561.38 |
| **Ending balance on 5/31** | **$584.56** |
| Average ledger balance this period | $2,237.64 |

Account number: ████ 2818

**ATLAS CONSULTING, LLC**

*California account terms and conditions apply*

For Direct Deposit and Automatic Payments use
Routing Number (RTN): 121042882

For Wire Transfers use
Routing Number (RTN): 121000248

**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you
would like more information regarding Overdraft Protection and
eligibility requirements please call the number listed at the top of
your statement or visit your Wells Fargo branch.

## Wells Fargo Rewards for Business Check Card

| | |
|---|---|
| Total points available as of 5/30/2011 | 0 |
| Points earned in the month of April | 0 |
| Points redeemed in the month of April | 0 |

*Get your most current point balance and redeem rewards at
WellsFargoRewards.com or call 1-888-246-1834 .*

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 5/3 | | Anthem Bc RA-0201003 110502 000000232495506 Atlas Consulting | | 1,220.00 | 3,825.94 |
| 5/5 | | Online Transfer Ref #Ibe84M3Ncj to VISA Signature Card Xxxxxxxxxxxx7044 on 05/05/11 | | 1,000.00 | 2,825.94 |
| 5/6 | | Sfpuc Web_Pay May 11 00905601050511 Monette Stephens | | 282.21 | 2,543.73 |
| 5/16 | | Recurring Transfer Ref #Opeqlx5Jqx to Business High Yield Savings xxxxxx4034 | | 100.00 | 2,443.73 |
| 5/17 | | Recurring Transfer Ref #Ope57Mlvhz From Business High Yield Savings xxxxxx4034 | 100.00 | | 2,543.73 |
| 5/19 | | Online Transfer Ref #Ibebzqy99K to VISA Signature Card Xxxxxxxxxxxx7044 on 05/19/11 | | 600.00 | |
| 5/19 | | American Express Elec Remit 110519066275920 Monette Stephens | | 500.00 | |
| 5/19 | | American Express Elec Remit 110519066275894 Monette Stephens | | 7.15 | 1,436.58 |
| 5/25 | | Sfpuc Web_Pay May 11 00917606052311 Monette Stephens | | 207.78 | |
| 5/25 | | So Cal Edison CO Bill Paymt 110523 xxxxx4119 Ibp Pymt to Sce for Customer Stephens, | | 26.96 | 1,201.84 |
| 5/26 | | The Gas Company Paid Scgc 110524 1044164800 1306262586013 | | 117.28 | 1,084.56 |
| 5/31 | | Online Transfer Ref #Ibe57Phy9C to VISA Signature Card Xxxxxxxxxxxx7044 on 05/30/11 | | 500.00 | 584.56 |
| **Ending balance on 5/31** | | | | | 584.56 |
| **Totals** | | | **$100.00** | **$4,561.38** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your
transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*



## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Paid and Deposited Items | 7 | 150 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | $0.00 |

Use online tools at home or anywhere with Internet access. Monitor transactions with free alerts*. Transfer funds between accounts anytime. View account activity in one secure place. For even more convenience use our mobile banking site: wf.com*. Go to wellsfargo.com (consumer accounts) or wellsfargo.com/biz (business accounts) to sign up or sign on today.

*Wells Fargo Mobile Banking access is free to our customers; however, your mobile carrier's messaging and web access charges may apply.



## General statement policies for Wells Fargo Bank

**Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

**B.** Any deposits listed in your                  $ _____
register or transfers into                          $ _____
your account which are not                          $ _____
shown on your statement.                        + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | Total amount | $ |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

# Advantage Business Package Checking

Account number: ████2818    June 1, 2011 - June 30, 2011    Page 1 of 4



ATLAS CONSULTING, LLC
853 ASHBURY ST
SAN FRANCISCO CA 94117-4418

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

The Wells Fargo Business Insight Resource Center offers free access to business information and advice through videos, articles, podcasts and other resources. This site offers objective information from industry experts, best practices from real business owners, as well as numerous Wells Fargo solutions that can help you run your business. Visit the site at wellsfargobusinessinsights.com.

## Account options

*A check mark in the box indicates you have these convenient services with your account. Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☐ |
| Rewards for Business Check Card | ☐ |
| Online Statements | ☐ |
| Business Bill Pay | ☐ |
| Business Spending Report | ☐ |
| Overdraft Protection | ☐ |

## ☑ IMPORTANT ACCOUNT INFORMATION

Starting August 14, 2011, if you currently receive a separate monthly statement for this and other accounts, they may be combined if they have the same account owner(s) and same mailing address. The information you currently receive will not change - it will simply be consolidated into one easy-to-read statement to save you time when organizing your financial records. We hope you will enjoy this new convenience and "greener" approach. If you do not want your statements combined, please talk to your banker or call the number on your statement.

Do you need to order business checks?
Here are 3 easy ways to order:
1) Login to wellsfargo.com/checks
2) Call Harland Clarke at 1-800-237-8982 (Monday-Friday 5am-9pm PST, Saturday 5am-4pm PST)
3) Contact your banker



Sheet Seq = 0197125
Sheet 00001 of 00002


WELLS FARGO

## Activity summary

| | |
|---|---|
| Beginning balance on 6/1 | $584.56 |
| Deposits/Credits | 7,600.00 |
| Withdrawals/Debits | - 6,717.63 |
| **Ending balance on 6/30** | **$1,466.93** |
| Average ledger balance this period | $2,602.65 |

Account number: ████ 2818

**ATLAS CONSULTING, LLC**

*California account terms and conditions apply*

For Direct Deposit and Automatic Payments use
Routing Number (RTN): 121042882

For Wire Transfers use
Routing Number (RTN): 121000248

### Overdraft Protection

This account is not currently covered by Overdraft Protection. If you
would like more information regarding Overdraft Protection and
eligibility requirements please call the number listed at the top of
your statement or visit your Wells Fargo branch.

## Wells Fargo Rewards for Business Check Card

| | |
|---|---|
| Total points available as of 6/29/2011 | 0 |
| Points earned in the month of May | 0 |
| Points redeemed in the month of May | 0 |

*Get your most current point balance and redeem rewards at
WellsFargoRewards.com or call 1-888-246-1834 .*

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 6/1 | | Online Transfer Ref #Ibe2Bnks7K From Checking xxxxxx5321 on 06/01/11 | 1,000.00 | | 1,584.56 |
| 6/9 | | Pacific Gas/Elec Online Pmt 110609 Ckf791581143Neg Monette Stephens | | 430.92 | 1,153.64 |
| 6/13 | | Deposit Made In A Branch/Store | 6,500.00 | | |
| 6/13 | | Online Transfer Ref #Ibeqm3Vx3N to VISA Signature Card June Payment | | 500.00 | 7,153.64 |
| 6/14 | | American Express Elec Remit 110614065433011 Monette Stephens | | 850.00 | 6,303.64 |
| 6/15 | | Recurring Transfer Ref #Opejszfpxc to Business High Yield Savings xxxxxx4034 | | 100.00 | 6,203.64 |
| 6/17 | | Recurring Transfer Ref #Ope2Brgxnp From Business High Yield Savings xxxxxx4034 | 100.00 | | |
| 6/17 | | Facts Facts 000000001795421 Monette Stephens | | 41.00 | 6,262.64 |
| 6/20 | | Online Transfer Ref #Ibexf88D4M to VISA Signature Card Xxxxxxxxxxxx7044 on 06/18/11 | | 3,000.00 | |
| 6/20 | | American Express Elec Remit 110618066813487 Monette Stephens | | 1,500.00 | |
| 6/20 | | ATT Payment 061611 223528001Myw9J Atlas Consulting | | 265.39 | |
| 6/20 | | So Cal Edison CO Bill Paymt 110618 xxxxx4119 Ibp Pymt to Sce for Customer Stephens, | | 30.32 | 1,466.93 |
| **Ending balance on 6/30** | | | | | 1,466.93 |
| **Totals** | | | **$7,600.00** | **$6,717.63** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your
transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*



**WELLS FARGO**

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Paid and Deposited Items | 7 | 150 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

Looking for ways to cut costs? Direct Pay, through Wells Fargo Business Online, lets you make secure electronic payments. Paying employees and contractors by direct deposit helps save on labor - it's easy for you and convenient for them. You can also use Direct Pay to pay vendors as fast as the next business day. Learn more at wellsfargo.com/biz/directpay.

 IMPORTANT ACCOUNT INFORMATION

Save time with Online Bill Pay

Save time, avoid late fees, and save on postage costs. Be at ease knowing your payments get there fast-with over 90% of our top payees able to receive payments in 2 days or less. You can even make same day payments to Wells Fargo credit accounts, and to other select merchants. Pay your bills efficiently with Wells Fargo Bill Pay-backed by our Payment Guarantee. We guarantee your payments will be paid as scheduled, on time, every time. Go to wellsfargo.com or wellsfargo.com/biz to sign up or sign on today.



**General statement policies for Wells Fargo Bank**

**Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

**Account Balance Calculation Worksheet**

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

**B.** Any deposits listed in your          $ _____
register or transfers into            $ _____
your account which are not           $ _____
shown on your statement.          + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**

(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**

(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | Total amount $ | |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

# Advantage Business Package Checking



**WELLS FARGO**

ATLAS CONSULTING, LLC
853 ASHBURY ST
SAN FRANCISCO CA 94117-4418

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

TTY: 1-800-877-4833
En español: 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Access Wells Fargo/Gallup's Small Business Index reports, press releases and podcasts at wellsfargobusinessinsights.com/small-business-index. The quarterly index reflects small business owner optimism, perceptions of current conditions (past 12 months) and future expectations (next 12 months) relating to financial situation, revenues, cash flow, capital spending, jobs and credit availability.

## Account options

*A check mark in the box indicates you have these convenient services with your account. Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

Business Online Banking ☐
Rewards for Business Check Card ☐
Online Statements ☐
Business Bill Pay ☐
Business Spending Report ☐
Overdraft Protection ☐

# ✔ IMPORTANT ACCOUNT INFORMATION

Starting August 14, 2011, if you currently receive a separate monthly statement for this and other accounts, they may be combined if they have the same account owner(s) and same mailing address. The information you currently receive will not change - it will simply be consolidated into one easy-to-read statement to save you time when organizing your financial records. We hope you will enjoy this new convenience and "greener" approach. If you do not want your statements combined, please talk to your banker or call the number on your statement.

## Activity summary

| | |
|---|---|
| Beginning balance on 7/1 | $1,466.93 |
| Deposits/Credits | 5,600.00 |
| Withdrawals/Debits | - 6,005.35 |
| **Ending balance on 7/31** | **$1,061.58** |
| Average ledger balance this period | $834.68 |

Account number: ████ 2818

**ATLAS CONSULTING, LLC**

*California account terms and conditions apply*

For Direct Deposit and Automatic Payments use
Routing Number (RTN): 121042882

For Wire Transfers use
Routing Number (RTN): 121000248


(114)
Sheet Seq = 0021133
Sheet 00001 of 00002



## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed at the top of your statement or visit your Wells Fargo branch.

## Wells Fargo Rewards for Business Check Card

| | |
|---|---|
| Total points available as of 7/28/2011 | 0 |
| Points earned in the month of June | 0 |
| Points redeemed in the month of June | 0 |

*Get your most current point balance and redeem rewards at WellsFargoRewards.com or call 1-888-246-1834 .*

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 7/5 | | American Express Elec Remit 110705065098116 Monette Stephens | | 500.00 | 966.93 |
| 7/6 | | Unitrinspecialty Autoinswck 110705 2799284 Atlas *Consulting, LLC | | 208.83 | 758.10 |
| 7/7 | | Vz Wireless Vw Vzw Webpay 110706 1192600 Carl *Wescott | | 242.73 | |
| 7/7 | | The Gas Company Paid Scgc 110705 1044164800 1309885523088 | | 19.67 | 495.70 |
| 7/8 | | Gap VISA Gap Epay 070511 xxxxx9100 4479941340184281 | | 15.29 | 480.41 |
| 7/15 | | Recurring Transfer Ref #Opemq8Gxn8 to Business Market Rate Savings xxxxxx4034 | | 100.00 | |
| 7/15 | | So Cal Edison CO Bill Paymt 110714 xxxxxx4119 Ibp Pymt to Sce for Customer Stephens, | | 28.43 | 351.98 |
| 7/18 | | Recurring Transfer Ref #Opefx5x2Mw From Business Market Rate Savings xxxxxx4034 | 100.00 | | 451.98 |
| 7/20 | | Deposit Made In A Branch/Store | 3,800.00 | | |
| 7/20 | | Lycee Francais Facts 000000002054693 Monette Stephens | | 2,988.60 | 1,263.38 |
| 7/22 | | Deposit | 800.00 | | |
| 7/22 | | Anthem Bc RA-0201003 110721 000000247672339 Atlas Consulting | | 697.00 | |
| 7/22 | | Sfpuc Web_Pay Jul 11 00955986072111 Monette Stephens | | 230.95 | 1,135.43 |
| 7/25 | | Pacific Gas/Elec Online Pmt 110725 Ckl827027615Neg Monette Stephens | | 373.85 | 761.58 |
| 7/27 | | Online Transfer Ref #Ibetjflwxb to VISA Signature Card Xxxxxxxxxxxx7044 on 07/27/11 | | 300.00 | 461.58 |
| 7/28 | | Online Transfer Ref #Ibemqbqvyg From Checking xxxxxx5228 on 07/28/11 | 900.00 | | 1,361.58 |
| 7/29 | | Withdrawal Made In A Branch/Store | | 300.00 | 1,061.58 |
| Ending balance on 7/31 | | | | | 1,061.58 |
| **Totals** | | | **$5,600.00** | **$6,005.35** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 3,700 | 5,000 | 0 | 0.002 | 0.00 |
| Paid and Deposited Items | 11 | 150 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |