

WELLS
FARGO

## General statement policies for Wells Fargo Bank

**Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.
2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.
3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance shown on your statement ........................ $ ____________

**ADD**

**B.** Any deposits listed in your register or transfers into your account which are not shown on your statement.

$ ____________
$ ____________
$ ____________
\+ $ ____________

........................................ TOTAL $ ____________

**CALCULATE THE SUBTOTAL**

(Add Parts A and B)

........................................ TOTAL $ ____________

**SUBTRACT**

**C.** The total outstanding checks and withdrawals from the chart above ............. - $ ____________

**CALCULATE THE ENDING BALANCE**

(Part A + Part B - Part C)
This amount should be the same as the current balance shown in your check register ............................ $ ____________

| Number | Items Outstanding | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | Total amount $ | |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

# Advantage Business Package Checking

Account number: ████2818   August 1, 2011 - August 31, 2011   Page 1 of 4

ATLAS CONSULTING, LLC
853 ASHBURY ST
SAN FRANCISCO CA 94117-4418

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Access Wells Fargo/Gallup's Small Business Index reports, press releases and podcasts at wellsfargobusinessinsights.com/small-business-index. The quarterly index reflects small business owner optimism, perceptions of current conditions (past 12 months) and future expectations (next 12 months) relating to financial situation, revenues, cash flow, capital spending, jobs and credit availability.

## Account options

*A check mark in the box indicates you have these convenient services with your account. Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

- Business Online Banking ☐
- Rewards for Business Check Card ☐
- Online Statements ☐
- Business Bill Pay ☐
- Business Spending Report ☐
- Overdraft Protection ☐

Do you need to order business checks?
Here are 3 easy ways to order:
1) Login to wellsfargo.com/checks
2) Call Harland Clarke at 1-800-237-8982 (Monday-Friday 5am-9pm PST, Saturday 5am-4pm PST)
3) Contact your banker

## Activity summary

| | |
|---|---|
| Beginning balance on 8/1 | $1,061.58 |
| Deposits/Credits | 51,638.33 |
| Withdrawals/Debits | - 51,871.65 |
| **Ending balance on 8/31** | **$828.26** |
| Average ledger balance this period | $655.37 |

Account number: ████2818
**ATLAS CONSULTING, LLC**
*California account terms and conditions apply*
For Direct Deposit and Automatic Payments use
Routing Number (RTN): 121042882
For Wire Transfers use
Routing Number (RTN): 121000248



WELLS
FARGO

**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed at the top of your statement or visit your Wells Fargo branch.

## Wells Fargo Rewards for Business Check Card

| | |
|---|---|
| Total points available as of 8/30/2011 | 0 |
| Points earned in the month of July | 0 |
| Points redeemed in the month of July | 0 |

*Get your most current point balance and redeem rewards at WellsFargoRewards.com or call 1-888-246-1834 .*

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 8/1 | | Home Finance Tel-Pmt 110729 00429423113656 Monette R Stephens | | 878.70 | |
| 8/1 | | Home Finance Fee-Pmt 110729 00429423113656 Monette R Stephens | | 20.00 | 162.88 |
| 8/3 | | Online Transfer Ref #Ibeqmfn9Gd From Checking xxxxxx5321 on 08/03/11 | 11,000.00 | | |
| 8/3 | | Online Transfer Ref #Ibe8567Qs4 From Complete Advantage(Rm) xxxxxx5236 on 08/03/11 | 1,000.00 | | |
| 8/3 | | Withdrawal Made In A Branch/Store | | 9,475.89 | |
| 8/3 | | American Express Elec Remit 110803061213813 Monette Stephens | | 500.00 | 2,186.99 |
| 8/4 | | Withdrawal Made In A Branch/Store | | 379.00 | |
| 8/4 | | Anthem Bc RA-0201003 110803 000000250228229 Atlas Consulting | | 771.00 | 1,036.99 |
| 8/5 | | Online Transfer Ref #Ibe5857Lvk to VISA Signature Card Xxxxxxxxxxxx7044 on 08/05/11 | | 300.00 | 736.99 |
| 8/8 | | Online Transfer Ref #Ibetjj4Sqb From Checking xxxxxx5228 on 08/08/11 | 2,000.00 | | 2,736.99 |
| 8/9 | | Withdrawal Made In A Branch/Store | | 600.00 | 2,136.99 |
| 8/10 | | Withdrawal Made In A Branch/Store | | 414.24 | 1,722.75 |
| 8/12 | | Deposit | 18,120.00 | | |
| 8/12 | | Deposit | 4,268.00 | | |
| 8/12 | | Deposit | 3,668.00 | | |
| 8/12 | | Deposit | 2,750.00 | | |
| 8/12 | | Online Transfer Ref #Ibejtdg24B From Checking xxxxxx5228 on 08/12/11 | 2,620.00 | | |
| 8/12 | | Wire Trans Svc Charge - Sequence: 110812104234 Srf# 0063586224134971 Trn#110812104234 Rfb# | | 20.00 | |
| 8/12 | | WT Fed#07907 Luther Burbank Sav /Ftr/Bnf=Luther Burbank Saving Srf# 0063586224134971 Trn#110812104234 Rfb# | | 33,074.73 | 54.02 |
| 8/18 | | Online Transfer Ref #Ibetjl6H7R to Checking xxxxxx5228 on 08/18/11 | | 54.01 | 0.01 |
| 8/22 | | Lycee Francais Facts 000000002320315 Monette Stephens | | 2,988.60 | |
| 8/22 | | Gap VISA Gap Epay 081811 xxxxx5931 4479941340184281 | | 173.73 | -3,162.32 |
| 8/23 | | Preauthorized Debit Reversal | 2,988.60 | | |
| 8/23 | | Preauthorized Debit Reversal | 173.73 | | |
| 8/23 | | NSF Return Item Fee for Item $2,988.60 08/22 Lycee Francais Facts 000000002320 315 Monette Stephens | | 35.00 | |
| 8/23 | | NSF Return Item Fee for Item $173.73 08/22 Gap VISA Gap Epay 081811 xxxxx5 931 4479941340184281 | | 35.00 | -69.99 |
| 8/25 | | Deposit Made In A Branch/Store | 1,750.00 | | 1,680.01 |
| 8/26 | | Online Transfer Ref #Ibec2D6Y73 to VISA Signature Card Xxxxxxxxxxxx7044 on 08/26/11 | | 300.00 | |


WELLS
FARGO

## *Transaction history (continued)*

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 8/26 | | American Express Elec Remit 110826061647835 Monette Stephens | | 400.00 | 980.01 |
| 8/29 | | Withdrawal Made In A Branch/Store | | 587.60 | |
| 8/29 | | Facts Facts 000000002419414 Monette Stephens | | 30.00 | 362.41 |
| 8/30 | | Gap VISA Gap Epay 082611 xxxxx4715 4479941340184281 | | 173.73 | 188.68 |
| 8/31 | | Deposit Made In A Branch/Store | 1,000.00 | | |
| 8/31 | | Online Transfer Ref #Ibetjnhqhf From Complete Advantage(Rm) xxxxxx5236 on 08/31/11 | 300.00 | | |
| 8/31 | | Online Transfer Ref #Ibefxghxgf to VISA Signature Card Xxxxxxxxxxxx7044 on 08/31/11 | | 120.00 | |
| 8/31 | | Bill Pay Chase Lines of C on-Line xxxxxxxxx13656 on 08-31 | | 447.39 | |
| 8/31 | | So Cal Edison CO Bill Paymt 110829 xxxxx4119 Ibp Pymt to Sce for Customer Stephens, | | 40.03 | |
| 8/31 | | Cash Deposited Fee | | 53.00 | 828.26 |
| **Ending balance on 8/31** | | | | | **828.26** |
| **Totals** | | | **$51,638.33** | **$51,871.65** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

**Items returned unpaid**

| Date | Description | | | Amount |
|---|---|---|---|---|
| 8/23 | Non-Monetary Notation Transaction | Reference # | 091000012524654 | 2,988.60 |
| 8/23 | Non-Monetary Notation Transaction | Reference # | 021000028414538 | 173.73 |

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 31,500 | 5,000 | 26,500 | 0.002 | 53.00 |
| Paid and Deposited Items | 8 | 150 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$53.00** |

IMPORTANT ACCOUNT INFORMATION

When Change Comes

Wells Fargo Online can help you keep up with your everyday financial needs. Easily move money between your Wells Fargo accounts, or to and from your accounts at other banks. Monitor your Wells Fargo accounts with text and email account alerts. Manage budgeting, spending, and saving with user-friendly online tools. Go to wellsfargo.com (consumer accounts) or wellsfargo.com/biz (business accounts) to sign up or sign on today.





## General statement policies for Wells Fargo Bank

**Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.
2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.
3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance shown on your statement . . . . . . . . . . . . . . . . . . . . . . . $ ____________

**ADD**

**B.** Any deposits listed in your register or transfers into your account which are not shown on your statement.
$ ____________
$ ____________
$ ____________
\+ $ ____________

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ ____________

**CALCULATE THE SUBTOTAL**

(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ ____________

**SUBTRACT**

**C.** The total outstanding checks and withdrawals from the chart above . . . . . . . . . . . . . - $ ____________

**CALCULATE THE ENDING BALANCE**

(Part A + Part B - Part C)
This amount should be the same as the current balance shown in your check register . . . . . . . . . . . . . . . . . . . . . . . . . . . $ ____________

| Number | Items Outstanding | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | **Total amount $** | |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

# Advantage Business Package Checking

Account number: ■■■■2818  September 1, 2011 - September 30, 2011  

ATLAS CONSULTING, LLC
853 ASHBURY ST
SAN FRANCISCO CA 94117-4418

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Access Wells Fargo/Gallup's Small Business Index reports, press releases and podcasts at wellsfargobusinessinsights.com/small-business-index. The quarterly index reflects small business owner optimism, perceptions of current conditions (past 12 months) and future expectations (next 12 months) relating to financial situation, revenues, cash flow, capital spending, jobs and credit availability.

## Account options

*A check mark in the box indicates you have these convenient services with your account. Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

- Business Online Banking ☐
- Rewards for Business Check Card ☐
- Online Statements ☐
- Business Bill Pay ☐
- Business Spending Report ☐
- Overdraft Protection ☐

## Activity summary

| | |
|---|---|
| Beginning balance on 9/1 | $828.26 |
| Deposits/Credits | 12,017.89 |
| Withdrawals/Debits | - 12,803.55 |
| **Ending balance on 9/30** | **$42.60** |
| Average ledger balance this period | $115.67 |

Account number: ■■■■818
**ATLAS CONSULTING, LLC**
*California account terms and conditions apply*
For Direct Deposit and Automatic Payments use
Routing Number (RTN): 121042882
For Wire Transfers use
Routing Number (RTN): 121000248

### Overdraft Protection

Your account is linked to the following for Overdraft Protection:
Savings - 000006020214034

## Wells Fargo Rewards for Business Check Card

| | |
|---|---|
| Total points available as of 9/29/2011 | 0 |
| Points earned in the month of August | 0 |
| Points redeemed in the month of August | 0 |

*Get your most current point balance and redeem rewards at WellsFargoRewards.com or call 1-888-246-1834 .*



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 9/2 | | Anthem Bc RA-0201003 110901 000000255530368 Atlas Consulting | | 695.00 | |
| 9/2 | | The Gas Company Paid Scgc 110831 1044164800 1314825721092 | | 35.10 | 98.16 |
| 9/6 | | Online Transfer Ref #Ibeqmmyvx7 From Checking xxxxxx5321 on 09/03/11 3804 State S Santa Barbara CA KIOSK K09597 | 4,567.89 | | |
| 9/6 | | Withdrawal Made In A Branch/Store | | 1,170.00 | |
| 9/6 | | Lycee Francais Facts 000000002467359 Monette Stephens | | 2,988.60 | |
| 9/6 | | American Express Elec Remit 110906066886029 Monette Stephens | | 500.00 | |
| 9/6 | | Pacific Gas/Elec Online Pmt 110906 Ckf351141443Neg Monette Stephens | | 78.52 | -71.07 |
| 9/7 | | Overdraft Fee for Item $78.52 09/06 Pacific Gas/Elec Online Pmt 110906 Ckf351141443 Neg Monette Stephens | | 35.00 | |
| 9/7 | | Online Transfer Ref #Ibec2Gn6S7 From Checking xxxxxx5228 on 09/07/11 | 300.00 | | |
| 9/7 | | Online Transfer Ref #Ibemqm3Wmw to VISA Signature Card Xxxxxxxxxxxx7044 on 09/07/11 | | 150.00 | 43.93 |
| 9/8 | | Online Transfer Ref #Ibeqmnq779 From Complete Advantage(Rm) xxxxxx5236 on 09/08/11 | 1,000.00 | | |
| 9/8 | | Online Transfer Ref #Ibemqm6Ckg to VISA Signature Card Xxxxxxxxxxxx7044 on 09/08/11 | | 700.00 | 343.93 |
| 9/12 | | Online Transfer Ref #Ibe2CC2Vmh to Checking xxxxxx5228 on 09/12/11 | | 143.00 | 200.93 |
| 9/14 | | Online Transfer Ref #Ibexfsv8PR to VISA Signature Card Xxxxxxxxxxxx7044 on 09/14/11 | | 100.00 | 100.93 |
| 9/15 | | Recurring Transfer Ref #Opejtm4L89 to Business Market Rate Savings xxxxxx4034 | | 100.00 | 0.93 |
| 9/20 | | Deposit | 3,000.00 | | |
| 9/20 | | Lycee Francais Facts 000000002616036 Monette Stephens | | 2,988.60 | 12.33 |
| 9/21 | | Online Transfer Ref #Ibe58Gjjzj From Checking xxxxxx5228 on 09/21/11 | 50.00 | | |
| 9/21 | | Gap VISA Gap Epay 091811 xxxxx7779 4479941340184281 | | 64.86 | -2.53 |
| 9/22 | | Online Transfer Ref #Ibe2Cf2G7B From Complete Advantage(Rm) xxxxxx5236 on 09/22/11 | 100.00 | | |
| 9/22 | | Nordstrom Payment 110921 122187616058145 Stephens Monette R | | 54.87 | 42.60 |
| 9/29 | | Online Transfer Ref #Ibefxn8Wbq From Checking xxxxxx5228 on 09/29/11 | 3,000.00 | | |
| 9/29 | | Withdrawal Made In A Branch/Store | | 3,000.00 | 42.60 |
| **Ending balance on 9/30** | | | | | **42.60** |
| **Totals** | | | **$12,017.89** | **$12,803.55** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Paid and Deposited Items | 9 | 150 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |



With Wells Fargo Business Online, you can get free*, timely account alerts to notify you when important transactions occur. Choose to be notified when a deposit or withdrawal posts, when balances fall below a certain level, and more. You can also customize how you'd like to be notified - by email, text message, or both. It's an easy way to stay on top of critical business information.

Setting up alerts is easy. Simply sign on to Wells Fargo Business Online at wellsfargo.com/biz. Select the "Messages & Alerts" tab, then select "Set Up/Modify Alerts".

*For alerts sent to your wireless device, service provider and applicable account activity fees may apply.

# IMPORTANT ACCOUNT INFORMATION

IMPORTANT NOTICE - The enclosed Wells Fargo-Wachovia update insert contains a story entitled "Financial solutions for college". The display in the story refers to the Wells Fargo Student Loan for Parents. To learn more about this and other student loan products, please visit wellsfargo.com/student today.

- Wells Fargo Bank is consistently rated as "Outstanding" for the Community Reinvestment Act (CRA) by federal regulators, the highest rating a financial services institution can receive.



## General statement policies for Wells Fargo Bank

**Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.
2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.
3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance shown on your statement . . . . . . . . . . . . . . . . . . . . . . $ ____________

**ADD**

**B.** Any deposits listed in your register or transfers into your account which are not shown on your statement.

$ ____________
$ ____________
$ ____________
+ $ ____________

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ ____________

**CALCULATE THE SUBTOTAL**

(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ ____________

**SUBTRACT**

**C.** The total outstanding checks and withdrawals from the chart above . . . . . . . . . . . . . - $ ____________

**CALCULATE THE ENDING BALANCE**

(Part A + Part B - Part C)
This amount should be the same as the current balance shown in your check register . . . . . . . . . . . . . . . . . . . . . . . . . . $ ____________

| Number | Items Outstanding | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | Total amount $ | |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

# Advantage Business Package Checking



Account number: ████ 2818    October 1, 2011 - October 31, 2011    Page 1 of 4

ATLAS CONSULTING, LLC
853 ASHBURY ST
SAN FRANCISCO CA 94117-4418

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

The Wells Fargo Business Insight Resource Center offers free access to business information and advice through videos, articles, podcasts and other resources. This site offers objective information from industry experts, best practices from real business owners, as well as numerous Wells Fargo solutions that can help you run your business. Visit the site at wellsfargobusinessinsights.com.

## Account options

*A check mark in the box indicates you have these convenient services with your account. Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

Business Online Banking ☐
Rewards for Business Check Card ☐
Online Statements ☐
Business Bill Pay ☐
Business Spending Report ☐
Overdraft Protection ☐



### Save money with a new Wells Fargo Merchant Services account and receive a rebate for the first three months of your equipment lease.

When you accept card payments through Wells Fargo Merchant Services, you have peace of mind with payment processing that's reliable, secure, and fast. In fact, you'll receive funds from most transactions the next business day when funding to a Wells Fargo deposit account. And until December 31, 2011, we're offering customers who sign up and get a new equipment lease a rebate on the first three months of lease fees. For offer details, contact Wells Fargo Merchant Services at 1-866-689-3027.

© 2011 Wells Fargo Bank, N.A. All rights reserved. ECG-583002



## Activity summary

| | |
|---|---|
| Beginning balance on 10/1 | $42.60 |
| Deposits/Credits | 8,102.72 |
| Withdrawals/Debits | - 6,342.60 |
| **Ending balance on 10/31** | **$1,802.72** |
| Average ledger balance this period | $589.43 |

Account number: [redacted]2818

**ATLAS CONSULTING, LLC**

*California account terms and conditions apply*

For Direct Deposit and Automatic Payments use
Routing Number (RTN): 121042882

For Wire Transfers use
Routing Number (RTN): 121000248

**Overdraft Protection**

Your account is linked to the following for Overdraft Protection:

Savings - 000006020214034

## Wells Fargo Rewards for Business Check Card

| | |
|---|---|
| Total points available as of 10/30/2011 | 0 |
| Points earned in the month of September | 0 |
| Points redeemed in the month of September | 0 |

*Get your most current point balance and redeem rewards at WellsFargoRewards.com or call 1-888-246-1834 .*

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 10/4 | | Deposit | 400.00 | | |
| 10/4 | | Sfpuc Web_Pay Oct 11 01004555100311 Monette Stephens | | 85.67 | 356.93 |
| 10/5 | | Vz Wireless Vw Vzw Webpay 111004 5133028 Carl *Wescott | | 247.42 | |
| 10/5 | | So Cal Edison CO Bill Paymt 111003 xxxxx4119 Ibp Pymt to Sce for Customer Stephens, | | 43.28 | 66.23 |
| 10/7 | | Online Transfer Ref #Ibe2Cjg36Y From Checking xxxxxx5321 on 10/07/11 | 2,400.00 | | |
| 10/7 | | Online Transfer Ref #Ibe2Cjg3Ns to VISA Signature Card Xxxxxxxxxxxx7044 on 10/07/11 | | 300.00 | |
| 10/7 | | American Express Elec Remit 111007061110559 Monette Stephens | | 500.00 | 1,666.23 |
| 10/11 | | Online Transfer Ref #Ibexfz8Thk to Checking xxxxxx5228 on 10/09/11 | | 345.67 | |
| 10/11 | | Online Transfer Ref #Ibejtsg83F to Checking xxxxxx5228 on 10/10/11 | | 440.00 | |
| 10/11 | | Anthem Bc RA-0201003 111007 000000262975674 Atlas Consulting | | 695.00 | 185.56 |
| 10/12 | | Online Transfer Ref #Ibec2Pqcf8 to VISA Signature Card Xxxxxxxxxxxx7044 on 10/12/11 | | 150.00 | 35.56 |
| 10/20 | | Deposit | 3,000.00 | | |
| 10/20 | | Lycee Francais Facts 000000002928509 Monette Stephens | | 2,988.60 | 46.96 |
| 10/27 | | Online Transfer Ref #Ibe58Prvh5 From Checking xxxxxx5228 on 10/27/11 | 2,097.24 | | |
| 10/27 | | Online Transfer Ref #Ibejtwrftp to Checking xxxxxx5228 on 10/27/11 | | 45.00 | |
| 10/27 | | Online Transfer Ref #Ibetk37Hbw to Checking xxxxxx5228 on 10/27/11 | | 1.96 | 2,097.24 |



***Transaction history (continued)***

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 10/31 | | Online Transfer Ref #Ibemqyrfnv From Checking xxxxxx5228 on 10/29/11 | 205.48 | | |
| 10/31 | | Online Transfer to Motter J Ref #Ibe85Rsl75 Checking NOW 15 of The 25 | | 500.00 | 1,802.72 |
| **Ending balance on 10/31** | | | | | **1,802.72** |
| **Totals** | | | **$8,102.72** | **$6,342.60** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 3,400 | 5,000 | 0 | 0.002 | 0.00 |
| Paid and Deposited Items | 6 | 150 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

Do you need to order business checks?
Here are 3 easy ways to order:
1) Login to wellsfargo.com/checks
2) Call Harland Clarke at 1-800-237-8982 (Monday-Friday 5am-9pm PST, Saturday 5am-4pm PST)
3) Contact your banker

IMPORTANT ACCOUNT INFORMATION

- Wells Fargo Bank is consistently rated as "Outstanding" for the Community Reinvestment Act (CRA) by federal regulators, the highest rating a financial services institution can receive.



WELLS
FARGO

## General statement policies for Wells Fargo Bank

**Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.
2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.
3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance shown on your statement . . . . . . . . . . . . . . . . . . . . . . $ ____________

**ADD**

**B.** Any deposits listed in your register or transfers into your account which are not shown on your statement.

$ ____________
$ ____________
$ ____________
+ $ ____________

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ ____________

**CALCULATE THE SUBTOTAL**

*(Add Parts A and B)*

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ ____________

**SUBTRACT**

**C.** The total outstanding checks and withdrawals from the chart above . . . . . . . . . . . . . - $ ____________

**CALCULATE THE ENDING BALANCE**

(Part A + Part B - Part C)
This amount should be the same as the current balance shown in your check register . . . . . . . . . . . . . . . . . . . . . . . . . . . $ ____________

| Number | Items Outstanding | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | Total amount $ | |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

# Advantage Business Package Checking

Account number: ██████2818 November 1, 2011 - November 30, 2011 

ATLAS CONSULTING, LLC
853 ASHBURY ST
SAN FRANCISCO CA 94117-4418

**Questions?**

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

The Wells Fargo Business Insight Resource Center offers free access to business information and advice through videos, articles, podcasts and other resources. This site offers objective information from industry experts, best practices from real business owners, as well as numerous Wells Fargo solutions that can help you run your business. Visit the site at wellsfargobusinessinsights.com.

## Account options

*A check mark in the box indicates you have these convenient services with your account. Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☐ |
| Rewards for Business Check Card | ☐ |
| Online Statements | ☐ |
| Business Bill Pay | ☐ |
| Business Spending Report | ☐ |
| Overdraft Protection | ☐ |

Save money with a new Wells Fargo Merchant Services account and receive a rebate for the first three months of your equipment lease.

When you accept card payments through Wells Fargo Merchant Services, you have peace of mind with payment processing that's reliable, secure, and fast. In fact, you'll receive funds from most transactions the next business day when funding to a Wells Fargo deposit account. And until December 31, 2011, we're offering customers who sign up and get a new equipment lease a rebate on the first three months of lease fees. For offer details, contact Wells Fargo Merchant Services at 1-866-689-3027.

© 2011 Wells Fargo Bank, N.A. All rights reserved. ECG-583002


WELLS
FARGO

## Activity summary

| | |
|---|---|
| Beginning balance on 11/1 | $1,802.72 |
| Deposits/Credits | 10,500.00 |
| Withdrawals/Debits | - 12,135.97 |
| **Ending balance on 11/30** | **$166.75** |
| Average ledger balance this period | $5,388.39 |

Account number: ██████**2818**

**ATLAS CONSULTING, LLC**

*California account terms and conditions apply*

For Direct Deposit and Automatic Payments use
Routing Number (RTN): 121042882

For Wire Transfers use
Routing Number (RTN): 121000248

**Overdraft Protection**

Your account is linked to the following for Overdraft Protection:

Savings - 000006020214034

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 11/1 | | Online Transfer Ref #Ibe58R4Xkg From Checking xxxxxx5321 on 11/01/11 | 500.00 | | 2,302.72 |
| 11/4 | | Anthem Bc RA-0201003 111103 000000268426227 Atlas Consulting | | 771.00 | |
| 11/4 | | Pacific Gas/Elec Online Pmt 111104 Ckf201980204Neg Monette Stephens | | 419.12 | |
| 11/4 | | So Cal Edison CO Bill Paymt 111102 xxxxx4119 Ibp Pymt to Sce for Customer Stephens, | | 88.94 | |
| 11/4 | | The Gas Company Paid Scgc 111102 1044164800 1320266523236 | | 27.86 | 995.80 |
| 11/10 | | Online Transfer Ref #Ibec2x6C28 From Checking xxxxxx5228 on 11/10/11 | 4,000.00 | | |
| 11/10 | | Online Transfer Ref #Ibejv25Wz4 From Checking xxxxxx5228 on 11/10/11 | 3,000.00 | | |
| 11/10 | | Online Transfer Ref #Ibec2x6Bmb From Checking xxxxxx5228 on 11/10/11 | 2,000.00 | | |
| 11/10 | | Online Transfer Ref #Ibetk6Lw7F From Checking xxxxxx5228 on 11/10/11 | 1,000.00 | | 10,995.80 |
| 11/15 | | Recurring Transfer Ref #Opetk7Kxt6 to Business Market Rate Savings xxxxxx4034 | | 100.00 | |
| 11/15 | | Gap VISA Gap Epay 110911 xxxxx0720 4479941340184281 | | 130.45 | 10,765.35 |
| 11/16 | | Withdrawal Made In A Branch/Store | | 350.00 | 10,415.35 |
| 11/17 | | Online Transfer Ref #Ibemr53VT7 to Checking xxxxxx5228 on 11/17/11 | | 500.00 | |
| 11/17 | | Online Transfer Ref #Ibeqn6Pvfx to Checking xxxxxx5228 on 11/17/11 | | 1,000.00 | 8,915.35 |
| 11/21 | | Online Transfer Ref #Ibe58Wdms7 to Checking xxxxxx5228 on 11/20/11 | | 1,600.00 | 7,315.35 |
| 11/22 | | Online Transfer Ref #Ibetk92T62 to Checking xxxxxx5228 on 11/22/11 | | 500.00 | |
| 11/22 | | Online Transfer Ref #Ibe2Cv8Fgq to Checking xxxxxx5228 on 11/22/11 | | 80.00 | 6,735.35 |
| 11/23 | | Online Transfer Ref #Ibefy37Qmv to Checking xxxxxx5228 on 11/23/11 | | 20.00 | |
| 11/23 | | Online Transfer Ref #Ibe2Cvdpg6 to Checking xxxxxx5228 on 11/23/11 | | 250.00 | 6,465.35 |
| 11/25 | | Online Transfer Ref #Ibemr6Qqm3 to Checking xxxxxx5228 on 11/25/11 | | 310.00 | |



WELLS
FARGO

## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 11/25 | | Online Transfer Ref #Ibe2Cvt5Sr to Checking xxxxxx5228 on 11/25/11 | | 3,000.00 | 3,155.35 |
| 11/28 | | Lycee Francais Facts 000000003352093 Monette Stephens | | 2,988.60 | 166.75 |
| **Ending balance on 11/30** | | | | | **166.75** |
| **Totals** | | | **$10,500.00** | **$12,135.97** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Paid and Deposited Items | 6 | 150 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

IMPORTANT ACCOUNT INFORMATION

Information regarding fees for services you may use with your account

- Audit Confirmation - $40 per request
- Non-Customer Check Cashing - $7.50 each
- Account Research - $25 per hour ($25 minimum)
- Cashier's Checks - $10 each
- Document Copy Fee/Other Requests - $5 per item (Self-Serve Requests remain at no charge)
- Money Orders - $5 each
- International Item Deposited - $5 per item
- Stop Payment - $31 each

Wire Transfers:
- Incoming Domestic/Internal Transfer - $15 each
- Incoming International U.S./Foreign Currency - $16 each
- Outgoing Domestic/Internal Transfer - $30 each
- Repetitive Outgoing Domestic/Internal Transfer - $25 each
- Outgoing International U.S. Currency - $45 each
- Repetitive Outgoing International U.S. Currency - $40 each
- Outgoing International Foreign Currency - $35 each
- Repetitive Outgoing International Foreign Currency - $30 each
- Outgoing Book Transfer - $15 each
- Repetitive Outgoing Book Transfer - $10 each

For questions, contact your Business Banker or call the phone number at the top of your statement. Pricing may vary based on account relationship.



WELLS
FARGO

## General statement policies for Wells Fargo Bank

**Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.
2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.
3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance shown on your statement ....................... $ ________

**ADD**

**B.** Any deposits listed in your register or transfers into your account which are not shown on your statement.

$ ________
$ ________
$ ________
+ $ ________

..................................... TOTAL $ ________

**CALCULATE THE SUBTOTAL**

(Add Parts A and B)

..................................... TOTAL $ ________

**SUBTRACT**

**C.** The total outstanding checks and withdrawals from the chart above ............. - $ ________

**CALCULATE THE ENDING BALANCE**

(Part A + Part B - Part C)
This amount should be the same as the current balance shown in your check register ........................... $ ________

| Number | Items Outstanding | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | Total amount $ | |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

Case: 12-03148 Doc# 81-12 Filed: 08/30/13 Entered: 08/30/13 15:33:51 Page 17 of 20

# Advantage Business Package Checking

Account number: ███████2818 ■ December 1, 2011 - December 31, 2011 ■ Page 1 of 4

ATLAS CONSULTING, LLC
853 ASHBURY ST
SAN FRANCISCO CA 94117-4418

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

The Wells Fargo Business Insight Resource Center offers free access to business information and advice through videos, articles, podcasts and other resources. This site offers objective information from industry experts, best practices from real business owners, as well as numerous Wells Fargo solutions that can help you run your business. Visit the site at wellsfargobusinessinsights.com.

## Account options

*A check mark in the box indicates you have these convenient services with your account. Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Rewards for Business Check Card | ☐ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☑ |

## Activity summary

| | |
|---|---|
| Beginning balance on 12/1 | $166.75 |
| Deposits/Credits | 14,229.00 |
| Withdrawals/Debits | - 14,264.92 |
| **Ending balance on 12/31** | **$130.83** |
| Average ledger balance this period | $1,369.95 |

Account number ███████**2818**

**ATLAS CONSULTING, LLC**

*California account terms and conditions apply*

For Direct Deposit and Automatic Payments use
Routing Number (RTN): 121042882

For Wire Transfers use
Routing Number (RTN): 121000248

**Overdraft Protection**

Your account is linked to the following for Overdraft Protection:

- Savings - ███████4034

(114) ins =3
Sheet Seq = 0030362
Sheet 00001 of 00002



WELLS
FARGO

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 12/1 | | Online Transfer Ref #Ibe58Yrlfj to Complete Advantage(Rm) xxxxxx5236 on 12/01/11 | | 150.00 | 16.75 |
| 12/5 | | Online Transfer Ref #Ibejv7Bhqj From Checking xxxxxx5321 on 12/03/11 | 7,224.00 | | |
| 12/5 | | Online Transfer Ref #Ibe58Zbvwj to VISA Signature Card Xxxxxxxxxxxx7044 on 12/03/11 | | 350.00 | |
| 12/5 | | Online Transfer Ref #Ibemr8Tjwh to Complete Advantage(Rm) xxxxxx5236 on 12/04/11 | | 850.00 | |
| 12/5 | | Online Transfer Ref #Ibexgfg6Zb to Complete Advantage(Rm) xxxxxx5236 on 12/04/11 | | 750.00 | 5,290.75 |
| 12/6 | | Deposit | 1,750.00 | | |
| 12/6 | | Online Transfer Ref #Ibetkd8Mwm to VISA Signature Card Xxxxxxxxxxxx7044 on 12/06/11 | | 900.00 | |
| 12/6 | | American Express Elec Remit 111206060990089 Monette Stephens | | 3,000.00 | 3,140.75 |
| 12/7 | | Nordstrom Payment 111206 122187618210578 Stephens Monette R | | 300.00 | |
| 12/7 | | Sfpuc Web_Pay Dec 11 01047885120611 Monette Stephens | | 283.35 | |
| 12/7 | | ATT Payment 120611 054014001Myw9Z Atlas Consulting | | 244.05 | |
| 12/7 | | Cox Enterprises Broadband 111206 3981479 Atlas Consulting *LLC | | 87.70 | |
| 12/7 | | Cox Enterprises Broadband 111206 3981480 G Atlas *Consultin | | 59.00 | 2,166.65 |
| 12/8 | | Withdrawal Made In A Branch/Store | | 400.00 | |
| 12/8 | | Vz Wireless Vw Vzw Webpay 111207 5730502 Carl *Wescott | | 244.42 | 1,522.23 |
| 12/9 | | Deposit | 2,445.00 | | |
| 12/9 | | Withdrawal Made In A Branch/Store | | 2,804.00 | 1,163.23 |
| 12/12 | | Online Transfer Ref #Ibetkf8S4V to VISA Signature Card Xxxxxxxxxxxx7044 on 12/10/11 | | 500.00 | 663.23 |
| 12/13 | | Deposit | 2,600.00 | | |
| 12/13 | | Deposit | 110.00 | | 3,373.23 |
| 12/15 | | Recurring Transfer Ref #Opetkg99W2 to Business Market Rate Savings xxxxxx4034 | | 100.00 | 3,273.23 |
| 12/19 | | Recurring Transfer Ref #Opeqnfdhr9 From Business Market Rate Savings xxxxxx4034 | 100.00 | | 3,373.23 |
| 12/20 | | Lycee Francais Facts 000000003558333 Monette Stephens | | 2,988.60 | 384.63 |
| 12/22 | | Online Transfer Ref #Ibec38F5NJ to VISA Signature Card Xxxxxxxxxxxx7044 on 12/22/11 | | 150.00 | 234.63 |
| 12/30 | | Online Transfer Ref #Ibeqnhty5J to VISA Signature Card Xxxxxxxxxxxx7044 on 12/30/11 | | 100.00 | |
| 12/30 | | Cash Deposited Fee | | 3.80 | 130.83 |
| **Ending balance on 12/31** | | | | | **130.83** |
| **Totals** | | | **$14,229.00** | **$14,264.92** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 6,900 | 5,000 | 1,900 | 0.002 | 3.80 |
| Paid and Deposited Items | 8 | 150 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$3.80** |



 # IMPORTANT ACCOUNT INFORMATION

Information regarding fees for services you may use with your account

- Audit Confirmation - $40 per request
- Non-Customer Check Cashing - $7.50 each
- Account Research - $25 per hour ($25 minimum)
- Cashier's Checks - $10 each
- Document Copy Fee/Other Requests - $5 per item (Self-Serve Requests remain at no charge)
- Money Orders - $5 each
- International Item Deposited - $5 per item
- Stop Payment - $31 each

Wire Transfers:
- Incoming Domestic/Internal Transfer - $15 each
- Incoming International U.S./Foreign Currency - $16 each
- Outgoing Domestic/Internal Transfer - $30 each
- Repetitive Outgoing Domestic/Internal Transfer - $25 each
- Outgoing International U.S. Currency - $45 each
- Repetitive Outgoing International U.S. Currency - $40 each
- Outgoing International Foreign Currency - $35 each
- Repetitive Outgoing International Foreign Currency - $30 each
- Outgoing Book Transfer - $15 each
- Repetitive Outgoing Book Transfer - $10 each

For questions, contact your Business Banker or call the phone number at the top of your statement. Pricing may vary based on account relationship.