

## General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.
2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.
3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance shown on your statement . . . . . . . . . . . . . . . . . . . . . $ ______

**ADD**

**B.** Any deposits listed in your register or transfers into your account which are not shown on your statement.

$ ______
$ ______
$ ______
+ $ ______

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ ______

**CALCULATE THE SUBTOTAL**

(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ ______

**SUBTRACT**

**C.** The total outstanding checks and withdrawals from the chart above . . . . . . . . . . . . . - $ ______

**CALCULATE THE ENDING BALANCE**

(Part A + Part B - Part C)
This amount should be the same as the current balance shown in your check register . . . . . . . . . . . . . . . . . . . . . . . . . $ ______

| Number | Items Outstanding | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | Total amount $ | |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

Case: 12-03148 Doc# 81-13 Filed: 08/30/13 Entered: 08/30/13 15:33:51 Page 1 of 20

# Advantage Business Package Checking

Account number: [redacted]2818 ■ January 1, 2012 - January 31, 2012 ■ Page 1 of 4

WELLS FARGO

ATLAS CONSULTING, LLC
853 ASHBURY ST
SAN FRANCISCO CA 94117-4418

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

The Wells Fargo Business Insight Resource Center offers free access to business information and advice through videos, articles, podcasts and other resources. This site offers objective information from industry experts, best practices from real business owners, as well as numerous Wells Fargo solutions that can help you run your business. Visit the site at wellsfargobusinessinsights.com.

## Account options

*A check mark in the box indicates you have these convenient services with your account. Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Rewards for Business Check Card | ☐ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☑ |

## Activity summary

| | |
|---|---|
| Beginning balance on 1/1 | $130.83 |
| Deposits/Credits | 29,100.00 |
| Withdrawals/Debits | - 22,275.07 |
| **Ending balance on 1/31** | **$6,955.76** |
| Average ledger balance this period | $5,649.70 |

Account number: [redacted]2818
**ATLAS CONSULTING, LLC**
*California account terms and conditions apply*
For Direct Deposit and Automatic Payments use
Routing Number (RTN): 121042882
For Wire Transfers use
Routing Number (RTN): 121000248

**Overdraft Protection**
Your account is linked to the following for Overdraft Protection:

- Savings [redacted]4034



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 1/3 | | Online Transfer Ref #Ibefycnj5P to VISA Signature Card Xxxxxxxxxxxx7044 on 12/31/11 | | 125.00 | 5.83 |
| 1/4 | | Online Transfer Ref #Ibeqnk5Xsw to VISA Signature Card Xxxxxxxxxxxx7044 on 01/04/12 | | 5.00 | 0.83 |
| 1/17 | | Deposit | 4,100.00 | | |
| 1/17 | 1001 | Check | | 3,694.00 | |
| 1/17 | 1002 | Check | | 306.00 | 100.83 |
| 1/18 | | Deposit | 20,000.00 | | 20,100.83 |
| 1/19 | | WT Fed#01716 Kinecta Federal CR /Org=Prewitt Stephens Srf# Trn#120119076597 Rfb# | 5,000.00 | | |
| 1/19 | | Wire Trans Svc Charge - Sequence: 120119076597 Srf# Trn#120119076597 Rfb# | | 15.00 | |
| 1/19 | | Withdrawal Made In A Branch/Store | | 5,000.00 | 20,085.83 |
| 1/23 | | Check Crd Purchase 01/21 City Storage San Francisco CA 425907xxxxxx8605 022240001798435 ?McC=4225 01 | | 169.00 | |
| 1/23 | | Withdrawal Made In A Branch/Store | | 5,183.00 | |
| 1/23 | | Vz Wireless Vw Vzw Webpay 120122 7472790 Carl *Wescott | | 249.10 | 14,484.73 |
| 1/24 | | Withdrawal Made In A Branch/Store | | 4,796.41 | |
| 1/24 | | Anthem Bc RA-0201003 120123 000000284444066 Atlas Consulting | | 695.00 | |
| 1/24 | | Kaiserdues 8007314661 120123 000000284608160 Atlas Consulting LLC | | 644.00 | |
| 1/24 | | Sfpuc Web_Pay Jan 12 0108061201211 2 Monette Stephens | | 441.69 | |
| 1/24 | | Gap VISA Gap Epay 011912 xxxxx1310 4479941340184281 | | 27.50 | 7,880.13 |
| 1/25 | | Check Crd Purchase 01/25 Carelngton Internation 972-335-6970 TX 425907xxxxxx8605 025240002318955 ?McC=6300 01 | | 95.00 | 7,785.13 |
| 1/26 | | POS Purchase - 01/26 Mach ID 000000 Walgreens 2145 San Franciscoca 8605 00582026637002741 ?McC=5912 | | 26.03 | 7,759.10 |
| 1/27 | | Check Crd Purchase 01/26 Bigfishgames*130878352 206-448-6628 WA 425907xxxxxx8605 027240001871818 ?McC=5945 01 | | 2.09 | |
| 1/27 | | Gap VISA Gap Epay 012412 xxxxx8182 4479941340184281 | | 188.56 | |
| 1/27 | | The Gas Company Paid Scgc 120125 1044164800 1327531317562 | | 98.75 | 7,469.70 |
| 1/30 | | Check Crd Purchase 01/26 Fastrak Csc 877-2298655 CA 425907xxxxxx8605 029240004225196 ?McC=9399 01 | | 25.50 | |
| 1/30 | | POS Purchase - 01/27 Mach ID 000000 Arco Ampm #0573 West Sacramenca 8605 00582028086611054 ?McC=5542 | | 26.65 | |
| 1/30 | | Recur Debit Crd Pmt01/27 Nfl*WWW.Netflix.Com/CC Netflix.Com CA 425907xxxxxx8605 029240003761086 ?McC=5968 01 | | 32.53 | |
| 1/30 | | POS Purchase - 01/28 Mach ID 000000 Cvs 09174 09174 Truckee CA 8605 00582028643767650 ?McC=5912 | | 22.74 | |
| 1/30 | | Check Crd Purchase 01/28 Cbr*Cordblood Registry 800-588-6377 CA 425907xxxxxx8605 029240000102412 ?McC=8099 01 | | 125.00 | |
| 1/30 | | POS Purchase - 01/29 Mach ID 000000 Arco Paypoint Auburn CA 8605 00462029862154320 ?McC=5542 | | 47.40 | |
| 1/30 | | POS Purchase - 01/30 Mach ID 000000 Trader Joe's # San Francisc CA 8605 00582030632431685 ?McC=5411 | | 146.12 | 7,043.76 |
| 1/31 | | Check Crd Purchase 01/29 Wildflour Baking Compa Olympic Valle CA 425907xxxxxx8605 031240001005947 ?McC=5814 90 | | 88.00 | 6,955.76 |
| **Ending balance on 1/31** | | | | | 6,955.76 |
| **Totals** | | | $29,100.00 | $22,275.07 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*



**Summary of checks written** *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 1001 | 1/17 | 3,694.00 | 1002 | 1/17 | 306.00 |

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 1,600 | 5,000 | 0 | 0.0020 | 0.00 |
| Paid and Deposited Items | 11 | 150 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

# IMPORTANT ACCOUNT INFORMATION

Effective April 16, 2012, the daily maximum number of Overdraft Item (OD) and/or Returned Items (Non-Sufficient Funds/NSF) fees that can be charged on any business day will increase from 4 to 8 per day. OD and NSF fee pricing remains unchanged.

If you have questions, please contact your local banker or call the phone number listed at the top of your statement.

For customers with Wells Fargo debit, check or ATM cards issued in IN, MN, OH and SD: Starting February 1, 2012, you can begin to use your card to make purchases where you enter your Personal Identification Number (PIN) to authorize your purchase. Refer to the applicable account agreement for more information, or contact the customer service number on your statement.



## General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.
2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.
3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance shown on your statement ..................... $ ____________

**ADD**

**B.** Any deposits listed in your register or transfers into your account which are not shown on your statement.
$ ____________
$ ____________
$ ____________
+ $ ____________

.................................... TOTAL $ ____________

**CALCULATE THE SUBTOTAL**

(Add Parts A and B)

.................................... TOTAL $ ____________

**SUBTRACT**

**C.** The total outstanding checks and withdrawals from the chart above ............. - $ ____________

**CALCULATE THE ENDING BALANCE**

(Part A + Part B - Part C)
This amount should be the same as the current balance shown in your check register ......................... $ ____________

| Number | Items Outstanding | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | Total amount $ | |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

# Advantage Business Package Checking

Account number: [redacted]2818 ■ February 1, 2012 - February 29, 2012 ■ Page 1 of 5

ATLAS CONSULTING, LLC
853 ASHBURY ST
SAN FRANCISCO CA 94117-4418

**Questions?**

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Access Wells Fargo/Gallup's Small Business Index reports, press releases and podcasts at wellsfargobusinessinsights.com/small-business-index. The quarterly index reflects small business owner optimism, perceptions of current conditions (past 12 months) and future expectations (next 12 months) relating to financial situation, revenues, cash flow, capital spending, jobs and credit availability.

## Account options

*A check mark in the box indicates you have these convenient services with your account. Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Rewards for Business Check Card | ☐ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☑ |

# ☑ IMPORTANT ACCOUNT INFORMATION

As a reminder, Wells Fargo may assess the following fees to your checking account for international transactions made with your debit card.

- Non-Wells Fargo ATM Withdrawal: $5 each per international transaction
- Non-Wells Fargo ATM Transfer: $2 each per transaction when you transfer available funds between your primary linked checking and savings accounts at select non-Wells Fargo ATMs

(Please note that the ATM owner or operator may also charge a fee.)

- International Purchase Transaction: 3% of the transaction amount is charged for each purchase made with your debit card in a foreign currency that has been converted into a U.S. dollar amount by a network
- Over-the-Counter Cash Disbursement: 3% of the transaction amount for each cash withdrawal at a non-Wells Fargo Bank outside the U.S.



For fee waiver details, refer to your applicable Wells Fargo Account Fee & Information Schedule.

If you have questions, please contact your local banker or call the phone number at the top of your statement. Thank you. We appreciate your business.

## Activity summary

| | |
|---|---|
| Beginning balance on 2/1 | $6,955.76 |
| Deposits/Credits | 400.00 |
| Withdrawals/Debits | - 7,244.11 |
| **Ending balance on 2/29** | **$111.65** |
| Average ledger balance this period | $2,177.76 |

Account number: [redacted]2818

**ATLAS CONSULTING, LLC**

*California account terms and conditions apply*

For Direct Deposit and Automatic Payments use
Routing Number (RTN): 121042882

For Wire Transfers use
Routing Number (RTN): 121000248

**Overdraft Protection**

Your account is linked to the following for Overdraft Protection:

- Savings - [redacted]4034

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 2/1 | | Check Crd Purchase 01/31 Savored 877-800-1180 NY 425907xxxxxx8605 032240002057964 ?McC=7299 01 | | 6.00 | 6,949.76 |
| 2/2 | | POS Purchase - 02/02 Mach ID 000000 Rainbow Grocery San Franciscoca 8605 00302033702960846 ?McC=5411 | | 86.70 | 6,863.06 |
| 2/3 | | Recur Debit Crd Pmt02/02 Liv*Livingsocial 877-521-4191 DC 425907xxxxxx8605 034240001799105 ?McC=7278 01 | | 25.00 | |
| 2/3 | | POS Purchase - 02/03 Mach ID 000000 Arco Paypoint San Franciscoca 8605 00302034723889460 ?McC=5542 | | 51.53 | |
| 2/3 | | Withdrawal Made In A Branch/Store | | 300.00 | 6,486.53 |
| 2/6 | | Check Crd Purchase 02/02 Samovar Tea Lounge San Francisco CA 425907xxxxxx8605 036240003538611 ?McC=5812 90 | | 17.19 | |
| 2/6 | | Check Crd Purchase 02/02 No 9 Fishermen's Grott San Francisco CA 425907xxxxxx8605 036240003129757 ?McC=5812 90 | | 35.79 | |
| 2/6 | | Check Crd Purchase 02/04 Alpine Meadows Olympic Valle CA 425907xxxxxx8605 037240000491354 ?McC=7999 90 | | 7.50 | |
| 2/6 | | Check Crd Purchase 02/04 Alpine Meadows Olympic Valle CA 425907xxxxxx8605 037240000491572 ?McC=7999 90 | | 8.20 | |
| 2/6 | | Check Crd Purchase 02/04 Wild Cherries Coffee H Truckee CA 425907xxxxxx8605 037240001877077 ?McC=5812 90 | | 8.75 | |
| 2/6 | | Check Crd Purchase 02/04 Tahoe Forest Hospice T Truckee CA 425907xxxxxx8605 036240002017267 ?McC=5999 90 | | 13.21 | |
| 2/6 | | Recur Debit Crd Pmt02/04 Liv*Livingsocial 877-521-4191 DC 425907xxxxxx8605 036240001509494 ?McC=7278 01 | | 15.00 | |
| 2/6 | | Check Crd Purchase 02/05 The Ice Cream Bar, San Francisco CA 425907xxxxxx8605 037240003080806 ?McC=5812 90 | | 9.37 | |
| 2/6 | | POS Purchase - 02/06 Mach ID 000000 Trader Joe's # San Francisc CA 8605 00582037704448885 ?McC=5411 | | 104.48 | |
| 2/6 | | Withdrawal Made In A Branch/Store | | 3,552.00 | 2,715.04 |
| 2/7 | | Check Crd Purchase 02/05 Little Star Pizza San Francisco CA 425907xxxxxx8605 038240002486743 ?McC=5812 90 | | 25.50 | |
| 2/7 | | Check Crd Purchase 02/05 The-Power-Couple@Becou 770-639-9782 CA 425907xxxxxx8605 038240002602959 ?McC=5734 01 | | 199.00 | |
| 2/7 | | Recur Debit Crd Pmt02/06 Livingsocial Plus 877-521-4191 DC 425907xxxxxx8605 038240001696024 ?McC=7278 01 | | 20.00 | 2,470.54 |


WELLS
FARGO

**Transaction history (continued)**

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 2/8 | | Check Crd Purchase 02/06 Farm Fresh to You 800-7966009 CA 425907xxxxxx8605 039240001421332 ?McC=5969 01 | | 220.50 | 2,250.04 |
| 2/10 | | Check Crd Purchase 02/09 The Dailey Method 415-8643865 CA 425907xxxxxx8605 041240002900654 ?McC=7997 01 | | 6.00 | |
| 2/10 | | Check Crd Purchase 02/09 The Ice Cream Bar, San Francisco CA 425907xxxxxx8605 041240002881218 ?McC=5812 90 | | 9.14 | |
| 2/10 | | Check Crd Purchase 02/09 Hog & Rocks San Francisco CA 425907xxxxxx8605 041240001503677 ?McC=5812 90 | | 26.33 | |
| 2/10 | | POS Purchase - 02/10 Mach ID 000000 Costco Whse #01 San Francisc CA 8605 00462041720641666 ?McC=5300 | | 238.46 | |
| 2/10 | | POS Purchase - 02/10 Mach ID 000000 Rainbow Grocery San Franciscoca 8605 00382041731414740 ?McC=5411 | | 32.78 | |
| 2/10 | | POS Purchase - 02/10 Mach ID 000000 Arco Paypoint San Franciscoca 8605 00302041814109866 ?McC=5542 | | 32.61 | |
| 2/10 | | POS Purchase - 02/10 Mach ID 000000 Trader Joe's # Morgan Hill CA 8605 00382042003216473 ?McC=5411 | | 13.74 | 1,890.98 |
| 2/13 | | POS Purchase - 02/10 Mach ID 000000 Arco Paypoint Atascadero CA 8605 00582042083071658 ?McC=5542 | | 41.82 | |
| 2/13 | | POS Purchase - 02/11 Mach ID 000000 Office Max 219 Santa Barbaraca 8605 00382042687845740 ?McC=5943 | | 43.95 | |
| 2/13 | | Check Crd Purchase 02/11 The Dailey Method 415-8643865 CA 425907xxxxxx8605 044240000735490 ?McC=7997 01 | | 6.00 | |
| 2/13 | | Check Crd Purchase 02/11 Three Pickles - 2 Santa Barbara CA 425907xxxxxx8605 044240001036202 ?McC=5812 90 | | 6.99 | |
| 2/13 | | Check Crd Purchase 02/11 Arigato Sushi Santa Barbara CA 425907xxxxxx8605 044240000315739 ?McC=5812 90 | | 84.00 | |
| 2/13 | | POS Purchase - 02/12 Mach ID 000000 Cvs 09333 09333 Santa Barbaraca 8605 00382043743953905 ?McC=5912 | | 31.94 | |
| 2/13 | | POS Purchase - 02/12 Mach ID 000000 Arco Paypoint Atascadero CA 8605 00382044119275693 ?McC=5542 | | 50.38 | |
| 2/13 | | POS Purchase - 02/13 Mach ID 000000 USPS 0568080039 San Franciscoca 8605 00382044822673905 ?McC=9402 | | 28.39 | 1,597.51 |
| 2/14 | | Check Crd Purchase 02/12 Starbucks Corp00101303 Atascadero CA 425907xxxxxx8605 045240000325514 ?McC=5814 90 | | 12.10 | |
| 2/14 | | POS Purchase - 02/14 Mach ID 000000 Trader Joe's # San Francisc CA 8605 00462045736108761 ?McC=5411 | | 115.90 | 1,469.51 |
| 2/15 | | Check Crd Purchase 02/14 Savored 877-800-1180 NY 425907xxxxxx8605 046240002149315 ?McC=7299 01 | | 10.00 | |
| 2/15 | | Recurring Transfer Ref #Opejvrfw3D to Business Market Rate Savings xxxxxx4034 | | 100.00 | |
| 2/15 | | POS Purchase - 02/15 Mach ID 000000 Whole Foods Mar San Franciscoca 8605 00382046623781132 ?McC=5411 | | 36.68 | 1,322.83 |
| 2/16 | | Online Transfer Ref #Ibejvryzt8 From Complete Advantage(Rm) xxxxxx5236 on 02/16/12 | 150.00 | | |
| 2/16 | | Check Crd Purchase 02/14 Lombardi'S Sports San Francisco CA 425907xxxxxx8605 047240001331529 ?McC=5941 90 | | 2.81 | |
| 2/16 | | Check Crd Purchase 02/14 Lombardi'S Sports San Francisco CA 425907xxxxxx8605 047240001331530 ?McC=5941 90 | | 4.60 | |
| 2/16 | | POS Purchase - 02/16 Mach ID 000000 Walgreens 5280 San Franciscoca 8605 00382047676075070 ?McC=5912 | | 9.75 | |
| 2/16 | | POS Purchase - 02/16 Mach ID 000000 Ross Stores #12 San Franciscoca 8605 00302047682318533 ?McC=5310 | | 33.60 | |
| 2/16 | | Check Crd Purchase 02/16 Groupon Inc 877-788-7858 IL 425907xxxxxx8605 047240002302815 ?McC=7299 01 | | 15.00 | 1,407.07 |
| 2/17 | | Online Transfer Ref #Ibe2Djlm9Y From Complete Advantage(Rm) xxxxxx5236 on 02/17/12 | 250.00 | | |
| 2/17 | | Check Crd Purchase 02/16 J2 *Efax Plus Service 323-817-3205 CA 425907xxxxxx8605 048240000943834 ?McC=5968 01 | | 10.00 | 1,647.07 |
| 2/21 | | Check Crd Purchase 02/16 Fastrak Csc 877-2298655 CA 425907xxxxxx8605 050240004488674 ?McC=9399 01 | | 55.00 | |
| 2/21 | | Recur Debit Crd Pmt02/17 J2 *Efax Plus Service 323-817-3205 CA 425907xxxxxx8605 050240003683131 ?McC=5968 01 | | 10.00 | |



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 2/21 | | Check Crd Purchase 02/17 Tsp*Octopus Travel 800-219-4606 WA 425907xxxxxx8605 050240003008671 ?McC=4722 01 | | 114.58 | |
| 2/21 | | T.M.C.C Lease Pmt 120217 010277Gr525 Monette Stephens | | 734.13 | |
| 2/21 | | Vz Wireless Vw Vzw Webpay 120217 6423211 Carl *Wescott | | 249.83 | 483.53 |
| 2/22 | | POS Purchase - 02/22 Mach ID 000000 Safeway Store Truckee CA 8605 00582053703264715 ?McC=5411 | | 119.64 | 363.89 |
| 2/23 | | POS Purchase - 02/23 Mach ID 000000 Safeway Store Truckee CA 8605 00302054839702591 ?McC=5411 | | 81.59 | 282.30 |
| 2/24 | | Check Crd Purchase 02/22 Sv Preserve Food and B Olympic Valle CA 425907xxxxxx8605 055240000036726 ?McC=5814 90 | | 4.70 | |
| 2/24 | | POS Purchase - 02/24 Mach ID 000000 Arco Paypoint Auburn CA 8605 00302055849263115 ?McC=5542 | | 52.87 | 224.73 |
| 2/27 | | Check Crd Purchase 02/23 Zano's Family Italian Truckee CA 425907xxxxxx8605 057240004515276 ?McC=5812 90 | | 5.00 | |
| 2/27 | | POS Purchase - 02/24 Mach ID 000000 Safeway Store San Franciscoca 8605 00462056188926339 ?McC=5411 | | 69.25 | |
| 2/27 | | Recur Debit Crd Pmt02/26 Bigfishgames*134164959 206-448-6628 WA 425907xxxxxx8605 058240002028942 ?McC=5945 01 | | 6.99 | |
| 2/27 | | Recur Debit Crd Pmt02/26 Netflix.Com Netflix.Com CA 425907xxxxxx8605 058240000618955 ?McC=5968 01 | | 31.84 | 111.65 |
| **Ending balance on 2/29** | | | | | **111.65** |
| **Totals** | | | **$400.00** | **$7,244.11** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Paid and Deposited Items | 2 | 150 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

# IMPORTANT ACCOUNT INFORMATION

For customers with Wells Fargo debit, check or ATM cards issued in IN, MN, OH and SD: Starting February 1, 2012, you can begin to use your card to make purchases where you enter your Personal Identification Number (PIN) to authorize your purchase. Refer to the applicable account agreement for more information, or contact the customer service number on your statement.



## General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.
2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.
3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance shown on your statement ..................... $ ______

**ADD**

**B.** Any deposits listed in your register or transfers into your account which are not shown on your statement.
$ ______
$ ______
$ ______
\+ $ ______

.................................... **TOTAL** $ ______

**CALCULATE THE SUBTOTAL**

(Add Parts A and B)

.................................... **TOTAL** $ ______

**SUBTRACT**

**C.** The total outstanding checks and withdrawals from the chart above ............. - $ ______

**CALCULATE THE ENDING BALANCE**

(Part A + Part B - Part C)
This amount should be the same as the current balance shown in your check register ........................ $ ______

| Number | Items Outstanding | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | Total amount $ | |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

# Advantage Business Package Checking

Account number: ████2818 ■ March 1, 2012 - March 31, 2012 ■ Page 1 of 4

ATLAS CONSULTING, LLC
853 ASHBURY ST
SAN FRANCISCO CA 94117-4418

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

As our way of saying thank you to our business customers, Wells Fargo is extending money-saving offers on many of our business accounts and services between April 16 and June 30, 2012. For details on these limited-time offers, stop by any Wells Fargo location, visit us online at wellsfargo.com/appreciation, or call us at 877-436-4170.

## Account options

*A check mark in the box indicates you have these convenient services with your account. Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Rewards for Business Check Card | ☐ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☑ |

## Activity summary

| | |
|---|---|
| Beginning balance on 3/1 | $111.65 |
| Deposits/Credits | 16,814.00 |
| Withdrawals/Debits | - 14,485.58 |
| **Ending balance on 3/31** | **$2,440.07** |
| Average ledger balance this period | $1,158.85 |

Account number: ████2818
**ATLAS CONSULTING, LLC**
*California account terms and conditions apply*
For Direct Deposit and Automatic Payments use Routing Number (RTN): 121042882
For Wire Transfers use Routing Number (RTN): 121000248

**Overdraft Protection**

Your account is linked to the following for Overdraft Protection:

- Savings - 000006020214034


## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 3/1 | | Online Transfer Ref #Ibec3S7Bl2 From Complete Advantage(Rm) xxxxxx5236 on 03/01/12 | 1,900.00 | | |
| 3/1 | | Online Transfer Ref #Ibe86Qnddn From Complete Advantage(Rm) xxxxxx5236 on 03/01/12 | 950.00 | | |
| 3/1 | | Online Transfer Ref #Ibejvw8Qgr From Complete Advantage(Rm) xxxxxx5236 on 03/01/12 | 950.00 | | |
| 3/1 | | Online Transfer Ref #Ibemrxly5D From Complete Advantage(Rm) xxxxxx5236 on 03/01/12 | 750.00 | | |
| 3/1 | | Online Transfer Ref #Ibefytq6N8 From Complete Advantage(Rm) xxxxxx5236 on 03/01/12 | 300.00 | | |
| 3/1 | | Check Crd Purchase 02/29 Amazon Mktplace Pmts Amzn.Com/Bill WA 425907xxxxxx8605 061240000374226 ?McC=5942 01 | | 19.54 | |
| 3/1 | | Recur Debit Crd Pmt02/29 Livingsocial Plus 877-521-4191 DC 425907xxxxxx8605 061240001914251 ?McC=7278 01 | | 20.00 | |
| 3/1 | | Check Crd Purchase 02/29 Amazon Mktplace Pmts Amzn.Com/Bill WA 425907xxxxxx8605 061240000698876 ?McC=5942 01 | | 38.20 | |
| 3/1 | | Withdrawal Made In A Branch/Store | | 3,100.00 | 1,783.91 |
| 3/2 | | Online Transfer Ref #Ibe59Pkbsb From Complete Advantage(Rm) xxxxxx5236 on 03/02/12 | 720.00 | | |
| 3/2 | | Withdrawal Made In A Branch/Store | | 700.00 | |
| 3/2 | | Unitrinspecialty Autoinswck 120301 9907815 Atlas Consulting *LLC | | 262.16 | |
| 3/2 | | ATT Payment 030112 852192001Myw9H Atlas Consulting | | 214.73 | 1,327.02 |
| 3/5 | | Debit Crd Pur Intl 03/02 Boutique Hotel LA Cord San Pedro Sul Hn 425907xxxxxx8605 064240004471502 ?McC=7011 90 | | 199.30 | |
| 3/5 | | International Purchase Transaction Fee | | 5.97 | |
| 3/5 | | Pacific Gas/Elec Online Pmt 120305 Ckf412402848Neg Monette Stephens | | 366.05 | |
| 3/5 | | Vz Wireless Vw Vzw Webpay 120302 1367370 Carl *Wescott | | 236.78 | 518.92 |
| 3/7 | | Check Crd Purchase 03/05 Becouply Dates 770-639-9782 CA 425907xxxxxx8605 067240002816887 ?McC=5734 01 | | 199.00 | 319.92 |
| 3/8 | | Check Crd Pur Rtrn 03/06 Becouply Dates 770-639-978 CA 425907xxxxxx8605 068240001134697 ?McC=5734 01 | 50.00 | | 369.92 |
| 3/15 | | Recurring Transfer Ref #Opefyxv2SD to Business Market Rate Savings xxxxxx4034 | | 100.00 | |
| 3/15 | | The Gas Company Paid Scgc 120313 1044164800 1331676102768 | | 18.17 | 251.75 |
| 3/19 | | Recurring Transfer Ref #Opexh83Gxv From Business Market Rate Savings xxxxxx4034 | 100.00 | | |
| 3/19 | | ATM Withdrawal - 03/17 Mach ID 9868B 1726 Haight St San Francisco CA 8605 0007862 | | 200.00 | |
| 3/19 | | ATM Withdrawal - 03/17 Mach ID TX47148 1535 Haight St.1535 Haighsan Franciscoca 8605 00302078195559521 | | 102.50 | |
| 3/19 | | Non-Wells Fargo ATM Transaction Fee | | 2.50 | |
| 3/19 | | Check Crd Purchase 03/17 Hobson's Choice 415-621-5859 CA 425907xxxxxx8605 079240002795475 ?McC=5812 90 | | 24.68 | 22.07 |
| 3/26 | | Deposit | 11,000.00 | | |
| 3/26 | | Online Transfer Ref #Ibetl7Ywww From Business Market Rate Savings xxxxxx4034 on 03/24/12 | 94.00 | | |
| 3/26 | | Withdrawal Made In A Branch/Store | | 1,750.00 | 9,366.07 |
| 3/27 | | Wire Trans Svc Charge - Sequence: 120327078295 Srf# 0063586086796122 Trn#120327078295 Rfb# | | 45.00 | |
| 3/27 | | Check Crd Purchase 03/26 Savored 877-800-1180 NY 425907xxxxxx8605 087240001863655 ?McC=7299 01 | | 10.00 | |
| 3/27 | | Recur Debit Crd Pmt03/26 Netflix.Com Netflix.Com CA 425907xxxxxx8605 087240000125001 ?McC=5968 01 | | 31.84 | |
| 3/27 | | WT 120327-078295 Banco Pichincha C.A /Bnf=Ecuaassist Srf# 0063586086796122 Trn#120327078295 Rfb# | | 1,615.00 | |



**Transaction history (continued)**

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 3/27 | | Withdrawal Made In A Branch/Store | | 4,000.00 | 3,664.23 |
| 3/29 | | Debit Crd Pur Intl 03/28 Boutique Hotel LA Cord Cortes Hn 425907xxxxxx8605 089240002278898 ?McC=7011 90 | | 205.99 | |
| 3/29 | | International Purchase Transaction Fee | | 6.17 | 3,452.07 |
| 3/30 | | Withdrawal Made In A Branch/Store | | 1,000.00 | |
| 3/30 | | Cash Deposited Fee | | 12.00 | 2,440.07 |
| **Ending balance on 3/31** | | | | | **2,440.07** |
| **Totals** | | | **$16,814.00** | **$14,485.58** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 11,000 | 5,000 | 6,000 | 0.0020 | 12.00 |
| Paid and Deposited Items | 5 | 150 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$12.00** |

# IMPORTANT ACCOUNT INFORMATION

Effective May 10, 2012, your account may be charged an ATM surcharge fee when you make a withdrawal with your Wells Fargo Business Debit or ATM Card at non-Wells Fargo ATMs that display the Instant Cash network logo. This fee is determined by the ATM owner or operator. As a reminder, Wells Fargo may assess a $2.50 per transaction fee when you make a transaction with your card at non-Wells Fargo ATMs that display the Instant Cash network logo.

For fee waiver details, refer to your Wells Fargo Business Account Fee & Information Schedule, or other applicable account disclosure.

If you have any questions, please contact your local banker or call the phone number at the top of your statement. Thank you.

Case: 12-03148 Doc# 81-13 Filed: 08/30/13 Entered: 08/30/13 15:33:51 Page 13 of 20



## General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.
2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.
3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance shown on your statement . . . . . . . . . . . . . . . . . . . . . $ ____________

**ADD**

**B.** Any deposits listed in your register or transfers into your account which are not shown on your statement.

$ ____________
$ ____________
$ ____________
+ $ ____________

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ ____________

**CALCULATE THE SUBTOTAL**

(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ ____________

**SUBTRACT**

**C.** The total outstanding checks and withdrawals from the chart above . . . . . . . . . . . . . - $ ____________

**CALCULATE THE ENDING BALANCE**

(Part A + Part B - Part C)
This amount should be the same as the current balance shown in your check register . . . . . . . . . . . . . . . . . . . . . . . . $ ____________

| Number | Items Outstanding | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**Total amount $** ____________

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

Case: 12-03148 Doc# 81-13 Filed: 08/30/13 Entered: 08/30/13 15:33:51 Page 14 of 20

# Advantage Business Package Checking

Account number: [redacted]2818 ■ April 1, 2012 - April 30, 2012 ■ Page 1 of 6

WELLS FARGO

ATLAS CONSULTING, LLC
853 ASHBURY ST
SAN FRANCISCO CA 94117-4418

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

As our way of saying thank you to our business customers, Wells Fargo is extending money-saving offers on many of our business accounts and services between April 16 and June 30, 2012. For details on these limited-time offers, stop by any Wells Fargo location, visit us online at wellsfargo.com/appreciation, or call us at 877-436-4170.

## Account options

*A check mark in the box indicates you have these convenient services with your account. Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Rewards for Business Check Card | ☐ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☑ |

## Activity summary

| | |
|---|---|
| Beginning balance on 4/1 | $2,440.07 |
| Deposits/Credits | 30,101.31 |
| Withdrawals/Debits | - 30,774.72 |
| **Ending balance on 4/30** | **$1,766.66** |
| Average ledger balance this period | $3,202.56 |

Account number: [redacted]2818
**ATLAS CONSULTING, LLC**
*California account terms and conditions apply*
For Direct Deposit and Automatic Payments use
Routing Number (RTN): 121042882
For Wire Transfers use
Routing Number (RTN): 121000248

**Overdraft Protection**
Your account is linked to the following for Overdraft Protection:
- Savings [redacted]4034



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 4/2 | | Recur Debit Crd Pmt03/30 Livingsocial*Plus 202-695-8945 DC 425907xxxxxx8605 091240001713874 ?McC=7278 01 | | 20.00 | 2,420.07 |
| 4/3 | | Anthem Bc RA-0201003 120402 000000299826081 Atlas Consulting | | 695.00 | 1,725.07 |
| 4/4 | | Vz Wireless Vw Vzw Webpay 120403 9118472 Carl *Wescott | | 243.86 | |
| 4/4 | | Cox Enterprises Broadband 120403 6218950 Atlas Consulting *LLC | | 56.61 | 1,424.60 |
| 4/6 | | Paypal Verifybank 120406 204S42222Bgsume Monette Stephens | 0.20 | | |
| 4/6 | | Paypal Verifybank 120406 104S42222Bgsume Monette Stephens | 0.02 | | |
| 4/6 | | POS Purchase - 04/06 Mach ID 000000 00966 Albertso Scottsdale AZ 8605 00000209713649836 ?McC=5411 | | 110.33 | 1,314.49 |
| 4/9 | | Check Crd Purchase 04/06 Becouply Dates 770-639-9782 CA 425907xxxxxx8605 099240001200122 ?McC=5734 01 | | 199.00 | |
| 4/9 | | Check Crd Purchase 04/07 Usairways 0372466855 Phoenix AZ 425907xxxxxx8605 100240002470061 ?McC=3063 01 | | 2.00 | |
| 4/9 | | Check Crd Purchase 04/07 Cosanti Foundation Mayer AZ 425907xxxxxx8605 099240002582863 ?McC=5999 90 | | 30.00 | |
| 4/9 | | Check Crd Purchase 04/07 Taxipassphoenix.Com 800-222-8294 AZ 425907xxxxxx8605 099240002202801 ?McC=4121 01 | | 83.00 | |
| 4/9 | | POS Purchase - 04/09 Mach ID 000000 Vons Store Santa Barabraca 8605 00302100656905271 ?McC=5411 | | 7.08 | |
| 4/9 | | Withdrawal Made In A Branch/Store | | 134.00 | 859.41 |
| 4/10 | | ATM Cash Deposit - 04/10 Mach ID 0979E 3804 State Street Santa Barbara CA 8605 0000476 | 1,000.00 | | |
| 4/10 | | ATM Cash Deposit - 04/10 Mach ID 0979E 3804 State Street Santa Barbara CA 8605 0000474 | 744.00 | | |
| 4/10 | | ATM Cash Deposit - 04/10 Mach ID 0979D 3804 State Street Santa Barbara CA 8605 0004822 | 520.00 | | |
| 4/10 | | ATM Cash Deposit - 04/10 Mach ID 0979E 3804 State Street Santa Barbara CA 8605 0000475 | 500.00 | | |
| 4/10 | | Check Crd Purchase 04/08 The Hungry Cat - Santa Santa Barbara CA 425907xxxxxx8605 101240001080164 ?McC=5812 90 | | 130.98 | |
| 4/10 | | Check Crd Purchase 04/09 Savored 877-800-1180 NY 425907xxxxxx8605 101240001697647 ?McC=7299 01 | | 10.00 | 3,482.43 |
| 4/11 | | Deposit | 3,700.00 | | |
| 4/11 | | POS Purchase - 04/10 Mach ID 000000 Vons Store Santa Barabraca 8605 00382102174345909 ?McC=5411 | | 8.81 | |
| 4/11 | | Check Crd Purchase 04/10 Hog & Rocks San Francisco CA 425907xxxxxx8605 102240001621732 ?McC=5812 90 | | 210.98 | 6,962.64 |
| 4/12 | | ATM Cash Deposit - 04/12 Mach ID 0641D Santa Barbara Main Santa Barbara CA 8605 0000001 | 1,000.00 | | |
| 4/12 | | ATM Cash Deposit - 04/12 Mach ID 0641D Santa Barbara Main Santa Barbara CA 8605 0000002 | 1,000.00 | | |
| 4/12 | | Check Crd Purchase 04/12 Groupon Inc 877-788-7858 IL 425907xxxxxx8605 103240002170239 ?McC=7299 01 | | 50.00 | 8,912.64 |
| 4/13 | | Paypal Transfer 120413 4S4225Shmqcwg Monette Stephens | 114.19 | | |
| 4/13 | | Debit Crd Purchase 04/11 Paypal *Skype 35314369001 Lu 425907xxxxxx8605 104240001854115 ?McC=4814 01 | | 13.46 | |
| 4/13 | | Check Crd Purchase 04/12 Amazon.Com Amzn.Com/Bill WA 425907xxxxxx8605 104240001015657 ?McC=5942 01 | | 23.95 | |
| 4/13 | | Check Crd Purchase 04/12 Amazon.Com Amzn.Com/Bill WA 425907xxxxxx8605 104240001018764 ?McC=5942 01 | | 27.83 | |
| 4/13 | | Recur Debit Crd Pmt04/12 Mlb.Com WWW.Mlb.Com NY 425907xxxxxx8605 104240000314129 ?McC=5941 01 | | 119.99 | |
| 4/13 | | T.M.C.C Lease Pmt 120412 010277Gr525 Monette Stephens | | 734.13 | 8,107.47 |
| 4/16 | | ATM Cash Deposit - 04/15 Mach ID 0019C 3624 Geary Blvd San Francisco CA 8605 0000965 | 1,000.00 | | |
| 4/16 | | ATM Cash Deposit - 04/15 Mach ID 0019C 3624 Geary Blvd San Francisco CA 8605 0000966 | 1,000.00 | | |

***Transaction history (continued)***

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 4/16 | | ATM Cash Deposit - 04/15 Mach ID 0019C 3624 Geary Blvd San Francisco CA 8605 0000967 | 500.00 | | |
| 4/16 | | ATM Cash Deposit - 04/15 Mach ID 0019C 3624 Geary Blvd San Francisco CA 8605 0000968 | 300.00 | | |
| 4/16 | | Recur Debit Crd Pmt04/12 Paypal *Skype 35314369001 Lu 425907xxxxxx8605 106240004041949 ?McC=4814 01 | | 13.53 | |
| 4/16 | | Check Crd Purchase 04/13 Savored 877-800-1180 NY 425907xxxxxx8605 106240004527081 ?McC=7299 01 | | 10.00 | |
| 4/16 | | Check Crd Purchase 04/13 Petros Los Olivos Los Olivos CA 425907xxxxxx8605 106240001640303 ?McC=5812 90 | | 60.89 | |
| 4/16 | | Check Crd Purchase 04/13 Arigato Sushi Santa Barbara CA 425907xxxxxx8605 106240000283986 ?McC=5812 90 | | 82.82 | |
| 4/16 | | Check Crd Purchase 04/13 Dragonette Cellars Los Olivos CA 425907xxxxxx8605 107240002191949 ?McC=7991 90 | | 302.24 | |
| 4/16 | | Recurring Transfer Ref #Opemsb3Hzv to Business Market Rate Savings xxxxxx4034 | | 100.00 | |
| 4/16 | | POS Purchase - 04/15 Mach ID 000000 Arco Paypoint Pismo Beach CA 8605 00462106647781645 ?McC=5542 | | 68.61 | |
| 4/16 | | Check Crd Purchase 04/15 Linda Taqueria Gonzales CA 425907xxxxxx8605 107240002923054 ?McC=5812 90 | | 16.86 | |
| 4/16 | | Check Crd Purchase 04/15 A C T Q96 San Francisco CA 425907xxxxxx8605 107240003118541 ?McC=5814 90 | | 27.00 | 10,225.52 |
| 4/17 | | ATM Check Deposit - 04/17 Mach ID 9868B 1726 Haight St San Francisco CA 8605 0006210 | 2,850.00 | | |
| 4/17 | | ATM Cash Deposit - 04/17 Mach ID 9868B 1726 Haight St San Francisco CA 8605 0006211 | 1,000.00 | | |
| 4/17 | | ATM Cash Deposit - 04/17 Mach ID 9868B 1726 Haight St San Francisco CA 8605 0006212 | 842.00 | | |
| 4/17 | | Recurring Transfer Ref #Opexhh6Tq7 From Business Market Rate Savings xxxxxx4034 | 100.00 | | |
| 4/17 | | Wire Trans Svc Charge - Sequence: 120417095400 Srf# 0063586108752624 Trn#120417095400 Rfb# | | 45.00 | |
| 4/17 | | Check Crd Purchase 04/16 Amazon Mktplace Pmts Amzn.Com/Bill WA 425907xxxxxx8605 108240001815300 ?McC=5942 01 | | 8.65 | |
| 4/17 | | Check Crd Purchase 04/16 Amazon Mktplace Pmts Amzn.Com/Bill WA 425907xxxxxx8605 108240001128494 ?McC=5942 01 | | 8.99 | |
| 4/17 | | Check Crd Purchase 04/16 Amazon Mktplace Pmts Amzn.Com/Bill WA 425907xxxxxx8605 108240001853868 ?McC=5942 01 | | 26.95 | |
| 4/17 | | Check Crd Purchase 04/16 Williams and Selyem Ll 707-4314809 CA 425907xxxxxx8605 108240002575317 ?McC=7991 01 | | 150.00 | |
| 4/17 | | Check Crd Purchase 04/16 Williams and Selyem Ll 707-4314809 CA 425907xxxxxx8605 108240002575316 ?McC=7991 01 | | 300.00 | |
| 4/17 | | WT 120417-095400 Banco Internacional /Bnf=Eduardo Xavier Vargas Cueva Srf# 0063586108752624 Trn#120417095400 Rfb# | | 8,842.00 | |
| 4/17 | 1001 | Check | | 5,520.90 | 115.03 |
| 4/18 | | Check Reversal | 5,520.90 | | |
| 4/18 | | NSF Return Item Fee for Item $5,520.90 04/17 Check # 01001 | | 35.00 | |
| 4/18 | | ATM Check Deposit - 04/18 Mach ID 4262U Haight & Belvedere San Francisco CA 8605 0004743 | 2,850.00 | | |
| 4/18 | | ATM Cash Deposit - 04/18 Mach ID 9868B 1726 Haight St San Francisco CA 8605 0006472 | 1,000.00 | | |
| 4/18 | | ATM Cash Deposit - 04/18 Mach ID 9868B 1726 Haight St San Francisco CA 8605 0006473 | 1,000.00 | | |
| 4/18 | | ATM Cash Deposit - 04/18 Mach ID 9868B 1726 Haight St San Francisco CA 8605 0006474 | 160.00 | | |
| 4/18 | | Wire Trans Svc Charge - Sequence: 120418123368 Srf# 0063586109731244 Trn#120418123368 Rfb# | | 45.00 | |
| 4/18 | | Check Crd Purchase 04/16 Moneygram Payment Syst Brooklyn Cent MN 425907xxxxxx8605 109240000858891 ?McC=4829 01 | | 954.99 | |

WELLS
FARGO

**Transaction history (continued)**

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 4/18 | | WT 120418-123368 Banco DE Guayaquil /Bnf=Patricio Tamariz Srf# 0063586109731244 Trn#120418123368 Rfb# | | 2,200.00 | 7,410.94 |
| 4/19 | | Check Crd Purchase 04/17 Zazie San Francisco CA 425907xxxxxx8605 11024000l627849 ?McC=5812 90 | | 49.86 | |
| 4/19 | | Check Crd Purchase 04/18 Postal Chase #1, The San Francisco CA 425907xxxxxx8605 110240002133221 ?McC=7399 90 | | 20.00 | |
| 4/19 | | Check Crd Purchase 04/18 Parada 22 Inc San Francisco CA 425907xxxxxx8605 110240002721112 ?McC=5814 90 | | 38.33 | |
| 4/19 | | POS Purchase - 04/19 Mach ID 000000 Safeway Store San Franciscoca 8605 00302110750785915 ?McC=5411 | | 22.33 | |
| 4/19 | 1001 | Check | | 5,520.90 | 1,759.52 |
| 4/20 | | Check Crd Purchase 04/18 United Air 0162324810 Houston TX 425907xxxxxx8605 111240002115204 ?McC=3000 01 | | 153.20 | |
| 4/20 | | Check Crd Purchase 04/19 Postal Chase #1, The San Francisco CA 425907xxxxxx8605 111240002132872 ?McC=7399 90 | | 10.00 | 1,596.32 |
| 4/23 | | ATM Cash Deposit - 04/22 Mach ID 4262U Haight & Belvedere San Francisco CA 8605 0005898 | 700.00 | | |
| 4/23 | | Check Crd Purchase 04/18 Act 415-7492228 CA 425907xxxxxx8605 113240004393944 ?McC=5969 01 | | 1,104.50 | |
| 4/23 | | Check Crd Purchase 04/20 Amazon Mktplace Pmts Amzn.Com/Bill WA 425907xxxxxx8605 113240002715195 ?McC=5942 01 | | 55.58 | |
| 4/23 | | Check Crd Purchase 04/20 Greens Restaurant Sanfrancisco CA 425907xxxxxx8605 113240005547404 ?McC=5812 90 | | 170.00 | |
| 4/23 | | Check Crd Purchase 04/21 Fort Mason Center San Francisco CA 425907xxxxxx8605 113240001358663 ?McC=7523 90 | | 4.00 | 962.24 |
| 4/24 | | Check Crd Purchase 04/21 United Air 0162926046 Houston TX 425907xxxxxx8605 115240002382682 ?McC=3000 01 | | 500.00 | |
| 4/24 | | Check Crd Purchase 04/21 United Air 0162926046 Houston TX 425907xxxxxx8605 115240002382683 ?McC=3000 01 | | 500.00 | |
| 4/24 | | Check Crd Purchase 04/22 United Air 0162325227 Houston TX 425907xxxxxx8605 115240002382681 ?McC=3000 01 | | 300.60 | |
| 4/24 | | Check Crd Purchase 04/23 Oww*Orbitz.Com 888-656-4546 IL 425907xxxxxx8605 115240001143806 ?McC=4722 01 | | 10.99 | |
| 4/24 | | Check Crd Purchase 04/23 Stanford Evnt/Program 650-723-3955 CA 425907xxxxxx8605 115240002724440 ?McC=8220 01 | | 100.00 | -449.35 |
| 4/25 | | Overdraft Fee for Item $500.00 04/24 Check Crd Purchase 04/21 United Air 0162926046 Houston TX 425907xxxxxx8605 1152400023826 | | 35.00 | |
| 4/25 | | Deposit | 700.00 | | |
| 4/25 | | Debit Crd Purchase 04/23 Pluna-WWW.F 2867018857 Uruguay Uy 425907xxxxxx8605 116240001432916 ?McC=4511 01 | | 293.14 | -77.49 |
| 4/26 | | Overdraft Fee for Item $293.14 04/25 Debit Crd Purchase 04/23 Pluna-WWW.F 2867018857 Uruguay Uy 425907xxxxxx8605 1162400014329 | | 35.00 | |
| 4/26 | | ATM Cash Deposit - 04/26 Mach ID 9868B 1726 Haight St San Francisco CA 8605 0008583 | 980.00 | | |
| 4/26 | | ATM Cash Deposit - 04/26 Mach ID 9868B 1726 Haight St San Francisco CA 8605 0008584 | 20.00 | | |
| 4/26 | | Check Crd Purchase 04/26 Amazon Mktplace Pmts Amzn.Com/Bill WA 425907xxxxxx8605 117240002760766 ?McC=5942 01 | | 3.87 | |
| 4/26 | | Check Crd Purchase 04/26 Amazon Mktplace Pmts Amzn.Com/Bill WA 425907xxxxxx8605 117240002758925 ?McC=5942 01 | | 49.50 | |
| 4/26 | | The Gas Company Paid Scgc 120424 1044164800 1335286321263 | | 26.14 | 808.00 |
| 4/27 | | Deposit | 1,000.00 | | |




## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 4/27 | | Recur Debit Crd Pmt04/26 Netflix.Com Netflix.Com CA 425907xxxxxx8605 118240000395934 ?McC=5968 01 | | 31.84 | 1,776.16 |
| 4/30 | | Check Crd Purchase 04/27 Tribeca Pizzeria New York NY 425907xxxxxx8605 120240005437325 ?McC=5812 90 | | 9.50 | 1,766.66 |
| **Ending balance on 4/30** | | | | | **1,766.66** |
| **Totals** | | | **$30,101.31** | **$30,774.72** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

**Summary of checks written** *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 1001 | 4/19 | 5,520.90 | 1001 | 4/17 | 5,520.90 |

**Items returned unpaid**

| Date | Description | Amount |
|---|---|---|
| 4/18 | Non-Monetary Notation Transaction Reference # 00007116008318785953 | 5,520.90 |

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 1,700 | 5,000 | 0 | 0.0020 | 0.00 |
| Paid and Deposited Items | 10 | 150 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |



## General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.
2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.
3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance shown on your statement ..................... $ ________

**ADD**

**B.** Any deposits listed in your register or transfers into your account which are not shown on your statement.

$ ________
$ ________
$ ________
+ $ ________

.................................... TOTAL $ ________

**CALCULATE THE SUBTOTAL**

(Add Parts A and B)

.................................... TOTAL $ ________

**SUBTRACT**

**C.** The total outstanding checks and withdrawals from the chart above ............. - $ ________

**CALCULATE THE ENDING BALANCE**

(Part A + Part B - Part C)
This amount should be the same as the current balance shown in your check register ......................... $ ________

| Number | Items Outstanding | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | Total amount $ | |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801