# Advantage Business Package Checking

Account number: ████2818 ■ May 1, 2012 - May 31, 2012 ■ Page 1 of 5



**WELLS FARGO**

ATLAS CONSULTING, LLC
853 ASHBURY ST
SAN FRANCISCO CA 94117-4418

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

As our way of saying thank you to our business customers, Wells Fargo is extending money-saving offers on many of our business accounts and services between April 16 and June 30, 2012. For details on these limited-time offers, stop by any Wells Fargo location, visit us online at wellsfargo.com/appreciation, or call us at 877-436-4170.

## Account options

*A check mark in the box indicates you have these convenient services with your account. Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Rewards for Business Check Card | ☐ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☑ |

## Activity summary

| | |
|---|---|
| Beginning balance on 5/1 | $1,766.66 |
| Deposits/Credits | 14,582.40 |
| Withdrawals/Debits | - 10,016.83 |
| **Ending balance on 5/31** | **$6,332.23** |
| Average ledger balance this period | $1,160.93 |

Account number: ████2818
**ATLAS CONSULTING, LLC**

*California account terms and conditions apply*

For Direct Deposit and Automatic Payments use
Routing Number (RTN): 121042882

For Wire Transfers use
Routing Number (RTN): 121000248

## Overdraft Protection

Your account is linked to the following for Overdraft Protection:
■ Savings - ████4034



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 5/1 | | Recur Debit Crd Pmt05/01 Livingsocial*Plus 202-695-8945 DC 425907xxxxxx8605 122240002192977 ?McC=7278 01 | | 20.00 | 1,746.66 |
| 5/2 | | Recur Debit Crd Pmt04/30 Paypal *Skype 35314369001 Lu 425907xxxxxx8605 123240001445996 ?McC=4814 01 | | 13.58 | 1,733.08 |
| 5/3 | | Debit Crd Pur 04/30 Ancap Est. Rocca Rocha Uy 425907xxxxxx8605 124240001698033 ?McC=5541 90 | | 65.35 | |
| 5/3 | | International Purchase Transaction Fee | | 1.96 | |
| 5/3 | | Debit Crd Pur Intl 04/30 Parador LA Huella Jose Ignacio Uy 425907xxxxxx8605 124240001698000 ?McC=5812 90 | | 73.90 | |
| 5/3 | | International Purchase Transaction Fee | | 2.21 | 1,589.66 |
| 5/4 | | Debit Crd Pur Intl 04/28 IL Gran Caffe 6 Cap.Federal Av 425907xxxxxx8605 125240000972666 ?McC=5462 90 | | 21.93 | |
| 5/4 | | International Purchase Transaction Fee | | 0.65 | |
| 5/4 | | Debit Crd Pur Intl 04/28 Transfer Express 7 Ezeiza Av 425907xxxxxx8605 125240000972830 ?McC=4121 90 | | 42.96 | |
| 5/4 | | International Purchase Transaction Fee | | 1.28 | |
| 5/4 | | Debit Crd Pur Intl 04/29 Libertador Hotel Buen5 Centro-Microc Av 425907xxxxxx8605 125240000972333 ?McC=7011 01 | | 121.19 | |
| 5/4 | | International Purchase Transaction Fee | | 3.63 | |
| 5/4 | | Debit Crd Pur Intl 05/01 Leopoldo 3 Cap.Federal Av 425907xxxxxx8605 125240000972399 ?McC=5812 90 | | 188.79 | |
| 5/4 | | International Purchase Transaction Fee | | 5.66 | |
| 5/4 | | Debit Crd Pur Intl 05/02 Sabot * 7 Cap.Federal Av 425907xxxxxx8605 125240000972573 ?McC=5812 90 | | 58.78 | |
| 5/4 | | International Purchase Transaction Fee | | 1.76 | |
| 5/4 | | Check Crd Purchase 05/02 United Air 0162326311 Houston TX 425907xxxxxx8605 125240002234262 ?McC=3000 01 | | 337.45 | 805.58 |
| 5/7 | | Debit Crd Pur Intl 05/02 Bs AS Sheraton Hotel*6 Cap.Federal Av 425907xxxxxx8605 127240003494880 ?McC=3503 00 | | 123.32 | |
| 5/7 | | International Purchase Transaction Fee | | 3.69 | |
| 5/7 | | Check Crd Purchase 05/05 Boxing Room San Francisco CA 425907xxxxxx8605 128240000908544 ?McC=5812 90 | | 50.75 | |
| 5/7 | | Check Crd Purchase 05/06 Parada 22 Inc San Francisco CA 425907xxxxxx8605 128240003172056 ?McC=5814 90 | | 33.33 | |
| 5/7 | | Check Crd Purchase 05/06 Becouply Dates 770-639-9782 CA 425907xxxxxx8605 128240003105498 ?McC=5734 01 | | 199.00 | 395.49 |
| 5/8 | | Check Crd Purchase 05/06 Dosa San Francisco CA 425907xxxxxx8605 129240000558415 ?McC=5812 90 | | 42.39 | |
| 5/8 | | Check Crd Purchase 05/07 Bangkok 900 San Francisco CA 425907xxxxxx8605 129240002564610 ?McC=5812 90 | | 26.90 | |
| 5/8 | | POS Purchase - 05/08 Mach ID 000000 Ashbury Market San Francisc CA 8605 00000212940179474 ?McC=5411 | | 10.04 | 316.16 |
| 5/10 | | Check Crd Purchase 05/08 Zazie San Francisco CA 425907xxxxxx8605 131240001339988 ?McC=5812 90 | | 35.92 | |
| 5/10 | | Check Crd Purchase 05/10 Espressamente San Francisco CA 425907xxxxxx8605 131240002748259 ?McC=5812 90 | | 13.25 | |
| 5/10 | | Check Crd Purchase 05/10 Groupon Inc 877-788-7858 IL 425907xxxxxx8605 131240002299925 ?McC=7299 01 | | 14.00 | |
| 5/10 | | Check Crd Purchase 05/10 Groupon Inc 877-788-7858 IL 425907xxxxxx8605 131240002299926 ?McC=7299 01 | | 14.00 | |
| 5/10 | | Check Crd Purchase 05/10 Groupon Inc 877-788-7858 IL 425907xxxxxx8605 131240002299928 ?McC=7299 01 | | 30.00 | |
| 5/10 | | Check Crd Purchase 05/10 Groupon Inc 877-788-7858 IL 425907xxxxxx8605 131240002299918 ?McC=7299 01 | | 60.00 | 148.99 |
| 5/14 | | Deposit | 300.00 | | |
| 5/14 | | Paypal Transfer 120512 4S4225V8Tkgma Monette Stephens | 242.45 | | |
| 5/14 | | Check Crd Purchase 05/09 Frances Restaurant Sanfrancisco CA 425907xxxxxx8605 134240002605838 ?McC=5812 90 | | 88.88 | |
| 5/14 | | Check Crd Purchase 05/10 LA Boulange DE Fillmor San Francisco CA 425907xxxxxx8605 134240003769269 ?McC=5814 90 | | 12.53 | |



**WELLS FARGO**

## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 5/14 | | Check Crd Purchase 05/11 Claudine San Francisco CA 425907xxxxxx8605 134240004773668 ?McC=5812 90 | | 47.47 | |
| 5/14 | | ATM Withdrawal - 05/13 Mach ID 00000564 Aeropuerto Saliaeropuertoquito Ec 8605 00282134765670213 | | 160.00 | |
| 5/14 | | Non-Wells Fargo ATM Transaction Fee | | 2.50 | 380.06 |
| 5/15 | | Recurring Transfer Ref #Opemsk495W to Business Market Rate Savings xxxxxx4034 | | 100.00 | 280.06 |
| 5/17 | | Non-WF ATM Bal Inquiry Fee - 05/17 Mach ID 00000206 D/Bahia Caraq 2D/Bahia Cabahia Ec 8605 | | 2.00 | |
| 5/17 | | Check Crd Pur Rtrn 05/15 United Air 0162326311 Houston TX 425907xxxxxx8605 138240002140768 ?McC=3000 01 | 337.45 | | |
| 5/17 | | Recurring Transfer Ref #Opejwj8W78 From Business Market Rate Savings xxxxxx4034 | 100.00 | | |
| 5/17 | | ATM Withdrawal - 05/17 Mach ID 00000206 D/Bahia Caraq 2D/Bahia Cabahia Ec 8605 00162138743983252 | | 300.00 | |
| 5/17 | | Non-Wells Fargo ATM Transaction Fee | | 2.50 | 413.01 |
| 5/18 | | Debit Crd Purchase 05/13 Hotel Sheraton / Fidel Quito Ec 425907xxxxxx8605 139240001589023 ?McC=7011 | | 88.05 | |
| 5/18 | | Recur Debit Crd Pmt05/16 Paypal *Skype 35314369001 Lu 425907xxxxxx8605 139240001478642 ?McC=4814 01 | | 13.06 | 311.90 |
| 5/21 | | Deposit Made In A Branch/Store | 5,000.00 | | |
| 5/21 | | Check Crd Purchase 05/19 Frances Restaurant Sanfrancisco CA 425907xxxxxx8605 141240002542531 ?McC=5812 90 | | 92.29 | |
| 5/21 | | Check Crd Purchase 05/20 United Air 0162328069 Houston TX 425907xxxxxx8605 142240002585824 ?McC=3000 01 | | 5.00 | |
| 5/21 | | Check Crd Purchase 05/20 Amazon.Com Amzn.Com/Bill WA 425907xxxxxx8605 142240001559725 ?McC=5942 01 | | 8.00 | 5,206.61 |
| 5/22 | | ATM Withdrawal - 05/21 Mach ID 9868B 1726 Haight St San Francisco CA 8605 0005953 | | 300.00 | |
| 5/22 | | Check Crd Purchase 05/22 Groupon Inc 877-788-7858 IL 425907xxxxxx8605 143240002372236 ?McC=7299 01 | | 29.00 | 4,877.61 |
| 5/23 | | Check Crd Purchase 05/22 United Air 0162328263 Houston TX 425907xxxxxx8605 144240002236701 ?McC=3000 01 | | 22.50 | |
| 5/23 | | Debit Crd Pur Intl 05/22 Boutique Hotel LA Cord Cortes Hn 425907xxxxxx8605 144240002646961 ?McC=7011 90 | | 141.67 | |
| 5/23 | | International Purchase Transaction Fee | | 4.25 | |
| 5/23 | | Check Crd Purchase 05/23 Groupon Inc 877-788-7858 IL 425907xxxxxx8605 144240002405606 ?McC=7299 01 | | 20.00 | |
| 5/23 | | Check Crd Purchase 05/23 Groupon Inc 877-788-7858 IL 425907xxxxxx8605 144240002405599 ?McC=7299 01 | | 30.00 | |
| 5/23 | | Withdrawal Made In A Branch/Store | | 2,000.00 | 2,659.19 |
| 5/24 | | Check Crd Purchase 05/22 Shn Theatres 888-7461799 CA 425907xxxxxx8605 145240000272118 ?McC=7922 01 | | 1,750.00 | 909.19 |
| 5/25 | | Check Crd Purchase 05/23 United Air 0162328487 Houston TX 425907xxxxxx8605 146240002285120 ?McC=3000 01 | | 7.50 | |
| 5/25 | | Check Crd Purchase 05/23 United Air 0162328488 Houston TX 425907xxxxxx8605 146240002285121 ?McC=3000 01 | | 61.25 | |
| 5/25 | | Transfer to Fecteau Richard Ref #Ppeo4Gtdxc xxxxxx4279 | | 399.00 | |
| 5/25 | | Debit Crd Pur Intl 05/24 Boutique Hotel LA Cord Cortes Hn 425907xxxxxx8605 146240002302597 ?McC=7011 90 | | 48.04 | |
| 5/25 | | International Purchase Transaction Fee | | 1.44 | 391.96 |
| 5/29 | | Deposit Made In A Branch/Store | 3,600.00 | | |
| 5/29 | | Debit Crd Pur Intl 05/22 Trattoria Bel Paese Cortes Hn 425907xxxxxx8605 149240002806812 ?McC=5814 90 | | 55.41 | |
| 5/29 | | International Purchase Transaction Fee | | 1.66 | |
| 5/29 | | Debit Crd Pur Intl 05/23 Trattoria Bel Paese Cortes Hn 425907xxxxxx8605 149240002806813 ?McC=5814 90 | | 127.83 | |
| 5/29 | | International Purchase Transaction Fee | | 3.83 | |
| 5/29 | | Debit Crd Pur Intl 05/24 Diunsa Sps Sps Hn 425907xxxxxx8605 148240004916138 ?McC=5311 90 | | 73.38 | |
| 5/29 | | International Purchase Transaction Fee | | 2.20 | |

Sup. Exhibit J - Atlas Consulting, LLC Bank Stmts (Nov '10 - Aug '12)  J-80 of 93

Sheet Seq = 0060440
Sheet 00002 of 00003



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|-------------|-------------------|---------------------|---------------------|
| 5/29 | | Check Crd Purchase 05/25 United Air 0162328638 Houston TX 425907xxxxxx8605 148240002281395 ?McC=3000 01 | | 1.25 | |
| 5/29 | | POS Purchase - 05/26 Mach ID 000000 Whole Foods Mar Santa Barbaraca 8605 00582148108498971 ?McC=5411 | | 17.24 | |
| 5/29 | | Check Crd Purchase 05/26 Network Solutions, LLC 888-642-9675 VA 425907xxxxxx8605 149240000412725 ?McC=5969 01 | | 1.25 | |
| 5/29 | | Recur Debit Crd Pmt05/26 Netflix.Com Netflix.Com CA 425907xxxxxx8605 148240000119328 ?McC=5968 01 | | 31.84 | |
| 5/29 | | Check Crd Purchase 05/26 Brewhouse Santabarbara CA 425907xxxxxx8605 149240000353592 ?McC=5812 90 | | 46.87 | |
| 5/29 | | Check Crd Purchase 05/26 Arigato Sushi Santa Barbara CA 425907xxxxxx8605 149240000328276 ?McC=5812 90 | | 99.99 | |
| 5/29 | | Check Crd Purchase 05/28 Amazon Mktplace Pmts Amzn.Com/Bill WA 425907xxxxxx8605 150240000886751 ?McC=5942 01 | | 3.99 | |
| 5/29 | | Check Crd Purchase 05/28 Amazon Mktplace Pmts Amzn.Com/Bill WA 425907xxxxxx8605 150240001718262 ?McC=5942 01 | | 4.29 | |
| 5/29 | | Withdrawal Made In A Branch/Store | | 2,000.00 | 1,520.93 |
| 5/30 | | Check Crd Purchase 05/28 United Air 0162328886 Houston TX 425907xxxxxx8605 151240002190852 ?McC=3000 01 | | 6.25 | |
| 5/30 | | Check Crd Purchase 05/30 Amazon Mktplace Pmts Amzn.Com/Bill WA 425907xxxxxx8605 151240002397578 ?McC=5942 01 | | 5.94 | 1,508.74 |
| 5/31 | | Deposit Made In A Branch/Store | 5,000.00 | | |
| 5/31 | | Check Crd Pur Rtrn 05/29 United Air 0162328487 Houston TX 425907xxxxxx8605 152240002226016 ?McC=3000 01 | 2.50 | | |
| 5/31 | | Check Crd Purchase 05/29 United Air 0162328958 Houston TX 425907xxxxxx8605 152240002226017 ?McC=3000 01 | | 45.05 | |
| 5/31 | | Recur Debit Crd Pmt05/30 Livingsocial*Plus 202-695-8945 DC 425907xxxxxx8605 152240001836459 ?McC=7278 01 | | 20.00 | |
| 5/31 | | Check Crd Purchase 05/30 Amazon Mktplace Pmts Amzn.Com/Bill WA 425907xxxxxx8605 152240000986880 ?McC=5942 01 | | 22.42 | |
| 5/31 | | ATM Withdrawal - 05/31 Mach ID 00000193 Aeropuerto LA Maeropuertohnd Hn 8605 00302152759591765 | | 78.74 | |
| 5/31 | | Non-Wells Fargo ATM Transaction Fee | | 5.00 | |
| 5/31 | | Cash Deposited Fee | | 7.80 | 6,332.23 |
| **Ending balance on 5/31** | | | | | 6,332.23 |
| **Totals** | | | **$14,582.40** | **$10,016.83** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|----------------------------|------------|----------------|--------------|-------------------------------------|--------------------------|
| Cash Deposited ($) | 8,900 | 5,000 | 3,900 | 0.0020 | 7.80 |
| Paid and Deposited Items | 2 | 150 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$7.80** |



## General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement ..................... $ _____

**ADD**

**B.** Any deposits listed in your        $ _____
register or transfers into          $ _____
your account which are not          $ _____
shown on your statement.         + $ _____

............................... **TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

............................... **TOTAL** $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above ............. - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register ....................... $ . _____

| Number | Items Outstanding | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | Total amount $ | |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

# Advantage Business Package Checking



ATLAS CONSULTING, LLC
853 ASHBURY ST
SAN FRANCISCO CA 94117-4418

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

TTY: 1-800-877-4833
En español: 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Access Wells Fargo/Gallup's Small Business Index reports, press releases and podcasts at wellsfargobusinessinsights.com/small-business-index. The quarterly index reflects small business owner optimism, perceptions of current conditions (past 12 months) and future expectations (next 12 months) relating to financial situation, revenues, cash flow, capital spending, jobs and credit availability.

## Account options

*A check mark in the box indicates you have these convenient services with your account. Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ✓ |
| Rewards for Business Check Card | ☐ |
| Online Statements | ✓ |
| Business Bill Pay | ✓ |
| Business Spending Report | ✓ |
| Overdraft Protection | ✓ |

## Activity summary

| | |
|---|---|
| Beginning balance on 6/1 | $6,332.23 |
| Deposits/Credits | 5,333.35 |
| Withdrawals/Debits | - 11,602.03 |
| **Ending balance on 6/30** | **$63.55** |
| Average ledger balance this period | $1,061.95 |

Account number: ████2818

**ATLAS CONSULTING, LLC**

*California account terms and conditions apply*

For Direct Deposit and Automatic Payments use
Routing Number (RTN): 121042882

For Wire Transfers use
Routing Number (RTN): 121000248

## Overdraft Protection

Your account is linked to the following for Overdraft Protection:
■ Savings - ████4034

Sup. Exhibit J - Atlas Consulting, LLC Bank Stmts (Nov '10 - Aug '12) - J-83 of 93
(114) Ins =3
Sheet Seq = 0063643
Sheet 00001 of 00003



**WELLS FARGO**

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 6/1 | | Check Crd Purchase 05/30 United Air 0162329086 Houston TX 425907xxxxxx8605 153240002328749 ?McC=3000 01 | | 5.00 | |
| 6/1 | | Recur Debit Crd Pmt05/30 Paypal *Skype 35314369001 Lu 425907xxxxxx8605 153240001476498 ?McC=4814 01 | | 12.73 | |
| 6/1 | | Check Crd Purchase 05/30 United Air 0162329086 Houston TX 425907xxxxxx8605 153240002328750 ?McC=3000 01 | | 22.50 | |
| 6/1 | | Check Crd Purchase 05/30 United Air 0162329086 Houston TX 425907xxxxxx8605 153240002328751 ?McC=3000 01 | | 61.25 | |
| 6/1 | | Check Crd Purchase 05/30 United Air 0162329086 Houston TX 425907xxxxxx8605 153240002328752 ?McC=3000 01 | | 64.21 | |
| 6/1 | | ATM Withdrawal - 05/31 Mach ID 9532 Bnpanama/Suc Tobnpanama/SA-4 Pb 8605 00462153025700928 | | 203.00 | |
| 6/1 | | Non-Wells Fargo ATM Transaction Fee | | 2.50 | |
| 6/1 | | Check Crd Purchase 05/31 Amazon.Com Amzn.Com/Bill WA 425907xxxxxx8605 153240001818448 ?McC=5942 01 | | 21.51 | |
| 6/1 | | Debit Crd Pur Intl 05/31 Diunsa Sps V San Pedro Sul Hn 425907xxxxxx8605 153240001717911 ?McC=5311 90 | | 46.88 | |
| 6/1 | | International Purchase Transaction Fee | | 1.40 | |
| 6/1 | | Debit Crd Pur Intl 05/31 Boutique Hotel LA Cord Cortes Hn 425907xxxxxx8605 153240002286650 ?McC=7011 90 | | 240.49 | |
| 6/1 | | International Purchase Transaction Fee | | 7.21 | 5,643.55 |
| 6/4 | | ATM Cash Deposit - 06/02 Mach ID 2230M San Francisco Sfway # San Francisco CA 8605 0008163 | 980.00 | | |
| 6/4 | | ATM Cash Deposit - 06/02 Mach ID 9947C 2020 Market St San Francisco CA 8605 0002438 | 940.00 | | |
| 6/4 | | ATM Cash Deposit - 06/02 Mach ID 9838A 1726 Haight St San Francisco CA 8605 0009079 | 400.00 | | |
| 6/4 | | Check Crd Purchase 06/01 Where Traveler-Iah-30 Houston TX 425907xxxxxx8605 15624000218698 ?McC=5199 90 | | 18.39 | |
| 6/4 | | Check Crd Purchase 06/01 Amazon Mktplace Pmts Amzn.Com/Bill WA 425907xxxxxx8605 155240003957042 ?McC=5942 01 | | 81.68 | |
| 6/4 | | Debit Crd Purchase 06/01 Sheraton Panama Hotel Panama Pb 425907xxxxxx8605 155240001742450 ?McC=7011 01 | | 110.01 | |
| 6/4 | | Debit Crd Purchase 06/01 Octopustravel.Com 207-136-2856 Gb 425907xxxxxx8605 155240004757748 ?McC=4722 01 | | 139.34 | |
| 6/4 | | Check Crd Purchase 06/02 United Air 0162329430 Houston TX 425907xxxxxx8605 15624000285850 ?McC=3000 01 | | 6.25 | |
| 6/4 | | Withdrawal Made In A Branch/Store | | 7,400.00 | |
| 6/4 | | ATT Payment 060212 451592001Myw9W Atlas Consulting | | 240.95 | |
| 6/4 | | Overdraft Protection From 6020214034 | 20.02 | | -13.05 |
| 6/5 | | Overdraft Fee for Item $240.95 06/04 ATT Payment 060212 451592001Myw 9W Atlas Consulting | | 35.00 | |
| 6/5 | | Deposit Made In A Branch/Store | 700.00 | | |
| 6/5 | | Check Crd Pur Rtrn 06/03 United Air 0162329430 Houston TX 425907xxxxxx8605 157240002198737 ?McC=3000 01 | 6.25 | | |
| 6/5 | | Sfpuc Web_Pay Jun 12 01178663060212 Monette Stephens | | 230.57 | 427.63 |
| 6/11 | | ATM Cash Deposit - 06/10 Mach ID 9838A 1726 Haight St San Francisco CA 8605 0001753 | 1,000.00 | | |
| 6/11 | | Check Crd Purchase 06/09 The Citrus Club San Francisco CA 425907xxxxxx8605 163240001447315 ?McC=5812 90 | | 31.36 | |
| 6/11 | | Check Crd Purchase 06/09 Indigo Restaurant 415-673-9353 CA 425907xxxxxx8605 163240022213379 ?McC=5812 90 | | 66.66 | |
| 6/11 | | POS Purchase - 06/10 Mach ID 000000 Bart Walnut Cre Walnut Creek CA 8605 00000216281413518 ?McC=4111 | | 4.85 | 1,324.76 |
| 6/12 | | Check Crd Purchase 06/10 The Counter Walnut Cre Walnut Creek CA 425907xxxxxx8605 164240000534458 ?McC=5812 90 | | 50.00 | |
| 6/12 | | Check Crd Purchase 06/11 United Air 0162330299 Houston TX 425907xxxxxx8605 164240002164022 ?McC=3000 01 | | 736.90 | 537.86 |



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------|-------------|-------|-------|---------|
| 6/13 | | Check Crd Purchase 06/13 Groupon Inc 877-788-7858 IL 425907xxxxxx8605 165240002970160 ?McC=7299 01 | | 20.00 | |
| 6/13 | | Check Crd Purchase 06/13 Groupon Inc 877-788-7858 IL 425907xxxxxx8605 165240002970162 ?McC=7299 01 | | 25.00 | |
| 6/13 | | Check Crd Purchase 06/13 Groupon Inc 877-788-7858 IL 425907xxxxxx8605 165240002970165 ?McC=7299 01 | | 25.00 | 467.86 |
| 6/14 | | Check Crd Pur Rtrn 06/12 United Air 0162330299 Houston TX 425907xxxxxx8605 166240002243479 ?McC=3000 01 | 736.90 | | 1,204.76 |
| 6/15 | | Recurring Transfer Ref #Opetlwc78F to Business Market Rate Savings xxxxxx4034 | | 100.00 | 1,104.76 |
| 6/18 | | Recurring Transfer Ref #Opexhyfm47 From Business Market Rate Savings xxxxxx4034 | 100.00 | | |
| 6/18 | | Check Crd Purchase 06/14 Ebisu Japanese Res San Francisco CA 425907xxxxxx8605 082167079930119 ?McC=5812 | | 54.32 | |
| 6/18 | | Check Crd Purchase 06/15 Mirage Hotel - Fin Las Vegas NV 425907xxxxxx8605 082168155394889 ?McC=3551 | | 260.00 | |
| 6/18 | | Check Crd Purchase 06/16 Westin Casuarina H Las Vegas NV 425907xxxxxx8605 002167546649120 ?McC=3513 | | 67.76 | |
| 6/18 | | Check Crd Purchase 06/16 Westin Casuarina H Las Vegas NV 425907xxxxxx8605 082167798952359 ?McC=3513 | | 73.17 | 749.51 |
| 6/19 | | ATM Withdrawal - 06/18 Mach ID 0019C 3624 Geary Blvd San Francisco CA 8605 0003949 | | 60.00 | |
| 6/19 | | Check Crd Purchase 06/18 Chevron 00091623 San Francisco CA 425907xxxxxx8605 462171201149770 ?McC=5542 | | 55.56 | |
| 6/19 | | Check Crd Purchase 06/19 Fang Restaurant San Francisco CA 425907xxxxxx8605 082171183482800 ?McC=5812 | | 46.46 | 587.49 |
| 6/20 | | Check Crd Purchase 06/18 Burgermeister San Francisco CA 425907xxxxxx8605 002170844144553 ?McC=5812 | | 12.09 | |
| 6/20 | | Check Crd Purchase 06/19 KI *Wine Merchants San Francisco CA 425907xxxxxx8605 462172066086861 ?McC=5921 | | 122.52 | 452.88 |
| 6/22 | | Check Crd Purchase 06/21 Alegrias Food From San Francisco CA 425907xxxxxx8605 002173101736593 ?McC=5812 | | 50.00 | 402.88 |
| 6/25 | | Check Crd Pur Rtrn 06/22 Williams and Selye 707-4314809 CA 425907xxxxxx8605 622175572400946 ?McC=7991 | 300.00 | | |
| 6/25 | | Check Crd Pur Rtrn 06/22 Williams and Selye 707-4314809 CA 425907xxxxxx8605 622175572400947 ?McC=7991 | 150.00 | | |
| 6/25 | | Check Crd Purchase 06/23 Gilt Groupe 877-2800545 NY 425907xxxxxx8605 462173780117145 ?McC=7299 | | 25.00 | |
| 6/25 | | Check Crd Purchase 06/24 Groupon Inc 877-788-7858 IL 425907xxxxxx8605 282175553900867 ?McC=7299 | | 15.00 | |
| 6/25 | | Check Crd Purchase 06/24 Groupon Inc 877-788-7858 IL 425907xxxxxx8605 162175554405301 ?McC=7299 | | 20.00 | |
| 6/25 | | Check Crd Purchase 06/24 Blue Frog Grog*Gri Fairfield CA 425907xxxxxx8605 282177089534130 ?McC=5812 | | 131.77 | 661.11 |
| 6/27 | | Recur Debit Crd Pmt06/26 Netflix.Com Netflix.Com CA 425907xxxxxx8605 002178318112718 ?McC=5968 | | 31.84 | |
| 6/27 | | Recur Debit Crd Pmt06/26 Paypal *Skype 35314369001 Lu 425907xxxxxx8605 852179840821946 ?McC=4814 | | 12.86 | |
| 6/27 | | Recur Debit Crd Pmt06/26 Livingsocial* 202-695-8945 DC 425907xxxxxx8605 002177661991329 ?McC=7278 | | 55.00 | 561.41 |
| 6/28 | | Debit Crd Pur Intl 06/25 Rest Gourmet Medit Cortes Hn 425907xxxxxx8605 622180550229722 ?McC=5812 | | 39.37 | |
| 6/28 | | International Purchase Transaction Fee | | 1.18 | |
| 6/28 | | Online Transfer Ref #Ibeqpxjnk5 to Complete Advantage(Rm) xxxxxx5236 on 06/28/12 | | 100.00 | |
| 6/28 | | ATM Withdrawal - 06/28 Mach ID 4262U Haight & Belvedere San Francisco CA 8605 0001111 | | 300.00 | |
| 6/28 | | Paypal Echeck 120628 4S4225Zn49N74 Monette Stephens | | 57.31 | 63.55 |
| 6/29 | | Paypal Verifybank 120628 104S42222BT2Duc Monette Stephens | 0.17 | | |

Sup. Exhibit J - Atlas Consulting, LLC Bank Stmts (Nov '10 - Aug '12)    J-85 of 93

Sheet Seq = 0063644
Sheet 00002 of 00003



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|-------------------|---------------------|----------------------|
| 6/29 | | Paypal Verifybank 120628 204S42222BT2Duc Monette Stephens | 0.01 | | |
| 6/29 | | Paypal Verifybank 120628 404S42222BT2Duc Monette Stephens | | 0.18 | 63.55 |
| Ending balance on 6/30 | | | | | 63.55 |
| **Totals** | | | **$5,333.35** | **$11,602.03** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|----------------------------|------------|----------------|--------------|-------------------------------------|--------------------------|
| Cash Deposited ($) | 700 | 5,000 | 0 | 0.0020 | 0.00 |
| Paid and Deposited Items | 6 | 150 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |



## General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

### Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

**B.** Any deposits listed in your               $ _____
register or transfers into                      $ _____
your account which are not                      $ _____
shown on your statement.                     + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . $ . _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  | Total amount $ |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

# Advantage Business Package Checking

Account number: ████ 2818 ■ July 1, 2012 - July 31, 2012 ■ Page 1 of 3



ATLAS CONSULTING, LLC
853 ASHBURY ST
SAN FRANCISCO CA 94117-4418

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

For nine years running, Wells Fargo has loaned more money to small businesses than any other bank.* Let us help you find the right credit solutions for your business. To learn more, talk to a banker, call the number at the top of your statement, or visit us at wellsfargo.com/biz.

*2002-2010 Community Reinvestment Act government data. Equal Housing Lender.

## Account options

*A check mark in the box indicates you have these convenient services with your account. Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Rewards for Business Check Card | ☐ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☑ |

## Activity summary

| | |
|---|---|
| Beginning balance on 7/1 | $63.55 |
| Deposits/Credits | 17,526.40 |
| Withdrawals/Debits | - 17,958.44 |
| **Ending balance on 7/31** | **-$368.49** |
| Average ledger balance this period | -$300.23 |

### Overdraft Protection

Your account is linked to the following for Overdraft Protection:
■ Savings - 000006020214034

Account number: ████ 2818

**ATLAS CONSULTING, LLC**

*California account terms and conditions apply*

For Direct Deposit and Automatic Payments use
Routing Number (RTN): 121042882

For Wire Transfers use
Routing Number (RTN): 121000248

(114)
Sheet Seq = 0059436
Sheet 00001 of 00002



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|-------------------|---------------------|---------------------|
| 7/2 | | Online Transfer Ref #Ibemswsb64 From Complete Advantage(Rm) xxxxxx5236 on 06/30/12 | 100.00 | | |
| 7/2 | | Check Crd Purchase 06/25 Original Pepperbel Fairfield CA 425907xxxxxx8605 162177155999003 ?McC=5812 | | 31.14 | |
| 7/2 | | Debit Crd Purchase 06/28 Sheraton Panama Ho Panama Pb 425907xxxxxx8605 612182554739095 ?McC=7011 | | 123.03 | |
| 7/2 | | Recur Debit Crd Pmt06/30 Livingsocial*Plus 202-695-8945 DC 425907xxxxxx8605 162182558674526 ?McC=7278 | | 20.00 | |
| 7/2 | | Recur Debit Crd Pmt06/30 Becouply Dates 770-639-9782 CA 425907xxxxxx8605 082183089312256 ?McC=5734 | | 14.95 | |
| 7/2 | | ATM Withdrawal - 07/02 Mach ID 0019B 3624 Geary Blvd, San Francisco, CA 8605 0003081 | | 120.00 | -145.57 |
| 7/3 | | Overdraft Fee for Item $20.00 07/02 Recur Debit Crd Pmt06/30 Livingsocial*Plus 202-695-8945 DC 425907xxxxxx8605 1621825586745 | | 35.00 | |
| 7/3 | | Overdraft Fee for Item $14.95 07/02 Recur Debit Crd Pmt06/30 Becouply Dates 770-639-9782 CA 425907xxxxxx8605 0821830893122 | | 35.00 | |
| 7/3 | | Overdraft Fee for Item $120.00 07/02 ATM Withdrawal - 07/02 Mach ID 0019B 3624 Geary Blvd, San Francisco, CA 8605 0003081 | | 35.00 | -250.57 |
| 7/5 | | Recur Debit Crd Pmt07/03 Paypal *Skype 35314369001 Lu 425907xxxxxx8605 082185067831190 ?McC=4814 | | 12.92 | -263.49 |
| 7/6 | | Overdraft Fee for Item $12.92 07/05 Recur Debit Crd Pmt07/03 Paypal *Skype 35314369001 Lu 425907xxxxxx8605 0821856078311 | | 35.00 | -298.49 |
| 7/19 | 1003 | Check | | 8,713.20 | -9,011.69 |
| 7/20 | | Check Reversal | 8,713.20 | | |
| 7/20 | | NSF Return Item Fee for Item $8,713.20 07/19 Check # 01003 | | 35.00 | -333.49 |
| 7/23 | 1003 | Check | | 8,713.20 | -9,046.69 |
| 7/24 | | Check Reversal | 8,713.20 | | |
| 7/24 | | NSF Return Item Fee for Item $8,713.20 07/23 Check # 01003 | | 35.00 | -368.49 |
| Ending balance on 7/31 | | | | | -368.49 |
| **Totals** | | | **$17,526.40** | **$17,958.44** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Summary of checks written *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|
| 1003 | 7/19 | 8,713.20 | 1003 | 7/23 | 8,713.20 |

## Items returned unpaid

| Date | Description | Amount |
|------|-------------|--------|
| 7/20 | Non-Monetary Notation Transaction  Reference # 00007559008711989099 | 8,713.20 |
| 7/24 | Non-Monetary Notation Transaction  Reference # 00007559008419951093 | 8,713.20 |



## General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

### Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

**B.** Any deposits listed in your          $ _____
register or transfers into               $ _____
your account which are not               $ _____
shown on your statement.            + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**

(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**

(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . $ . _____

| Number | Items Outstanding | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | Total amount $ |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

# Advantage Business Package Checking



REDACTED DUE TO
INFORMATION FALLS
OUTSIDE OF THE SCOPE
OF THE ORDER

ATLAS CONSULTING, LLC
853 ASHBURY ST
SAN FRANCISCO CA 94117-4418

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

TTY: 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

For nine years running, Wells Fargo has loaned more money to small businesses than any other bank.* Let us help you find the right credit solutions for your business. To learn more, talk to a banker, call the number at the top of your statement, or visit us at wellsfargo.com/biz.

*2002-2010 Community Reinvestment Act government data. Equal Housing Lender.

## Account options

*A check mark in the box indicates you have these convenient services with your account. Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ✓ |
| Online Statements | ☐ |
| Business Bill Pay | ✓ |
| Business Spending Report | ✓ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 8/1 | -$368.49 |

**Overdraft Protection**
This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed at the top of your statement or visit your Wells Fargo branch.

Account number: ████2818
**ATLAS CONSULTING, LLC**
*California account terms and conditions apply*

For Direct Deposit and Automatic Payments use
Routing Number (RTN): 121042882

For Wire Transfers use
Routing Number (RTN): 121000248



**WELLS FARGO**

REDACTED DUE TO
INFORMATION FALLS
OUTSIDE OF THE SCOPE
OF THE ORDER

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|-------------------|---------------------|---------------------|
| 8/8 | | Online Dep Detail & Images | | 3.00 | -371.49 |



*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

# ✔ IMPORTANT ACCOUNT INFORMATION

Effective November 7, 2012, debit or ATM card cash withdrawals made in person at non-Wells Fargo locations or in person using the cash advance feature at Wells Fargo banking locations will be subject to your daily ATM withdrawal limit.

In addition, in the Selected Terms and Conditions for Wells Fargo Business Debit Cards, Business ATM Cards and Business Deposit Cards, the section titled "Authorization Holds for Card transactions", and Business Account Agreement section titled " *Authorization holds for card transactions*" are changing to clarify that the Bank is permitted to place authorization holds for up to 30 days on certain debit card transactions.

Remember, an "authorization hold" is a "pending" transaction that will reduce the current available balance that you can withdraw or use to pay transactions from your account. If you do not have sufficient available funds in your account, transactions may be paid with an overdraft protection advance, paid into overdraft or returned unpaid as applicable.

The Bank is permitted to place an authorization hold on your POS Access Account for purchases for up to three (3) business days on most transactions (or for up to thirty (30) business days for certain types of debit or ATM card transactions, including but not limited to, car rental transactions, cash transactions, and international transactions), from the time of the authorization or until the transaction is paid from your POS Access Account. Please note that if the transaction is not submitted for payment by the merchant within the three (3) business days (or thirty (30) business days, as applicable), the Bank will release the authorization hold, which will increase the available balance in your POS Access Account until the transaction is submitted for payment by the merchant and finally posted to your POS Access Account.

The merchant may submit the transaction for payment after the Bank has released the authorization hold. If this happens, the Bank must honor the prior authorization and will pay the transaction from your POS Access Account.



## General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

### Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

**B.** Any deposits listed in your        $ _____
register or transfers into              $ _____
your account which are not              $ _____
shown on your statement.            + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . $ . _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        | **Total amount** $ |        |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801