
**usbank.**

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

5633    TRN                          Y    ST01

**Business Statement**

Account Number:
███████ 8331

Statement Period:
Sep 23, 2011
through
Sep 30, 2011

Page 1 of 1



qplijlklliqpllllllilliqplliipilliiqpllililiqpllililiqpilliqplklipilipilkkkiqplililiklkk
000132036 1 AT 0.365 106481274340232 P
ATLAS CONSULTING, LLC
853 ASHBURY ST
SAN FRANCISCO CA 94117-4418

☎    *To Contact U.S. Bank*

*24-Hour Business*
*Solutions:*                    *1-800-673-3555*

*Telecommunications Device*
*for the Deaf:*                 *1-800-685-5065*
*Internet:*                     *usbank.com*

## SUMMARY OF YOUR U.S.BANK RELATIONSHIP

This section reflects the total balances for all accounts on this statement.

| Deposit Accounts | Account Number | | Balance | Page |
|---|---|---|---|---|
| U.S. Bank Platinum Business Checking | ████-8331 | $ | 100.00 | 1 |
| Platinum Business Money Market | ████-8323 | $ | 0.00 | 1 |
| | Total Deposit Balances | $ | 100.00 | |

## U.S. BANK PLATINUM BUSINESS CHECKING
                                                                    *Member FDIC*

'' S. Bank National Association                     **Account Number** ████-8331

**count Summary**

| | # Items | | | |
|---|---|---|---|---|
| Beginning Balance on Sep 23 | | $ | 0.00 | |
| Customer Deposits | 1 | | 100.00 | |
| Ending Balance on Sep 30, 2011 | | $ | 100.00 | |

**Customer Deposits**

| Number | Date | Ref Number | Amount |
|---|---|---|---|
| | Sep 23 | 5831494494 | 100.00 |
| | | **Total Customer Deposits** $ | 100.00 |

**Balance Summary**

| Date | Ending Balance |
|---|---|
| Sep 23 | 100.00 |

Balances only appear for days reflecting change.

## PLATINUM BUSINESS MONEY MARKET
                                                                    *Member FDIC*

U.S. Bank National Association                      **Account Number** ████-8323

**Account Summary**

| Beginning Balance on Sep 23 | $ | 0.00 | Number of Days in Statement Period | 8 |
|---|---|---|---|---|
| Ending Balance on Sep 30, 2011 | $ | 0.00 | | |



KE EXHIBIT
13
STEPHENS 5.15.13



**U.S. Bank**
P.O. Box 1800
Saint Paul, Minnesota 55101-0800

5633    TRN            Y    ST01

**Business Statement**
Account Number:
████████ 8331
Statement Period:
Oct 3, 2011
through
Oct 31, 2011

Page 1 of 2

ᴪᴵᴵᴵᴵᴵᴵᴵᴵᴵᴵᴵᴵᴵᴵᴵᴵᴵᴵᴵᴵ
000131365 1 AT 0.365 106481315340832 P
ATLAS CONSULTING, LLC
853 ASHBURY ST
SAN FRANCISCO CA 94117-4418



☎            *To Contact U.S. Bank*

**24-Hour Business
Solutions:**            1-800-673-3555

*Telecommunications Device
for the Deaf:*          1-800-685-5065
*Internet:*            usbank.com

## SUMMARY OF YOUR U.S. BANK RELATIONSHIP

This section reflects the total balances for all accounts on this statement.

| Deposit Accounts | Account Number | Balance | Page |
|---|---|---|---|
| U.S. Bank Platinum Business Checking | ████-8331 | $ 75.00 | 1 |
| Platinum Business Money Market | ████-8323 | $ 0.00 | 1 |
| | Total Deposit Balances | $ 75.00 | |

## U.S. BANK PLATINUM BUSINESS CHECKING

U.S. Bank National Association            *Member FDIC*
Account Number ████████-8331

### :count Summary

| | # Items | | |
|---|---|---|---|
| Beginning Balance on Oct 3 | | $ | 100.00 |
| Other Withdrawals | 1 | | 25.00- |
| Ending Balance on Oct 31, 2011 | | $ | 75.00 |

### Other Withdrawals

| Date | Description of Transaction | Ref Number | Amount |
|---|---|---|---|
| Oct 17 | Analysis Service Charge | 1700000000 | $ 25.00- |
| | Total Other Withdrawals | | $ 25.00- |

### Balance Summary

| Date | Ending Balance |
|---|---|
| Oct 17 | 75.00 |

Balances only appear for days reflecting change.

## PLATINUM BUSINESS MONEY MARKET

U.S. Bank National Association            *Member FDIC*
Account Number ████ 8323

### Account Summary

| | | Number of Days in Statement Period | 31 |
|---|---|---|---|
| Beginning Balance on Oct 1 | $ 0.00 | | |
| Ending Balance on Oct 31, 2011 | $ 0.00 | | |

## ANALYSIS SERVICE CHARGE DETAIL

Account Analysis Activity for: September 2011

| | | | |
|---|---|---|---|
| Account Number: | ████-8331 | $ | 25.00 |
| Analysis Service Charge assessed to | ████8331 | $ | 25.00 |

### Service Activity Detail for Account Number ████-8331

| Service | Volume | Avg Unit Price | Total Charge |
|---|---|---|---|
| Depository Services | | | |
| Monthly Maintenance | 1 | 25.00000 | 25.00 |
| Combined Transactions/Items | 1 | | No Charge |

Case: 12-03148    Doc# 61-15    Filed: 06/30/13    Entered: 06/30/13 15:33:51    Page 2
Sur - Exhibit K - Atlas Consulting, LLC - US Bank Stmts
(Sept 2011 - Apr 2012)    of 17

13-2

 ATLAS CONSULTING, LLC
853 ASHBURY ST
SAN FRANCISCO CA 94117-4418

**Business Statement**
Account Number:
████████8331

Statement Period:
Oct 3, 2011
through
Oct 31, 2011



## ANALYSIS SERVICE CHARGE DETAIL (CONTINUED)

### Service Activity Detail for Account Number ████████-8331 (continued)

| Service | Volume | Avg Unit Price | Total Charge |
|---|---|---|---|
| Subtotal: Depository Services | | | 25.00 |
| Fee Based Service Charges for Account Number ████████-8331 | | $ | 25.00 |

Sup. Exhibit K - Atlas Consulting, LLC - US Bank Stmts
(Sept 2011 - Apr 2012)

13-3



# U.S. BANK

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

5633     TRN                            Y     ST01

**Business Statement**
Account Number:
████████8331
Statement Period:
Nov 1, 2011
through
Nov 30, 2011

Page 1 of 2

ᶦᵘᵖᶦᵗᵖᶦᵗᵘᵖᶦᵗᵘᵖᶦᵗᵘᵖᶦᵗᵘᵖᶦᵗᵘᵖᶦᵗᵘᵖᶦᵗᵘᵖᶦᵗᵘᵖᶦ
000130323  1 AT 0.365  1064813586628683 P
ATLAS CONSULTING, LLC
853 ASHBURY ST
SAN FRANCISCO CA 94117-4418



☎                           *To Contact U.S. Bank*

*24-Hour Business*
*Solutions:*                          1-800-673-3555

*Telecommunications Device*
*for the Deaf:*                       1-800-685-5065
*Internet:*                           usbank.com

## SUMMARY OF YOUR U.S. BANK RELATIONSHIP

This section reflects the total balances for all accounts on this statement.

| Deposit Accounts | Account Number | | Balance | Page |
|---|---|---|---|---|
| Platinum Business Checking | ████-8331 | $ | 50.00 | 1 |
| Platinum Business Money Market | ████-8323 | $ | 0.00 | 1 |
| | Total Deposit Balances | $ | 50.00 | |

## PLATINUM BUSINESS CHECKING                                    *Member FDIC*

U.S. Bank National Association                    Account Number ████-8331

### Account Summary

| | # Items | | |
|---|---|---|---|
| Beginning Balance on Nov 1 | | $ | 75.00 |
| Other Withdrawals | 1 | | 25.00- |
| Ending Balance on Nov 30, 2011 | | $ | 50.00 |

### Other Withdrawals

| Date | Description of Transaction | Ref Number | | Amount |
|---|---|---|---|---|
| Nov 15 | Analysis Service Charge | 1500000000 | $ | 25.00- |
| | Total Other Withdrawals | | $ | 25.00- |

### Balance Summary

| Date | Ending Balance |
|---|---|
| Nov 15 | 50.00 |

Balances only appear for days reflecting change.

## PLATINUM BUSINESS MONEY MARKET                                *Member FDIC*

U.S. Bank National Association                    Account Number ████-8323

### Account Summary

| | | | | |
|---|---|---|---|---|
| Beginning Balance on Nov 1 | $ | 0.00 | Number of Days in Statement Period | 30 |
| Ending Balance on Nov 30, 2011 | $ | 0.00 | | |

## ANALYSIS SERVICE CHARGE DETAIL

Account Analysis Activity for: October 2011

| | | | |
|---|---|---|---|
| Account Number: | ████-8331 | $ | 25.00 |
| Analysis Service Charge assessed to | ████8331 | $ | 25.00 |

### Service Activity Detail for Account Number ████-8331

| Service | Volume | Avg Unit Price | Total Charge |
|---|---|---|---|
| **Depository Services** | | | |



ATLAS CONSULTING, LLC
853 ASHBURY ST
SAN FRANCISCO CA 94117-4418

**Business Statement**
Account Number:
█████████8331

Statement Period:
Nov 1, 2011
through
Nov 30, 2011



## ANALYSIS SERVICE CHARGE DETAIL (CONTINUED)

### Service Activity Detail for Account Number █████████-8331 (continued)

| Service | Volume | Avg Unit Price | Total Charge |
|---|---|---|---|
| Monthly Maintenance | 1 | 25.00000 | 25.00 |
| Subtotal: Depository Services | | | 25.00 |
| Fee Based Service Charges for Account Number ████████-8331 | | $ | 25.00 |

Case: 12-03148   Doc# 61-15 - Filed: 06/30/13   Entered: 06/30/13 15:33:51   Page 5
Sup. Exhibit K - Atlas Consulting, LLC - US Bank Stmts
(Sept 2011 - Apr 2012)
of 17

13-5

 **usbank.**

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

5633     TRN                                  Y        ST01




|||·|||·||·|·|||||·||·||·||·|||·|·||·||·|·||||·||·|·||·|·||·||·|||·|·||·||·|||
000131513 1 AT 0.374 106481450663616 P
ATLAS CONSULTING, LLC
853 ASHBURY ST
SAN FRANCISCO CA 94117-4418

**Business Statement**
Account Number:
████████8331
Statement Period:
Jan 2, 2012
through
Jan 31, 2012

Page 1 of 2

☎                                    **To Contact U.S. Bank**

**24-Hour Business
Solutions:**                                   1-800-673-3555

**Telecommunications Device
for the Deaf:**                                1-800-685-5065

**Internet:**                                  usbank.com

## SUMMARY OF YOUR U.S. BANK RELATIONSHIP

This section reflects the total balances for all accounts on this statement.

| Deposit Accounts | Account Number | Balance | Page |
|---|---|---|---|
| Platinum Business Checking | ████8331 | $         0.00 | 1 |
| Platinum Business Money Market | ████8323 | $         0.00 | 1 |
| | **Total Deposit Balances** | $         0.00 | |

## PLATINUM BUSINESS CHECKING                                     *Member FDIC*

U.S. Bank National Association                          Account Number ████8331

( ount Summary

| | # Items | | | |
|---|---|---|---|---|
| Beginning Balance on Jan 2 | | $ | 25.00 | |
| Other Withdrawals | 1 | | 25.00- | |
| **Ending Balance on Jan 31, 2012** | | $ | 0.00 | |

### Other Withdrawals

| Date | Description of Transaction | Ref Number | | Amount |
|---|---|---|---|---|
| Jan 17 | Analysis Service Charge | 1700000000 | $ | 25.00- |
| | | **Total Other Withdrawals** | $ | 25.00- |

### Balance Summary

| Date | Ending Balance |
|---|---|
| Jan 17 | 0.00 |

Balances only appear for days reflecting change.

## PLATINUM BUSINESS MONEY MARKET                                 *Member FDIC*

U.S. Bank National Association                          Account Number ████8323
**Account Summary**

| | | | |
|---|---|---|---|
| Beginning Balance on Jan 1 | $         0.00 | Number of Days in Statement Period | 31 |
| **Ending Balance on Jan 31, 2012** | $         0.00 | | |

## ANALYSIS SERVICE CHARGE DETAIL

Account Analysis Activity for: December 2011

| | | | |
|---|---|---|---|
| Account Number: | ████8331 | $ | 25.00 |
| Analysis Service Charge assessed to | ████8331 | $ | 25.00 |

### Service Activity Detail for Account Number ████8331

| Service | Volume | Avg Unit Price | Total Charge |
|---|---|---|---|
| Depository Services | | | |

TRN 800-631-6989   KE EXHIBIT 14   STEPHENS K 5.15.13

Atlas Consulting, LLC U.S. Bank Statements
(Sept 2011 - Apr 2012)

 **us bank.**

ATLAS CONSULTING, LLC
853 ASHBURY ST
SAN FRANCISCO CA 94117-4418



**Business Statement**
Account Number:
8331

Statement Period:
Jan 2, 2012
through
Jan 31, 2012

Page 2 of 2

## ANALYSIS SERVICE CHARGE DETAIL (CONTINUED)

### Service Activity Detail for Account Number 8331 (continued)

| Service | Volume | Avg Unit Price | Total Charge |
|---|---|---|---|
| Monthly Maintenance | 1 | 25.00000 | 25.00 |
| Subtotal: Depository Services | | | 25.00 |
| Fee Based Service Charges for Account Number -8331 | | $ | 25.00 |



**P.O. Box 1800**
**Saint Paul, Minnesota 55101-0800**

5633    TRN                          Y        ST01

**Business Statement**
Account Number:
███ 8331
Statement Period:
Mar 1, 2012
through
Mar 31, 2012

Page 1 of 4

000132212 1 SP    106481538064394 S
ATLAS CONSULTING, LLC
853 ASHBURY ST
SAN FRANCISCO CA 94117-4418



☎                                    To Contact U.S. Bank

**24-Hour Business
Solutions:**                          1-800-673-3555

**Telecommunications Device
for the Deaf:**                       1-800-685-5065

**Internet:**                         usbank.com

## NEWS FOR YOU

You can now make purchases with any U.S. Bank Business Visa Check Card or ATM Card using your PIN.

## PLATINUM BUSINESS CHECKING                                    Member FDIC

U.S. Bank National Association                                   Account Number ███ 8331

### Account Summary

| | # Items | | |
|---|---|---|---|
| Beginning Balance on Mar 1 | | $ | 100.00 |
| Customer Deposits | 2 | | 20,000.00 |
| Card Withdrawals | 37 | | 3,010.71- |
| Other Withdrawals | 10 | | 9,555.07- |
| Checks Paid | 2 | | 4,487.52- |
| **Ending Balance on Mar 31, 2012** | | **$** | **3,046.70** |

### Customer Deposits

| Number | Date | Ref Number | Amount | Number | Date | Ref Number | Amount |
|---|---|---|---|---|---|---|---|
| | Mar 5 | 5736024387 | 17,500.00 | | Mar 27 | 5737564670 | 2,500.00 |
| | | | | | **Total Customer Deposits** | **$** | **20,000.00** |

### Card Withdrawals

Card Number: xxxx-xxxx-xxxx-8944

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Mar 8 | Visa Purchase (Non-PIN) UNITED AIR 0162 ************8944 | On 030612 HOUSTON TX REF # 24036212067648067347 US1 | 7648067347 | $ | 5.00- |
| Mar 8 | Visa Purchase (Non-PIN) Tomokazu Japanes ************8944 | On 030612 San Francisc CA REF # 24394682067700004897 US1 | 7700004897 | | 14.16- |
| Mar 9 | Visa Purchase (Non-PIN) KAISER HEALTH PL ************8944 | On 030612 888-2364490 CA REF # 24625732068281393491 US1 | 8281393491 | | 322.00- |
| Mar 12 | Visa Purchase (Non-PIN) EL TORO TAQUERIA ************8944 | On 030912 SAN FRANCISC CA REF # 24122592071980014042 US1 | 1980014042 | | 17.09- |
| Mar 12 | ATM Withdrawal ************8944 | US BANK PALM-GEA SAN FRANCISC CA Serial No. 000533190548M926TM97 | | | 500.00- |
| Mar 14 | Purchase w PIN 624287 ************8944 | H & M SAN FRANCISC CA On 031412 ILK1TERM REF 207419624287 | 8703141408 | | 42.33- |
| Mar 14 | Purchase w PIN 623069 ************8944 | H & M SAN FRANCISC CA On 031412 ILK1TERM REF 207418623069 | 6903141345 | | 85.66- |
| Mar 14 | Visa Purchase (Non-PIN) NYT*TIMES E-BILL ************8944 | On 031312 800-698-4637 NJ REF # 24692162073000370854 US1 | 3000370854 | | 91.26- |

Case: 12-03148    Doc# 61-15    Filed: 06/30/13    Entered: 06/30/13 15:33:51    Page 8 of 17
Sup. Exhibit K - Atlas Consulting, LLC - US Bank Stmts
(Sept 2011 - Apr 2012)

14 - 3



ATLAS CONSULTING, LLC
853 ASHBURY ST
SAN FRANCISCO CA 94117-4418

**Business Statement**

Account Number:
█████ 8331

Statement Period:
Mar 1, 2012
through
Mar 31, 2012



## PLATINUM BUSINESS CHECKING

(CONTINUED)

U.S. Bank National Association

Account Number █████ 8331

### Card Withdrawals (continued)

Card Number: xxxx-xxxx-xxxx-8944

| Date | Description of Transaction | | Ref Number | Amount |
|------|----------------------------|---|------------|--------|
| Mar 14 | Visa Purchase (Non-PIN) DR BRIAN SCHINDL ************8944 | On 031312 415-3625443 CA REF # 24492792073118000100 US1 | 3118000100 | 103.74- |
| Mar 14 | Visa Purchase (Non-PIN) ATT*BILL PAYMENT ************8944 | On 031312 800-288-2020 TX REF # 24692162073000425207 US1 | 3000425207 | 207.19- |
| Mar 15 | Visa Purchase (Non-PIN) STARBUCKS CORP00 ************8944 | On 031412 SAN FRANCISC CA REF # 24164072074355913695 US1 | 4355913695 | 5.40- |
| Mar 15 | Purchase w PIN 832921 ************8944 | SAFEWAY SAN FRANCISCCA On 031512 ILK1TERM REF 207506832921 | 2103150102 | 10.97- |
| Mar 15 | Visa Purchase (Non-PIN) CA ADV IMG MED A ************8944 | On 031412 4158843447 CA REF # 24266572074207000000 US1 | 4207000000 | 26.41- |
| Mar 15 | Purchase w PIN 039697 ************8944 | RAINBOW GROCERY SAN FRANCISCCA On 031512 ILK1TERM REF 207517039697 | 9703151201 | 41.50- |
| Mar 15 | Visa Purchase (Non-PIN) CA ADV IMG MED A ************8944 | On 031412 4158843447 CA REF # 24266572074207000000 US1 | 4207000000 | 56.39- |
| Mar 15 | Purchase w PIN 593464 ************8944 | COSTCO WHSE #014 SAN FRANCISCCA On 031512 ILK1TERM REF 207513593464 | 6403151230 | 149.39- |
| Mar 15 | Visa Purchase (Non-PIN) SANTA BARBARA AT ************8944 | On 031312 SANTA BARBAR CA REF # 24323002074253073010 US1 | 4253073010 | 155.00- |
| Mar 16 | Visa Purchase (Non-PIN) FIFTH AND MISSIO ************8944 | On 031412 SAN FRANCISC CA REF # 24755422075160754217 US1 | 5160754217 | 6.75- |
| Mar 16 | Visa Purch Recur Non-PIN Amazon Prime ************8944 | On 031512 866-557-2820 NV REF # 24692162075000947494 US1 | 5000947494 | 79.00- |
| Mar 16 | Visa Purchase (Non-PIN) GOLDS GYM- SF CA ************8944 | On 031512 SAN FRANCISC CA REF # 24492152075206589300 US1 | 5206589300 | 89.90- |
| Mar 19 | Purchase w PIN 340065 ************8944 | SAFEWAY TRUCKEE On 031812 ILK1TERM REF 207815340065 | 6503181021 | 7.57- |
| Mar 19 | Purchase w PIN 337335 ************8944 | SAFEWAY TRUCKEE On 031812 ILK1TERM REF 207815337335 | 3503181018 | 10.68- |
| Mar 19 | Visa Purchase (Non-PIN) DAVIES SYMPHONY ************8944 | On 031512 4155035280 CA REF # 24323012077138012170 US1 | 7138012170 | 11.28- |
| Mar 19 | Visa Purchase (Non-PIN) STARBUCKS CORP00 ************8944 | On 031712 AUBURN CA REF # 24164072078355894448 US1 | 8355894448 | 15.60- |
| Mar 19 | Purchase w PIN 272073 ************8944 | ARCO PAYPOINT AUBURN On 031712 ILK1TERM REF 207709272073 | 7303170853 | 32.38- |
| Mar 19 | Visa Purchase (Non-PIN) THE PLASTIC SURG ************8944 | On 031612 415-8818040 CA REF # 24088022077077592794 US1 | 7077592794 | 56.00- |

Case: 12-03148 Doc# 61-15 Filed: 06/30/13 Entered: 06/30/13 15:33:51 Page 9 of 17

Sup. Exhibit K - Atlas Consulting, LLC - US Bank Stmts (Sept 2011 - Apr 2012)

14 - 4



ATLAS CONSULTING, LLC
853 ASHBURY ST
SAN FRANCISCO CA 94117-4418

**Business Statement**

Account Number:
██████ 8331

Statement Period:
Mar 1, 2012
through
Mar 31, 2012

Page 3 of 4

## PLATINUM BUSINESS CHECKING (CONTINUED)

U.S. Bank National Association     Account Number ████ 8331

### Card Withdrawals (continued)

Card Number: xxxx-xxxx-xxxx-8944

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Mar 19 | Purchase w PIN 981133 ************8944 | ARCO PAYPOINT SAN FRANCISCCA On 031712 ILK1TERM REF 207708981133 | 3303170707 | 58.14- |
| Mar 19 | Visa Purchase (Non-PIN) CASA BAEZA ************8944 | On 031812 TRUCKEE CA REF # 24497782078900013600 US1 | 8900013600 | 60.26- |
| Mar 19 | Visa Purchase (Non-PIN) COX*SANTA BARB C ************8944 | On 031712 805-683-6651 CA REF # 24692162077000553206 US1 | 7000553206 | 260.83- |
| Mar 20 | Visa Purchase (Non-PIN) GREAT OUTDOOR CL ************8944 | On 031812 TRUCKEE CA REF # 24270742079308045690 US1 | 9308045690 | 6.98- |
| Mar 20 | Purchase w PIN 308695 ************8944 | WHOLE FOODS MARK San FranciscCA On 031912 ILK1TERM REF 208002308695 | 9503192143 | 19.18- |
| Mar 20 | Visa Purchase (Non-PIN) CHEVRON 00208119 ************8944 | On 031912 VACAVILLE CA REF # 24048032079000132393 US1 | 9000132393 | 68.71- |
| Mar 21 | Visa Purchase (Non-PIN) GODADDY.COM ************8944 | On 032012 480-5058855 AZ REF # 24906412080005653825 US1 | 0005653825 | 170.83- |
| Mar 29 | Visa Purchase (Non-PIN) A16 RESTAURANT ************8944 | On 032812 SAN FRANCISC CA REF # 24224432089105001770 US1 | 9105001770 | 17.17- |
| Mar 29 | Visa Purchase (Non-PIN) A16 RESTAURANT ************8944 | On 032812 SAN FRANCISC CA REF # 24224432089105001770 US1 | 9105001770 | 67.93- |
| Mar 30 | Visa Purchase (Non-PIN) SIERRA TRADING P ************8944 | On 032912 800-7134534 WY REF # 24717052089150899350 US1 | 9150899350 | 56.74- |
| Mar 30 | Purchase w PIN 313100 ************8944 | 555 9TH STREET SAN FRANCISCCA On 033012 NYC1TERM REF 29313100 | | 81.29- |

| | | |
|---|---|---|
| Card 8944 Withdrawals Subtotal | $ | 3,010.71- |
| Total Card Withdrawals | $ | 3,010.71- |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Mar 6 | Customer Withdrawal | | 5831126825 | $ 750.00- |
| Mar 7 | Electronic Withdrawal REF=12067006424732 N | To SO CAL EDISON CO 4951240335BILL PAYMT112884119 | | 72.76- |
| Mar 7 | Customer Withdrawal | | 9795031032 | 3,000.00- |
| Mar 8 | Electronic Withdrawal REF=12068002457613 N | From PACIFIC GAS/ELEC 9500000000ONLINE PMTCKF118208565NEG | | 212.06- |
| Mar 8 | Electronic Withdrawal REF=12067008699215 N | To T.M.C.C 6953775816LEASE PMT 010277GR525 | | 734.13- |
| Mar 12 | Electronic Withdrawal REF=12069010681065 Y | From DELUXE BUS SYS. 1411877307BUS PRODS 73291761 | | 28.76- |
| Mar 12 | Customer Withdrawal | | 5831371939 | 149.00- |
| Mar 13 | Customer Withdrawal | | 5831394767 | 4,300.00- |
| Mar 14 | Analysis Service Charge | | 1400000000 | 25.01- |

Case: 12-03148   Doc# 81-15   Exhibit K Filed: 06/30/13   Entered: 06/30/13 15:33:51   K Page 10
(Sept 2011 - Apr 2012)   of 17

14-5



ATLAS CONSULTING, LLC
853 ASHBURY ST
SAN FRANCISCO CA 94117-4418

**Business Statement**
Account Number:
■ 8331

Statement Period:
Mar 1, 2012
through
Mar 31, 2012

Page 4 of 4



## PLATINUM BUSINESS CHECKING                                    (CONTINUED)

U.S. Bank National Association                                    Account Number ■ 8331

### Other Withdrawals (continued)

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Mar. 14 | Electronic Withdrawal | To SFPUC | | 283.35- |
| | REF=12074006221974 N | 2946000417WEB_PAY 01117085031312 | | |
| | | **Total Other Withdrawals** | **$** | **9,555.07-** |

### Checks Presented Conventionally

| Check | Date | Ref Number | Amount | Check | Date | Ref Number | Amount |
|---|---|---|---|---|---|---|---|
| 0000 | Mar 9 | 8896508953 | 1,987.52 | 0000* | Mar 19 | 9390084040 | 2,500.00 |

\* Gap in check sequence      Conventional Checks Paid (2)    $    4,487.52-

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Mar 5 | 17,600.00 | Mar 13 | 5,507.52 | Mar 20 | 940.66 |
| Mar 6 | 16,850.00 | Mar 14 | 4,668.98 | Mar 21 | 769.83 |
| Mar 7 | 13,777.24 | Mar 15 | 4,223.92 | Mar 27 | 3,269.83 |
| Mar 8 | 12,811.89 | Mar 16 | 4,048.27 | Mar 29 | 3,184.73 |
| Mar 9 | 10,502.37 | Mar 19 | 1,035.53 | Mar 30 | 3,046.70 |
| Mar 12 | 9,807.52 | | | | |

Balances only appear for days reflecting change.

## NALYSIS SERVICE CHARGE DETAIL

Account Analysis Activity for: February 2012

| | | | |
|---|---|---|---|
| Account Number: | ■ 8331 | $ | 25.01 |
| Analysis Service Charge assessed to | ■ 8331 | $ | 25.01 |

Service Activity Detail for Account Number ■ 8331

| Service | Volume | Avg Unit Price | Total Charge |
|---|---|---|---|
| **Depository Services** | | | |
| Monthly Maintenance | 1 | 25.00000 | 25.00 |
| Charge For Neg Coll Balance | 1.72 | 0.00581 | 0.01 |
| Subtotal: Depository Services | | | 25.01 |
| Fee Based Service Charges for Account Number ■ 8331 | | $ | 25.01 |

Case: 12-03148    Doc# 81-15    Filed: 06/30/16g, Entered: 06/30/13 15:33:51    KP1age 11
Exhibit K - Atlas Consulting, LLC - US Bank Stmts
(Sept 2011 - Apr 2012)
of 17

14-6





**Business Statement**

Account Number:
████████ 8331

Statement Period:
Apr 2, 2012
through
Apr 30, 2012

Page 1 of 5

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

5633   TRN                Y   ST01



000132461 1 SP     106481581371743 S
ATLAS CONSULTING, LLC
853 ASHBURY ST
SAN FRANCISCO CA  94117-4418

☎                                    **To Contact U.S. Bank**

**24-Hour Business
Solutions:**                          1-800-673-3555

**Telecommunications Device
for the Deaf:**                       1-800-685-5065
Internet:                             usbank.com

## NEWS FOR YOU

You can now make purchases with any U.S. Bank Business Visa Check Card or ATM Card using your PIN.

## PLATINUM BUSINESS CHECKING                                      **Member FDIC**

U.S. Bank National Association                          **Account Number** ██████ 8331

### Account Summary

|                                 | # Items |   |          |
| ------------------------------- | ------- | - | -------- |
| Beginning Balance on Apr 2      |         | $ | 3,046.70 |
| Customer Deposits               | 3       |   | 5,800.00 |
| Other Deposits                  | 1       |   | 50.00    |
| Card Withdrawals                | 50      |   | 3,527.72 - |
| Other Withdrawals               | 4       |   | 417.12 - |
| ks Paid                         | 1       |   | 69.24 - |
| **Ending Balance on Apr 30, 2012** | | $ | **4,882.62** |

### Customer Deposits

| Number | Date   | Ref Number | Amount   | Number | Date   | Ref Number | Amount   |
| ------ | ------ | ---------- | -------- | ------ | ------ | ---------- | -------- |
|        | Apr 20 | 5730513716 | 1,900.00 |        | Apr 30 | 5833379818 | 1,000.00 |
|        | Apr 23 | 5730629302 | 2,900.00 |        |        |            |          |
|        |        |            |          |        | **Total Customer Deposits** | $ | **5,800.00** |

### Other Deposits

| Date   | Description of Transaction | Ref Number |   | Amount |
| ------ | -------------------------- | ---------- | - | ------ |
| Apr 20 | Refunded Overdraft Charge  |            | $ | 50.00  |
|        | **Total Other Deposits**   |            | $ | **50.00** |

### Card Withdrawals

Card Number: xxxx-xxxx-xxxx-8944

| Date  | Description of Transaction |                          | Ref Number |   | Amount  |
| ----- | -------------------------- | ------------------------ | ---------- | - | ------- |
| Apr 2 | Visa Purchase (Non-PIN) LAZ PARKING 6402 ************8944 | On 033012 SAN FRANCISC CA REF # 24055222091286188900 US1 | 1286188900 | $ | 8.00- |
| Apr 2 | Visa Purchase (Non-PIN) AMC VAN NESS 04 ************8944 | On 033012 San Francisc CA REF # 24164072091931331225 US1 | 1931331225 |   | 40.00- |
| Apr 2 | Purchase w PIN 397748 ************8944 | 690 Stanyan San FranciscCA On 033012 NYC3TERM REF 209000397748 | 4803301907 |   | 43.32- |
| Apr 2 | Purchase w PIN 789857 ************8944 | SAFEWAY TRUCKEE  CA On 040212 ILK1TERM REF 209306789857 | 5704020154 |   | 62.42- |
| Apr 2 | Purchase w PIN 171300 ************8944 | 13405 LINCOLN WA AUBURN  CA On 033112 NYC1TERM REF 29171300 |  |   | 66.16- |

Exhibit K - Atlas Consulting, LLC - US Bank Stmts

14 - 7



ATLAS CONSULTING, LLC
853 ASHBURY ST
SAN FRANCISCO CA 94117-4418

**Business Statement**

Account Number:
8331

Statement Period:
Apr 2, 2012
through
Apr 30, 2012



## PLATINUM BUSINESS CHECKING                                        (CONTINUED)

U.S. Bank National Association                                    Account Number 8331

**Card Withdrawals (continued)**
Card Number: xxxx-xxxx-xxxx-8944

| Date | Description of Transaction | | Ref Number | Amount |
|------|---------------------------|---|-----------|--------|
| Apr 2 | Visa Purchase (Non-PIN)<br>UNITED AIR 0162<br>***********8944 | On 033012 HOUSTON TX<br>REF # 24036212092648092057 US1 | 2648092057 | 75.00- |
| Apr 2 | Visa Purchase (Non-PIN)<br>SKYPE COMMUNICAT<br>***********8944<br>Exchg Amt: $10.00<br>Orig Curr:10.00 | On 032812 LUXEMBOURG<br>REF # 74547062093020669504 LU1<br>Currency Type: US DOLLAR | 3020669504 | 10.00- |
| Apr 2 | Intl Processing Fee<br>SKYPE COMMUNICAT<br>***********8944 | On 032812 LUXEMBOURG<br>REF # 74547062093020669504 LU1 | 3020669504 | 0.20- |
| Apr 3 | Visa Purchase (Non-PIN)<br>TRUCKEE TAHOE ME<br>***********8944 | On 040112 TRUCKEE CA<br>REF # 24323002093253092010 US1 | 3253092010 | 30.00- |
| Apr 3 | Visa Purchase (Non-PIN)<br>COX*SANTA BARB C<br>***********8944 | On 040312 805-683-6651 CA<br>REF # 24692162094000816700 US1 | 4000816700 | 118.00- |
| Apr 3 | Visa Purchase (Non-PIN)<br>SUNSET SCAVENGER<br>***********8944 | On 040212 415-330-1300 CA<br>REF # 24431052093286342102 US1 | 3286342102 | 167.46- |
| Apr 3 | Visa Purchase (Non-PIN)<br>UNITRIN SPEC INS<br>***********8944 | On 040212 800-456-1919 TX<br>REF # 24692162093000795935 US1 | 3000795935 | 228.20- |
| Apr 4 | Purchase w PIN<br>233529<br>***********8944 | ATS VALERO VACAVILLE CA<br>On 040312 ILK1TERM REF 209423233529 | 2904032252 | 69.13- |
| Apr 4 | Visa Purchase (Non-PIN)<br>KAISER HEALTH PL<br>***********8944 | On 040212 888-2364490 CA<br>REF # 24625732094281327437 US1 | 4281327437 | 322.00- |
| Apr 5 | Visa Purchase (Non-PIN)<br>SAIGON VIETNAMES<br>***********8944 | On 040512 SANTA BARBAR CA<br>REF # 24055232096207000000 US1 | 6207000000 | 10.78- |
| Apr 5 | Visa Purchase (Non-PIN)<br>GIOVANNIS PIZZA<br>***********8944 | On 040412 SANTA BARBAR CA<br>REF # 24445002096000256161 US1 | 6000256161 | 25.21- |
| Apr 5 | Purchase w PIN<br>244977<br>***********8944 | TARGET T0309 TAR Santa Maria CA<br>On 040412 ILK1TERM REF 209523244977 | 7704041825 | 53.01- |
| Apr 5 | Purchase w PIN<br>047090<br>***********8944 | 1465 SOUTH BROAD SANTA MARIA CA<br>On 040412 NYC3TERM REF 209500047090 | 9004041546 | 65.72- |
| Apr 6 | Purchase w PIN<br>759551<br>***********8944 | VONS SANTA BARABRCA<br>On 040612 ILK1TERM REF 209706759551 | 5104060153 | 10.51- |
| Apr 6 | Visa Purchase (Non-PIN)<br>ROSS STORE 419<br>***********8944 | On 040412 SANTA MARIA CA<br>REF # 24610432096004043447 US1 | 6004043447 | 18.29- |
| Apr 6 | Visa Purch Recur Non-PIN<br>GOLDS GYM- CORPO<br>***********8944 | On 040512 415-927-4653 CA<br>REF # 24492152096126000150 US1 | 6126000150 | 29.95- |
| Apr 6 | Visa Purchase (Non-PIN)<br>ROSS STORES #159<br>***********8944 | On 040412 SANTA BARBAR CA<br>REF # 24610432096004043117 US1 | 6004043117 | 82.92- |

Case: 12-03148   Doc# 81-15  Filed: 06/30/16   Entered: 06/30/16 15:33:51   Page 13<br>Sup# Exhibit K - Atlas Consulting, LLC - US Bank Stmts of 17<br>(Sept 2011 - Apr 2012)

14-9



ATLAS CONSULTING, LLC,
853 ASHBURY ST
SAN FRANCISCO CA 94117-4418

**Business Statement**

Account Number:

████████ 8331

## PLATINUM BUSINESS CHECKING                                    (CONTINUED)

U.S. Bank National Association                            Account Number ████████ 8331

**Card Withdrawals (continued)**
Card Number: xxxx-xxxx-xxxx-8944

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Apr 6 | Visa Purchase (Non-PIN)<br>ARIGATO SUSHI<br>************8944 | On 040512 SANTA BARBAR CA<br>REF # 24755422097730976433 US1 | 7730976433 | 118.11- |
| Apr 6 | Purchase w PIN<br>405896<br>************8944 | TRADER JOE'S # 1 SANTA BARBARCA<br>On 040612 ILK1TERM REF 209714405896 | 9604061332 | 119.77- |
| Apr 9 | Purchase w PIN<br>022524<br>************8944 | CVS 09335 Santa BarbarCA<br>On 040712 NYC1TERM REF 209800022524 | 2404071334 | 16.12- |
| Apr 9 | Visa Purchase (Non-PIN)<br>CIELITO RESTAURA<br>************8944 | On 040612 805-2254488 CA<br>REF # 24497782099900014089 US1 | 9900014089 | 64.50- |
| Apr 9 | Visa Purchase (Non-PIN)<br>CAFE SHELL<br>************8944 | On 040712 SANTA BARBAR CA<br>REF # 24497782099900019100 US1 | 9900019100 | 77.24- |
| Apr 10 | Purchase w PIN<br>808080<br>************8944 | TARGET T2020 TAR NORTHRIDGE CA<br>On 041012 ILK1TERM REF 210117808080 | 8004101241 | 26.80- |
| Apr 12 | Visa Purchase (Non-PIN)<br>ENTERPRISES FISH<br>************8944 | On 041012 SANTA BARBAR CA<br>REF # 24761972102286888800 US1 | 2286888800 | 119.11- |
| Apr 13 | Visa Purchase (Non-PIN)<br>RUSTYS PIZZA PAR<br>************8944 | On 041112 SANTA BARBAR CA<br>REF # 24013392103008704210 US1 | 3008704210 | 27.08- |
| Apr 16 | Purchase w PIN<br>349866<br>************8944 | WHOLE FOODS MARK San FranciscCA<br>On 041612 ILK1TERM REF 210717349866 | 6604161241 | 4.50- |
| Apr 16 | Visa Purchase (Non-PIN)<br>OLIO PIZZERIA<br>************8944 | On 041112 805-8992699 CA<br>REF # 24497782103900019848 US1 | 3900019848 | 49.10- |
| Apr 16 | Purchase w PIN<br>345928<br>************8944 | WHOLE FOODS MARK San FranciscCA<br>On 041612 ILK1TERM REF 210717345928 | 2804161238 | 67.76- |
| Apr 17 | Purchase w PIN<br>237523<br>************8944 | TRADER JOE'S # 0 SAN FRANCISCCA<br>On 041712 ILK1TERM REF 210816237523 | 2304171526 | 95.00- |
| Apr 20 | Visa Purchase (Non-PIN)<br>ASSESSORS RECORD<br>************8944 | On 041912 SAN FRANCISC CA<br>REF # 24492792110118000126 US1 | 0118000126 | 18.00- |
| Apr 20 | Visa Purchase (Non-PIN)<br>345 CALIF GARAGE<br>************8944 | On 041812 SAN FRANCISC CA<br>REF # 24692162110000250913 US1 | 0000250913 | 24.00- |
| Apr 23 | Visa Purchase (Non-PIN)<br>ROSS STORE #365<br>************8944 | On 042112 SAUSALITO CA<br>REF # 24610432113004041421 US1 | 3004041421 | 30.23- |
| Apr 23 | Purchase w PIN<br>648013<br>************8944 | WHOLE FOODS MARK San FranciscCA<br>On 042312 ILK1TERM REF 211420648013 | 1304231522 | 54.92- |
| Apr 23 | Purchase w PIN<br>070773<br>************8944 | SY8 SPORTS BASEM SAN FRANCISCCA<br>On 042312 NYC1TERM REF 211440070773 | 7304231205 | 183.58- |
| 23 | Visa Purchase (Non-PIN)<br>FARM FRESH TO YO<br>************8944 | On 041912 800-7966009 CA<br>REF # 24418002111111538220 US1 | 1111538220 | 189.00- |

Case: 12-03148   Doc# 81-15   Filed: 06/30/16   Entered: 06/30/16 15:33:51   Page 14
(Sept 2011 - Apr 2012)

Exhibit K - Atlas Consulting, LLC - US Bank Stmts
of 17

14 - 10

 ATLAS CONSULTING, LLC
853 ASHBURY ST
SAN FRANCISCO CA 94117-4418

**Business Statement**
Account Number:
 8331

Statement Period:
Apr 2, 2012
through
Apr 30, 2012

Page 4 of 5

## PLATINUM BUSINESS CHECKING                                        (CONTINUED)

U.S. Bank National Association                                    Account Number  8331

### Card Withdrawals (continued)
Card Number: xxxx-xxxx-xxxx-8944

| Date | Description of Transaction | | Ref Number | Amount |
|------|---------------------------|---|-----------|--------|
| Apr 24 | Visa Purchase (Non-PIN) STANFORD EVNT/PR ************8944 | On 042312 650-723-3955 CA REF # 24492152115027881777 US1 | 5027881777 | 100.00- |
| Apr 24 | Purchase w PIN 806832 ************8944 | NORDSTROM 473 55 SAN FRANCISCCA On 042412 ILK1TERM REF 211520806832 | 3204241537 | 128.76- |
| Apr 25 | Visa Purchase (Non-PIN) BUSHI TEI ************8944 | On 042312 SAN FRANCISC CA REF # 24071052115158109889 US1 | 5158109889 | 41.81- |
| Apr 25 | Purchase w PIN 917619 ************8944 | NORDSTROM 473 55 SAN FRANCISCCA On 042512 ILK1TERM REF 211617917619 | 1904251248 | 59.35- |
| Apr 25 | Purchase w PIN 531058 ************8944 | TRADER JOE'S # 0 SAN FRANCISCCA On 042512 ILK1TERM REF 211614531058 | 5804251301 | 62.24- |
| Apr 25 | Visa Purchase (Non-PIN) NYT*TIMES E-BILL ************8944 | On 042412 800-698-4637 NJ REF # 24692162115000674030 US1 | 5000674030 | 63.62- |
| Apr 25 | Visa Purchase (Non-PIN) MARBORG DISPOSAL ************8944 | On 042412 805-9631852 CA REF # 24755422115161150469 US1 | 5161150469 | 65.66- |
| Apr 26 | Visa Purchase (Non-PIN) S F M T A PARKIN ************8944 | On 042512 SAN FRANCISC CA REF # 24055232117200980302 US1 | 7200980302 | 7.25- |
| Apr 27 | Visa Purchase (Non-PIN) SIMPLY UNIQUE NA ************8944 | On 042612 SAN FRANCISC CA REF # 24231682118207000877 US1 | 8207000877 | 39.00- |
| Apr 30 | Purchase w PIN 032190 ************8944 | TRADER JOE'S # 1 SAN FRANCISCCA On 043012 ILK1TERM REF 212115032190 | 9004301417 | 138.93- |

| | | | |
|---|---|---|---|
| | Card 8944 Withdrawals Subtotal | $ | 3,527.72- |
| | Total Card Withdrawals | $ | 3,527.72- |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | Amount |
|------|---------------------------|---|-----------|--------|
| Apr 4 | Electronic Withdrawal REF=12095004197590 N | From PACIFIC GAS/ELEC 9500000000ONLINE PMTCKF995785190NEG | | $ 305.84- |
| Apr 13 | Analysis Service Charge | | 1300000000 | 45.00- |
| Apr 25 | Electronic Withdrawal REF=12116009623077 N | To SO CAL EDISON CO 4951240335BILL PAYMT112884119 | | 23.78- |
| Apr 30 | Customer Withdrawal | | 5833379793 | 42.50- |

| | | |
|---|---|---|
| Total Other Withdrawals | $ | 417.12- |

### Checks Presented Conventionally

| Check | Date | Ref Number | Amount |
|-------|------|-----------|--------|
| 1001 | Apr 26 | 8892086450 | 69.24 |

| | | |
|---|---|---|
| Conventional Checks Paid (1) | $ | 69.24- |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|------|---------------|------|---------------|------|---------------|
| Apr 2 | 2,741.60 | Apr 4 | 1,500.97 | Apr 6 | 966.70 |
| Apr 3 | 2,197.94 | Apr 5 | 1,346.25 | Apr 9 | 808.84 |

Exhibit K - Atlas Consulting, LLC - US Bank Stmts
(Sept 2011 - Apr 2012)

14 -11



ATLAS CONSULTING, LLC
853 ASHBURY ST
SAN FRANCISCO CA  94117-4418

**Business Statement**

Account Number:
8331

Statement Period:
Apr 2, 2012
through
Apr 30, 2012

Page 5 of 5

## PLATINUM BUSINESS CHECKING                                                            (CONTINUED)

U.S. Bank National Association                                                    **Account Number** 8331

### Balance Summary (continued)

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|------|----------------|------|----------------|------|----------------|
| Apr 10 | 782.04 | Apr 17 | 374.49 | Apr 25 | 4,179.54 |
| Apr 12 | 662.93 | Apr 20 | 2,282.49 | Apr 26 | 4,103.05 |
| Apr 13 | 590.85 | Apr 23 | 4,724.76 | Apr 27 | 4,064.05 |
| Apr 16 | 469.49 | Apr 24 | 4,496.00 | Apr 30 | 4,882.62 |

Balances only appear for days reflecting change.

## ANALYSIS SERVICE CHARGE DETAIL

Account Analysis Activity for: March 2012

| | | | |
|---|---|---|---|
| Account Number: | -8331 | $ | 45.00 |
| Analysis Service Charge assessed to | 8331 | $ | 45.00 |

**Service Activity Detail for Account Number 8331**

| Service | Volume | Avg Unit Price | Total Charge |
|---------|--------|----------------|--------------|
| **Depository Services** | | | |
| Monthly Maintenance | 1 | 25.00000 | 25.00 |
| Combined Transactions/Items | 13 | | No Charge |
| Counter Checks | 2 | 2.00000 | 4.00 |
| Subtotal: Depository Services | | | 29.00 |
| **.ich Coin/Currency Services** | | | |
| Cash Deposited-per $100 | | | |
| First | 100 | | |
| Next | 100 | 0.16000 | 16.00 |
| Total | 200 | | 16.00 |
| Subtotal: Branch Coin/Currency Services | | | 16.00 |
| Fee Based Service Charges for Account Number 8331 | | $ | 45.00 |



P.O. Box 1800
Saint Paul, Minnesota 55101-0800

5633    TRN                     Y   ST01

**Business Statement**

Account Number:
████ 8323

Statement Period:
Apr 2, 2012
through
Apr 30, 2012

Page 1 of 1



000132460 1 SP    106481581371742 S
ATLAS CONSULTING, LLC
853 ASHBURY ST
SAN FRANCISCO CA 94117-4418

☎

*To Contact U.S. Bank*

**24-Hour Business
Solutions:**

*1-800-673-3555*

**Telecommunications Device
for the Deaf:**

*1-800-685-5065*

**Internet:**

*usbank.com*

## NEWS FOR YOU

You can now make purchases with any U.S. Bank Business Visa Check Card or ATM Card using your PIN.

## PLATINUM BUSINESS MONEY MARKET

*Member FDIC*

U.S. Bank National Association

**Account Number** ████ 8323

### Account Summary

| | | | | |
|---|---|---|---|---|
| Beginning Balance on Apr 2 | $ | 0.00 | Number of Days in Statement Period | 30 |
| **Ending Balance on Apr 30, 2012** | $ | **0.00** | | |

14 - 13