# AUTHORIZATION TO CLOSE ESCROW

TO: MARY MILLER / INTERNATIONAL AIRCRAFT TITLE & ESCROW
mmiller@intlaircraft.com, FAX 405-378-2024

FROM: STEPHEN COHEN / ATLAS CONSULTING
scohen@flyfleet.com

REF: N6081P, PIPER AEROSTAR 602P, S/N 62P07508165001

THIS WILL SERVE AS YOUR AUTHORIZATION THAT FUNDS IN THE AMOUNT OF $55,000.00 ARE RELEASED FOR THE PURCHASE OF THE ABOVE DESCRIBED AIRCRAFT AS LONG AS YOU HAVE THE NECESSARY DOCUMENTS TO TRANSFER TITLE FREE AND CLEAR.

DATED THIS 25th DAY OF FEBRUARY, 2011

ATLAS CONSULTING by:                    ELLEN COHEN

_____                 _____
(NAME / TITLE)                          INDIVIDUAL DEPOSITOR
Manager

EXHIBIT 36

**Statement** for account number: ████ 2168

| New Balance | Payment Due Date | Past Due Amount | Minimum Payment |
|---|---|---|---|
| $11,520.18 | 11/13/08 | $0.00 | $230.00 |



**UNITED Mileage Plus**

$ [ 230.00 ]

Make your check payable to:
Chase Card Services.
Please write amount enclosed.
New address or e-mail? Print on back.

4388575079132168000230000115201800000000

24963 BEX Z 29308 C
MONETTE R STEPHENS
853 ASHBURY ST
SAN FRANCISCO CA 94117-4418

CARDMEMBER SERVICE
PO BOX 94014
PALATINE IL 60094-4014

⑆500016028⑆ ████████2168 5⑈

**UNITED Mileage Plus**

Opening/Closing Date: 09/20/08 - 10/19/08
Payment Due Date: 11/13/08

Pd 11/13/08
# 616676555

Minimum Payment Due for Credit Access Line $230.00
Total Minimum Payment Due $230.00

7420

**CUSTOMER SERVICE**
In U.S. 1-800-537-7783
Español 1-888-446-3308
TDD 1-800-955-8060
Pay by phone 1-800-436-7958
Outside U.S. call collect 1-847-888-6600

**ACCOUNT INQUIRIES**
P.O. Box 15298
Wilmington, DE 19850-5298

### VISA SIGNATURE SUMMARY

Account Number: 4388 5750 7913 2168

| | | | |
|---|---|---|---|
| Previous Balance | $20,058.39 | Credit Access Line | $17,500 |
| Payment, Credits | -$21,058.07 | Available Credit | $5,979 |
| Purchases, Cash, Debits | +$12,419.37 | Cash Access Line | $3,500 |
| Finance Charges | +$100.49 | Available for Cash | $3,500 |
| New Balance | $11,520.18 | | |

**PAYMENT ADDRESS**
P.O. Box 94014
Palatine, IL 60094-4014

**VISIT US AT:**
www.chase.com/united

### MILEAGE PLUS MILES EARNED

| | |
|---|---|
| Miles earned from everyday purchases | 4,475 |
| Miles earned this statement from purchases | 10,182 |
| Total miles earned this statement | 14,657 |

1-800-421-4655 (Mileage Plus)
1-800-241-6522 (Reservations)

Mileage Plus Platinum Chase accounts earn 2 miles for every $1 in everyday purchases, including grocery, dining, gas and home improvement purchases. Use your Mileage Plus Platinum Class card for all your purchases to earn miles that can be redeemed for award travel on United and Star Alliance.

### TRANSACTIONS

| Trans Date | Reference Number | Merchant Name or Transaction Description | Amount Credit | Amount Debit |
|---|---|---|---|---|
| 09/20 | 24692168264000171718140 | DRI*PCTOOLS.COM 800-764-5783 MN | | $29.95 |
| 09/21 | 24246518266200005134598 | HOUSE OF BAGELS INC SAN FRANCISCO CA | | 24.90 |
| 09/21 | 24493988266000113916224 | TRADER JOE'S # 100 SAN FRANCISCO CA | | 77.93 |
| 09/21 | 24164078266221013800205 | SAFEWAY STORE 00026468 SAN FRANCISCO CA | | 26.51 |
| 09/23 | 24445008268467822085274 | WHOLEFDS MLV 10009 MILL VALLEY CA | | 124.63 |
| 09/23 | 24231688267200222012053 | CORD BLOOD REGISTRY INC 650-635-1420 CA | | 125.00 |
| 09/23 | 24224438268040002172828 | MILL VALLEY BABY & MILL VALLEY CA | | 15.09 |
| 09/22 | 24071058267158184851398 | ASHBURY MARKET SAN FRANCISCO CA | | 27.04 |
| 09/23 | 24228998268701968229238 | FAMOUS4 MILL VALLEY CA | | 43.10 |
| 09/25 | 24224438270030006068284 | CHAMPAGNE FRENCH B MILL VALLEY CA | | 13.83 |
| 09/26 | 24625128271482355097755 | CHEVRON 00094737 CORTE MADERA CA | | 40.77 |
| 09/26 | 24013398271005197880333 | LA BOULANGE DE COLE SAN FRANCISCO CA | | 7.93 |
| 09/26 | 24692168270000923167069 | NFI*WWW.NETFLIX.COM/CC NETFLIX.COM CA | | 52.07 |
| 09/27 | 24013398271005198851275 | SUSHIKO JAPANESE RESTAURA BERKELEY CA | | 80.47 |
| 09/26 | 24164078272619190682191 | UNION 76 10007417 BERKELEY CA | | 66.66 |
| 09/27 | 24164078272355502984815 | STARBUCKS USA 00055426 SACRAMENTO CA | | 4.75 |
| 09/27 | 24493988272000112913414 | TRADER JOE'S # 100 SAN FRANCISCO CA | | 98.74 |
| 09/29 | 24445008274474935392425 | WHOLEFDS MLV 10009 MILL VALLEY CA | | 140.31 |
| 09/30 | 12742742800005971858234 | Payment - Thank You | 3,314.39 | |
| 09/29 | 24625128274482382306101 | CHEVRON 00094737 CORTE MADERA CA | | 53.49 |
| 09/30 | 24731208275980000333399 | ADCO HEARING PRODUCTS I 303-794-3928 CO | | 24.40 |
| 09/30 | 24071058275158188086355 | A CHILD'S DELIGHT - TO CORTE MADERA CA | | 32.84 |
| 10/02 | 24158138276101912970150 | CAFFE ACRI TIBURON CA | | 15.25 |
| 10/01 | 24072808276456001034834 | JOANN FABRIC #0112 CORTE MADERA CA | | 10.74 |
| 10/03 | 12772727000005978898903 | Payment - Thank You | 17,743.68 | |
| 10/01 | 24717058276692762061086 | REI 76 CORTE MADERA CORTE MADERA CA | | 17.51 |
| 10/01 | 24194048276525138899545 | GIFT PRINTS 510-656-9033 CA | | 41.00 |
| 10/03 | 24164078278299014471008 | VONS Store00021097 SANTA BARBARA CA | | 63.80 |
| 10/02 | 24707808277980144730893 | Feingold Association of I 631-369-9340 NY | | 82.50 |
| 10/02 | 24427338277120003751444 | LYNN'S TOO KING CITY CA | | 47.50 |
| 10/03 | 24445728278480217766607 | CIRCUIT CITY SS #0413 SANTA BARBARA CA | | 53.86 |
| 10/03 | 24399008278917210056323 | KAY-BEE TOYS 00007609 SANTA BARBARA CA | | 10.78 |
| 10/03 | 24639238279900019478643 | PIZZA MIZZA SANTA BARBARA CA | | 14.90 |
| 10/03 | ████████████████████████ | ARGE███████████ROBLES | | █████ |

Case: 12-03148   Doc# 81-16   Filed: 08/30/13   Entered: 08/30/13 15:33:51   Page 2 of 17
Sup. Exhibit M - Stephens Oct 2008 Credit Card Statement 1 of 2 showing $9,675 payment to IRS

## TRANSACTIONS

| Trans Date | Reference Number | Merchant Name or Transaction Description | Credit | Debit |
|---|---|---|---|---|
| 10/04 | 24427338278720005989014 | TUESDAY MORNING #0223 SANTA BARBARA CA | | 52.69 |
| 10/05 | 24323018279560279020472 | CONSERV FUEL #6111 SANTA BARBARA CA | | 38.45 |
| 10/04 | 24071058279158108048242 | THE CHEESE SHOP - SANT SANTA BARBARA CA | | 6.50 |
| 10/04 | 24559308279402780010454 | CHICKEN LITTLE SANTA BARBARA CA | | 73.26 |
| 10/05 | 24164078279091008017676 | TARGET      00011205 PASO ROBLES CA | | 256.08 |
| 10/06 | 24492158280126000097589 | GOLDS GYM- CORPORATE 415-927-4653 CA | | 52.00 |
| 10/06 | 24427338280720004213826 | TUESDAY MORNING #0246 SAN RAFAEL CA | | 57.88 |
| 10/06 | 24493988281000111113205 | TRADER JOE'S # 061 SAN RAFAEL CA | | 132.33 |
| 10/07 | 24492798281118000100846 | EDUARDO'S RESTAURANT SAN RAFAEL CA | | 12.77 |
| 10/06 | 24019518281281081253300 | JASMINE MARKET SAN RAFAEL CA | | 25.60 |
| 10/05 | 24427338281120003087785 | SOLEDAD BEACON SOLEDAD CA | | 42.22 |
| 10/08 | 24445008283485701676675 | WHOLEFDS SRF 10071 SAN RAFAEL CA | | 206.37 |
| 10/08 | 24316058283548264026884 | SHELL OIL 27440364209 SAN RAFAEL CA | | 48.77 |
| 10/09 | 24435658284696000026213 | PARTY AMERICA GREENBRAE CA | | 140.90 |
| 10/09 | 24164078283494090146946 | BORDERS BKS&MU01000686 SAN RAFAEL CA | | 49.70 |
| 10/08 | 24254778283462792911103 | CLUBEXPRESS 8664572582 866-4572582 IL | | 75.00 |
| 10/08 | 24445008283486082731154 | RAINBOW GROCERY SAN FRANCISCO CA | | 246.94 |
| 10/08 | 24071058283158198752780 | A CHILD'S DELIGHT - TO CORTE MADERA CA | | 5.38 |
| 10/10 | 24445008285488511768094 | ANTHROPOLOGIE #0412 SANTA BARBARA CA | | 101.20 |
| 10/09 | 24246518284508290258569 | TOYS R US #5829 SAN RAPJAEL CA | | 20.50 |
| 10/09 | 24445008284487264062581 | NORDSTROM #0423 CORTE MADERA CA | | 18.31 |
| 10/10 | 24164078284355449501421 | STARBUCKS USA 00110957 KING CITY CA | | 5.20 |
| 10/11 | 24610438285004022010997 | BABYCENTER 866-710-2229 PA | | 35.25 |
| 10/10 | 24761978285554148301 0216 | ARIGATO SUSHI SANTA BARBARA CA | | 56.86 |
| 10/09 | 24427338284120003798891 | LYNN'S TOO KING CITY CA | | 31.61 |
| 10/10 | 24639238286900018800228 | CRUSHCAKES/CRUSHCAFE SANTA BARBARA CA | | 6.00 |
| 10/10 | 24639238286900018800269 | CRUSHCAKES/CRUSHCAFE 805-9639353 CA | | 14.00 |
| 10/11 | 24639238286900018900044 | CRUSHCAKES/CRUSHCAFE SANTA BARBARA CA | | 18.00 |
| 10/11 | 24493988286000114310910 | TRADER JOE'S #183 SANTA BARBARA CA | | 45.01 |
| 10/10 | 24639238286900018800210 | CRUSHCAKES/CRUSHCAFE SANTA BARBARA CA | | 67.50 |
| 10/12 | 24492798287427019791212 | LONGS DRUG STORES #102 SANTA BARBARA CA | | 16.66 |
| 10/12 | 24493988287000111317537 | TRADER JOE'S #183 SANTA BARBARA CA | | 97.07 |
| 10/13 | 24138298288207299506898 | UCSF CLS FIT/REC MBRSHIP SAN FRANCISCO CA | | 150.00 |
| 10/13 | 24492798288427021090792 | LONGS DRUG STORES #333 SANTA BARBARA CA | | 16.38 |
| 10/13 | 24761978288259287041678 | USA PETROLEUM #0836 SANTA BARBARA CA | | 47.54 |
| 10/13 | 24492798288427021110970 | LONGS DRUG STORES #335 SANTA BARBARA CA | | 10.32 |
| 10/14 | 24427338289120003418586 | LYNN'S TOO KING CITY CA | | 33.58 |
| 10/15 | 24435658290696000034037 | PARTY AMERICA GREENBRAE CA | | 51.07 |
| 10/15 | 24164078289355469094039 | STARBUCKS USA 00110957 KING CITY CA | | 5.05 |
| 10/13 | 24019548289289277960009 | TEACAKE BAKE SHOP CORTE MADERA CA | | 48.00 |
| 10/15 | 24493988290000111510581 | TRADER JOE'S # 061 SAN RAFAEL CA | | 108.61 |
| 10/15 | 24472688290185168726437 | TAX PYMT CONVENIENCE F 800-4874567 CA | | 191.11 |
| 10/15 | 24472688290185168804812 | US TREASURY TAX PAYMEN 800-4874567 DC | | 7,675.00 |
| 10/16 | 24692168290000285995475 | ALLSTATE  *PAYMENT 800-255-7828 IL | | 363.88 |
| 10/15 | 24427338290710017375470 | PARADISE FOODS CORTE MADERA CA | | 17.95 |
| 10/16 | 24445008291495190945259 | WHOLEFDS MLV 10009 MILL VALLEY CA | | 29.85 |
| 10/15 | 24019548291291247876006 | TEACAKE BAKE SHOP CORTE MADERA CA | | 48.00 |
| 10/17 | 24164078291619495397393 | UNION 76      10040855 SAN FRANCISCO CA | | 53.43 |
| 10/17 | 24493988292200740300648 | LUCCA RAVOLI CO INC SAN FRANCISCO CA | | 41.16 |

## FINANCE CHARGES

| Category | Daily Periodic Rate 30 days in cycle | Corresp. APR | Average Daily Balance | Finance Charge Due To Periodic Rate | Transaction Fee | Accumulated Fin Charge | FINANCE CHARGES |
|---|---|---|---|---|---|---|---|
| Purchases | V .03970% | 14.49% | $8,437.82 | $100.49 | $0.00 | $0.00 | $100.49 |
| Cash advances | V .05203% | 18.99% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total finance charges | | | | | | | $100.49 |

**Effective Annual Percentage Rate (APR):** 14.49%

Please see Information About Your Account section for balance computation method, grace period, and other important information.

The Corresponding APR is the rate of interest you pay when you carry a balance on any transaction category.
The Effective APR represents your total finance charges - including transaction fees
such as cash advance and balance transfer fees - expressed as a percentage.

Case: 12-03148    Doc# 81-16    Filed: 08/30/13    Entered: 08/30/13 15:33:51    Page 3 of 17
Sup. Exhibit M - Stephens Oct 2008 Credit Card Statement-2 of 2 showing $7,675 payment to IRS

Statement for account number: ███████2168

| New Balance | Payment Due Date | Past Due Amount | Minimum Payment |
|---|---|---|---|
| $18,101.29 | 02/13/09 | $0.00 | $963.29 |

**UNITED Mileage Plus**

$ 963.29

2/11 ACH'd # 656975346

Make your check payable to:
Chase Card Services.
Please write amount enclosed.
New address or e-mail? Print on back.

⌐8857507913216800096329018101290000002

37451 BEX Z 01909 C
MONETTE R STEPHENS
853 ASHBURY ST
SAN FRANCISCO CA 94117-4418

CARDMEMBER SERVICE
PO BOX 94014
PALATINE IL 60094-4014

⑇5000 1602 8⑇ ▮▮▮▮▮▮▮▮ 21685⑇

**UNITED Mileage Plus**

Opening/Closing Date: 12/20/08 - 01/19/09
Payment Due Date: 02/13/09

| | |
|---|---|
| Minimum Payment Due for Credit Access Line | $362.00 |
| Payment Due for Balance Over Credit Access Line | $601.29 |
| Total Minimum Payment Due | $963.29 |

CUSTOMER SERVICE
In U.S. 1-800-537-7783
Español 1-888-446-3308
TDD 1-800-955-8060
Pay by phone 1-800-436-7958
Outside U.S. call collect 1-847-888-6600

ACCOUNT INQUIRIES
P.O. Box 15298
Wilmington, DE 19850-5298

PAYMENT ADDRESS
P.O. Box 94014
Palatine, IL 60094-4014

VISIT US AT:
www.chase.com/united

### VISA SIGNATURE SUMMARY

| | | | |
|---|---|---|---|
| Previous Balance | $26,968.53 | Credit Access Line | $17,500 |
| Payment, Credits | -$27,098.53 | Available Credit | $0 |
| Purchases, Cash, Debits | +$18,103.02 | Cash Access Line | $3,500 |
| Finance Charges | +$128.27 | Available for Cash | $0 |
| New Balance | $18,101.29 | | |

Account Number: 4388 5750 7913 2168

### MILEAGE PLUS MILES EARNED

| | |
|---|---|
| Miles earned from United purchases | 892 |
| Miles earned from everyday purchases | 357 |
| Miles earned this statement from purchases | 17,480 |
| Total miles earned this statement | 18,729 |

1-800-421-4655 (Mileage Plus)
1-800-241-6522 (Reservations)

Mileage Plus Platinum Chase accounts earn 2 miles for every $1 in everyday purchases, including grocery, dining, gas and home improvement purchases. Use your Mileage Plus Platinum Class card for all your purchases to earn miles that can ⌐...eemed for award travel on United and Star Alliance.

### TRANSACTIONS

| Trans Date | Reference Number | Merchant Name or Transaction Description | Credit | Debit |
|---|---|---|---|---|
| 12/23 | 2469216835800021 7290937 | GOD*GODIVA CHOCOLATIER 800-643-7551 NY | | $130.00 |
| 01/02 | 1002002270000638 6866155 | Payment - Thank You | 27,098.53 | |
| 01/05 | 2449215900512600 0117306 | GOLDS GYM- CORPORATE 415-927-4653 CA | | 52.00 |
| 01/02 | 2479262900568300 0662326 | UNITED AIR 0162186004803 SAN FRANCISCO CA | | 445.80 |
| | 010209 1 H | SFO SYD | | |
| | 2 H | SYD SFO | | |
| 01/05 | 7493755900600250 0920283 | YEES XPRESS MART NADI | | 113.40 |
| | 01/07 FIJI DOLLAR | | | |
| | | 191.77 X 0.574125254 (EXCHG RATE) + 3.30 (EXCHG RATE ADJ) | | |
| 01/06 | 2471705900615006 4460444 | ANDREGG GEOMATICS 503-8857072 CA | | 15,000.00 |
| 01/05 | 2423168900620678 8000014 | BLOSSOM VALLEY COLLISION SAN JOSE CA | | 1,500.00 |
| 01/10 | 7493755901200830 1380017 | BUDGET PHARMACY NADI | | 38.58 |
| | 01/13 FIJI DOLLAR | | | |
| | | 65.65 X 0.570601675 (EXCHG RATE) + 1.12 (EXCHG RATE ADJ) | | |
| 01/14 | 7429349900140000 62886717 | WESTIN RESORT & SPA NADI | | 31.31 |
| | 01/15 FIJI DOLLAR | | | |
| | | 55.00 X 0.552727272 (EXCHG RATE) + 0.91 (EXCHG RATE ADJ) | | |
| 01/10 | 7406418901501014 4336022 | WWW.SKYPE.COM INTERNET | | 13.57 |
| | 01/15 EURO | | | |
| | | 10.00 X 1.318000000 (EXCHG RATE) + 0.39 (EXCHG RATE ADJ) | | |
| 01/12 | 2413829901420729 9507853 | UCSF CLS PS FITREC MBR SAN FRANCISCO CA | | 150.00 |
| 01/14 | 7455702901403172 0207125 | WH SOUL PATTINSON SYDNEY | | 16.14 |
| | 01/15 AUSTRALIAN DOLLAR | | | |
| | | 23.07 X 0.679237104 (EXCHG RATE) + 0.47 (EXCHG RATE ADJ) | | |
| 01/15 | 7456445901510312 8900533 | COLES SYDNEY | | 24.95 |
| | 01/15 AUSTRALIAN DOLLAR | | | |
| | | 35.67 X 0.679282310 (EXCHG RATE) + 0.72 (EXCHG RATE ADJ) | | |
| 01/14 | 7456445901410623 8620108 | COLES SYDNEY | | 39.81 |
| | 01/15 AUSTRALIAN DOLLAR | | | |
| | | 56.90 X 0.679437609 (EXCHG RATE) + 1.15 (EXCHG RATE ADJ) | | |
| 01/15 | 7455702901504194 4107166 | CR PITT STREET SYDNEY | | 44.32 |
| | 01/16 AUSTRALIAN DOLLAR | | | |
| | | 64.38 X 0.668375271 (EXCHG RATE) + 1.29 (EXCHG RATE ADJ) | | |

Case: 12-03148    Doc# 81-16    Filed: 08/30/13    Entered: 08/30/13 15:33:51    Page 4 of 17

Sup. Exhibit N - Stephens Feb 2009 Credit Card Statement N-1 of 1 showing $15,000 to Andregg Geomatics

0000001 FIS33334 C 2    000 N    Z▮▮▮▮▮▮▮▮▮▮▮▮AA 37451    0191000020493745101
X 0278

**WELLS FARGO** **ATM Transaction Record**

```
Date:                          07/28/10
Time:                          08:04 PM
Location:                    SERRAMONTE
ATM:                              0081C

Customer Card:             XXXXXXX0816
Transaction #:                     7431
Transaction Type: Deposit To Checking
Amount:                         $980.00
To Account #:                XXXXXX5321
Available Balance:            $3,540.82
Total Balance:                $3,540.82


 Details of Bills Deposited
 49 X $20  = $980.00

This Envelope-Free (SM) ATM instantly
 credits cash deposits to your account.

Thank you for using a Wells Fargo ATM.
```

**WELLS FARGO** ATM Transaction Record

```
Date:                              07/28/10
Time:                              08:02 PM
Location:                       SERRAMONTE
ATM:                                 0081C

Customer Card:             XXXXXXX0816
Transaction #:                       7430
Transaction Type: Deposit To Checking
Amount:                            $940.00
To Account #:                 XXXXXX5321
Available Balance:             $2,560.82
Total Balance:                 $2,560.82
```

Details of Bills Deposited
47 x $20 = $940.00

This Envelope-Free (SM) ATM instantly credits cash deposits to your account.

Thank you for using a Wells Fargo ATM.

# 81-10-2 of 10 Filed: 08/30/13 Entered: 08/30 of 17
Sup. Exhibit O - Selected Cash Deposits to Stephens Wells Fargo Acct x5321

# WELLS FARGO ATM Transaction Record

| | |
|---|---|
| Date: | 07/28/10 |
| Time: | 08:00 PM |
| Location: | SERRAMONTE |
| ATM: | 0081C |
| | |
| Customer Card: | XXXXXXX0816 |
| Transaction #: | 7429 |
| Transaction Type: | Deposit To Checking |
| Amount: | $920.00 |
| To Account #: | XXXXX5321 |
| Available Balance: | $1,620.82 |
| Total Balance: | $1,620.82 |

Details of Bills Deposited
46 X $20 = $920.00

This Envelope-Free (SM) ATM instantly credits cash deposits to your account.

Thank you for using a Wells Fargo ATM.

# Wells Fargo Bank
# Transaction Record

STORE # 70958 07                    Deposit


Account Number                      XXXXXX5321
 00114
Cash In                             $2,820.00
Number of checks                           0

Total Deposited                     $2,820.00
Less Cash                            - $0.00
Net Deposit Amount                  **$2,820.00**


Transaction # 096 0126
02:24PM   07/29/10 Credited: 07/29/10

Avoid having your debit card declined ...
Speak with a Banker today.


Thank you, Patrick

# 81-10 O-4 of 10 Filed: 08/30/13   Entered: 08/3 of 17

Sup. Exhibit O - Selected Cash Deposits
to Stephens Wells Fargo Acct x5321

# Wells Fargo Bank
# Transaction Record

STORE # 00358 05                    Deposit


Account Number                   XXXXXX5321
00114
Cash In                           $2,700.00
Number of checks                          0

Total Deposited                   $2,700.00
Less Cash                          - $0.00
Net Deposit Amount                $2,700.00


Transaction # 047 0064
12:16PM   08/02/10  Credited: 08/02/10

Avoid having your debit card declined ...
Speak with a Banker today.


Thank you, Aisha

81-1 0-5 of 10 Filed: 08/30/13    Entered: 08/3
of 17
Sup. Exhibit O - Selected Cash Deposits
to Stephens Wells Fargo Acct x5321

```
             Wells Fargo Bank
             Transaction Record

STORE # 00081 08                    Deposit


Account Number                   XXXXXX5321
 00114
Cash In                           $2,900.00
Number of checks                          0

Total Deposited                   $2,900.00
Less Cash                            - $0.00
Net Deposit Amount                $2,900.00


Transaction # 063 0083
03:06PM   08/05/10 Credited: 08/05/10

Avoid having your debit card declined ...
Speak with a Banker today.


  Thank you, Amy
```

Sup. Exhibit O - Selected Cash Deposits
to Stephens Wells Fargo Acct x5321



## ATM Transaction Record

```
Date:                        08/04/10
Time:                        12:23 PM
Location:                   SERRAMONTE
ATM:                             0081E

Customer Card:             XXXXXXX0816
Transaction #:                    3861
Transaction Type: Deposit To Checking
Amount:                       $1,000.00
To Account #:               XXXXXX7420
Available Balance:            $1,000.10
Total Balance:                $1,000.10


 Details of Bills Deposited
 50 X $20  = $1000.00

This Envelope-Free (SM) ATM instantly
 credits cash deposits to your account.

Thank you for using a Wells Fargo ATM.
```

```
                Wells Fargo Bank
                Transaction Record

STORE # 70958 03                    Deposit

Account Number                      XXXXXX5321
  00114
Cash In                             $2,500.00
Number of checks                             1

                                    $2,400.00
Total Deposited                     $4,900.00
Less Cash                             -$0.00
Net Deposit Amount                  $4,900.00


Transaction # 083 0108
02:09PM   08/04/10 Credited: 08/04/10

Avoid having your debit card declined ...
Speak with a Banker today.


Thank you, Rickey
```

Sup. Exhibit O - Selected Cash Deposits to Stephens Wells Fargo Acct x5321



# ATM Transaction Record

```
Date:                              08/18/10
Time:                              03:57 PM
Location:                       SERRAMONTE
ATM:                                 0081A

Customer Card:               XXXXXXX0816
Transaction #:                        1242
Transaction Type: Deposit To Checking
Amount:                            $100.00
To Account #:                   XXXXXX5321
Available Balance:             $22,683.00
Total Balance:                 $22,683.00


 Details of Bills Deposited
  5 X $20  = $100.00

This Envelope-Free (SM) ATM instantly
 credits cash deposits to your account.

Thank you for using a Wells Fargo ATM.
```

Sup. Exhibit O - Selected Cash Deposits to Stephens Wells Fargo Acct x5321

# Wells Fargo Bank
# Transaction Record

STORE # 00081 05                    Deposit

Account Number                      XXXXXX5321
 00114
Cash In                             $2,040.00
Number of checks                           0

Total Deposited                     $2,040.00
Less Cash                            - $0.00
Net Deposit Amount                  $2,040.00


Transaction # 094 0119
03:55PM   08/18/10 Credited: 08/18/10

Avoid having your debit card declined ...
Speak with a Banker today.


Thank you, Saskia

81-16   Filed: 08/30/13   Entered: 08/30
O-10 of 40   of 17
Sup. Exhibit O - Selected Cash Deposits
to Stephens Wells Fargo Acct x5321

```
            Clayton Station SF Post Offic
              SAN FRANCISCO, California
                     941179991
                  0567830039 -0098
03/22/2010       (800)275-8777       03:04:05 PM

                    Sales Receipt
Product              Sale    Unit         Final
Description          Qty     Price        Price

Dom. Money Order 17072104443          $1,000.00
Domestic Money Order Fee                  $1.50
            Subtotal:                 $1,001.50
Dom. Money Order 17072104454          $1,000.00
Domestic Money Order Fee                  $1.50
            Subtotal:                 $1,001.50
Dom. Money Order 17072104465            $950.00
Domestic Money Order Fee                  $1.50
            Subtotal:                   $951.50
44c #10              1      $0.54         $0.54
Seabiscuit
Envelope
SAN ANTONIO TX 78288                     $18.30
Zone-7 Express Mail
PO-Add Flat Rate
1.60 oz.
Label #:          EG399523658US
Tue 03/23/10 - 12:00PM - Guaranteed
Delivery
Signature Waived
                                       ========
   Issue PVI:                            $18.30

                                       ========
Total:                                $2,973.34

Paid by:
  Cash                                $2,980.00
  Change Due:                            -$6.66

Order stamps at USPS.com/shop or call
1-800-Stamp24.  Go to USPS.com/clicknship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS.
*****************************************
*****************************************
Get your mail when and where you want it
with a secure Post Office Box. Sign up for
a box online at usps.com/poboxes.
*****************************************
*****************************************


Bill#: 1000203035141
Clerk: 14

   All sales final on stamps and postage
    Refunds for guaranteed services only
          Thank you for your business
*****************************************
*****************************************
          HELP US SERVE YOU BETTER

   Go to: https://postalexperience.com/Pos

          TELL US ABOUT YOUR RECENT
               POSTAL EXPERIENCE

             YOUR OPINION COUNTS
*****************************************
*****************************************


                   Customer Copy
```

#81-16 P-1 Filed: 08/30/13  Entered: 08/30
Sup. Exhibit P - Receipt for $2,950 in
            US Postal Money orders
                   (8 of 17)

Escrow No.: 08-944157-NL
Locate No.: C\FNT0938-0938-0006-0000944157
Title No.: 08-944157-KD

STRAIGHT NOTE

**BORROWER'S COPY**

$100,000.00  San Francisco, California  August 15, 2008

On or before, **March 1, 2009**_____, for value received, I promise to pay to

**John Schrader & Nyra Krstovich, husband and wife as community property with rights of survivorship** or order,

at **297 C Kansas Street, SF, CA 94103** the sum of **ONE HUNDRED THOUSAND AND 00/100 DOLLARS**,

with interest from **August 19, 2008**_____, until paid at the rate of **6.50** percent per annum, payable **Monthly in the amount of $541.67 or more**. The first payment shall commence on **October 1, 2008** and continuing until **March 1, 2009**_____ at which time the entire unpaid principal balance, together with any and all accrued interest, shall become immediately due and payable.

This note does not contain a prepayment penalty. Should maker pay to holder any sums in addition to the herein stated installments, such sums shall be credited to the unpaid principal balance of this note. Upon such principal reduction, the monthly installments as called for herein shall be then reduced to be at all times an amount equal to "interest only" on the then unpaid principal balance.

Anything herein to the contrary notwithstanding, in the event of a voluntary sale, transfer or conveyance of all or any portion of the property described herein, any indebtedness or obligation hereunder, shall at the option of the holder hereof, immediately become due and payable.

This Note is subject to Section 2966 of the Civil Code, which provides that the holder of this Note shall give written notice to the Trustor, or his successor in interest, of prescribed information at least 90 and not more than 150 days before any balloon payment is due.

In the event that any payment, or any portion thereof, due hereunder is not received by the Payee within 10 days after the due date thereof, the undersigned agrees to pay to Payee, in addition to the regular monthly payment, a late charge of 5.00% of the monthly payment.

**Balloon Payment:** This Note is subject to Section 2966 of the Civil Code, which provides that the holder of this Note shall give written notice to the Trustor, or his successor in interest, of prescribed information at least 90 and not more than 150 days before any balloon payment is due.

**Due on Sale:** Anything herein to the contrary notwithstanding, in the event of a voluntary sale, transfer or conveyance of all or any portion of the property described herein, any indebtedness or obligation hereunder, shall at the option of the holder hereof, immediately become due and payable.

FD-30F (Rev. 3/94)  STRAIGHT NOTE  Page 1 of 2
(notestrt)(08-08)

DO NOT DESTROY THIS NOTE: When paid, this Note and the Deed of Trust must be surrendered to Trustee for cancellation, before reconveyance will be made.

EXHIBIT 30
KE
Stephens 8.15.13

Escrow No.: 08-944157-NL    Locate No.: CAFNT0938-0938-0006-0000944157    Title No.: 08-944157-KD

Principal and interest payable in lawful money of the United States of America. Should default be made in payment of interest when due the whole sum of principal and interest shall become immediately due at the option of the holder of this Note and after said breach, said obligation shall continue to accrue interest at the rate of 6.50 percent per annum. If action be instituted on this Note I promise to pay such sum as the Court may fix as attorney's fees. This Note is secured by a Deed of Trust of even date herewith.

_____    _____
Carl A. Wescott.                   Monette Stephens

FD-30F (Rev. 3/9-)    STRAIGHT NOTE    Page 2 of 2
(notestrt)

DO NOT DESTROY THIS NOTE: When paid, this Note and the Deed of Trust must be surrendered to Trustee for cancellation, before reconveyance will be made.