Carl Wescott
Balance Sheet
4/30/09

**Assets**
**Current Assets**
Cash in Bank ..... 381,435
Accounts Receivable (Rents) ..... 752,192
Accounts Receivable (Deeds of Trust) ..... 66,848
**Total Current Assets** ..... $ 1,200,475

**Other Assets**
Personal Property (Note 1) ..... 461,700
Charter Seat Licenses - AT&T Park (Note 6) ..... 375,000
Catamount Ventures, LP ..... 305,437
Capital Accelerator Program (CAP) IV, LLC ..... 226,200
Fidelity Cap V ..... 204,675
Vehicles (Note 1) ..... 50,747
**Total Other Assets** ..... $ 1,623,759

*[handwritten: ADD FIDELITY CAP VI 20K]*

**Fixed Assets**
Notes and Contracts Receivable (Note 2) ..... 6,993,445
Real Estate
Residential (Note 3) ..... 18,433,600
Commercial (Note 3) ..... 797,000
Development - United States (Note 4) ..... 55,195,800
Development - International (Note 5) ..... 27,713,130
**Total Fixed Assets** ..... $ 109,132,975

**Total Assets** ..... $ 111,957,209

**Liabilities**
**Current Liabilities**
Revolving Debt Payable, Bank ..... 503,606
Notes Payable, Bank ..... 770,722
**Total Current Liabilities** ..... $ 1,274,328

**Long-term Liabilities**
Notes Payable, Bank
Residential Real Estate - Loans (Note 3) ..... 11,271,274
Commercial Real Estate - Loans (Note 3) ..... 579,803
United States Development - Loans (Note 4) ..... 39,819,424
International Development - Loans (Note 5) ..... 3,034,300
**Total Liabilities** ..... $ 54,704,801

**Net Worth** ..... $ 57,252,408

**Total Liabilities and Net Worth** ..... $ 111,957,209

Carl Wescott
Balance Sheet
4/30/09

**NOTE 1:**

Carl Wescott and Monette Stephens personally own the following property listed below:

**Vehicles**

| Property | Market Value | Loan |
|---|---|---|
| Automobile - 2005 Lexus RX 330 | 30,000 | |
| Automobile - 2006 Lexus 400h | 34,000 | 13,253 |
| | Market Value $ | 50,747 |

*(handwritten: look up blue book)*

**Personal Property**

| Property | Market Value |
|---|---|
| Art Collection | 255,000 |
| Jewelry | 206,700 |
| Market Value $ | 461,700 |

**NOTE 2:**

Notes and Contracts Receivable

| Note | Description | Amount |
|---|---|---|
| 120 Marin View, Mill Valley CA 94941 | 2nd Deed of Trust - 8.5%, 5 years | $209,922 |
| 19504 Sweetwater Springs Road, Guerneville, | 2nd Deed of Trust - 8.5%, 3 year | $674,961 |
| 20195 Sweetwater Springs Road, Healdsburg, | 2nd Deed of Trust - 8%, 5 year | $425,000 |
| 3886 Noriega, San Francisco, CA | 2nd Deed of Trust - 6.5% | $110,000 |
| 9575 Venturi Drive, Cobb, CA | 2nd Deed of Trust - 9.5%, 2 year balloon, interest only | $270,500 |
| Bradshaw Deed of Trust | 4th Deed of Trust - 18.5% | $4,003,062 |
| Dyer Mountain LLC - Convertible Debt | | $550,000 |
| OIP Deed of Trust | Deed of Trust - 18.5% | $750,000 |
| | Market Value $ | 6,993,445.00 |

*(handwritten: Panama Note from Rain Forest Capital. 1 mill 7.5% interest, 2 yr bal)*

**NOTE 3:**

Residential Real Estate Properties

| Property | Market Value | Underlying Debt |
|---|---|---|
| 11385 East Road Potter Valley, CA | ~~940,000~~ | 700,000 |
| 1720 Niestrath Road, Cazadero CA 95421 | 413,600 | |
| 30901 Sherwood Road, Willits, CA | 1,550,000 | 908,700 |
| 3910 Carol Avenue, Santa Barbara, CA | 1,000,000 | 707,705 |
| 4175 West Dry Creek Road, Healdsburg, CA | 2,800,000 | 1,799,317 |
| 430 Scenic Avenue, San Anselmo, CA - 98% Equity Stake | 750,000 | 493,000 |
| 555 4TH STREET, San Francisco, CA, Unit 411 | 555,000 | 407,158 |
| 5700 Robinson Creek, Ukiah, CA | 1,700,000 | 1,066,032 |
| 5760 Chemise Rd, Healdsburg, CA | 2,750,000 | 1,444,988 |
| 7950 Hearst Road, Willits, CA | 2,250,000 | 859,999 |
| 853 Ashbury, San Francisco, CA - Primary Residence | 2,800,000 | 2,318,500 |
| 9501 Lane Drive, Ukiah, CA | 925,000 | 565,876 |
| | $ 18,433,600 | $ 11,271,274 |

| | | |
|---|---|---|
| Total Market Value | $ | 18,433,600 |
| Less Underlying Debt | $ | 11,271,274 |
| Net Difference | $ | 7,162,326 |

Commercial Property

| Property | Market Value | Underlying Debt |
|---|---|---|
| 1083 Mississippi Street, San Francisco, CA | 797,000 | $579,803 |

| | | |
|---|---|---|
| Total Market Value | $ | 797,000 |
| Less Underlying Debt | $ | 579,803 |
| Net Difference | $ | 217,197 |

**NOTE 4:**

United States Development Projects

Carl Wescott
Balance Sheet
4/30/09

| Property | Market Value | Underlying Debt |
|---|---|---|
| Oroville Industrial Park - 95.5% Interest | 17,390,550 | 8,451,750 |
| AYSS - 95.5% Interest | 4,011,000 | 4,966,000 |
| Atwater Retail, LLC - 75% Interest[1] | 900,000 | 562,500 |
| Bradshaw Urban Development, LLC - 95.5% inter | 16,808,000 | 14,614,424 |
| Auburn Multi Family I, LLC - 95.5% Interest | 4,775,000 | 2,865,000 |
| Livingston Retail, LLC - 45% Interest | 1,125,000 | 675,000 |
| Del Paso Land - 75% Interest | 5,625,000 | 1,575,000 |
| Delhi Mini Storage, LLC | 3,800,000 | 5,800,000 |
| Modesto Multi Family I, LLC - 52.5% Interest | 761,250 | 309,750 |
|  | 55,195,800 | 39,819,424 |

| Total Market Value | $ | 55,195,800 |
|---|---|---|
| Less Underlying Debt | $ | 39,819,424 |
| Net Difference | $ | 15,376,376 |

[1] - Mortgage on Atwater Retail, LLC is cross collateralized with the Cazadero property
[2] - The 3rd Trust Deed on the Bradshaw property in the amount of $4.6MM is cross collateralized with the Del Paso property; balance is approx $2 mil
[3] - The 4th Trust Deed on the Bradshaw property is cross collateralized with the OIP property - for simplicity, we count the debt as on Bradshaw

NOTE 5:

International Development Projects

| Property | Market Value | Underlying Debt |
|---|---|---|
| Granada, Nicaragua Property- 20mz | 200,000 | - |
| Lake Ometepe, Nicaragua Properties-2 acres/wa | 100,000 | - |
| Rocha, Uruguay Property-100 hectares | 11,880,000 | 645,000 |
| La Ceiba, Honduras Property-371 acres | 1,350,000 | - |
| Palo Alto - 185.8 hectares, 1.2km of beachfront | 500,000 | 167,000 |
| Agua Dulce - 429 hectares, 4km of beachfront | 1,158,300 | 772,300 |
| Ecuador Property (HSJ) - 663 acres | 2,500,000 | - |
| Ecuador Property (Sunrise) | 2,070,000 | - |
| Guatemala Property (Carretera - El Salvador) | 4,100,000 | 1,450,000 |
| Panama Properties Bayano- 5000+ acres | 1,975,000 | - |
| Panama Properties Centro Madreno- 0000+ acre | 1,879,830 | - |
|  | 27,713,130 | 3,034,300 |

*handwritten: 183.5*

*handwritten: PANAMA PROPERTY 300,000*

| Total Market Value | $ | 27,713,130 |
|---|---|---|
| Less Underlying Debt | $ | 3,034,300 |
| Net Difference | $ | 24,678,830 |

NOTE 6:

Charter Seat Licenses - AT&T Park

| Property | Market Value | Underlying Debt |
|---|---|---|
| Row 112 E, Seats 5 - 6 | 80,000 (handwritten 1/2) | - |
| Row 115 G, Seat 9 | 20,000 | - |
| Row 213 G, Seats 1 - 2 | 25,000 (handwritten 17.5 to, 15) | - |
| Row 213 H, Seats 1 - 4 | 50,000 (handwritten 25) | - |
| Row 213 B, Seats 9 - 12 | 60,000 (handwritten 50) | - |
| Row 215 I, Seats 8 - 9 | 30,000 (handwritten 15) | - |
| Row 115 H, Seats 1 - 2 | 90,000 (handwritten 75) | - |
| Row 218 D, Seats 1 - 4 | 20,000 (handwritten 15) | - |
|  | 375,000 | - |

| Total Market Value | $ | 375,000 |
|---|---|---|
| Less Underlying Debt | $ | - |
| Net Difference | $ | 375,000 |

# REAL ESTATE CASH FLOW STATEMENT

| Borrower Name: | Carl Wescott |
|---|---|
| Date Prepared: | 4/30/2009 |
| Signature: | |

## COMMERCIAL/RESIDENTIAL PROPERTIES

| Property Name/Address | Type | % Owned | Acquisition Price | Acquisition Date | Current Value | Original Loan Amount | Lender Name, Address, Loan Number | Current Note Balance | Annual Payments | Annual Tax Insur. Expenses | Annual Income |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PERSONAL RESIDENCE: 853 Ashbury Street, San Francisco, CA 94117 | SFR | 100% | $2,002,002 | 10/18/2004 | $2,850,000 | $1,201,201 | ASC PO Box 60768, Los Angeles, CA 90060 Loan# 5688 / GMAC PO Box 4622, Waterloo, IA 50704 Loan#8307053045 | $ 2,318,500 | $ 123,052 | $ 19,718 | $ - |
| RENTAL: 3910 Carol Avenue, Santa Barbara, CA | SFR | 100% | $168,000 | 6/11/1985 | $ 1,000,000 | $ 140,000 | WaMu PO Box 78148, Phoenix, AZ 85062 | $ 707,705 | $ 54,678 | $ 3,543 | |
| OFFICE: 1083 Mssissippi Street, San Francisco, CA 94107 | Com Condo | 100% | $675,000 | 5/2006 | $ 797,000 | $ 575,000 | Colson 611 Front St., San Francisco, CA 94111 Loan# 06006 / Sonoma Bank 3558 Round Barn Blvd. #300, Santa Rosa, CA 95403 Loan# 2578 | $ 579,803 | $ 49,985 | $ 4,327 | $ 54,312 |
| PERSONAL RESIDENCE: 5760 Chamise Road, Healdsburg, CA 95448 | SFR | 100% | $770,000 | 2001 | $ 2,750,000 | $ 693,000 | WaMu PO Box 78148, Phoenix, AZ 85062 Loan# 502 / Chase PO Box 78035, Phoenix, AZ 85062 Loan# 55244 | $ 1,444,988 | $ 103,020 | $ 10,527 | $ 27,616 |
| RENTAL: 4175 West Dry Creek Road, Healdsburg, CA 95448 (2nd time I have owned this property) | SFR | 100% | $3,000,000 | 6/2006 | $ 2,800,000 | $ 2,575,000 | Empire Mortgage 11350 McCormick Rd, Hunt Valley, MD 21031 | $ 1,799,317 | $ 63,996 | $ 21,145 | $ 54,000 |
| RENTAL: 30901 Sherwood Road, Willits, CA (4 homes on 21-acres) | SFR | 100% | $1,200,000 | 2007 | $ 1,550,000 | $ 1,020,000 | WaMu PO Box 78148, Phoenix, AZ 85062 Loan#0779632967 & 5111 | $ 908,700 | $ 59,292 | $ 7,603 | $ 139,800 |
| RENTAL: 9501 Lane Drive, Ukiah, CA | SFR | 100% | $650,000 | 2008 | $ 925,000 | $ 387,000 | Luther Burbank PO Box 1783, Santa Rosa, CA 95402 Loan 268-8 & Private | $ 565,876 | $ 32,016 | $ 2,064 | $ 90,000 |
| RENTAL: 430 Scenic, San Anselmo, CA | SFR | 98% | $645,000 | 2005 | $ 650,000 | $ 433,000 | Aurora Loan 10350 Park Meadows Dr., Littleton, CO 80124 | $ 493,000 | $ 30,000 | $ 6,278 | $ 72,000 |
| RENTAL: 555 4th Street, San Francisco, CA, 94107 Unit 411 | Condo | 100% | $555,000 | 2007 | $ 555,000 | $ - | Citibank PO Box 9438, Gaithersburg, MD 20898 Loan 552 | $ 407,158 | $ 37,680 | $ 2,081 | $ 30,000 |
| RENTAL: 5700 Robinson Creek, Ukiah CA 95482 | SFR | 100% | $1,200,000 | 2006 | $ 1,700,000 | $ 1,080,000 | WaMu PO Box 78148, Phoenix, AZ 85062 Loan#3011872243 & 568 | $ 1,066,032 | $ 62,657 | $ 13,500 | $ 159,444 |
| RENTAL: 7950 Hearst Rd., Ukiah, CA | SFR | 100% | $2,775,000 | 10/2008 | $ 2,250,000 | $ 860,000 | PLM Lender Services, Inc. 46 N. Second St., Campbell, CA 95008 Loan 959A | $ 859,999 | $ 105,350 | $ 7,470 | |
| RENTAL: 1720 Niestrath Road, Cazadero CA 95421 | SFR | 100% | $237,500 | 2001 | $ 413,600 | $ - | N/A | $ - | $ - | $ 4,879 | $ 35,120 |
| RENTAL: 11385 East Road, Potter Valley, CA | SFR | 100% | $800,000 | 2007 | $ 550,000 | $ 700,000 | Private | $ 700,000 | $ 48,996 | $ 876 | $ 66,000 |
| TOTALS: | | | $14,677,502 | | $ 19,180,600 | 9,664,201 | | $ 11,851,077 | $ 770,722 | $ 104,011 | $ 752,192 |

Handwritten annotations:
- 7360 × 12
- 5700 × 12 = 27,616 60K
- 0 right now
- = 12,952.$ × 12
- 0
- = 6500 × 11

NOTES

| Property Name/Address | Current Note Balance | Interest Rate | Annual Income |
|---|---|---|---|
| 20195 Sweetwater Springs Road, Healdsb | 425,000 | 8.00% | 34,000 |
| 3886 Nonega, San Francisco, CA | 110,000 | 6.50% | 7,150 |
| 9575 Venturi Drive, Cobb, CA | 270,500 | 9.50% | 25,698 |
| TOTALS: | $ 805,500.00 | | 66,848 |

2008 Income - Property and Note Sales August

| Description | Date | Annual Income |
|---|---|---|
| 9th and Bradshaw - Note Payoff | July 1st, 2009 | 4,003,062 |
| Panama - Sale | May 1st, 2009 | 1,172,000 |
| TOTALS: | | 5,175,062 |

| | | |
|---|---|---|
| Annual Income - Commercial/Residential Properties | $ | (9,721) |
| Annual Income - Notes and Receiveables | $ | 66,848 |
| 2009 Income - Property and Note Sales | $ | 5,175,062 |
| Estimated 2009 Partial Income | $ | 5,232,188 |

2009

| Annual Net Cash Flow +/(-) |
|---|
| $ (142,770) |
| $ (58,221) |
| $ 0 |
| $ (86,031) |
| $ (31,141) |
| $ 72,905 |
| $ 55,920 |
| $ 35,722 |
| $ (9,761) |
| $ 83,287 |
| $ 30,241 |
| $ 40,128 |
| $ (9,721) |

Sup. Exhibit U - Wescott Personal Balance Sheet 4/30/2009

February 10th, 2009

To: WaMu Home Ownership Preservation
Sondra Edwards

Re: Borrower Assistance for Loan #'s
3014865111, 0702714502 & 3011872243

Dear Sondra:

I'm submitting my Borrower Assistance Applications for loan numbers: ▮▮▮▮5111, ▮▮▮▮4502 & ▮▮▮▮2243.

The basic reason for our challenges in making our loan payments are that I used to make hundreds of thousands of dollars a year as a real estate broker, but I didn't make a single dollar in 2008, and in fact will show a 6-digit loss for 2008.

My wife Monette used to make over $200K a year, but her income for last year was $39K. We have 2 young children and this year so far she hasn't made any money.

Sincerely,

Carl A. Wescott
853 Ashbury St.
San Francisco, CA 94117-4418

SLD00386

From: sdonecker@sigsystica.com
To: jmelder7@aol.com
CC: kdonecker@gmail.com
Sent: 2/22/2012 4:01:02 P.M. Pacific Standard Time
Subj: wescott bankruptcy fraud

Janina,

We spoke with you on the phone a few weeks ago regarding the Wescott/Stephens bankruptcy case. You requested that we send you a copy of our complaint as well as the exhibits. Attached you will find another copy of our complaint, the exhibits, and a limited amount of other information showing that Wescott currently has interests over seas as well as additional information supporting our case of fraud.

In summary Wescott was fraudulent with us from the beginning, he failed to disclose lawsuits against him, falsified available collateral in the homes he owned, and failed to disclose that he was reporting multi-million dollar losses to the government at the time he was inducing us to invest with him.

It is our opinion that he should be facing serious fraud charges, not sweeping his troubles under the carpet in the form of bankruptcy.

Please let us know if there is any more information or clarity we can bring to the table. I thank you for your time and effort.

-Stephen