B 10 (Official Form 10) (04/10)

| UNITED STATES BANKRUPTCY COURT  Northern District of California | PROOF OF CLAIM |
|---|---|

| Name of Debtor:<br>CARL ALEXANDER WESCOTT AND MONETTE ROSEMARIE STEPHENS | Case Number:<br>12-30143 DM 7 |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
**PENG LEONG**

Name and address where notices should be sent:
PENG LEONG
668 BLAIR AVENUE
PIEDMONT, CA 94611

Telephone number: 510-882-2200

**FILED**
JUL 20 2012
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(*If known*)

Filed on: _____

Name and address where payment should be sent (if different from above):

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. **Amount of Claim as of Date Case Filed:** $ 220,831.91

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. **Basis for Claim:** FRAUD
   (See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** _____
   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

   Nature of property or right of setoff: ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
   Describe:
   Value of Property: $_____  Annual Interest Rate _____%

   Amount of arrearage and other charges as of time case filed included in secured claim,
   if any: $_____  Basis for perfection: _____

   Amount of Secured Claim: $_____  Amount Unsecured: $_____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

   Specify the priority of the claim.

   ☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).
   ☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).
   ☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).
   ☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).
   ☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).
   ✓ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(7).

   **Amount entitled to priority:**
   $ 220,831.91

   *Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

| Date:<br>07/20/2012 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. | FOR COURT USE ONLY |
|---|---|---|
| PENG LEONG | *[signature]* | |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Case Number 12-30143 DM 7
Attachment A

In June 2007, I purchased 668 Blair Avenue, Piedmont, California, (Property) through a private sale from Carl Alexander Wescott. At the time of the sale, there were two HELOCs and a primary mortgage on the Property. Our purchase agreement included an arrangement whereby I would pay Mr. Wescott monthly payments for the primary mortgage until I was able to obtain a new loan. The grace period for obtaining this new loan would expire at the end of 2009. Additionally, Mr. Wescott promised to pay down the two HELOCs (with a combined total of $214,000) to zero and close both the HELOC accounts.

Mr. Wescott confirmed to me by emails he had fully paid the two HELOCs such that both accounts had a zero balance the day before the transaction closed. When I contacted Mr. Wescott in September 2009 to inform him that I had qualified for a new loan, he told me that both Heloc accounts had balances totaling approximately $210,000. Mr. Wescott openly admitted that he withdrew funds from both accounts shortly after the transaction closed, essentially borrowing from Wells Fargo Bank (WFB) against collateral that he no longer owned. I immediately notified WFB of his apparent fraudulent actions. WFB froze both HELOC accounts.

Mr. Wescott promised that he had the funds and was able to pay off the HELOCs within two weeks. That did not happen nor did a string of broken promises that followed. Mr. Wescott was keeping up the HELOC payments for a while and eventually stopped paying on the HELOC with the higher balance (approximately $142,000) towards the end of 2010. WF filed a notice of default and proceeded to foreclose on the Property. I paid WFB/TD Service the monthly payments that Mr. Wescott did not remit including late charges to stop the foreclosure. A letter of rescission was issued shortly thereafter. Mr. Wescott refused to make further HELOC payments.

When it appeared to me that Mr. Wescott had no intentions of paying off the HELOCs, I worked with Sonny Goswami, Assistant Branch Manager of WFB Emeryville branch to pay off the HELOCs on Aug 06, 2011. A total of $220,831.91 was paid to WFB. That cleared the way for me to obtain a new loan. Ms. Maria Volkova, a WFB Home Mortgage Consultant, assisted me in obtaining a new loan.

The claim summary is presented in Attachment B. Attachments D through F include the transaction records and copies of checks documenting the payments to WFB. Attachment G includes the notification to WFB, Agreement to Purchase Property, and emails from Mr. Wescott showing balances on HELOCs in 2007, 2010, and 2011.

I can be reached at 510-882-2200 if you have any questions.

CASE NUMBER 12-30143 DM 7
Attachment B

Amount of Claim Summary

| | | |
|---|---|---:|
| 5/12/2011 | To stop foreclosure | 487.40 |
| 5/13/2011 | To stop foreclosure | 4,430.66 |
| 6/9/2011 | June payment | 565.37 |
| 6/9/2011 | June payment | 240.19 |
| 7/14/2011 | July payment | 546.99 |
| 7/14/2011 | July payment | 190.19 |
| 8/6/2011 | To pay off Heloc | 71,546.55 |
| 8/6/2011 | To pay off Heloc | 142,824.56 |
| | Total | 220,831.91 |

CASE NUMBER 12-30143 DM 7

Attachment C

| Wells Fargo Bank Transaction Record | Wells Fargo Bank Transaction Record |
|---|---|
| Store #00000092 08 Line of Credit Payment | Store #00000092 08 Line of Credit Payment |
| CARL A WESCOTT<br>Account Number XXXXXXXXXX1998<br>00654 LL | CARL A WESCOTT<br>Account Number XXXXXXXXXX1998<br>00654 LL |
| Cash In $0.00<br>Number of checks 1<br>$487.40<br>Total Payment $487.40 | Cash In $0.00<br>Number of checks 1<br>$4,430.66<br>Total Payment $4,430.66 |
| Transaction # 040 0047<br>01:29PM 05/12/11 Credited: 05/12/11 * | Transaction # 123 0142<br>03:56PM 05/13/11 Credited: 05/13/11 * |
| *Payments may take 1 to 3 business days to post but will be credited to your account as of the Credited Date on your receipt. Please retain receipt as verification. | *Payments may take 1 to 3 business days to post but will be credited to your account as of the Credited Date on your receipt. Please retain receipt as verification. |
| Place outgoing mail in a U.S. Postal Service mailbox to reduce the chance of mail theft. | Place outgoing mail in a U.S. Postal Service mailbox to reduce the chance of mail theft. |
| Thank you, Thai | Thank you, Thai |



**Wells Fargo Online®**

## View Check Copy

| Check Number | Date Posted | Check Amount | Account Number |
|---|---|---|---|
| 8137 | 06/09/11 | $565.37 | PMA CHECK XXXXXX8898 |

PENG LEONG
PO BOX 99268
EMERYVILLE, CA 94662-9268

8137

Pay to the Order of: Wells Fargo Bank    $565 37/100

Date: June 9, 2011

Five hundred sixty-five and 37/100 Dollars

⌂ Equal Housing Lender
© 1995 - 2012 Wells Fargo. All rights reserved.

CASE NUMBER 12-30143 DM 7

Attachment D-1



**Wells Fargo Online®**

## View Check Copy

| Check Number | Date Posted | Check Amount | Account Number |
|---|---|---|---|
| 8136 | 06/09/11 | $240.19 | PMA CHECK XXXXXX8898 |

```
PENG LEONG                                          8136
PO BOX 98268
EMERYVILLE, CA 94662-9268

                                          June 9, 2011
Pay to the
Order of  Wells Fargo Bank            $240 19/100

Two hundred forty and 19/100            Dollars
```

⌂ Equal Housing Lender
© 1995 - 2012 Wells Fargo. All rights reserved.

CASE NUMBER 12-30143 DM 7

Attachment D-2



Wells Fargo Online®

## View Check Copy

| Check Number | Date Posted | Check Amount | Account Number |
|---|---|---|---|
| 8106 | 07/14/11 | $546.99 | PMA CHECK XXXXXX8898 |

PENG LEONG
PO BOX 99288
EMERYVILLE, CA 94662-9288

8106

Date: July 14, 11

Pay to the Order of: Wells Fargo Bank   $546 99/100

Five hundred forty-six and 99/100 Dollars

⌂ Equal Housing Lender
© 1995 - 2012 Wells Fargo. All rights reserved.

CASE NUMBER 12-30143 DM 7

Attachment E-1



Wells Fargo Online®

## View Check Copy



| Check Number | Date Posted | Check Amount | Account Number |
|---|---|---|---|
| 8107 | 07/14/11 | $190.19 | PMA CHECK XXXXXX8898 |

⌂ Equal Housing Lender
© 1995 - 2012 Wells Fargo. All rights reserved.

CASE NUMBER 12-30143 DM 7

Attachment E-2

CASE NUMBER 12-30143 DM 7

Attachment F

---

**CASHIER'S CHECK**

| | |
|---|---|
| 0000092 Office AU # | 11-24 1210(8) |

Purchaser: **PENG LEONG**
Purchaser Account: ████████5
Operator I.D.: cu014395      cu004296

PAY TO THE ORDER OF   \*\*\*WELLS FARGO ACCT # ████████\*\*\*
\*\*\*PAY OFF ESCALATION CASE # ████████\*\*\*

\*\*\*Seventy-one thousand five hundred forty-six dollars and 55 cents\*\*\*

SERIAL #: 0009205654
ACCOUNT #: ████████

August 06, 2011

\*\*$71,546.55\*\*

WELLS FARGO BANK, N.A.
5801 CHRISTIE AVE
EMERYVILLE, CA 94608
FOR INQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER – IF THIS INSTRUMENT IS LOST, STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION AND REISSUANCE. AS A CONDITION TO CANCELLATION AND REISSUANCE, WELLS FARGO BANK MAY IMPOSE A FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

VOID IF OVER US $ 71,546.55

**NON-NEGOTIABLE**

**Purchaser Copy**

3004  M4203  11096341

---

**CASHIER'S CHECK**

| | |
|---|---|
| 0000092 Office AU # | 11-24 1210(8) |

Purchaser: **PENG LEONG**
Purchaser Account: ████████
Operator I.D.: cu014395      cu004296

PAY TO THE ORDER OF   \*\*\*WELLS FARGO ACCT # ████████\*\*\*
\*\*\*PAY OFF ESCALATION CASE # ████████\*\*\*

\*\*\*One hundred forty-two thousand eight hundred twenty-four dollars and 56 cents\*\*\*

SERIAL #: 0009201658
ACCOUNT #: ████████

August 06, 2011

\*\*$142,824.56\*\*

WELLS FARGO BANK, N.A.
5801 CHRISTIE AVE
EMERYVILLE, CA 94608
FOR INQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER – IF THIS INSTRUMENT IS LOST, STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION AND REISSUANCE. AS A CONDITION TO CANCELLATION AND REISSUANCE, WELLS FARGO BANK MAY IMPOSE A FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

VOID IF OVER US $ 142,824.56

**NON-NEGOTIABLE**

**Purchaser Copy**

B004  M4203  11096341

Case Number 12-30143 DM 7
Attachment G

1. Notification to WFB
2. Agreement to Purchase Property
3. Email from Mr. Wescott showing zero balance on the first HELOC which had a former balance of $72,000 in June 2007
4. Email from Mr. Wescott showing zero balance on the second HELOC which had a former balance of $142,000 in June 2007
5. Email from Mr. Wescott showing balance of $71,198.59 on the first HELOC in December 2010
6. Email from Mr. Wescott showing balance of $142,465.37 on the second HELOC in May 2011

# FAX TRANSMISSION SHEET

TO: Chris Kinney
Wells Fargo

FAX: 415-392-3877

FROM: Peng

DATE: Sep 15/09

SUBJECT: HELOCs – 668 Blair

PAGES 3
(to follow)

---

Chris:

The notification letter and Grant Deed per our discussion yesterday are attached.

Please forward and confirm receipt of documents to the appropriate department/personnel.

Thanks for all your help.

Peng

CONFIDENTIALITY NOTICE:
This message is intended only for the use of the person to whom it is addressed. It may contain information that is privileged or confidential. If the reader of this message is not the intended recipient or an agent of that recipient, you are hereby notified that any distribution or copying of this message is strictly prohibited. If you have received this message in error, please notify us immediately by telephone and return the original message to us at the address above via U.S. mail. Thank you.

September 14, 2009

Wells Fargo Bank
HELOC Department

Subject: HELOCs
Borrower : Carl Wescott
Property Address : 668 Blair Avenue, Piedmont, CA 94611

To Whom It May Concern:

We would like to notify you that as of June 13, 2007, Mr. Carl Wescott was no longer the legal owner of the abovementioned property. A copy of the Grant Deed is attached.

Mr. Wescott confirmed in two separate emails that were sent on June 13 and 16, 2007 that he had fully paid off the two HELOCs. On Sept 10, 2009, Mr. Wescott told me the two HELOCs had outstanding balances. He also said that it was his responsibility to pay the loans off.

I was told by your staff that Wells Fargo would not allow Mr. Wescott to take any further advances under the two HELOCs and that I would not be financially responsible for both HELOCs. However, Wells Fargo will retain the second and third trust deeds that had been recorded against the property until Mr. Wescott clears the balances on the HELOCs. As such, I would like to be kept appraised of your actions pertaining to the HELOCs until Wells Fargo issues a zero demand notice for both HELOCs.

Sincerely,

Peng Leong
668 Blair Avenue
Piedmont, CA 94611
510-882-2200

RECORDING REQUESTED BY

The DSTL Family Trust

AND WHEN RECORDED MAIL TO

Name: The DSTL Family Trust
Street Address: P.O. Box 99288
City: Emeryville
State & Zip: California 94662

2007225889  06/15/2007 01:53 PM
OFFICIAL RECORDS OF ALAMEDA COUNTY
PATRICK O'CONNELL
RECORDING FEE: 11.00
COUNTY TAX: 1650.00
CITY TAX: 19500.00
2 PGS

A03

Parcel No.: 50-4612-4-3
668 Blair Ave.

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# GRANT DEED

CITY OF PIEDMONT TRANSFER TAX $19,500.00

The undersigned grantor declares that the documentary transfer tax is $1,650.00 and is computed on the full value of the property conveyed. The land, tenements realty is located in the City of Piedmont, California, and,

**FOR A VALUABLE CONSIDERATION**, receipt of which is hereby acknowledged,

**Carl A. Wescott**, a married man as his sole and separate property,

hereby **GRANTS** to

**Peng Leong and Kooi-Hong Leong-Cheong**, Trustees of the DSTL 2000 Family Trust,

the following real property in the City of Piedmont, County of Alameda, State of California:

See Exhibit A attached hereto and made a part hereof.

Dated: June 13, 2007.

STATE OF CALIFORNIA

COUNTY OF San Francisco } ss

Carl A. Wescott

On June 13th, 2007 before me, the Undersigned, a Notary Public of the said County and State, personally appeared

Carl Wescott

personally known to me or proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity and that by his signature on the instrument the person on behalf of which the person acted, executed the instrument.

WITNESS my hand and seal.

Signature

Sean Castillo
COMM. #1742470
NOTARY PUBLIC • CALIFORNIA
San Francisco County
Commission Expires April 2011

(Seal) #1742470

MAIL TAX STATEMENTS AS DIRECTED ABOVE

# EXHIBIT "A"
## LEGAL DESCRIPTION

ALL THAT REAL PROPERTY IN THE CITY OF PIEDMONT, COUNTY OF ALAMEDA, STATE OF CALIFORNIA, DESCRIBED AS FOLLOWS:

LOT 17, BLOCK F, MAP OF PIEDMONT HIGHLANDS, FILED MAY 14, 1924, IN BOOK 4, PAGE 40, OF MAPS, ALAMEDA COUNTY RECORDS.

APN: 050-4612-004-03

# AGREEMENT TO PURCHASE PROPERTY

1. <u>Terms of Sale.</u>

   As of Friday, June 15th, 2007, (hereafter "DATE OF SALE"), DSTL 2000 Family Trust (hereafter "BUYER") buys 668 Blair Avenue, Piedmont, CA 94611 (hereafter "PROPERTY") from Carl Wescott (hereafter "SELLER") for US $1,500,000.

   Currently, there is a 1st mortgage, balance $779,671.91 on Blair, and two HELOCs totaling $214K on Blair. Buyer shall buy Seller's equity of $670,328.09 (assuming two HELOCs are paid down to zero) with a cashier's check of $120,328.09, and a condo valued at $550,000, owned free and clear by Buyer.

   Again, SELLER's equity in PROPERTY shall be bought with:

   - A condo (555 4TH STREET, San Francisco, CA, 94107-1604, Unit 411) (hereafter "PALMS CONDO"), owned free and clear by BUYER, valued at $550,000.
   - $120,328.09 in cash (will be used in part to pay down two HELOCs to zero balance).

2. <u>Timing</u>

   On Tuesday, June 11th, 2007, BUYER and SELLER shall meet to sign all relevant paperwork and disclosure packages.

   On Wednesday, June 12th, BUYER and SELLER shall meet to sign and notarize both Grant Deeds, and can then have Grant Deeds recorded in San Francisco and Alameda Counties ASAP thereafter. SELLER will give BUYER keys and anything else needed at this point.

3. <u>Financing.</u>

   SELLER will provide financing for BUYER through no later than the end of 2009.

4. <u>Mechanics of financing.</u>

   BUYER will take over all responsibilities of the PROPERTY, including the mortgage payments (principal and interest), taxes, and insurance. BUYER also gets all rights to the property, including being able to live there and being able to lease the property and to derive rental revenue from it.

1

Case: 12-30148   Claim# 89-19   Filed 07/20/13   Desc Main Document   Page 15 of 25
Case: 12-30148   Doc# 81-19   Filed 08/30/13   Entered: 08/30/13 15:33:51   Page 15 of 25
Sup. Exhibit X - Claims #19 and #20          X-15 of 50