# GMAC Mortgage

3451 Hammond Ave
P.O. Box 780
Waterloo, IA 50704-0780

09/13/06

CARL A WESCOTT
MONETTE STEPHENS
853 ASHBURY STREET

SAN FRANCISCO CA 94117-0000

RE: Account Number          2225
    Property Address    853 ASHBURY STREET

                        SAN FRANCISCO CA 94117-0000

Dear CARL A WESCOTT
     MONETTE STEPHENS

Disclosure: If you are already working with the Loss Mitigation department on a special forbearance or other foreclosure prevention alternatives, this letter does not apply to you. However, you may want to take advantage of the Homeownership Counseling information contained within this letter.

Your account is in default under the terms of the mortgage. The mortgage payments of $ 25674.72 for the months of 08/01/06 through 09/01/06, are past due. If you have already mailed these payments, please accept our thanks.

Due to the unresolved delinquency on your account, you may be experiencing temporary or permanent financial problems that led to the default. Your account could soon be referred to foreclosure if the default is not resolved. We would like to discuss possible loss mitigation options, which may be available to you to resolve the delinquency and avoid foreclosure. A brief description of these options follows.

If you have experienced a temporary loss of income or increase in expenses and now have sufficient income to make increased payments, we may be able to work out a REPAYMENT PLAN.

LOAN MODIFICATION: A loan modification capitalizes delinquent payments into the unpaid principal balance. This may be completed if you are unable to make temporary increased monthly payments, yet can still afford your mortgage payments.

**From:** Carl A. Wescott [carlawescott@sbcglobal.net]
**Sent:** Saturday, October 06, 2007 6:14 AM
**To:** 'Monette Stephens'; 'John Matthesen'; 'Joe'; leigh@lightfootventures.com; 'Ken Matusow'; marian@thequantumbusiness.com
**Subject:** thanks/followup

**Follow Up Flag:** Follow up
**Flag Status:** Red

Hi everyone,

Thanks for joining us for lunch today at Tres Agaves and for your help and involvement in making Agua Dulce happen.

As promised, I've put (almost) all our emails above so we can all be in touch, and I also have almost everyone's phone numbers, so let me know if you need someone's phone number. (Ken, I don't have Barbara's email address)

Some of my action items are:

- To send out details of my November trip to Honduras
- To send out info on MTA cards
- Mendoza recommendations for John and Marian

Hope to see you all soon!

--Carl

---

Carl A. Wescott
Unexpected Development
+1 415 641-1100 direct
+1 415 335-5000 cell
C@CarlWescott.com

EXHIBIT J7 Stephens 3.15.13

Case: 12-03148 Doc# 81-23 Filed: 08/30/13 Entered: 08/30/13 15:33:51 Page 2 of 15
Sup. Exhibit AA - Email 10/06/2007_Wescott re investor lunch  AA-1 of 1
file:///C:/Users/ibarnier/AppData/Local/Microsoft/Windows/Temporary%20Internet%20Fil... 3/5/2013

| | |
|---|---|
| **From:** | Monette Stephens [ms@atlascons.com] |
| **Sent:** | Thursday, April 02, 2009 7:07 PM |
| **To:** | 'Gina Perry' |
| **Cc:** | c@CarlWescott.com |
| **Subject:** | RE: Amex and Visa |

Carl – can we pay these? When does a past due on my credit card show up on my credit rating/report?

---

**From:** Gina Perry [mailto:gina@unexpected-development.com]
**Sent:** Thursday, April 02, 2009 6:51 PM
**To:** 'Monette Stephens'
**Cc:** c@CarlWescott.com
**Subject:** RE: Amex and Visa

No those are both past due and unpaid.

---

**From:** Monette Stephens [mailto:ms@atlascons.com]
**Sent:** Thursday, April 02, 2009 6:49 PM
**To:** 'Gina Perry'
**Cc:** c@CarlWescott.com
**Subject:** RE: Amex and Visa

What about the United Mileage Plus Chase Visa's? It's downstairs, but I think it was dated 3/28.

Monette

---

**From:** Gina Perry [mailto:gina@unexpected-development.com]
**Sent:** Thursday, April 02, 2009 5:50 PM
**To:** 'Monette Stephens'
**Cc:** c@CarlWescott.com
**Subject:** RE: Amex and Visa

The min for your amex ending in 81000 was paid before the 3/30 due date. The min for your amex ending in 81004 was paid last week but it was late. The min for your WF visa #7044 was paid before the 3/30 due date. When are the letters dated?

---

**From:** Monette Stephens [mailto:ms@atlascons.com]
**Sent:** Thursday, April 02, 2009 5:30 PM
**To:** 'Gina Perry'
**Cc:** c@CarlWescott.com
**Subject:** Amex and Visa

I just got letters from both Amex and Visa saying am past due on my cards. Are we behind on either card? I thought we paid all my minimums last week.

Monette

1

| | |
|---|---|
| **From:** | Monette Stephens [ms@atlascons.com] |
| **Sent:** | Friday, May 22, 2009 2:55 PM |
| **To:** | 'Gina Perry' |
| **Cc:** | c@CarlWescott.com |
| **Subject:** | RE: Checks |

The check was actually $376.85 – the caviar was a bit more expensive than usual.

M.

---

**From:** Monette Stephens [mailto:ms@atlascons.com]
**Sent:** Friday, May 22, 2009 1:12 PM
**To:** 'Gina Perry'
**Cc:** 'c@CarlWescott.com'
**Subject:** Checks

Hi,

I'm writing a check from the joint acct today to Harbor Meat and Seafood for about $350 – I'll email when I know the exact amount, but just in case I forget, $350 should cover it.

I also was going to give Jasmine a check for $360 yesterday from Carl's acct, but I forgot. She's babysitting tomorrow night, so I'll probably just pay her tomorrow about $432.

Monette

1

Case: 12-03148 Sup. Exhibit CC3 Emails 5/22/2009 Monette expensive caviar CP-1 of 4
Doc# 123 Filed: 08/30/13 15:33:51 Page 4 of 15

| From: | Monette Stephens [ms@atlascons.com] |
|---|---|
| Sent: | Friday, March 06, 2009 5:13 PM |
| To: | 'Gina Perry' |
| Subject: | RE: WaMu account |

That's good!

---

**From:** Gina Perry [mailto:gina@unexpected-development.com]
**Sent:** Friday, March 06, 2009 3:23 PM
**To:** 'Monette Stephens'
**Subject:** RE: WaMu account

It looks like they did even though they put a hold on $1150 of the deposit but they do show a positive balance right now online.

---

**From:** Monette Stephens [mailto:ms@atlascons.com]
**Sent:** Friday, March 06, 2009 3:19 PM
**To:** 'Gina Perry'
**Subject:** RE: WaMu account

I hope they credit the account immediately.

---

**From:** Gina Perry [mailto:gina@unexpected-development.com]
**Sent:** Friday, March 06, 2009 2:34 PM
**To:** 'Monette Stephens'
**Subject:** RE: WaMu account

Thanks Monette. The $500+ bounced checks was one of the PB reimbursement checks Carl deposited. Part of the reason I needed you to make the deposit. And a good thing you did too because it went negative today. Of course, all three of the checks I wrote hit the account yesterday☹ It looks like the deposit you made will stop them from bouncing those checks☺

---

**From:** Monette Stephens [mailto:ms@atlascons.com]
**Sent:** Friday, March 06, 2009 1:47 PM
**To:** 'Gina Perry'
**Subject:** RE: WaMu account

I deposited the money. They said that a check for $500-ish that we deposited bounced this week. Do you know what that's about?

---

**From:** Gina Perry [mailto:gina@unexpected-development.com]
**Sent:** Thursday, March 05, 2009 7:56 PM
**To:** 'Monette Stephens'
**Subject:** RE: WaMu account

That's cool, I figured as much. Tomorrow in branch is fine, thanks. I think Carl said he ordered two more WaMu cards, one for you and one for me. We should get them in the mail soon.

1

**From:** Monette Stephens [mailto:ms@atlascons.com]
**Sent:** Thursday, March 05, 2009 6:40 PM
**To:** 'Gina Perry'
**Subject:** RE: WaMu account

I can deposit the funds tomorrow but I don't have a Wamu atm card (we just requested one last weekend). I can go into the branch and make the deposit, but I'm not sure how long they'll hold the funds.

I can't make a deposit this evening since I don't have an atm card.

Monette

---

**From:** Gina Perry [mailto:gina@unexpected-development.com]
**Sent:** Thursday, March 05, 2009 6:17 PM
**To:** 'Monette Stephens'
**Subject:** WaMu account

Hi Monette,

If you can spare $1250 from your money, could you put it into the WaMu checking account to keep checks from bouncing? Those checks would be the ones you wrote as well as a payment to Anthem Blue Cross (your health ins premium), PG&E for 5760 Chemise and Penwest Insurance (car insurance premium). I'm sorry I have to ask and if you can't do it, we'll just hope for the best. It looks like the deposits going into 7420 should be enough to cover the Mass Mutual payment but they might not be in there in time for the draft to go through. I'm working with Jonathan at Mass Mutual to make sure we do everything possible to keep the policy in effect even if the draft does bounce.

Cheers,
Gina

2

**From:** Monette Stephens [ms@atlascons.com]
**Sent:** Wednesday, February 10, 2010 5:10 PM
**To:** 'Gina Perry'
**Cc:** 'Carl Wescott'
**Subject:** RE: Bills

I'll probably come by after – I'll give a call when I'm on my way.

---

**From:** Gina Perry [mailto:gina@unexpected-development.com]
**Sent:** Wednesday, February 10, 2010 3:09 PM
**To:** 'Monette Stephens'
**Cc:** 'Carl Wescott'
**Subject:** RE: Bills

Before or after should work for me tomorrow, just give me a call. I had the Atlas past due cox bill in my pile to pay today so I'll now add the other as well. I have $88.42 as the amount past due for that one. Let me know if you show a different amount.

---

**From:** Monette Stephens [mailto:ms@atlascons.com]
**Sent:** Wednesday, February 10, 2010 3:03 PM
**To:** 'Gina Perry'
**Cc:** 'Carl Wescott'
**Subject:** RE: Bills

It's the "me" (house) Cox bill. Thanks for paying the SCE bill. I am going to take Cyrus with me to Bar Method tomorrow from 10:30-11:30, so I could swing by the office either before or after.

M.

---

**From:** Gina Perry [mailto:gina@unexpected-development.com]
**Sent:** Wednesday, February 10, 2010 11:24 AM
**To:** 'Monette Stephens'
**Subject:** RE: Bills

I might be able to swing by your place tomorrow to get them. I'll give you a call tomorrow and we can work something out. Which Cox bill, Atlas or you? Just paid the SCE bill online.

---

**From:** Monette Stephens [mailto:ms@atlascons.com]
**Sent:** Wednesday, February 10, 2010 10:03 AM
**To:** 'Gina Perry'
**Cc:** 'Carl Wescott'
**Subject:** Bills

Hi,

Let's pay the WF bill if we can – I just got the next one yesterday.

Also, my COX and SCE bills just sent a past due, pay immediately statement to the house. I also have another bill from SBAC stating there's a $528 amount due.

I can drop these bills off later tomorrow if you'll be in the office or just wait until Carl gets back on Friday.

1

Case: 12-03148    Exhibit EE1 - Emails 2/10/2010 Monette needs to pay bills if we can    Page 1 of 7
Doc# 81-2 Filed: 02/01/13 15:22:51 of 15

| From: | Monette Stephens [ms@atlascons.com] |
|---|---|
| Sent: | Monday, February 08, 2010 2:26 PM |
| To: | 'Gina Perry' |
| Cc: | 'Carl Wescott' |
| Subject: | RE: 2/5 |

7024. I also just deposited Bruce Perlowin's $5000 check to 7024 today.

-----Original Message-----
From: Gina Perry [mailto:gina@unexpected-development.com]
Sent: Monday, February 08, 2010 1:02 PM
To: 'Monette Stephens'
Subject: RE: 2/5

Which account is the traffic ticket check from? What about the other 3 checks?

-----Original Message-----
From: Monette Stephens [mailto:ms@atlascons.com]
Sent: Friday, February 05, 2010 4:31 PM
To: 'Carl Wescott'
Cc: 'Gina Perry'
Subject: RE: 2/5

The check traffic ticket will be $221 - I held off on mailing it this week and will send it next week.

M.

-----Original Message-----
From: Carl Wescott [mailto:c@carlwescott.com]
Sent: Friday, February 05, 2010 3:24 PM
To: Gina Perry
Cc: 'Carl Wescott'; ms@atlascons.com
Subject: Re: 2/5

Hope you feel better.

Monette, did you get info for Gina re the 4 checks that you have sent out?

1 you had me sign half-asleep on 2/2, which i think was a couple hundred bucks.

1 was 100 bucks for Bob Klueger from 7024.

2 were 25 dollar checks for The Man (one from each account, I think).

--Carl

PS Gina, 7k went to Bob Klueger, total - but 6900 of that was cashier's checks.

On Fri, February 5, 2010 3:19 pm, Gina Perry wrote:

1

> 7420 and 7024 are covered for today. I'm spent after hitting the
> bank, still trying to fully shake this bug. I'll be back in the
> office on Monday to address anything that hasn't already been
> addressed.
>
>

2

Case: 12-03148  Doc# 81-26  Filed: 03/30/18  Entered: 03/30/18 15:33:51  FF-2 of 2
Sun Exhibit FF - Emails 2/06/2010 re Monette having Gail sign checks  Page 9 of 15

**From:** Monette Stephens [ms@atlascons.com]
**Sent:** Tuesday, May 26, 2009 9:34 PM
**To:** 'Gina Perry'
**Subject:** RE: ATM card

Glad to hear it!

---

**From:** Gina Perry [mailto:gina@unexpected-development.com]
**Sent:** Tuesday, May 26, 2009 1:15 PM
**To:** 'Monette Stephens'
**Subject:** RE: ATM card

Thanks for the pin, it worked perfectly☺

---

**From:** Monette Stephens [mailto:ms@atlascons.com]
**Sent:** Thursday, May 21, 2009 4:05 PM
**To:** 'Gina Perry'
**Subject:** RE: ATM card

Hi,

The new ATM card should probably have it's own pin number with the new card. When I got the card, I gave it to Carl but I haven't seen a letter with a pin number. I'm not sure if it's the pin I already use. I'll call and give you that in a few minutes.

M.

---

**From:** Gina Perry [mailto:gina@unexpected-development.com]
**Sent:** Thursday, May 21, 2009 10:43 AM
**To:** 'Monette Stephens'
**Subject:** ATM card

Hi Monette,

I just called to activate the additional ATM card WF sent for the personal accounts. Do you have a different pin number than Carl? If so, can you call me with it? I'll be using the card to make deposits to the accounts via the ATM when Carl is away.

Cheers,
Gina

1

| From: | Carl A. Wescott [c@carlwescott.com] |
|---|---|
| Sent: | Wednesday, August 04, 2010 4:59 PM |
| To: | 'Gina Perry' |
| Cc: | 'Gina Perry' |
| Subject: | RE: Checks to deposit |

Odd... they said they were doing an authorization. Very cool. Sounds good.

**From:** Gina Perry [mailto:gina@unexpected-development.com]
**Sent:** Wednesday, August 04, 2010 3:28 PM
**To:** c@carlwescott.com
**Cc:** 'Gina Perry'
**Subject:** RE: Checks to deposit

It doesn't appear they tapped into the $4900 at all so I can transfer it to 5321 but it's not needed anywhere yet, just part of the extra cash getting into the accounts. That's why I just had it hanging out in PSD☺ I was more concerned that the account was over the $1k if it didn't need to be. Tomorrow I'll need to have $1500 in there by the end of the day for the Citi autodraft but I'll wait until near cut off to take it past $1k.

---

**From:** Carl A. Wescott [mailto:c@carlwescott.com]
**Sent:** Wednesday, August 04, 2010 3:10 PM
**To:** 'Gina Perry'
**Cc:** 'Gina Perry'
**Subject:** RE: Checks to deposit

We don't have a working physical credit card so I did the xfer so we could check in to our hotel... used debit card to check in... anything they didn't take via authorization on that we can xfer back to anywhere else it can be used... thanks!
--Carl

**From:** Gina Perry [mailto:gina@unexpected-development.com]
**Sent:** Wednesday, August 04, 2010 11:32 AM
**To:** c@carlwescott.com
**Cc:** 'Gina Perry'
**Subject:** Checks to deposit

I printed out some PB reimbursement checks to you and one to Monette that I'll deposit into the personal accounts today. I'm trying to clear out some of the backlog in the PB QB's. I see you transferred $4900 into 7024 so either you plan to spend it all today or the $1k cap is over, which is it?

1

Case: 12-03148 Exhibit H1 - Emails 8/04/2010 extra cash getting into accounts Doc#: 61-25 Filed: 08/30/16 Entered: 08/30/16 15:08:51 Page 1 of 1 Page 11 of 15

| | |
|---|---|
| **From:** | Gina Perry [gina@unexpected-development.com] |
| **Sent:** | Thursday, August 05, 2010 10:49 AM |
| **To:** | c@carlwescott.com |
| **Cc:** | 'Gina Perry' |
| **Subject:** | RE: please leave the 611 in 7024 for at least the next 5 hrs thanks |

Ok, I dropped $1k cash in there this am and then transferred it out but left the $611 in for you. Since we need to have $1500 in there by the end of the day anyway, I'll leave the $611 alone. Let me know how much of it you may have spent so I can factor that amount into the total needed in there by the end of the day.

---

**From:** Carl A. Wescott [mailto:c@carlwescott.com]
**Sent:** Thursday, August 05, 2010 10:00 AM
**To:** 'Gina Perry'; 'Gina Perry'
**Subject:** please leave the 611 in 7024 for at least the next 5 hrs thanks

1

| | |
|---|---|
| **From:** | Carl A. Wescott [c@carlwescott.com] |
| **Sent:** | Friday, August 06, 2010 1:48 PM |
| **To:** | 'Gina Perry' |
| **Cc:** | 'Gina Perry' |
| **Subject:** | RE: Problem With Your Recent Transaction |

Excellent, is that the 8/16 30 day late?

**From:** Gina Perry [mailto:gina@unexpected-development.com]
**Sent:** Friday, August 06, 2010 1:34 PM
**To:** c@carlwescott.com
**Cc:** 'Gina Perry'
**Subject:** RE: Problem With Your Recent Transaction

Paid the chase min and 30 day late WF LOC today.

---

**From:** Carl A. Wescott [mailto:c@carlwescott.com]
**Sent:** Friday, August 06, 2010 12:57 PM
**To:** 'Gina Perry'
**Cc:** 'Gina Perry'
**Subject:** RE: Problem With Your Recent Transaction.

Let's pay the 8/16 30 day late then thanks

**From:** Gina Perry [mailto:gina@unexpected-development.com]
**Sent:** Friday, August 06, 2010 12:35 PM
**To:** c@carlwescott.com
**Cc:** 'Gina Perry'
**Subject:** RE: Problem With Your Recent Transaction

After paying the Chase min and a 30 day late for 8/16, there's $11,700 unallocated in the US. However, you may want to factor another $900 out of that amount to cover the 2 autodrafts hitting the accounts on 8/15. The $2k you used this am has been factored in already.

---

**From:** Carl A. Wescott [mailto:c@carlwescott.com]
**Sent:** Friday, August 06, 2010 10:19 AM
**To:** 'Gina Perry'
**Subject:** RE: Problem With Your Recent Transaction

Sure, let's pay it. How much do we have in the US, still, unallocated?

We have paid all 30 day lates for next week, right? I want to pay all through the 16th, if we haven't already...

--Carl

PS fyi I xferred 2k to the credit card to buy plane tickets...

**From:** Gina Perry [mailto:gina@unexpected-development.com]
**Sent:** Friday, August 06, 2010 10:14 AM

1

**To:** c@carlwescott.com
**Subject:** RE: Problem With Your Recent Transaction

If it does arrive, do you want me to pay the min due today on your Chase card #5653 of $1050? The cut off to pay online is 1pm today but I can pay in branch up until 6pm. I'd prefer to ach though so if you can get back to me with the answer before then, I'd appreciate it. Also, FYI, some guy just rang the bell here at the office. I didn't answer, just watched the action from your office window. He was holding a large white envelope and driving some random crappy looking beemer, red in color with stickers all over it.

---

**From:** Carl A. Wescott [mailto:c@carlwescott.com]
**Sent:** Friday, August 06, 2010 9:57 AM
**To:** 'Gina Perry'
**Cc:** 'Monette Stephens'
**Subject:** RE: Problem With Your Recent Transaction

Looks like it went out this morning, and should therefore arrive in UY on Monday... asking for the tracer IDs to make sure

**From:** Gina Perry [mailto:gina@unexpected-development.com]
**Sent:** Friday, August 06, 2010 9:47 AM
**To:** c@carlwescott.com
**Cc:** 'Monette Stephens'
**Subject:** RE: Problem With Your Recent Transaction

Asking you tomorrow.

---

**From:** Carl A. Wescott [mailto:c@carlwescott.com]
**Sent:** Thursday, August 05, 2010 3:35 PM
**To:** 'Gina Perry'
**Cc:** 'Monette Stephens'
**Subject:** RE: Problem With Your Recent Transaction

The $110k wire looks like it went out today, but please ask me again 2morrow... just want to make sure it did, and if so, we can continue to cover little things like shelter/housing, food, and diapers... maybe a credit card payment or two, too ☺

**From:** Gina Perry [mailto:gina@unexpected-development.com]
**Sent:** Thursday, August 05, 2010 11:09 AM
**To:** c@carlwescott.com
**Cc:** 'Monette Stephens'
**Subject:** RE: Problem With Your Recent Transaction

Carl, ok to pay down monette's card like you said? It went over limit this week when the finance charges were added for the billing period. $250 would not only create headroom but would cover the min due coming up for this month.

---

**From:** Carl A. Wescott [mailto:c@carlwescott.com]
**Sent:** Monday, July 26, 2010 7:15 PM
**To:** 'Monette Stephens'; 'Gina Perry'
**Subject:** RE: Problem With Your Recent Transaction

Yes, we can pay it down some this week when monies come in...

**From:** Monette Stephens [mailto:ms@atlascons.com]
**Sent:** Monday, July 26, 2010 7:05 PM

2

Case: 12-03148 Exhibit#J91-Emails 8/06/2010 how much do we still have in US Doc 1-13 Filed 08/30/16 Entered 08/30/16 15:03:51 Page 2 of 3 Page 14 of 15

**To:** c@carlwescott.com; 'Gina Perry'
**Subject:** FW: Problem With Your Recent Transaction

Are we going to pay this down a bit in the next week or so or should we change the card for Netflix?

---

**From:** Netflix [mailto:info@netflix.com]
**Sent:** Monday, July 26, 2010 2:21 AM
**To:** ms@atlascons.com
**Subject:** Problem With Your Recent Transaction



To make sure you get your Netflix emails, add info@netflix.com to your address book.

Your Account | Queue | Help

### We're missing some info

Dear Monette,

We're glad you're a Netflix member, but we've had some trouble authorizing your VISA ending in 7044.

To keep your movies coming, try this:

1) Go to: https://www.netflix.com/YourAccountPayment
2) Enter your current payment information again or use a different method of payment
3) Click on the "Update payment method" button

That should do it.

If you have any questions, we're happy to help. Just call 1-866-923-0898 any day of the week.

-The Netflix Team

SRC: A_AUTHFAIL_M1
This message was mailed to [ms@atlascons.com]
Use of the Netflix service and website constitutes acceptance of our Terms of Use and Privacy Policy.

(c)1997-2010 Netflix, Inc. 100 Winchester Circle, Los Gatos, CA 95032

3

Case: 12-03148 Exhibit#J91-Emails Filed: 08/06/20 of how much do we still have in US Entered: 08/06/20 15:03:51 Page 3 of 13
of 15