| From: | Gina Perry [gina@unexpected-development.com] |
|---|---|
| Sent: | Tuesday, August 03, 2010 5:03 PM |
| To: | ms@atlascons.com; c@carlwescott.com |
| Cc: | 'Gina Perry' |
| Subject: | RE: RE: Chase 9291 |

Can you use the WF business card number for that or do you need to present a physical card? The reason I ask is that the payment I made to 9291 yesterday was after the cut off time to post that day so it counts as today but still hasn't freed up any credit on the card. It's after cut off again today so any additional pay down I make won't count until tomorrow and wouldn't free up any more credit until probably Thursday. When do you check into your Paris hotel? Also, $ amount you had in mind?

-----Original Message-----
From: Monette Stephens [mailto:ms@atlascons.com]
Sent: Tuesday, August 03, 2010 2:13 PM
To: c@carlwescott.com; 'Gina Perry'
Cc: 'Gina Perry'
Subject: Re: RE: Chase 9291

We may want to put a bit more on it so we can use it to check into our hotel in Paris.


>
> From: "Carl A. Wescott" <c@carlwescott.com>
> Date: 2010/08/02 Mon PM 06:32:50 EDT
> To: "'Gina Perry'" <gina@unexpected-development.com>,
>         <ms@atlascons.com>
> CC: "'Gina Perry'" <deputycartman27@yahoo.com>
> Subject: RE: Chase 9291
>
> Let's pay 1k on it thanks!
>
> -----Original Message-----
> From: Gina Perry [mailto:gina@unexpected-development.com]
> Sent: Monday, August 02, 2010 3:00 PM
> To: ms@atlascons.com; c@carlwescott.com
> Cc: 'Gina Perry'
> Subject: RE: Chase 9291
>
> How much? $357 is the min due on 8/16 and $11 is how much headroom
> there currently is on it.
>
> -----Original Message-----
> From: Monette Stephens [mailto:ms@atlascons.com]
> Sent: Monday, August 02, 2010 1:02 PM
> To: c@carlwescott.com; gina@unexpected-development.com
> Cc: ms@atlascons.com
> Subject: Chase 9291
>

1

> If we can pay down some cards, let's pay this one down so we can use
> it to check into our hotel in Paris.
>
>

Case: 12-0... Sup. Exhibit KK - Emails 8/03/2010 Monette re pay CC so we can check in Paris  KK 2 of 2

of 12

From:     Gina Perry [gina@unexpected-development.com]
Sent:     Friday, August 06, 2010 2:30 PM
To:       c@carlwescott.com
Cc:       'Monette Stephens'; 'Gina Perry'
Subject:       RE: Problem With Your Recent Transaction

ok


From: Carl A. Wescott [mailto:c@carlwescott.com]
Sent: Friday, August 06, 2010 2:22 PM
To: 'Gina Perry'
Cc: 'Monette Stephens'; 'Gina Perry'
Subject: RE: Problem With Your Recent Transaction

Let's cover all those.

From: Gina Perry [mailto:gina@unexpected-development.com]
Sent: Friday, August 06, 2010 2:16 PM
To: c@carlwescott.com
Cc: 'Monette Stephens'; 'Gina Perry'
Subject: RE: Problem With Your Recent Transaction

So, am I cleared to pay down monette's wf card $250 now?  It would also probably be a good
idea to pay the AT&T bill for your home office line before they shut it off, you may even have a
shut off notice at the house as I type this.  The amount owed past due is $360. Same applies to
the office phone line, amount past due is $750.  I'd also like to mail a check to Goleta Water for
$95.70 to keep the water turned on there. Let me know which items, if any, I can go ahead and
pay today.


From: Carl A. Wescott [mailto:c@carlwescott.com]
Sent: Friday, August 06, 2010 9:57 AM
To: 'Gina Perry'
Cc: 'Monette Stephens'
Subject: RE: Problem With Your Recent Transaction

Looks like it went out this morning, and should therefore arrive in UY on Monday… asking for
the tracer IDs to make sure

From: Gina Perry [mailto:gina@unexpected-development.com]
Sent: Friday, August 06, 2010 9:47 AM
To: c@carlwescott.com
Cc: 'Monette Stephens'
Subject: RE: Problem With Your Recent Transaction

Asking you tomorrow.


From: Carl A. Wescott [mailto:c@carlwescott.com]
Sent: Thursday, August 05, 2010 3:35 PM
To: 'Gina Perry'
Cc: 'Monette Stephens'
Subject: RE: Problem With Your Recent Transaction

The $110k wire looks like it went out today, but please ask me again 2morrow… just want to

Case: 12-03148   Sup. Exhibit 11 - Emails 08/06/2010 re little funds available5:33:51   Page of 3
of 12

make sure it did, and if so, we can continue to cover little things like shelter/housing, food, and
diapers… maybe a credit card payment or two, too :)

From: Gina Perry [mailto:gina@unexpected-development.com]
Sent: Thursday, August 05, 2010 11:09 AM
To: c@carlwescott.com
Cc: 'Monette Stephens'
Subject: RE: Problem With Your Recent Transaction


Carl, ok to pay down monette's card like you said?  It went over limit this week when the finance
charges were added for the billing period.  $250 would not only create headroom but would
cover the min due coming up for this month.

From: Carl A. Wescott [mailto:c@carlwescott.com]
Sent: Monday, July 26, 2010 7:15 PM
To: 'Monette Stephens'; 'Gina Perry'
Subject: RE: Problem With Your Recent Transaction

Yes, we can pay it down some this week when monies come in…

From: Monette Stephens [mailto:ms@atlascons.com]
Sent: Monday, July 26, 2010 7:05 PM
To: c@carlwescott.com; 'Gina Perry'
Subject: FW: Problem With Your Recent Transaction

Are we going to pay this down a bit in the next week or so or should we change the card for
Netflix?


From: Netflix [mailto:info@netflix.com]
Sent: Monday, July 26, 2010 2:21 AM
To: ms@atlascons.com
Subject: Problem With Your Recent Transaction


To make sure you get your Netflix emails, add info@netflix.com to your address book.


Your Account
 |
Queue
 |
Help




We're missing some info



Dear Monette,

We're glad you're a Netflix member, but we've had some trouble authorizing your

VISA ending in 7044.

To keep your movies coming, try this:

1) Go to: https://www.netflix.com/YourAccountPayment
2) Enter your current payment information again or use a different method of payment
3) Click on the "Update payment method" button

That should do it.

If you have any questions, we're happy to help. Just call 1-866-923-0898 any day of the week.

-The Netflix Team

SRC: A_AUTHFAIL_M1
This message was mailed to [ms@atlascons.com]
Use of the Netflix service and website constitutes acceptance of our Terms of Use and Privacy Policy.

(c)1997-2010 Netflix, Inc.  100 Winchester Circle, Los Gatos, CA 95032
BE-194771068-26393

| From: | Monette Stephens [ms@atlascons.com] |
|---|---|
| Sent: | Thursday, December 17, 2009 4:32 PM |
| To: | 'Gina Perry' |
| Subject: | RE: Charging Privileges Alert |

Thanks.

**From:** Gina Perry [mailto:gina@unexpected-development.com]
**Sent:** Thursday, December 17, 2009 4:20 PM
**To:** 'Monette Stephens'; 'Carl Wescott'
**Subject:** RE: Charging Privileges Alert

Just paid the past due of $19 + the current min due of $82 for a total payment of $101.

**From:** Monette Stephens [mailto:ms@atlascons.com]
**Sent:** Thursday, December 17, 2009 4:13 PM
**To:** 'Carl Wescott'; 'Gina Perry'
**Subject:** FW: Charging Privileges Alert

Charging privileges on both my cards are suspended due to an $82 payment due on my Business for blue card. The total on the business for blue card is $1026.51 – can we just pay it off? It only has a $1000 credit limit. It impacts my using their other card.

The current balance on my other card is $5443.28 (the one below). I used to have unlimited credit on that card, but now I only have $6000 credit limit.

**From:** American Express [mailto:AmericanExpress@welcome.aexp.com]
**Sent:** Thursday, December 17, 2009 3:58 PM
**To:** ms@atlascons.com
**Subject:** Charging Privileges Alert



**Important Account Information**

## Charging Privileges Alert

Your Account ending in  681004

Dear Monette Stephens:

You have another American Express® Account which is impacting our credit decisions on the account referenced below.

Please be aware that new charges will be declined on the account(s) listed within the

1

Account Summary section and any other card products associated with this account(s); and (if applicable) you should advise any additional Cardmember(s) that their new charges will also be declined.

**Make a payment on your other American Express® Account so that the account is paid up-to-date.**

We provide convenient, free ways to pay:
- Go to www.americanexpress.com/pbc. Once you have made your payment(s), you can also enroll in AutoPay to schedule ongoing automatic payments.
- Call us anytime at 1-800-I-PAY-AXP (1-800-472-9297)

Sincerely,

*C Parrot*
Credit Operations
1-800-678-0738

**Account Summary**

| Account Ending: | Total Due: |
|---|---|
| 681004  Business Platinum Card® | $0.00 |

Privacy Statement        Contact Customer Service        Add Us to Your Address Book

Copyright 2009 American Express Company. All rights reserved.

Your Cardmember information is included in the upper portion to help you recognize this as a **customer service e-mail** from American Express. To learn more about e-mail security or report a suspicious e-mail, visit us at americanexpress.com/phishing. We are unable to answer replies to this email. You may contact us, securely using the customer service link above.

NCXPXR  C90                                    CRDEUSTD0002001

2

| | |
|---|---|
| **From:** | Monette Stephens [ms@atlascons.com] |
| **Sent:** | Thursday, December 10, 2009 7:12 PM |
| **To:** | 'Gina Perry' |
| **Subject:** | RE: UCSF Medical Bill |

Thanks!

---

**From:** Gina Perry [mailto:gina@unexpected-development.com]
**Sent:** Thursday, December 10, 2009 4:14 PM
**To:** 'Monette Stephens'; 'Carl Wescott'
**Subject:** RE: UCSF Medical Bill

I'll take care of it.

---

**From:** Monette Stephens [mailto:ms@atlascons.com]
**Sent:** Thursday, December 10, 2009 3:35 PM
**To:** 'Carl Wescott'; 'Gina Perry'
**Subject:** UCSF Medical Bill

UCSF called today and said I have an outstanding bill for $1002.24. They said they are getting ready to send it to collection. Do you have a copy of the bill? It was for the CVS bloodwork (down's syndrome/genetic testing).

Thanks.

Monette

1

| From: | Monette Stephens [ms@atlascons.com] |
|---|---|
| Sent: | Monday, September 21, 2009 11:19 AM |
| To: | 'Gina Perry' |
| Subject: | RE: Your Account is Past Due |

Thanks – we must be on their "deadbeat" list or something since they called twice already today.

---

**From:** Gina Perry [mailto:gina@unexpected-development.com]
**Sent:** Monday, September 21, 2009 11:15 AM
**To:** 'Monette Stephens'; c@CarlWescott.com
**Subject:** RE: Your Account is Past Due

No, the payment was due 9/13 so it's not even 10 days past due yet.

---

**From:** Monette Stephens [mailto:ms@atlascons.com]
**Sent:** Saturday, September 19, 2009 7:25 PM
**To:** c@CarlWescott.com; 'Gina Perry'
**Subject:** FW: Your Account is Past Due

Are we almost 30 days past due? They've been calling multiple times/day.

---

**From:** American Express [mailto:AmericanExpress@welcome.aexp.com]
**Sent:** Saturday, September 19, 2009 4:33 PM
**To:** ms@atlascons.com
**Subject:** Your Account is Past Due



**Important Account Information**

# Your Account is Past Due

Dear Monette Stephens:

**It's important for you to know that your account is past due.**

The condition of any one of your American Express® Accounts impacts our credit decision on any other account , including Optima®, that you have with us.  This includes the accounts below.

As a reminder, you have personally guaranteed your OPEN account.  Further delinquency on the account[s] listed in the Account Summary may be reported to consumer and commercial credit bureau agencies.

1

Please be aware that new charges will be declined on the account(s) listed within the Account Summary section and any other card products associated with this account(s); and (if applicable) you should advise any additional Cardmember(s) that their new charges will also be declined.

**Make a payment for any past due amount immediately**.  If you are unable to make a payment for at least the past due amount or have any questions, please call us today.

We provide convenient, free ways to pay:
- Go to www.americanexpress.com/pbc.   Once you have made your payment, you can also enroll in AutoPay to schedule ongoing automatic payments.
- Call us anytime at 1-800-I-PAY-AXP (1-800-472-9297)
- You can also make a payment at www.americanexpress.com/paybyrsvp without logging in to your online account.  Use RSVP code(s) below.  The code(s) are only valid until 10/19/2009.

For account ending in 681004, RSVP code 4B3TRFPSD3F2P1

Sincerely,

*C Parrot*
Credit Operations
1-800-230-1284

**Account Summary**

Account
 Ending:

| | | Past Due: | Total Due: |
|---|---|---|---|
| 681004 | Business Platinum Card® | $158.00 | $320.00 |
| 981000 | Blue for Business | $0.00 | $0.00 |
| | **For all your accounts, the Total:** | $158.00 | $320.00 |

American Express® online customers may receive this notice at both their mailing and email addresses.

Privacy Statement        Contact Customer Service              Add Us to Your Address Book

Copyright 2009 American Express Company.  All rights reserved.

Your Cardmember information is included in the upper portion to help you recognize this as a **customer service e-mail** from American Express.  To learn more about e-mail security or report a suspicious e-mail, visit us at americanexpress.com/phishing.   We are unable to answer replies to this

Case: 12-03148  Sup. Exhibit QQ - Emails 9/2/2009 Monette re past due Amex 83:51   QQ 2 of 2
of 12

| From: | c@carlwescott.com |
|---|---|
| Sent: | Saturday, January 23, 2010 7:09 PM |
| To: | Gina Perry |
| Subject: | Re: Updated note for Gina as of 1/4/10 |

K sounds good....

Sent from my Verizon Wireless BlackBerry

---

**From:** "Gina Perry" <gina@unexpected-development.com>
**Date:** Sat, 23 Jan 2010 19:06:08 -0800
**To:** <c@carlwescott.com>
**Subject:** Updated note for Gina as of 1/4/10

Carl,

Here's the new note, updated after the $5k returned to me on 1/3. The new payoff date is 3/1/10 and this is your advance notice that I'll need the full $46k+ returned to me by that date. Shouldn't be a problem for you since you have a 6 figure wire coming in soon and the LT funds should be coming in by then.

Cheers,
Gina

1

**From:** Gina Perry [gina@unexpected-development.com]
**Sent:** Tuesday, July 06, 2010 11:17 AM
**To:** c@carlwescott.com
**Subject:** RE: paid woody 1k yesterday

Sure, when am I going to start getting my $40k+ back? You didn't reply to the email I sent about it.

---

**From:** Carl A. Wescott [mailto:c@carlwescott.com]
**Sent:** Saturday, July 03, 2010 10:46 AM
**To:** 'Gina Perry'
**Cc:** 'Missi Ridge'
**Subject:** paid woody 1k yesterday

Gina, pelase update spreadsheet, thanks.

Next payment will be for 2200 most likely, tomorrow-ish

1