| | |
|---|---|
| Sheila Gropper Nelson, SBN 85031 | |
| Law Office of Sheila Gropper Nelson | |
| 55 Francisco St., Suite 600 | |
| San Francisco, CA 94133 | |
| Telephone: (415) 362-2221 | |
| Facsimile:   (415) 576-1422 | |
| Email: SheDoesBKLaw@aol.com | |
| Attorney for Debtor Monette Stephens | |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | |
|---|---|
| In re<br>CARL ALEXANDER WESCOTT &<br>MONETTE ROSEMARIE STEPHENS,<br>Debtors.<br>                              / | Case Number  12-30143<br>APN                     12-03148<br>WITNESS LIST |
| JANINA M. HOSKINS, TRUSTEE IN<br>BANKRUPTCY OF THE ESTATE OF<br>CARL ALEXANDER WESCOTT &<br>MONETTE ROSEMARIE STEPHENS,<br>Plaintiff,<br>v.<br>MONETTE ROSEMARIE STEPHENS,<br>Defendant.<br>_____/ | Trial Date: Oct. 2, 2013<br>Time:         9:30 a.m.<br>Place:        22nd Floor<br>United States Bankruptcy Court<br>235 Pine St, 22nd Fl, S F CA 94104 |

TO:   ALL INTERESTED PARTIES AND PLAINTIFF JANINA HOSKINS through her attorney of record Jean Barnier, Esq., MacConaghy & Barnier 645 First Street West Suite D Sonoma CA 95476

Defendant Monette Rosemarie Stephens herewith sets forth her witness:

1]   Janina Hoskins, Esq. Trustee      Wescott controlled the businesses & information

APN 12-03148/BK 12-30143/Witness List

| | | | |
|---|---|---|---|
| 1 | 2] | Jean Barnier, Esq. | Wescott controlled the businesses & information |
| 3 | 3] | Jay Crom | Wescott controlled the businesses & information |
| 5 | 4] | Joe Martin | Wescott controlled the businesses & information |
| 7 | 5] | Gina Perry | Wescott controlled the businesses & information |
| 9 | 6] | Richard Kluegar | Wescott controlled the information |
| 10 | 7] | Monette Stephens | No Intent/Dependent on information controlled by Wescott/abusive relationship |
| 12 | 8] | Laura Ralph | Wescott controlling and abusive |
| 13 | 9] | Kristine Ralph | Wescott controlling and abusive |
| 14 | 10] | Mark Cromack | Wescott controlling and abusive |
| 15 | 11] | Vanessa Watt | Wescott controlling and abusive |
| 16 | 12] | DeAnn Sarver | Wescott controlling and abusive |
| 17 | 13] | Rejane Hurst | Wescott controlling and abusive |
| 18 | 14] | Marjatta Wescott | value of ring |
| 19 | 15] | Julie Weiner | Wescott controlling and abusive |
| 20 | 16] | Jill Martin | Wescott controlling and abusive |
| 21 | 17] | Bruce Barren | Innocent spouse |
| 22 | 18] | Prewitt Austin Stephens | Wescott controlling and abusive |

Dated   Sept. 25, 2013

By:  /s/ Sheila Gropper Nelson
Sheila Gropper Nelson
Attorney for Monette Stephens

APN 12-03148/BK 12-30143/Witness List