Sheila Gropper Nelson, SBN 85031
Law Office of Sheila Gropper Nelson
55 Francisco St., Suite 600
San Francisco, CA 94133
Telephone: (415) 362-2221
Facsimile:   (415) 576-1422
Email:  SheDoesBKLaw@aol.com
Attorney for Debtor Monette Stephens

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
(San Francisco Division)

| | |
|---|---|
| In re<br>CARL ALEXANDER WESCOTT &<br>MONETTE ROSEMARIE STEPHENS,<br>Debtors.<br>_____/<br><br>JANINA M. HOSKINS, TRUSTEE IN BANKRUPTCY OF THE ESTATE OF CARL ALEXANDER WESCOTT & MONETTE ROSEMARIE STEPHENS,<br>Plaintiff,<br>v.<br>MONETTE ROSEMARIE STEPHENS,<br>Defendant.<br>_____/ | Case Number  12-30143<br>APN            12-03148<br>EXHIBIT  LIST<br><br>Trial Date: Oct. 2, 2013<br>Time:       9:30 a.m.<br>Place:      22nd Floor<br>United States Bankruptcy Court<br>235 Pine St, 22nd Fl, S F CA 94104 |

TO:    ALL INTERESTED PARTIES AND PLAINTIFF JANINA HOSKINS through her attorney of record Jean Barnier, Esq., MacConaghy & Barnier 645 First Street West Suite D Sonoma CA 95476 and this honorable court, Defendant Monette Rosemarie Stephens herewith sets forth her exhibits:

A]    Stephens declaration in opposition to MSJ and Exhibit A pages 1-25 in response to 2004 exam demand

APN 12-03148/BK 12-30143/Exhibit List

Page 1 of  3

| | | |
|---|---|---|
| 1 | B] | Docket #65 2004 Exam |
| 2 | C] | Docket #153 July 12.2014 2004 Examination Demand |
| 3 | D] | Motion for order compromise Cohen Controversy |
| 4 | E] | Order sustaining trustees objection to Schrader Claim number 17 |
| 5 | F] | Order sustaining trustees objection Leong Claim number 19 |
| 6 | G] | Order authorizing abandonment of 853 Ashbury |
| 7 | H] | Stephens pre-trial disclosures |
| 8 | I] | Hoskins Pre-trial disclosures |
| 9 | J] | Trustee's Complaint Objecting to Discharge |
| 10 | K] | Stephens Answer to Complaint Objecting to Deny Discharge |
| 11 | L] | Wescott Answer to Complaint to Deny Discharge |
| 12 | M] | Wescott Opposition to Trustees motion to summary adjudication |
| 13 | N] | Analysis of Witness Participation at 341 Meetings |
| 14 | O] | May 9, 2012 341 Meeting |
| 15 | P] | Color photos of damage done by Wescott to Residences |
| 16 | Q] | Materials received by CPS City of SF |
| 17 | R] | July 10. 2012 amended schedules docket number 148 |
| 18 | S] | July 5, 2012 amended schedules docket number 140 |
| 19 | T] | Amended schedules 6/18/12 docket number 113 |
| 20 | U] | Schedules A through SOFA and declaration concerning schedules 1/31/2012 and |
| 21 | | 2/2/2012 |
| 22 | V] | Hoskins Responses to Stephens Deposition and subpoena for Production |
| 23 | X] | Janina Hoskins response to Stephens first request for Inspection |
| 24 | Y] | Hoskins declaration to employ Joe Martin 6/20/12 |
| 25 | Z] | Trustees objection 6/26/12 to Martin's employment |
| 26 | AA] | Martin supplemental declaration 6/28/12 |
| 27 | BB] | Joseph Martin deposition 4/17/2013 |
| 28 | | |

APN 12-03148/BK 12-30143/Exhibit List

| | | |
|---|---|---|
| 1 | CC] | Monette Stephens Deposition 3/15/2013 |
| 2 | DD] | Hoskins Deposition 4/22/2013 |
| 3 | EE] | November 28, 2011 Trail Brief in Kirk |
| 4 | FF] | Jan 4, 2011 Kirk First Amended Complaint FAC |
| 5 | GG] | Fiecther Complaint and Summons Jan 25,2010 Wescott Only |
| 6 | HH] | March 25, 2010 FAC Fiechter Complaint against Wescott Only |
| 7 | II] | Fiecther SAC against Wescott and Stephens Oct 26, 2010 |
| 8 | JJ] | Stephens response to SAC Fiecther |
| 9 | KK] | Fiecther Sister State Judgement against Wescott Only 9/6/2011 |
| 10 | LL] | March 10, 2011 Stephens answer to first amended complaint Kirk |
| 11 | MM] | July 23, 2010 Complaint naming Wescott Only Kirk |

Dated Sept. 25, 2013       By:   /s/ Sheila Gropper Nelson
                                             Sheila Gropper Nelson
                                             Attorney for Monette Stephens

APN 12-03148/BK 12-30143/Exhibit List