Form TRANSAP

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | |
|---|---|
| In Re:<br>Carl Alexander Wescott and Monette Rosemarie Stephens<br>Debtor(s) | Case No.: 12–30143<br>Chapter: 7 |
| Plaintiff(s)<br>Janina M. Hoskins<br>Janina M. Hoskins<br>vs.<br>Carl Alexander Wescott et al.<br>Defendant(s) | Adversary Proceeding No. 12–03148 |

## NOTICE OF FILING OF TRANSCRIPT
## AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on October 2, 2013 was filed on Monday, October 28, 2013. The following deadlines apply:

The parties have Monday, November 4, 2013 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a request for redaction is Monday, November 18, 2013.

If a request for redaction is filed, the redacted transcript is due Friday, November 29, 2013.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is Monday, January 27, 2014, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber,

Susan Palmer
Palmer Reporting Services
P.O. Box 30727
Stockton, CA 95213–0727

or you may view the document at the clerk's office public terminal.

Dated: <u>11/4/13</u>

For the Court:

Gloria L. Franklin
Clerk of Court
United States Bankruptcy Court