# Notice Recipients

District/Off: 0971–3　　　User: amalakoot　　　Date Created: 10/31/2013  
Case: 12–03148　　　Form ID: TRANSAP　　　Total: 2

**Recipients of Notice of Electronic Filing:**
aty　　　Jean Barnier　　　jbarnier@macbarlaw.com  
aty　　　Sheila Gropper Nelson　　　SheDoesBKLaw@aol.com

　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 2