| | |
|---|---|
| 1<br>2<br>3<br>4 | MacCONAGHY & BARNIER, PLC<br>JOHN H. MacCONAGHY, SBN 83684<br>JEAN BARNIER, SBN 231683<br>645 First St. West, Suite D<br>Sonoma, California 95476<br>Telephone: (707) 935-3205<br>Email: jbarnier@macbarlaw.com |
| 5<br>6 | Attorneys for Plaintiff,<br>JANINA M. HOSKINS |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re<br><br>CARL ALEXANDER WESCOTT AND<br>MONETTE ROSEMARIE STEPHENS,<br><br>Debtors. | ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 12-30143 DM<br>(Chapter 7)<br><br>A.P. No. 12-3148<br><br>**MOTION FOR NEW TRIAL**<br><br>Hearing Date: November 14, 2014<br>Time: 10:00 a.m.<br>San Francisco Courtroom 22 - Montali |
| JANINA M. HOSKINS, TRUSTEE IN<br>BANKRUPTCY OF THE ESTATE OF<br>CARL ALEXANDER WESCOTT AND<br>MONETTE ROSEMARIE STEPHENS,<br><br>Plaintiff,<br><br>v.<br><br>CARL ALEXANDER WESCOTT AND<br>MONETTE ROSEMARIE STEPHENS,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |

**TO THE HONORABLE DENNIS MONTALI, UNITED STATES BANKRUPTCY JUDGE:**

Plaintiff Janina M. Hoskins, Trustee in Bankruptcy, hereby moves the Court pursuant to Federal Rule of Civil Procedures 59, for an order authorizing a new trial.

/ /

8039.motion.new.trial.wpd

PAGE 1

Case: 12-03148    Doc# 141    Filed: 10/13/14    Entered: 10/13/14 15:43:00    Page 1 of 2

This Motion is based upon the accompanying Notice of Hearing, Declaration of Jean Barnier, Memorandum of Points and Authorities, the pleadings and records on file herein, and on such further evidence or argument as may be presented before the Court's ruling.

Dated: October 13, 2014          MacConaghy & Barnier, PLC

         /s/ Jean Barnier
         By Jean Barnier
         Attorneys for Plaintiff