Entered on Docket
November 21, 2014
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: November 20, 2014

_____
DENNIS MONTALI
U.S. Bankruptcy Judge

Gary M. Kaplan (State Bar No. 155530)
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
Email: gkaplan@fbm.com

Attorneys for Debtor and Defendant
MONETTE ROSEMARIE STEPHENS

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>CARL ALEXANDER WESCOTT & MONETTE ROSEMARIE STEPHENS,<br><br>Debtors.<br><br>JANINA M. HOSKINS, TRUSTEE IN BANKRUPTCY OF THE ESTATE OF CARL ALEXANDER WESCOTT AND MONETTE ROSEMARIE STEPHENS,<br><br>Plaintiff,<br><br>v.<br><br>CARL ALEXANDER WESCOTT AND MONETTE ROSEMARIE STEPHENS,<br><br>Defendants. | Chapter 7<br><br>Case No.: 12-30143<br><br><br><br>A.P. No. 12-3148<br><br>ORDER DENYING TRUSTEE'S MOTION FOR NEW TRIAL<br><br><br>DATE: November 14, 2014<br>TIME: 10:00 a.m.<br>PLACE: 235 Pine Street, 22nd Fl.<br>JUDGE: Hon. Dennis Montali |

  At the date and time indicated above, the Court held a hearing on the Motion for New Trial (the "Motion") submitted filed by Janina M. Hoskins, the Chapter 7 trustee in the above-captioned bankruptcy case and plaintiff in the above-captioned adversary proceeding (the "Trustee"). Jean Barnier of the law firm MacConaghy & Barnier, PLC appeared for the Trustee. Gary M. Kaplan of the law firm Farella Braun + Martel LLP appeared for debtor and defendant

ORDER DENYING TRUSTEE'S MOTION FOR NEW TRIAL   - 1 -

Monette Rosemarie Stephens.

The Court, having considered the Motion and papers filed in support thereof, the opposition to the Motion submitted by Ms. Stephens and papers filed in support thereof, the Trustee's reply to such opposition and papers filed in support thereof, the pleadings and papers filed in this case, and the arguments of counsel at the hearing, **HEREBY ORDERS** as follows:

1. The Motion is DENIED for the reasons stated on the record.

APPROVED AS TO FORM BY:

MACCONAGHY & BARNIER, PLC

By: _____/s Jean Barnier_____  _____
      Jean Barnier

**END OF ORDER**

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

ORDER DENYING TRUSTEE'S MOTION FOR NEW TRIAL

- 2 -

Case: 12-03148    Doc# 152    Filed: 11/20/14    Entered: 11/21/14 10:10:01    Page 2 of 3

# SERVICE LIST

[No additional service required other than to ECF Registered Participants pursuant to Bankruptcy Local Rule 9022-1(a).]

30915\4647069.1

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

ORDER DENYING TRUSTEE'S MOTION FOR NEW TRIAL

- 3 -