Signed and Filed: December 18, 2017



_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br>CARL ALEXANDER WESCOTT and<br>MONETTE ROSEMARIE STEPHENS,<br><br>                Debtors. | Bankruptcy Case<br>No. 12-30143-DM<br><br>Chapter 7 |
| JANINA M. HOSKINS, Trustee,<br><br>                Plaintiff,<br>   vs.<br>CARL ALEXANDER WESCOTT and<br>MONETTE ROSEMARIE STEPHENS,<br><br>                Defendants. | Adv. Proc. No. 12-03148 |

**ORDER DENYING DEFENDANT'S MOTION TO UNSEAL TESTIMONY**

On December 15, 2017, the court held a hearing in the above-captioned adversary proceeding regarding the motion to unseal testimony filed by Defendant Carl Alexander Wescott. Mr. Wescott appeared pro se. Gary M. Kaplan, Esq. appeared for Debtor/Defendant Monette Stephens.

For the reasons stated on the record at the hearing, the motion is DENIED.

**\*\*END OF ORDER\*\***

| | |
|---|---|
| 1 | **<u>Court Service List</u>** |
| 2 | |
| 3 | Carl Alexander Wescott |
| | 853 Ashbury Street |
| 4 | San Francisco, CA 94117 |